## CORPORATE DISCLOSURE STATEMENT

Amesbury Springs Ltd., located in Peterborough, United Kingdom, hereby certifies that Laird Security Hardware Ltd. is its parent company. Laird Security Hardware Ltd. is owned by the Laird Group PLC.

Dated:  January 5, 2005
        Boston, Massachusetts

**05 10020 DPW**

3163265_1