## CORPORATE DISCLOSURE STATEMENT

Amesbury Group, Inc., located in Amesbury, Massachusetts, hereby certifies that Laird, Inc. is its parent company. Laird, Inc. is owned by the Laird Group PLC.

Dated:    January 5, 2005
         Boston, Massachusetts

05 10020 DPW

3163265_1

SCANNED DATE: 1/6/05 BY: [signature]