IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>    Defendant. | Civil Action No. 05-10020-DPW |

## STIPULATION

The plaintiffs, Amesbury Group, Inc. and Amesbury Spring Ltd., and the defendant, The Caldwell Manufacturing Company ("Caldwell"), hereby stipulate and agree that the time in which Caldwell must answer or otherwise plead and respond to the Complaint shall be enlarged to and include March 7, 2005.

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

By their attorneys,

*/s/ Douglas J. Kline*
Douglas J. Kline, BBO#556680
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel. 617-570-1000

Dated: February 15, 2005

THE CALDWELL MANUFACTURING
COMPANY,

By its attorneys,

*/s/ Thomas E. Lent*
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Tel. 617-367-1970

Neal L. Slifkin
Paul Yesawich
Harris Beach LLP
99 Garnsey Road
Pittsford, NY 14534
Tel. 585-419-8800