IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                Plaintiffs,

vs.

THE CALDWELL MANUFACTURING
COMPANY,

                Defendant.

**NOTICE OF APPEARANCE**

Civil Action No. 05-10020-DPW

**To the Clerk of this Court and Counsel of Record**:

Please enter the appearance of David E. Lurie, Lurie & Krupp, LLP as counsel for and on behalf of the defendant and plaintiff-in-counterclaim, The Caldwell Manufacturing Company, in the above captioned action.

                THE CALDWELL MANUFACTURING COMPANY,

                By its attorneys,

                /s/ David E. Lurie
                David E. Lurie, B.B.O. # 542030
                Thomas E. Lent, B.B.O. #644970
                Lurie & Krupp, LLP
                One McKinley Square
                Boston, MA  02109
                Tel.  (617) 367-1970

Date: March 7, 2005