UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

## NOTICE OF CHANGE OF ADDRESS FOR DOUGLAS J. KLINE, ESQ.

Douglas J. Kline, attorney for plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. in the above-captioned matter, hereby gives notice of his new contact information:

> Goodwin Procter LLP
> Exchange Place
> Boston, MA 02109
> Tel: (617) 570-1000
> Fax: (617) 523-1231

Dated: March 25, 2005

Respectfully submitted,

AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.,

By their attorneys,

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000