UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>       Plaintiffs,<br><br>    v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>       Defendant. | Civil Action No. 05-10020-DPW |

### NOTICE OF APPEARANCE FOR SAFRAZ W. ISHMAEL, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd., in the above-captioned case.

    Respectfully submitted,

    AMESBURY GROUP, INC.
    AMESBURY SPRINGS LTD.


    /s/ Safraz W. Ishmael
    Douglas J. Kline (BBO# 556680)
    Safraz W. Ishmael (BBO# 657881)
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, MA 02109-2881
    (617) 570-1000

Dated: March 30, 2005


LIBA/1520219.1