IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,
                            Plaintiffs,

vs.                                                         Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                              Defendant.

---

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3 of this Court, Thomas E. Lent, a member of the Bar of this Court who is associated with the firm of Lurie & Krupp, LLP, and who has entered an appearance in this action on behalf of defendant and plaintiff-in-counterclaim The Caldwell Manufacturing Company ("Caldwell"), hereby moves this Court for the admission to the Bar of this Court, *pro hac vice*, of Neal L. Slifkin, Paul J. Yesawich, Laura M. Smalley, and David J. Edwards as counsel for Caldwell.

Attached hereto in support of this motion are the affidavits of Messrs. Slifkin, Yesawich, Edwards and Ms. Smalley declaring that they are members in good standing in every jurisdiction where they have been admitted to practice; that there are no disciplinary proceedings pending against them as a member of the bar in any jurisdiction; and that they are familiar with the local rules of this Court.

THE CALDWELL MANUFACTURING COMPANY,

By its attorneys,

/s/ Thomas E. Lent
David E. Lurie, BBO #542030
Thomas E. Lent, BBO #644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA  02109
(617) 367-1970

Dated:  April 1, 2005

Of counsel:

Neal L. Slifkin
Paul J. Yesawich, III
Laura W. Smalley
David J. Edwards
Harris Beach LLP
99 Garnsey Road
Pittsford, New York 14534
Telephone: 585-419-8800

Eugene S. Stephens
Brown & Michaels, PC
400 M & T Bank Building
118 North Tioga Street - The Commons
Ithaca, NY 14850
Phone: (607) 256-2000

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel for plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd regarding the subject matter of this motion and that said counsel has no objection to this motion.

/s/ Thomas E. Lent
Thomas E. Lent

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                              Plaintiffs,

vs.                                                                         Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                              Defendant.

### AFFIDAVIT AND CERTIFICATE OF PAUL J. YESAWICH

Paul J. Yesawich, III, being duly sworn, deposes and states:

1. I am a member of the law firm of Harris Beach PLLC and maintain my principal office in the firm's Pittsford, New York office, which is located at 99 Garnsey Road, Pittsford, New York 14534.

2. I am admitted to practice and am a member in good standing of the Bars of the State of New York and the State of Florida. I am also admitted to practice before the United States District Courts for the Western, Northern and Southern Districts of New York, the United States Courts of Appeals for the Second and Federal Circuits and the United States Supreme Court. I have not been disbarred or censured by a court of record or by any state bar association, nor are there any pending disciplinary proceedings against me. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. Our firm represents The Caldwell Manufacturing Company in the above-styled action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

_____
Paul J. Yesawich, III

Sworn to before me
this 24th day of March, 2005

_____
Notary Public
My Commission expires:

AMY M. DANN
Notary Public, State of New York
Qualified in Monroe County
NO. 01DA5077656
Commission Expires May 12, 2007

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                Plaintiffs,

vs.                                                    Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                Defendant.

---

## AFFIDAVIT AND CERTIFICATE OF NEAL L. SLIFKIN

Neal L. Slifkin, being duly sworn, deposes and states:

1. I am a member of the law firm of Harris Beach PLLC and maintain my principal office in the firm's Pittsford, New York office, which is located at 99 Garnsey Road, Pittsford, New York 14534.

2. I am admitted to practice and am a member in good standing of the Bars of the State of New York, the Commonwealth of Pennsylvania and the District of Columbia. I am also admitted to practice before the United States District Courts for the Northern District of New York, the Western District of New York, the Western District of Pennsylvania and the United States Courts of Appeals for the Federal Circuit. I have not been disbarred or censured by a court of record or by any state bar association, nor are there any pending disciplinary proceedings against me. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.  Our firm represents The Caldwell Manufacturing Company in the above-styled action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

_____
Neal L. Slifkin

Sworn to before me
this 24th day of March, 2005

_____
Notary Public
My Commission expires:

AMY M. DANN
Notary Public, State of New York
Qualified in Monroe County
NO. 01DA5077658
Commission Expires May 12, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                Plaintiffs,

vs.                                                Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                Defendant.

### AFFIDAVIT AND CERTIFICATE OF DAVID J. EDWARDS

David J. Edwards deposes and states under oath:

1. I am an associate with the law firm of Harris Beach PLLC and maintain my principal office in the firm's Pittsford, New York office, which is located at 99 Garnsey Road, Pittsford, New York 14534.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New York. I am also admitted to practice before the United States District Court for the Western, Northern and Southern Districts of New York and the United States Courts of Appeals for the Second Circuit. I have not been disbarred or censured by a court of record or by any state bar association, nor are there any pending disciplinary proceedings against me. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3. Our firm represents The Caldwell Manufacturing Company in the above-styled action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

_/s/ David J. Edwards_
David J. Edwards

Sworn to before me this 24th day
of March, 2005.

_/s/ Sofia Scharlock_
Notary Public

SOFIA SCHARLOCK
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Dec. 11, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                Plaintiffs,

vs.                                            Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                Defendant.

## AFFIDAVIT AND CERTIFICATE OF LAURA W. SMALLEY

Laura W. Smalley, being duly sworn, deposes and states:

1. I am an associate with the law firm of Harris Beach PLLC and maintain my principal office in the firm's Pittsford, New York office, which is located at 99 Garnsey Road, Pittsford, New York 14534.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New York. I am also admitted to practice before the United States District Court for the Western District of New York and the United States Courts of Appeals for the Second and Federal Circuits. I have not been disbarred or censured by a court of record or by any state bar association, nor are there any pending disciplinary proceedings against me. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

3.  Our firm represents The Caldwell Manufacturing Company in the above-styled action, and I respectfully request admission to the Bar of this Court *pro hac vice.*

　　　　　　　　　　　　　　　　　　　Laura W. Smalley

Sworn to before me
this 14th day of March, 2005

Notary Public
My Commission expires:

KAREN JENNESS
Notary Public in the State of New York
Monroe County
Commission Expires July 31, 20 05

2

- 2 -