UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

**JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiffs Amesbury Group, Inc. and Amesbury Springs, Ltd. (together, "Amesbury") and defendant The Caldwell Manufacturing Company ("Caldwell") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1.

**DISCOVERY PLAN**

The parties propose the following discovery plan:

1. Discovery will be needed on the following subjects
    a. Plaintiffs' allegations that Caldwell has willfully infringed U.S. Patent Nos. 5,365,638, 6,598,264, and 6,820,368 ("the patents-in-suit").
    b. Caldwell's defenses to plaintiffs' allegations including Caldwell's allegations that the patents-in-suit are invalid.
    c. Plaintiffs' alleged damages including, but not by way of limitation, damages under 35 U.S.C. §§ 154 and 284.
2. Except as provided herein, the parties propose no changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure.
3. The parties agree that there will be no limit on the number of document requests and requests for admission that may be served upon another party.

**PROPOSED SCHEDULE**

The parties' good faith efforts to establish a joint proposal has resulted in significant common ground. The parties agree to the following:

- The parties shall exchange automatic disclosures as required under Local Rule 26.2(A) by <u>May 3, 2005</u>;
- The parties shall have until <u>July 1, 2005</u> to file amendments and/or supplements to the pleadings;
- The parties shall be ready for the pre-trial conference by <u>March 27, 2006</u>;
- The parties, at this time, do not consent to trial by a magistrate judge.

The parties were not able to agree, however, as to the last date of fact discovery or as to whether to set scheduled dates that depend on the date of occurrence of a specific event, such as the date of a court order. The parties were also unable to agree to include a *Markman* Hearing schedule in the proposal. The below table outlines the items on which the parties differ.

| EVENT | AMESBURY'S PROPOSAL | CALDWELL'S PROPOSAL |
|---|---|---|
| Parties submit joint statement of patent claim terms in dispute | Amesbury believes that this date should be set at the court's discretion. | July 30, 2005 |
| All *Markman* expert reports (deposition period runs until 10 days before the hearing) | Amesbury believes that this is not necessary. | September 1, 2005 |
| Plaintiff's *Markman* Brief | Amesbury believes that *Markman* briefs should be exchanged by both sides on a date set at the court's discretion. | September 15, 2005 |
| Defendant's *Markman* Briefs | Amesbury believes that *Markman* briefs should be exchanged by both sides on a date set at the court's discretion. | October 14, 2005 |

2

| EVENT | AMESBURY'S PROPOSAL | CALDWELL'S PROPOSAL |
|---|---|---|
| *Markman* Hearing | Amesbury believes that this date should be set at the court's discretion. | November 15, 2005 (or as soon thereafter as court can accommodate) |
| Last date for completion of fact discovery, including responses to all written discovery requests, completion of all depositions, and last date for filing and service of motions relating to fact discovery. | September 15, 2005 | January 31, 2006 |
| Last date for parties to disclose the identities and to serve written reports of experts, on issues which each party bears the burden of proof, pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. | October 17, 2005 | 30 days after *Markman* ruling |
| Last date for parties to disclose the identities of their rebuttal experts and to serve written reports of such experts pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. | November 15, 2005 | 30 days after exchange of initial expert reports |
| Last date for completion of depositions of experts. | December 15, 2005 | 30 days after rebuttal expert reports |
| Last date for filing and service of dispositive motions. | January 27, 2006 | February 17, 2006 or 45 days after completion of all expert depositions, which ever is later |

**CERTIFICATIONS**

Caldwell's certification pursuant to Local Rule 16.1(D)(3) is attached as Exhibit A. Amesbury's certification pursuant to Local Rule 16.1(D)(3) will be filed separately.

Respectfully submitted,

/s/ David J. Edwards_____  
David E. Lurie (BBO# 542030)  
Thomas E. Lent (BBO# 644970)  
LURIE & KRUPP, LLP  
One McKinley Square  
Boston, MA 02109  
(617)-367-1970

Paul J. Yesawich, III  
Neal L. Slifkin  
David J. Edwards  
HARRIS BEACH LLP  
99 Garnsey Road  
Pittsford, NY 14534  
(585)-419-8800

Attorneys for Defendant

THE CALDWELL MANUFACTURING COMPANY

/s/ Douglas J. Kline_____  
Douglas J. Kline (BBO# 556680)  
Safraz W. Ishmael (BBO# 657881)  
GOODWIN PROCTER LLP  
Exchange Place  
Boston, MA 02109-2881  
(617) 570-1000

Attorneys for Plaintiffs

AMESBURY GROUP, INC.  
AMESBURY SPRINGS LTD.

Dated: April 21, 2005

LIBA/1531970.1

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMESBURY GROUP, INC. and<br>AMESBURY SPRINGS LTD,<br>　　　　　　　　Plaintiffs,<br>vs.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-10020-DPW<br>)<br>)<br>)<br>)<br>) |

CALDWELL'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant, The Caldwell Manufacturing Company, and its counsel, certify that we have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　THE CALDWELL MANUFACTURING
　　　　　　　　　　COMPANY


　　　　　　By:　　　s/ David E. Lurie
　　　　　　　　　　David E. Lurie, Esq. BO #542030
　　　　　　　　　　LURIE & KRUPP LLP
　　　　　　　　　　One McKinley Square
　　　　　　　　　　Boston, Massachusetts  02109

　　　　　　　　　　-and-

By:    <u>s/ Neal L. Slifkin</u>
       Paul J. Yesawich, III, Esq.
       Neal L. Slifkin, Esq.
       David J. Edwards, Esq.
       HARRIS BEACH PLLC
       99 Garnsey Road
       Pittsford, New York  14534
       *Attorneys for Defendant*
       *The Caldwell Manufacturing Company*

       -and-

By:    <u>s/ Thomas Batten</u>
       Thomas Batten
       THE CALDWELL MANUFACTURING
       COMPANY