UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CALDWELL MANUFACTURING COMPANY,<br><br>    Defendant. | Civil Action No. 05-10020-DPW |

## AMESBURY'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (together, "Amesbury") and their counsel certify that they have conferred (a) with a view to establishing a budget for costs of conducting the full course and various alternative courses of litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

/s/ Rich Koopmann
Rich Koopmann
AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: April 28, 2005

LIBA/1531456.1