UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

**CERTIFICATION PURSUANT TO LOCAL RULES 7.1(A)(2) AND 37.1**

I, Safraz W. Ishmael, counsel for the plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. hereby certify that I have conferred with counsel for the defendant and have attempted in good faith to resolve or narrow the issues presented in Amesbury's Motion to Compel Responses to Interrogatories, filed today, August 22, 2005. Furthermore, the provisions of Local Rule 37.1 have been complied with, as evident by the Letter from Safraz Ishmael to Neil Slifkin and David Edwards, dated July 29, 2005, and attached as Exhibit 3 to Amesbury's Motion to Compel.

> Respectfully submitted,
> /s/ Safraz W. Ishmael
> Douglas J. Kline (BBO# 556680)
> Safraz W. Ishmael (BBO# 657881)
> GOODWIN PROCTER LLP
> Exchange Place
> Boston, MA 02109-2881
> (617) 570-1000

Dated: August 22, 2005                Attorneys for Plaintiffs