**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

**DECLARATION OF JORDAN M. SINGER**

I, Jordan M. Singer, hereby state as follows:

1.      I am an associate in the law firm of Goodwin Procter LLP and counsel of record for Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury"). I submit this Declaration in connection with Amesbury's claim construction brief.

2.      Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 5,365,638, which issued on November 22, 1994.

3.      Attached hereto as Exhibit B is a true and correct copy of United States Patent No. 6,598,264 B2, which issued on July 29, 2003.

4.      Attached hereto as Exhibit C is a true and correct copy of United States Patent No. 6,820,368 B2, which issued on November 23, 2004.

5.      Attached hereto as Exhibit D is a true and correct copy of Caldwell's Supplemented Responses to Plaintiff's First Set of Interrogatories, dated August 31, 2005, which contains Caldwell's preliminary claim charts.

6.     Attached hereto as Exhibit E is a true and correct copy of defendant Caldwell's preliminary claim construction, which was served on Amesbury on July 29, 2005.

7.     Attached hereto as Exhibit F is a true and correct copy of Amesbury's Preliminary Proposed Claim Constructions, dated July 29, 2005.

8.     Attached hereto as Exhibit G are true and correct copies of selected pages from *Webster's Ninth New Collegiate Dictionary* (1990).

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of September, 2005.

/s/ Jordan M. Singer
Jordan M. Singer (BBO# 651068)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Phone:  (617) 570-1000
Fax:  (617) 523-1231

Attorneys for Plaintiffs

**AMESBURY GROUP, INC.**
**AMESBURY SPRINGS LTD.**

US005365638A

# United States Patent [19]

## Braid et al.

[11] Patent Number: 5,365,638

[45] Date of Patent: Nov. 22, 1994

[54] **SPRING MOUNTING FOR SASH FRAME TENSIONING ARRANGEMENTS**

[76] Inventors: **Harold K. Braid,** The Sheilings, Braceborough, Lincolnshire, PE9 4NT; **Simon C. Braid,** 13, Crowson Way, Deeping, St. James, Lincolnshire, both of England

[21] Appl. No.: **7,628**

[22] Filed: **Jan. 21, 1993**

[30]      **Foreign Application Priority Data**

Jan. 21, 1992 [GB] United Kingdom .............. 9201208.7
Feb. 25, 1992 [GB] United Kingdom .............. 9204006.2
Mar. 4, 1992 [GB] United Kingdom .............. 9204687.9

[51] Int. Cl.⁵ ............................................. E05D 13/00
[52] U.S. Cl. .................................................... **16/197**
[58] Field of Search ......................... 16/197, DIG. 16

[56]           **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,732,594 | 1/1956 | Adams et al. ........................ | 16/197 |
| 2,873,472 | 2/1959 | Foster ................................ | 16/197 |
| 3,452,480 | 7/1969 | Foster ................................ | 16/197 |
| 3,992,751 | 11/1976 | Foster et al. ........................ | 16/197 |
| 4,227,345 | 10/1980 | Durham . | |
| 5,157,808 | 10/1992 | Sterner ................................ | 16/197 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 825513 | 12/1959 | United Kingdom . |
| 1505782 | 3/1978 | United Kingdom . |
| 2253874 | 9/1992 | United Kingdom . |

*Primary Examiner*—P. Austin Bradley
*Assistant Examiner*—Chuck Y. Mah
*Attorney, Agent, or Firm*—Steven H. Bazerman

[57]           **ABSTRACT**

A mounting element and assembly for a sash frame tensioner used in a sash window frame to support the window in any desired open position, the assembly comprising a channel section member and a sash frame support element slidable in said channel section member. A coiled ribbon spring having a free outer end thereof engaged with said sash frame support member, and a mounting element, the mounting being disposed between the sash frame support member and a coiled body portion of said coiled ribbon spring with a free end of said coiled ribbon spring disposed alongside said mounting, said mounting being secured to said channel section member, directly or indirectly, and in use impinging upon an outer surface of said coiled body portion to retain said coiled body portion in position during uncoiling of said coiled ribbon spring as said sash support member is moved away from said coiled body portion.

**8 Claims, 4 Drawing Sheets**







FIG.1.

FIG.2.

FIG.3.



FIG.4.



FIG.5.



FIG.6.



FIG.7.



FIG.8.

95          95



110

102

FIG.9.

100

95          95

112    108



5,365,638

**1**

# SPRING MOUNTING FOR SASH FRAME TENSIONING ARRANGEMENTS

## BACKGROUND OF THE INVENTION

The invention relates to a mounting for a coiled ribbon spring and is particularly, though not exclusively, applicable to sash springs used in sash frame tensioning arrangements for windows.

Such coiled ribbon springs are in the form of a flat coil with an open area at their center and two free ends, an outer one on the outside of the coil and one on the inside; the springs being similar in construction to clock springs except that the inner free end is not (as in a clock spring) secured to a fixed point.

It is known in the art to mount such coiled ribbon springs on a drum within a hollow channel in a window frame by means of a screw or other fixing, about which the spring is able to uncoil as an outer free end of the spring attached to a window sash moves away from the coil as the sash is moved. The drum may be arranged to be stationary or to rotate with the spring, through the drum is provided only to guide the spring and is not operatively secured thereto (thus, if the spring were unwound too far, it would be unwound completely from the drum).

It is a feature of these known mountings that the spring is supported from the open space within the coil so that an upper part of the coil rests on the drum with a lower part of the coil slung below the drum and not supported thereby. It is, as stated above, a feature of such springs that the inner free end of the spring is not secured to any point (on the drum or elsewhere) such springs being referred to in some instances as "constant tension" springs.

The drum is merely to provide a reaction member and as a means of retaining the body of the spring loosely in position in the channel as its free outer end is uncoiled.

It has been a disadvantage of this known type of mounting that the spring is not silent in use, possibly due to relative movement between the inner, free end of the spring and the spring support drum.

The present invention seeks to overcome this disadvantage.

## SUMMARY OF THE INVENTION

The invention provides a mounting assembly comprising a channel section member, a sash frame support element slidable in said channel section member, a coiled ribbon spring having a free outer end thereof engaged with said sash frame support member, and a mounting element, the mounting being disposed between the sash frame support member and a coiled body portion of said coiled ribbon spring with a free end of said coiled ribbon spring disposed alongside said mounting, said mounting being secured to said channel section member, directly or indirectly, and in use impinging upon an outer surface of said coiled body portion to retain said coiled body portion in position during uncoiling of said coiled ribbon spring as said sash support member is moved away from said coiled body portion.

The present invention also provides a mounting element for use in the assembly set forth above, the mounting comprising a body portion having means for securing the mounting in a channel portion of a sash frame or

**2**

other abutment and having a support surface disposed so as to impinge upon an outer surface of the spring coil.

In normal circumstances the channel section member will in use be mounted substantially vertically and thus said mounting element will support an outer undersurface of said coiled body portion from below. Thus, normally the sash frame support member will be disposed in use beneath the mounting element which is itself disposed beneath the coiled body portion.

It will be understood that the mounting element is to be operatively disposed between the spring body portion and the sash frame support member.

Preferably, the mounting element comprises a body portion having an aperture therein to receive, in use, a fixing screw by which the mounting element may be secured to said frame or abutment, an upper surface of the body portion being concavely curved to support the curved outer undersurface of the spring, thus providing said support surface.

In this inventive arrangement the spring merely rests on the mounting element which acts as a reaction member which the spring abuts as a free outer end, attached to the sash, is unwound. (Ideally, there is a slight tension in the spring when at rest so there is no likelihood of the spring being displaced should the sash from be inverted for any reason).

The mounting element may be provided with inter-engagement formations by which a plurality of such elements may be stackingly inter-engaged, thus enabling a plurality of coiled ribbon springs to be used at a single location, only one fixing element or screw being required to secure the said stack against movement as the sash frame support member moves. The inter-engagement formations may be in the form of tooth-like projections cooperable with corresponding complementary detentes in another such mounting element. The inter-engagement formations may in addition or as an alternative be formed so as to provide an interference fit with formations of another mounting element or a "snap fit" therewith.

Alternatively, the mounting element may be configured such that there is a hub portion having an aperture therein to receive, in use, a fixing screw by which the mounting element may be secured to the frame or abutment; the hub portion being disposed such that in use the spring encircles such hub portion, the mounting element having an arm portion slung below said hub portion and disposed so as to support said outer undersurface of said spring.

In this arrangement, the hub portion loosely impales the spring body portion but in normal circumstances the hub portion does not support the spring, all the support is rendered by the arm portion slung below the hub portion. (In fact, in certain instances, i.e., when the spring is fully extended, the hub portion may also provide some minor support, though this is not its function).

The mounting element may be provided with formations conformed so as to cooperate with a portion of the sash frame within which the element is to be received, such that contact of said formations with said sash frame inhibits in a rotational, pivoting, or twisting sense of the element relative to the sash frame.

It will be apparent that the mounting element does not rotate or otherwise move with the spring but is substantially stationary when the spring is in operation.

5,365,638

3

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described by way of example only and with reference to the accompanying drawings in which:

FIG. 1 is a schematic side elevational view shown partly broken away of an assembly according to the invention showing a coiled ribbon spring supported by a mounting element according to the invention in a vertical channel section of a sash window;

FIG. 2 is a perspective view of the mounting element shown in FIG. 1;

FIG. 3 is a schematic side elevational view shown partly broken away of a mounting assembly for a coiled ribbon spring, showing a second mounting element according to the invention;

FIG. 4 is an exploded schematic view of the mounting assembly shown in FIG. 3;

FIG. 5 is a sectional view on line V—V of FIG. 3 with the coiled ribbon spring removed;

FIG. 6 is a schematic view on an enlarged scale of a portion of the mounting assembly shown in FIGS. 3, 4 and 5;

FIG. 7 is a schematic perspective view on an enlarged scale of a third mounting element according to the invention;

FIG. 8 is a schematic front view of a fourth mounting element similar to said third mounting element, according to the invention;

FIG. 9 is a partial schematic front view of a fifth mounting element similar to said third and fourth mounting elements according to the invention;

FIG. 10 is a schematic perspective view of the element of FIG. 9 shown on a larger scale and partially broken away so as to foreshorten the element;

FIG. 11 is a schematic perspective view of a fifth mounting element according to the invention being similar to that shown in FIG. 10 with certain differences; and

FIG. 12 is a partial front elevational view of a further mounting element similar to those shown in FIGS. 7 and 8 with certain differences.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The mounting assembly shown in FIG. 1 comprises a mounting element shown generally as M having a body portion 10 having a bore 12 therein to receive a fixing screw 14 by means of which the mounting element may be secured to a channel section 16 of a sash frame. The mounting element is dimensioned so as to be capable of insertion into the channel section from the side (i.e., without the necessity to slide the mounting element in from the end of the channel section).

The mounting is shown so fixed in FIG. 1. The body portion 10 has two upstanding walls 18 and disposed therebetween is a support surface 20 which is concavely curved to receive a coiled body portion 22 of a coiled ribbon spring shown generally as S, such that the coiled body portion 22 rests on said surface 20 between said walls. An outer free end 24 of the coiled ribbon spring S is provided with a hooked end 26 engageable with a sash frame support element 28 which forms part of a sliding sash. The sash frame support element 28 is slidable in the channel section 16 back and forth in the directions of arrows A, A', to move the sash.

It is to be noted that only a few coils of the coiled ribbon spring have been shown in the figures for sim-

4

plicity. In practice, many more coils wold be provided. Also, the thickness of the coiled ribbon spring has been exaggerated.

As the sash frame support element 28 (and so the sash) is moved downwardly in the direction of arrow A the coiled ribbon spring unwinds.

It may be the case during this unwinding that the curvature of the undersurface of the coiled body portion 22 does not conform exactly to the curvature of the surface 20. This is of no particular importance as the mounting only has a guiding and support function. It will e noted that the coiled ribbon spring is not supported from within the coil (shown generally as 30) as it is in the prior art. In the embodiment shown in FIGS. 3 to 6, the mounting element is in two parts 50, 52 which inter-engage to form a body portion 54 of reel-like structure but having a tube-like hub 56 which, in use, loosely impales a body portion of the coiled ribbon spring 58 but provides no support therefor.

A support portion 60 is provided slung below (when used in vertical sash frames as is usual) the tube 56 on part 52 and is provided with a curved support surface 62 the counterpart of the support surface 20 in the first embodiment. There is then provided on part 50 a bracing portion 64 inter-engageable with the under surface of the support portion 60 (see FIG. 5). As will be seen from FIG. 3 an outer undersurface of the coiled body portion of the coiled ribbon spring rests on the support surface 62, and is supported thereby. The hub 56 receives in use a fixing screw 64 by which the mounting may be fixed to a channel section member. FIG. 6 shows portions of coils 66, 68 and 70 of the spring, coil 70 being the outermost and having its outer undersurface supported by the support surface 62.

The mounting element shown in FIG. 7 is similar to that shown in FIGS. 1 and 2 except firstly that upstanding walls 78$^a$ and 78$^b$ are dissimilar and secondly that inter-engagement formations 80 are provided to enable a plurality of said elements to inter-engage in a stacked manner.

One of the upstanding walls 78$^a$ which is intended to lie against a back surface 82 (shown in broken line) of a channel section frame (shown as 84 in part hatched line) is provided with a pair of lateral ears 86 (only one of which is shown full line) which are intended to prevent rotation of the mounting element about a fixing screw (not shown) received, in use, in recessed bore 88. A concavely curved surface 20' is provided in similar manner to the embodiment of FIGS. 1 and 2. A second upstanding wall 78$^b$ has greater thickness than upstanding wall 78$^a$ and is provided with a plurality of tooth-like inter-engagement formations 80. There is provided a rebate 89 of a depth equal to the thickness of the upstanding wall 78$^b$ and provided with a plurality of detentes 90 corresponding to formations 80 such that the formations of one element as shown in FIG. 7 can engage in detentes 90 of another identical element lying above the first element. Thus, two or more coiled ribbon springs can be mounted one above the other with their mounting elements inter-engaged and only a lower one of said mounting elements need be secured with a screw as hereinbefore described.

FIG. 8 shows a fourth mounting element in accordance with the invention. This is closely similar to that shown in FIG. 7 except that at lower corner regions shown generally as 95, the element is rounded off for ease of insertion of the element into the sash frame.

5,365,638

5

The mounting element **100** shown in FIGS. **9** and **10** is similar to those of FIGS. **7** and **8** and some of those portions of the element similar to those provided in the elements shown in FIGS. **7** and **8** have been labelled with the same reference numerals. The mounting element **100** is devoid of the lateral ears **86** but instead is provided with a raised spine formation **102** whose width W is arranged such that it is a snug fit between open lip portions **104** of a channel section sash frame member **5** (shown in broken line in FIG. **10**) within which the mounting element is to be operatively received. Thus, rotational, pivoting or twisting motion of the element **100** within the sash frame member **5** is inhibited. The element **100** is secured in the sash frame member **5** by a screw or other suitable fixing via a bore **108** in a similar manner to that of the element shown in FIG. **7**. In the mounting element **100** a single inter-engagement projection formation **110** is provided, which is cooperable with a corresponding recess formation **112** of a second such element, so that elements can be "stacked" as in previous embodiments.

The mounting element **110** shown in FIG. **11** is similar to that shown in FIG. **10** except that the upstanding wall **78**$^b$ is provided entirely by said raised spine formation **102**. This is especially useful where space is limited, *i.e.,* the depth of the coiled ribbon spring approaches the depth of the channel section sash frame member.

The mounting element shown in FIG. **12** is similar to those shown in FIGS. **7** and **8** and the same reference numerals have been used to indicate corresponding portions thereof. It has the rounded off regions **95** of the mounting element shown in FIG. **8** but differs in that it has a locating rib **102** like that shown in FIGS. **9** and **10** and the curved surface **20'** (shown in broken line) is truncated at outer regions thereof by sloping shoulders **21** (shown in broken line). These enable a free end of a spring, supported by the mounting element in use, to be more easily fed between the mounting element and a wall **17** of a channel section **16**, providing a funnel-like provision.

It will readily be apparent that the inter-engagement formations need not be as shown in the Figures but may be of any suitable shape, and number.

They may also be made to be interlocking, releasable or otherwise. It is to be understood that in the channel section partly shown in broken line in FIG. **7** the front retaining flanges shown in FIG. **1** at F have not been shown.

It will be noted that in none of the embodiments does the mounting element move with the spring.

It will be apparent that other methods of securing the mountings to a frame or abutment may be used. For example, two or more screw or other fixings would prevent any tendency for the mountings to move or rotate in use. Alternatively, pegs, spigots or catches could be used.

The previous descriptions of the preferred embodiments of the present invention are for purposes of illustration and are limited only by the provisions of the following claims.

What is claimed is:

1. A mounting assembly comprising a channel means having a rear wall, side walls and at extremities of said

6

side walls, inwardly turned opposed flanges, a sash frame support means slidable in said channel means, a coiled ribbon spring having a first end engaged with said sash frame support means, and a means for mounting said coiled ribbon spring, the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means and said mounting means being secured in said channel means, said mounting means having a raised spine positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited.

2. The mounting assembly of claim 1 wherein the mounting means has a support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means.

3. The mounting assembly of claim 2 wherein said mounting means has a body portion having an aperture therein, a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, a surface of said body portion being concavely curved, said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion.

4. The mounting assembly of claim 2 in which the mounting means has at least one inter-engagement means by which a plurality of such mounting means may be stacked in inter-engagement.

5. The mounting assembly of claim 4 in which the inter-engagement means comprises a tooth-like projection cooperable on said first mounting means with a corresponding complementary detente in a second mounting means.

6. The mounting assembly of claim 4 in which the inter-engagement means on said first mounting means is in an interference fit with an inter-engagement means on said second mounting means.

7. The mounting assembly of claim 4 in which the inter-engagement means is formed so as to provide a snap fit.

8. A mounting assembly comprising a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges, a sash frame support means slidable in said channel means, a coiled ribbon spring having an outer end engaged with said sash frame support means, and a means for mounting said coiled ribbon spring, the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, said mounting means being secured in said channel means and the mounting means having projection means positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting means is inhibited.

\* \* \* \* \*

65

(12) **United States Patent**   (10) Patent No.:    **US 6,598,264 B2**

Newman    (45) Date of Patent:    **Jul. 29, 2003**

(54) **BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER**

(75) Inventor: **Gary Roger Newman**, Valley Springs, SD (US)

(73) Assignee: **Amesbury Group, Inc.**, Amesbury, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 6 days.

(21) Appl. No.: **09/810,868**

(22) Filed: **Mar. 16, 2001**

(65) **Prior Publication Data**

US 2002/0129463 A1 Sep. 19, 2002

(51) Int. Cl.$^7$ ................................................. **E05D 13/00**
(52) U.S. Cl. ............................. **16/197**; 16/215; 16/401; 16/DIG. 16
(58) Field of Search ......................... 16/197, 193, 400, 16/401, DIG. 16, 210, 215; 49/445, 446, 447

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,114,178 A | * 12/1963 | Wood ........................... | 49/446 |
| 3,358,403 A | 12/1967 | Dinsmore | |
| 3,440,683 A | 4/1969 | Wood ........................... | 16/197 |
| 3,449,862 A | * 6/1969 | Biro ............................ | 49/406 |
| 4,089,085 A | 5/1978 | Fitzgibbon ................... | 16/197 |
| 4,134,234 A | 1/1979 | Wood ........................... | 49/429 |
| 4,190,930 A | 3/1980 | Prosser ........................ | 16/197 |
| 4,238,907 A | 12/1980 | Swan ........................... | 49/446 |
| 4,300,316 A | 11/1981 | Ficurilli ....................... | 49/445 |
| 4,332,054 A | 6/1982 | Paist et al. ................... | 16/197 |
| 4,373,295 A | 2/1983 | Starck ......................... | 49/435 |
| 4,413,445 A | 11/1983 | Trout ........................... | 49/445 |
| 4,503,641 A | 3/1985 | Swan ........................... | 49/445 |
| 4,586,291 A | 5/1986 | Swan ........................... | 49/501 |
| 4,654,928 A | 4/1987 | Flight ......................... | 16/199 |
| 4,672,713 A | 6/1987 | Newton et al. ............... | 16/197 |
| 4,689,850 A | 9/1987 | Flight ......................... | 16/197 |
| 4,800,680 A | 1/1989 | Westfall et al. .............. | 49/429 |
| 4,914,862 A | 4/1990 | Gregory ....................... | 49/322 |
| 4,949,425 A | 8/1990 | Dodson et al. ............... | 16/198 |
| 5,174,064 A | 12/1992 | Stark ........................... | 49/445 |
| 5,530,991 A | 7/1996 | deNormand et al. .......... | 16/198 |
| 5,737,877 A | 4/1998 | Meunier et al. .............. | 49/445 |
| 6,041,476 A | 3/2000 | deNormand ................. | 16/197 |

* cited by examiner

*Primary Examiner*—Anthony Knight
*Assistant Examiner*—William D Hutton, Jr.
(74) *Attorney, Agent, or Firm*—Testa, Hurwitz & Thibeault, LLP

(57)    **ABSTRACT**

Disclosed are apparatus for a block and tackle window balance to be incorporated in single and double hung window assemblies. In one embodiment the block and tackle window balance includes a roller secured within a bottom guide to increase range of travel of a window sash.

**23 Claims, 10 Drawing Sheets**





FIG. 1
PRIOR ART



FIG. 2A

PRIOR ART



FIG. 2B
PRIOR ART



200

210

202

203

212

205

206

207

208

213

214

216

215

# FIG. 3
## PRIOR ART



FIG. 4A



FIG. 4B



FIG. 5



**FIG. 6**



FIG. 7B
PRIOR ART



FIG. 7A
PRIOR ART

Case 1:05-cv-10020-DPW    Document 24-3    Filed 09/15/2005    Page 11 of 15



FIG. 8B



FIG. 8A

US 6,598,264 B2

1

# BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER

## TECHNICAL FIELD

This invention relates to block and tackle window balance devices for single and double hung windows and, more particularly, to a block and tackle window balance device that provides an increased range of travel within a window frame.

## BACKGROUND INFORMATION

Hung window assemblies generally include a window frame, a lower window sash, an upper window sash, a pair of window jambs, two sets of jamb pockets, and at least one window balance device for offsetting the weight of a window sash throughout a range of travel within the window frame. Block and tackle window balance devices use a combination of a spring and pulleys located within a channel to balance the weight of the window sash at any position within the jamb pockets.

In some block and tackle window balance devices, the channel containing both the spring and pulleys is attached to the window sash, and a cord, which connects the pulleys together, is attached to a jamb mounting hook that is connected to a side jamb. A disadvantage of this type of device is that the travel distance of the window sash is limited by some of the pulleys located within the rigid channel interfering with the jamb mounting hook that attaches the window balance to the window jamb.

## SUMMARY OF THE INVENTION

In general, in one aspect, the invention relates to a block and tackle window balance device for use with single and double hung windows that affords increased window opening travel distance. In one embodiment, the block and tackle window balance device includes a channel, a spring with a first end and a second end, a translatable pulley block unit, a fixed pulley block unit, a cord, a top guide, and a bottom guide with a bottom guide roller. The top and bottom guides are connected to opposite ends of the channel. The spring, the translatable pulley block unit, and the fixed pulley block unit are all located within the channel. The first end of the spring and the fixed pulley block unit are fixed at opposite ends of the channel. The second end of the spring is connected to the translatable pulley block unit. The translatable and fixed pulley block units are connected by the cord. The cord is threaded around both the translatable and fixed pulley block units and extends around the bottom guide roller located within the bottom guide.

In another embodiment, the block and tackle window balance device includes a top guide including a top angled portion and a bottom portion. The bottom portion of the top guide is connected to one end of the channel. In still another embodiment, the top angled portion of the top guide is sized to receive a member from a window sash.

In yet another embodiment, the block and tackle window device includes a bottom guide that extends beyond the rigid channel. In still yet another embodiment, the bottom guide of the device further includes a channel to receive a portion of a window sash.

In general, in one aspect, the invention relates to a method of providing increased travel of a window sash slidably mounted in a window frame. The method includes three steps. A first step is to provide a window assembly that

2

includes a window frame with jambs with jamb pockets, an upper window sash, a lower window sash, and at least one block and tackle window balance device having a channel and a bottom roller for dispensing a cord. The channel has a first end and a second end. The bottom roller is mounted proximate to the second end of the channel with a first distance between the first end of the channel and the bottom roller. A second step is to remove the block and tackle window balance device from the window assembly. A final step is to provide and to install an increased travel window balance device. The increased window balance device has a channel with a first end and a second end and a bottom guide roller for dispensing a cord. The bottom guide roller is mounted proximate to the second end of the channel and a second distance is defined as the length between the first end of the channel and the bottom guide roller. The second distance of the increased window balance device is greater than the first distance of the removed block and tackle window balance device.

The foregoing and other objects, aspects, features, and advantages of the invention will become more apparent from the following description and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. 1 is a perspective view of a double hung window.

FIG. 2A is a perspective view of a prior art block and tackle window balance.

FIG. 2B is another perspective view of the prior art block and tackle window balance of FIG. 2A with one of two side walls of the U-shaped channel removed.

FIG. 3 is a perspective rear view of the prior art block and tackle window balance.

FIG. 4A is a perspective view of an embodiment of a block and tackle window balance of the invention.

FIG. 4B is perspective view of the block and tackle window balance of FIG. 4A with one of two side walls of the U-shaped channel removed.

FIG. 5 is a perspective view of an embodiment of a block and tackle window balance of the invention mounted within a window jamb.

FIG. 6 is an enlarged front view of a top guide of the block and tackle window balance of FIG. 4A attached to a cam.

FIG. 7A is a front view showing a closed position of a window assembly with prior art block and tackle window balances.

FIG. 7B is a front view showing an open position of the window assembly with prior art block and tackle window balances.

FIG. 8A is a front view showing a closed position of a window assembly with an embodiment of a block and tackle window balances of the invention.

FIG. 8B is a front view showing an open position of a window assembly with block and tackle window balances of the invention.

## DETAILED DESCRIPTION

Referring to FIG. 1, shown is a double hung window assembly 100 in which a block and tackle window balance constructed in accordance with the teachings of the present

US 6,598,264 B2

3

invention can be used. The double hung window assembly **100** includes a window frame **102**, a lower window sash **104**, an upper window sash **106**, and a pair of window jambs **107**. Within each window jamb **107**, jamb pockets **108** are defined. The lower window sash **104** and upper window sash **106** slide vertically within the jamb pockets **108**. Generally, window balances are attached to the lower and upper window sashes **104**, **106** to balance the weight of the window sashes at any vertical position within the jamb pockets **108**.

FIGS. **2A**, **2B**, and **3** show perspective views of a prior art block and tackle window balance **200**. FIG. **2A** shows the prior art block and tackle window balance **200** in full, whereas FIG. **2B** shows the prior art block and tackle window balance **200** with one side wall of a rigid U-shaped channel **205** cut away so that components within the window balance **200** are more visible. FIG. **3** shows a rear view of the window balance **200**.

The block and tackle window balance **200** includes a spring **220**, a translatable pulley unit **230**, a fixed pulley unit **235**, a roller **239**, and a cord **240** all housed with the rigid U-shaped channel **205**. Attached to the two ends of the rigid U-shaped channel **205** with fasteners **212**, **216** are a top guide **210** and a bottom guide **215** that are used to connect the window balance **200** to either the upper or lower window sashes **104**, **106** and to help guide the vertical motion of the window balance **200** within the jamb pockets **108**. The top guide **210** includes an upper portion **202** and a lower portion **203**. The upper portion **202** of the top guide **210** is angled and is sized to be received by a member attached to a window sash, such as a cam. The bottom guide **215** includes a back portion **213**, best seen in FIG. **3**, that encases a portion of the rigid channel **205**. Within the back portion **213** of the bottom guide **215** is a channel **214** sized to receive a portion of a window sash.

The rigid U-shaped channel **205** has a back wall **206** and two side walls **207**, **208** that in combination form the U-shape. The rigid U-shaped channel **205** serves as an external frame to which the components of the window balance **200** can be secured. The rigid U-shaped channel **205** also keeps components located within the rigid U-shaped channel **205** free of debris and particulate matter. The spring **220**, the translatable pulley unit **230**, the fixed pulley unit **235**, and the roller **239** are located inside the rigid U-shaped channel **205**. Both of the translatable pulley unit **230** and the fixed pulley unit **235** include one or more pulleys rotatable around respective axles.

Components within the rigid U-shaped channel **205** work in combination to create a force to counterbalance the weight of the attached sash at any vertical position within the window frame **102**. These components are attached to each other such that a first end **219** of the spring **220** is connected to the translatable pulley unit **230**, and the translatable pulley unit **230** is connected to the fixed pulley unit **235** and the roller **239** via the cord **240**. A pulley in the fixed pulley unit **235** and the roller **239** may be contained in a frame **236**. To secure the components within the rigid U-shaped channel **205**, the second end **221** of the spring **220** and the frame **236** are fixed to opposite ends of the rigid U-shaped channel **205** via respective fasteners **218**, **243**. The frame **236** is also used to secure a pulley axle **237** and a roller axle **238**, around which the pulley in the fixed pulley unit **235** and the roller **239** respectively rotate. A first distance "AA" **275** is defined by a length extending between the upper portion **202** of the top guide **210** and the roller axle **238**. The spring **220** and the translatable pulley unit **230** are connected together by hooking the first end **219** of the spring **220** through an upper slot

4

opening **229** in a frame **225**. The frame **225** houses the translatable pulley unit **230** and a pulley axle **232** around which a pulley in the translatable pulley unit **230** rotates. The cord **240**, which can be a rope, string, or cable, has a first end **241** and a second end **242**. The first end **241** of the cord **240** is secured to the frame **225** and the second end **242**, which is a free cord end, is threaded through the translatable pulley unit **230**, the fixed pulley unit **235**, and the roller **239**, thereby connecting all three components together. After the cord **240** connects the three components together, a jamb mounting attachment **245** is secured to the second end **242** of the cord **240**. When the prior art window balance **200** is located in the jamb pocket **108**, the jamb mounting attachment **245** engages an opening **430** (FIG. **5**) within one of the jamb pockets **108**, securing the window balance **200** to the window jamb **107**.

The spring **220** provides the force required to balance the sashes. The spring **220** is extended when the second end **242** of the cord **240** with the jamb mounting attachment **245** is pulled, causing the frame **225** to move within the rigid U-shaped channel **205** towards the frame **236**, which is fixed. As the frame **225** moves towards the frame **236**, the spring **220** is extended.

FIGS. **4A** and **4B** show an embodiment of a block and tackle window balance **300** in accordance with the teachings of the present invention. The window balances **300** act to counterbalance the weight of the window sashes **104**, **106** at any vertical position within the window frame **102**. FIG. **4A** show one perspective view of the window balance **300** and FIG. **4B** show another perspective view of the same balance, but with a side wall of the rigid U-shaped channel **305** removed. The window balance **300** includes the rigid U-shaped channel **305**, a top guide **310**, a bottom guide **315**, a spring **320**, a translatable pulley unit **330**, a fixed pulley unit **335**, a bottom guide roller **350**, and a cord **340**. The top guide **310** and the bottom guide **315** are fixed to the rigid U-shaped channel **305** by fasteners **312**, **316**. The top guide **310** is used to help connect the block and tackle window balance **300** to the window sash **104**, **106** and to help guide the movement of the block and tackle window balance **300** within the jamb pocket **108**. The top guide **310** may include a top angled portion **302** and a bottom portion **303** as shown in FIGS. **4A** and **4B**. The bottom guide **315** is also used for connection and guidance purposes, but the bottom guide **315** further serves as a frame for housing the bottom guide roller **350**. The bottom guide **315** extends beyond the rigid U-shaped channel **305** and, therefore, the bottom guide roller **350** is located outside of the rigid U-shaped channel **305**. A back portion **313** of the bottom guide **315** may include a channel **314** for receiving a portion of the window sash, as depicted in FIG. **5**. Some windows have a groove running along a bottom rail of the sash. On conventional balances, the bottom guide can drop into this groove so a manufacturer needs to use a shorter balance to avoid dropping into the groove. This effectively reduces the amount of travel, because shorter balances have to be used. The bottom guide **315** of the present invention is configured so the contact point of the bottom guide **315** to the sash is higher on the balance **300** so the groove is avoided and a longer balance with a greater spring force can be used. This can afford increased force for balancing the sash at any vertical position, as well as increased amount of travel resulting from the longer balance.

The spring **320**, the translatable pulley unit **330**, and the fixed pulley unit **335** are located within the rigid U-shaped channel **305**. In the embodiment shown in FIGS. **4A** and **4B**, the translatable pulley unit **330** includes two pulleys **326**,

5

327 that are rotatable about a single pulley axle **328**, however, in other embodiments, the translatable pulley unit **330** may contain one or more pulleys rotatable about the pulley axle **328**. Similarly, the fixed pulley unit **335**, as shown in FIGS. **4A** and **4B**, includes two pulleys **331**, **332** that rotate about a single pulley axle **333**; however, in other embodiments, the fixed pulley unit **335** may contain one or more pulleys that rotate about the pulley axle **333**. A first end **319** of the spring **320** is fixed with respect to the rigid U-shaped channel **305** via a fastener **318**. In the disclosed embodiment, the fastener is a rivet; however the fastener could also be a support member welded between the two side walls of the rigid U-shaped channel **305**, a hook secured to or formed in the rigid U-shaped channel **305**, or any other device which secures the first end **319** of the spring **320** to the rigid U-shaped channel **305**. The second end **321** of the spring **320** is attached to a frame **325**, which houses the translatable pulley unit **330**. To connect the spring **320** to the frame **325**, the second end **321** of the spring **320** hooks through an opening **329** in the frame **325**. The cord **340** has a first end **341** and a second end **342**. The first end **341** of the cord **340** is attached to the frame **325** through a frame opening **322**. The second end **342** is attached to a jamb mounting hook **345**. The cord **340** is threaded through the translatable pulley unit **330**, the fixed pulley unit **335**, and around the bottom guide roller **350**, connecting the three components together. The cord **340** in the disclosed embodiment is a string, however it may also be a rope, or a cable. Both the fixed pulley unit **335** and the bottom guide roller **350** are fixed with respect to the rigid U-shaped channel **305**. The fixed pulley unit **335** is housed within a frame **336** and rotates around the pulley axle **333**. The frame **336** is secured within the rigid U-shaped channel **305** with a fastener **337**. In an alternative embodiment, the frame **336** is not required, the fixed pulley unit **335** rotates around an axle supported between side walls of the rigid U-shaped channel **305**. In yet another alternative embodiment, the fixed pulley unit **335** can be integral with the bottom guide **315** and as a result, fasteners **337** and **316** can be eliminated because tension of the spring **320** will keep the bottom guide **315** engaged with or connected to the rigid U-shaped channel **305**. The bottom guide roller **350** is located within the bottom guide **315** and rotates around a bottom guide axle **352**. A second distance "BB" **375** is defined as the length extending between the top angled portion **302** of the top guide **310** and the bottom guide axle **352**. It should be noted that the second distance "BB" **375** is greater than the first distance "AA" **275** of the window balance **200**.

To use the block and tackle window balance **300** within the window assembly, the balance is connected to both the window jamb **107** and to either the lower window sash **104** or the upper window sash **106**. Referring to FIG. **5**, the block and tackle window balance **300** is attached to the window jamb **107** via the jamb mounting hook **345**. The jamb mounting hook **345** is secured within an opening **430** within the jamb pocket **108**. The window balance **300** is then connected to a window sash by inserting a portion of the window sash into the channel **314** of the bottom guide **315** and connecting a cam **405** mounted on the top of the window sash **400** to the top angled portion **302** of the top guide **310**, as shown in FIG. **6**.

The spring **320** of the window balance **300** creates the force required to counterbalance the weight of the window sash. However, because the bottom guide roller **350** is located in the bottom guide **315**, instead of within the rigid U-shaped channel **305** as in prior art balances, window sashes with the block and tackle window balances **300** as

6

disclosed in this application provide greater travel distance. FIG. **7A** is an illustration of a window assembly **500** with two prior art window balances **200** attached to a lower window sash **504**. In FIG. **7A**, the lower window sash **504** is in a closed position. FIG. **7B** shows the window assembly **500**, but with the lower window sash **504** in a fully open position. The standard travel distance of a window sash attached to the prior art window balance **200** is labeled "CC" **520** in FIG. **7B**. The window sash **504**, as shown in FIGS. **7A** and **7B**, is prevented from achieving a greater travel distance by the roller **239**, located within the rigid U-shaped channel **205**, hitting the jamb mounting hook **245**.

FIGS. **8A** and **8B** show a schematic of the window assembly **600** with block and tackle balances **300** of the present invention. FIG. **8A** shows the window assembly **600** in the closed position, while FIG. **8B** shows the window assembly **600** in the fully open position. Because the bottom guide roller **350** is mounted within the bottom guide **315** instead of within the rigid U-shaped channel **305**, the window sash **604** can travel a greater distance before the bottom guide roller **350** hits the jamb mounting hook **345**, resulting in a greater travel distance, labeled "DD" **530** in FIG. **8B**. It should be noted that the distance "DD" **530** is greater than the distance "CC" **520**. The greater travel distance is an important feature, because it allows for an increased window clearance that will help persons who are using the window assembly as an emergency

Variations, modifications, and other implementations of what is described herein will occur to those of ordinary skill in the art without departing from the spirit and the scope of the invention as claimed. Accordingly, the invention is to be defined not by the preceding illustrative description but instead by the spirit and scope of the following claims.

What is claimed is:

1. A block and tackle window balance device comprising:
   a channel comprising a first end and a second end;
   a top guide connected to the first end of the channel;
   a bottom guide connected to the second end of the channel;
   a bottom guide roller rotatably mounted in the bottom guide;
   a fixed pulley block unit connected to the channel;
   a translatable pulley block unit moveable within the channel;
   a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and
   a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

2. The device of claim **1** wherein the bottom guide roller is located external to the channel.

3. The device according to claim **2** wherein the top angled portion is sized to receive a member of a window sash.

4. The device according to claim **1** wherein a portion of the bottom guide is external to the channel.

5. The device according to claim **1** wherein the bottom guide forms a channel to receive a portion of a window sash.

6. The device of claim **1** wherein the fixed pulley block unit comprises a frame, an axle, and at least one pulley rotatable around the axle.

7

**7**. The device according to claim **6** wherein the axle is located within the frame.

**8**. The device according to claim **1** wherein the fixed pulley block unit is connected to the channel with a support member.

**9**. The device according to claim **1** wherein the translatable pulley block unit comprises a frame, an axle within the frame, and at least one pulley rotatable around the axle.

**10**. The device according to claim **1** wherein the top guide includes a top angled portion and a bottom portion, the bottom portion being connected to the first end of the channel.

**11**. The device according to claim **1** wherein the fixed pulley block unit is integral with the bottom guide.

**12**. A window assembly comprising:

a window frame with two jambs with jamb pockets;

at least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and

at least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising: channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

a bottom guide connected to the second end of the channel;

a bottom guide roller rotatably mounted in the bottom guide;

a fixed pulley block unit connected to the channel;

a translatable pulley block unit moveable within the channel;

a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and

a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

**13**. A window balance device comprising:

a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and

8

a bottom guide roller rotatably mounted in the bottom guide.

**14**. The device of claim **13** wherein the bottom guide roller is located external to the channel when the bottom guide is attached thereto.

**15**. The device according to claim **13** wherein at least a portion of the bottom guide is external to the channel when attached thereto.

**16**. The device according to claim **13** wherein the bottom guide forms a channel to receive a portion of a window sash when installed.

**17**. The device of claim **13** wherein the bottom guide further comprises a bottom guide axle for mounting the roller.

**18**. A window balance device comprising:

a channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

a bottom guide connected to the second end of the channel and adapted to slide in a jamb pocket when installed in a window frame; and

a bottom guide roller rotatably mounted in the bottom guide.

**19**. The device of claim **18** wherein the bottom guide roller is located external to the channel.

**20**. The device according to claim **18** wherein at least a portion of the bottom guide is external to the channel.

**21**. The device according to claim **18** wherein the bottom guide forms a channel to receive a portion of a window sash when installed.

**22**. The device of claim **18** wherein the bottom guide further comprises a bottom guide axle for mounting the roller.

**23**. A window balance device comprising:

a bottom guide connected to an end of a window balance channel, the bottom guide slidable in a jamb pocket when installed in a window frame, the bottom guide including:

a bottom guide axle mounted within the bottom guide, the bottom guide axle located outside the window balance channel; and

a bottom guide roller rotatably mounted on the bottom guide axle.

\* \* \* \* \*

US006820368B2

(12) **United States Patent**    (10) **Patent No.:**    **US 6,820,368 B2**
Uken et al.    (45) **Date of Patent:**    **Nov. 23, 2004**

(54) **SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW**

(75) Inventors: **Stuart J. Uken**, Sioux Falls, SD (US);
**Gary R. Newman**, Valley Springs, SD
(US); **Lawrence J. VerSteeg**, Sioux
Falls, SD (US)

(73) Assignee: **Amesbury Group, Inc.**, Amesbury, MA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/446,279**

(22) Filed: **May 23, 2003**

(65) **Prior Publication Data**

US 2003/0192257 A1 Oct. 16, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/044,005, filed on Jan. 11,
2002, now Pat. No. 6,679,000.
(60) Provisional application No. 60/261,501, filed on Jan. 12,
2001.

(51) **Int. Cl.⁷** ............................. **E05D 15/22**; E05F 1/00
(52) **U.S. Cl.** ............................. **49/181**; 49/176; 49/446;
16/197
(58) **Field of Search** ......................... 49/181, 183, 184,
49/185, 186, 445, 446, 449, 455, 453, 454,
176, 177, 161; 292/174, 175, DIG. 63,
DIG. 47, DIG. 37; 16/197

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,007,212 | A | 10/1911 | Lasersohn |
| 1,312,665 | A | 8/1919 | Almquist |
| 2,178,533 | A | 10/1939 | Viehweger |
| 2,952,884 | A | 9/1960 | Dinsmore |
| 3,007,194 | A | 11/1961 | Griswold |
| 3,105,576 | A | 10/1963 | Jones et al. |
| 3,461,608 | A | 8/1969 | Johnson |

( List continued on next page. )

FOREIGN PATENT DOCUMENTS

CA              2382933         4/2002

OTHER PUBLICATIONS

BSI's Hidden Advantage: It's as Easy as 1–2–3, Balance
Systems—BSI, Amesbury Group, Inc., 2001. (3 pgs.), no
month available.

( List continued on next page. )

*Primary Examiner*—Hugh B. Thompson, II
(74) *Attorney, Agent, or Firm*—Testa, Hurwitz & Thibeault,
LLP

(57)    **ABSTRACT**

The invention relates to a snap lock balance shoe and
balance systems to be incorporated in pivotable double hung
windows and installation methods of such systems. In one
embodiment, the snap lock balance shoe includes a pair of
retractable tabs that partially extend through openings within
an inverted window balance. In one embodiment of the
method, an elongated end of the balance shoe is inserted into
a window jamb and then rotated into position.

**11 Claims, 13 Drawing Sheets**



**US 6,820,368 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,497,999 A | 3/1970 | Hendra | |
| 3,529,381 A | 9/1970 | Grossman | |
| 3,676,956 A | 7/1972 | Taylor et al. | |
| 3,732,594 A | 5/1973 | Mills | |
| 3,869,754 A | 3/1975 | Foster | |
| 4,028,849 A | 6/1977 | Anderson | |
| 4,068,406 A | 1/1978 | Wood | 49/181 |
| 4,079,549 A | 3/1978 | Wood | 49/181 |
| 4,089,085 A | 5/1978 | Fitzgibbon | |
| 4,190,930 A | 3/1980 | Prosser | |
| 4,300,316 A | 11/1981 | Ficurilli | |
| 4,332,054 A | 6/1982 | Paist et al. | 16/197 |
| 4,506,478 A | 3/1985 | Anderson | 49/181 |
| 4,510,713 A | 4/1985 | Anderson | 49/175 |
| 4,610,108 A | 9/1986 | Marshik | 49/181 |
| 4,697,304 A | 10/1987 | Overgard | |
| 4,930,254 A | 6/1990 | Valentin | 49/181 |
| 4,941,285 A | 7/1990 | Westfall | 49/176 |
| 4,949,425 A | 8/1990 | Dodson et al. | |
| 4,958,462 A | 9/1990 | Cross | 49/181 |
| 5,069,001 A | 12/1991 | Makarowski | 49/176 |
| 5,127,192 A | 7/1992 | Cross | 49/181 |
| 5,140,769 A | 8/1992 | Hickson et al. | |
| 5,189,838 A | 3/1993 | Westfall | 49/181 |
| 5,251,401 A | 10/1993 | Prete et al. | 49/181 |
| 5,301,467 A | 4/1994 | Schmidt et al. | 49/181 |
| 5,353,548 A | 10/1994 | Westfall | |
| 5,371,971 A | 12/1994 | Prete | |
| 5,377,384 A | 1/1995 | Riegelman | 16/193 |
| D355,262 S | 2/1995 | Chaney et al. | |
| 5,445,364 A | 8/1995 | Tibbals, Jr. | |
| 5,448,858 A | 9/1995 | Briggs et al. | |
| 5,452,495 A | 9/1995 | Briggs | |
| 5,463,793 A | 11/1995 | Westfall | |
| 5,530,991 A | 7/1996 | deNormand et al. | |
| 5,553,903 A | 9/1996 | Prete et al. | 292/163 |
| 5,566,507 A | 10/1996 | Schmidt et al. | |
| 5,572,828 A | 11/1996 | Westfall | 49/181 |
| 5,615,452 A | 4/1997 | Habbersett | 16/194 |
| 5,632,117 A | 5/1997 | Prete et al. | 49/181 |
| 5,632,118 A | 5/1997 | Stark | 49/181 |
| 5,661,927 A | 9/1997 | Polowinczak et al. | 49/447 |
| 5,669,180 A | 9/1997 | Maier | |
| 5,697,188 A | 12/1997 | Fullick et al. | 49/181 |
| 5,704,165 A | 1/1998 | Slocomb et al. | 49/181 |
| 5,737,877 A | 4/1998 | Meunier et al. | 49/445 |
| 5,802,767 A | 9/1998 | Slocomb et al. | 49/181 |
| 5,806,243 A | 9/1998 | Prete et al. | 49/181 |
| 5,806,900 A | 9/1998 | Bratcher et al. | 292/137 |
| 5,829,196 A | 11/1998 | Maier | 49/181 |
| 5,855,092 A | 1/1999 | Raap et al. | |
| 5,873,199 A | 2/1999 | Meunier et al. | 49/181 |
| 5,924,243 A | 7/1999 | Polowinczak et al. | 49/181 |
| 5,927,013 A | 7/1999 | Slocomb et al. | 49/181 |
| 5,943,822 A | 8/1999 | Slocomb et al. | 49/181 |
| 6,032,417 A | 3/2000 | Jakus et al. | 49/181 |
| 6,041,475 A | 3/2000 | Nidelkoff | 16/193 |
| 6,041,476 A | 3/2000 | deNormand | 16/197 |
| 6,041,550 A | 3/2000 | Tix | 49/404 |
| 6,058,653 A | 5/2000 | Slocomb et al. | 49/181 |
| 6,119,398 A | 9/2000 | Yates, Jr. | |
| D434,637 S | 12/2000 | Habeck et al. | |
| 6,155,615 A | 12/2000 | Schultz | 292/163 |
| 6,161,335 A | 12/2000 | Beard et al. | |
| 6,178,696 B1 | 1/2001 | Liang | 49/185 |
| 6,226,923 B1 | 5/2001 | Hicks et al. | |
| 6,467,128 B1 | 10/2002 | Damani | |
| 6,470,530 B1 | 10/2002 | Trunkle | |
| D467,490 S | 12/2002 | Uken et al. | |
| 6,622,342 B1 | 9/2003 | Annes et al. | |
| 6,679,000 B2 | 1/2004 | Uken et al. | |
| 2002/0092241 A1 | 7/2002 | Uken et al. | |
| 2002/0129463 A1 | 9/2002 | Newman | |

### OTHER PUBLICATIONS

BSI Tilt Balance Systems, Balance Systems—BSI, Amesbury Group, Inc., 1996–2001. (4 pgs.), no month available.

Crossbow Balance! Another New Balance in BSI's Quiver, Balance Systems—BSI, Amesbury Group, Inc., Jun. 7, 1999. (3 pgs.).



FIG. 1



PRIOR ART

FIG. 2A



FIG. 2B



**FIG. 3A**



**FIG. 3B**

Case 1:05-cv-10020-DPW    Document 24-4    Filed 09/15/2005    Page 7 of 20



FIG. 3C



210

230

FIG. 3D



210

240

250

250

FIG. 3E

210

250

FIG. 3F



FIG. 4



FIG. 5A

FIG. 5B



FIG. 6A

FIG. 6B



FIG. 6C

FIG. 6D



FIG. 7A

FIG. 7B

FIG. 8A

FIG. 8B



FIG. 9



FIG. 10A

FIG. 10B

FIG. 11A

FIG. 11B

FIG. 12A

FIG. 12B

FIG. 13A

FIG. 13B

US 6,820,368 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/044,005 entitled Snap Lock Balance Shoe and System for a Pivotable Window filed on Jan. 11, 2002, now U.S. Pat. No. 6,679,000, which application incorporates by reference in its entirety and claims priority to U.S. Provisional Patent Application Ser. No. 60/261,501 entitled Snap Lock Balance Shoe and System for a Pivotable Window filed on Jan. 12, 2001.

## FIELD OF THE INVENTION

This invention relates to a window balance system for use in a pivotable window assembly.

## BACKGROUND OF THE INVENTION

This invention relates to the field of tilt-in windows. More particularly this invention relates to a balance shoe of a window balance system used in conjunction with a pivot bar mounted on a window sash for rotating the window sash relative to a window frame.

Typical pivotable double hung windows include two window sashes disposed in tracks located in a window frame to allow vertical sliding movement of the sashes. Pivot bars are provided to allow rotational movement of a pivotable window sash about the pivot bars to facilitate cleaning of glazing. To control vertical movement, window balances are used so that the window sashes remain in a position in which they are placed. Balance shoes are used to guide the rotational movement of the window sashes with respect to the window frame. Typically, the balance shoes are coupled to window balances with a connecting member. See, for example, U.S. Pat. No. 6,119,398, entitled "Tilt Window Balance Shoe Assembly with Three Directional Locking" issued to H. Dale Yates, Jr., the disclosure of which is herein incorporated by reference in its entirety.

One of the problems with balance shoes and window balances for pivotable double hung windows is that they are difficult to install. In order to install a pivotable double hung window with balance shoes and window balances, the following installation steps typically must be followed. First, before the window frame is assembled, the balance shoes are inserted into jamb tracks. Next, connecting members are used to attach the balance shoes to the window balances. The balance shoes generally have an opening to accept the pivot bars that are mounted on window sashes. Finally, the sashes are made operable by inserting the pivot bars into the balance shoes and rotating the window sash up to a vertical position in the jamb tracks. The installation process is rather complex and difficult. Repair costs for replacing balance shoes are also significant. In order to change a malfunctioning or failed balance shoe, the jamb tracks either need to be deformed or replaced to gain access to the problematic balance shoe for removal and replacement.

## SUMMARY OF THE INVENTION

In general, in one aspect, the invention relates to a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within a window balance. Embodiments of the invention can include the following features. The connecting device can include one or more retractable tabs that engage the window balance directly. The frame can further include a frame pocket sized to receive a fastener. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

In another aspect, the invention relates to an inverted window balance system for use within a pivotable double hung window assembly. The inverted window balance system includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, which include an extension spring, a system of pulleys, a cord to connect the extension spring via the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within the rigid U-shaped channel. Embodiments of this aspect of the invention can include the following features. At least a portion of the balance shoe is disposed within the rigid U-shaped channel. The connecting device can include one or more retractable tabs for engaging the rigid U-shaped channel. The retractable tabs can partially extend through at least one of the plurality of openings in the rigid U-shaped channel. The balance shoe can be further secured to the rigid U-shaped channel with a fastener that interfaces with a frame pocket in the balance shoe. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

In still another aspect, the invention relates to a method of installing an inverted window balance system within a window jamb in a window frame. The method includes four basic steps. The first step is to provide an inverted window balance system that includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, an extension spring and a system of pulleys disposed within the rigid U-shaped channel, a cord to connect the extension spring via the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member located at least partially

US 6,820,368 B2

3

within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within the rigid U-shaped channel. The frame of the balance shoe has a frame bottom surface, a frame front surface, and two frame edge surfaces. The second step is to insert the inverted window balance system into a jamb track of the window jamb, such that an axis extending along a longitudinal direction of the rigid U-shaped channel is perpendicular to a back wall of the jamb track and an axis that is perpendicular to the two frame edge surfaces is parallel to the back wall while the frame front surface faces a side wall of the jamb track. The third step is to rotate the window balance system within the jamb track 90 degrees about the axis extending along the longitudinal direction of the rigid U-shaped channel, such that the frame front surface faces in a downward direction. The final step is to rotate the window balance system 90 degrees about the axis that is perpendicular to the two frame edge surfaces, such that the frame bottom surface faces in the downward direction.

These and other features of the invention will be made apparent from the following description taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. 1 is a perspective view of a pivotable double hung window assembly;

FIG. 2A is a rear view of inverted window balance system for use with a prior art balance shoe;

FIG. 2B is a rear view of a window balance;

FIG. 3A is one perspective view of an embodiment of a snap lock balance shoe of the present invention;

FIG. 3B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 3A;

FIG. 3C is a rear view of one embodiment of a snap lock inverted balance system;

FIG. 3D is a bottom view of one embodiment of a snap lock balance shoe;

FIG. 3E is a front view of one embodiment of a snap lock balance shoe;

FIG. 3F is a side view of one embodiment of a snap lock balance shoe;

FIG. 4 is a perspective view of an embodiment of a snap lock balance shoe of the present invention;

FIG. 5A is one perspective view of another embodiment of a snap lock balance shoe of the present invention;

FIG. 5B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 5A;

FIG. 6A is a perspective view of one embodiment of a balance shoe of the invention and a rigid U-shaped channel;

FIG. 6B is a perspective view showing the first step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

FIG. 6C is a perspective view showing the second step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

FIG. 6D is a perspective view showing one embodiment of the balance shoe of the invention connected to the rigid U-shaped channel;

FIG. 7A is a front view of a prior art balance shoe attached to a rigid U-shaped channel;

4

FIG. 7B is a side view of the prior art balance shoe attached to the rigid U-shaped channel;

FIG. 8A is a front view of one embodiment of a snap lock balance shoe of the present invention attached to a rigid U-shaped channel;

FIG. 8B is a side view of one embodiment of the snap lock balance shoe of the present invention attached to the rigid U-shaped channel;

FIG. 9 is a front view of a window assembly including one snap lock inverted window balance system of the present invention and one prior art inverted window balance system installed in a window frame;

FIG. 10A is a side view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 10B is a front view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 11A is a side view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 11B is a front view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 12A is a side view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 12B is a front view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 13A is a side view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track; and

FIG. 13B is a front view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track.

DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. 1, shown is a pivotable double hung window assembly 100 in which a snap lock balance shoe constructed in accordance with the teachings of the present invention can be used. The pivotable double hung window assembly 100 includes of a window frame 102, a pivotable lower window sash 104, a pivotable upper window sash 106, and a window jamb 107. The pivotable lower window sash 104 and the pivotable upper window sash 106 slide vertically in jamb track 108 within the window jamb 107, while also being able to pivot about a pivot bar 114, as shown in FIG. 9.

FIG. 2A shows a rear view of an inverted window balance system 120 for use in the pivotable double hung window assembly 100. The inverted window balance system 120 includes an inverted window balance 122 used for balancing the weight of either the pivotable lower window sash 104 or the pivotable upper window sash 106 at any vertical position within the window frame 102, and a prior art balance shoe 110 for guiding the rotation of the pivotable lower window sash 104 about the pivot bar 114. A hanging connector 112 connects the prior art balance shoe 110 to the inverted window balance 122. The inverted window balance 122 includes an extension spring 126 connected to a system of pulleys 128 housed within a rigid U-shaped channel 130, and a cord 132 for connecting the system of pulleys 128 to a jamb mounting attachment 134. The jamb mounting

US 6,820,368 B2

5

6

attachment **134** is used for connecting the inverted window balance system **120** to the window jamb **107**. One difference between the inverted window balance **122** and a window balance **140**, shown in FIG. 2B, includes the placement of the extension spring **146** above a system of pulleys **148** within the rigid U-shaped channel **150**. A cord **152** connects the system of pulleys **148** to a jamb mounting attachment **154**. Another difference is that while inverted window balances **122** travel with either the pivotable lower window sash **104** or pivotable upper window sash **106**, the window balance **140** remains in a fixed position in the window jamb **107** due to an attachment to the window jamb **107** through an attachment opening **155**.

FIGS. 3A and 3B are perspective views of a snap lock balance shoe **210** of one embodiment of the present invention. The snap lock balance shoe **210** has a frame **211** in which is housed a connecting device **212**, a locking device **214**, and a cam **218**. The connecting device **212** can be integral with the frame **211** and attaches the snap lock balance shoe **210** directly within an inverted window balance **622**, shown in FIG. 3C. The inverted window balance **622** in combination with the snap lock balance shoe **210** forms a snap lock inverted window balance system **600**. The inverted window balance **622** includes an extension spring **626** connected to a system of pulleys **628** housed within a rigid U-shaped channel **630**, and a cord **632** for connecting the system of pulleys **628** to a jamb mounting attachment **634**, such as a cord terminal or hook.

In the depicted embodiment, the connecting device **212** is a pair of retractable tabs that snap into the rigid U-shaped channel **630**. In other embodiments, other connecting devices such as a screw, may be used to secure the frame **211** to the rigid U-shaped channel **630**. A fastener **635** located in the inverted window balance **622** can be used to further secure the connection between the snap lock balance shoe **210** and the inverted window balance **622**. To accommodate the fastener **635**, the snap lock balance shoe **210** can form a connection pocket **213** sized to receive or mate with the fastener **635**.

Another element of the snap lock balance shoe **210** visible in FIG. 3A is a keyhole opening **219** located within the cam **218**. The keyhole opening **219** is sized to accept the pivot bar **114** extending from either the pivotable lower window sash **104** or the pivotable upper window sash **106**, and serves as a connection point between the pivotable lower or upper window sash **104**, **106** and the snap lock balance shoe **210**. FIG. 3B shows a perspective view of the snap lock balance shoe **210** showing another face of the cam **218**.

In the embodiment shown in FIG. 3B, the locking device **214** surrounds the cam **218** and includes of a pair of opposing ends **215** connected by a spring member **216**. When the pivotable lower window sash **104** is tilted open, the pivot bar **114** rotates, which in turn rotates the cam **218** forcing the opposing ends **215** outward to engage the jamb track **108** of the window frame **102**, thereby locking the balance shoe **210** in that location.

FIGS. 3D–3F show different views of one of the embodiments of the snap lock balance shoe **210** of the invention. FIG. 3D is a bottom view of the snap lock balance shoe **210** that shows a frame bottom surface **230**. FIG. 3E is a front view of the same embodiment of the snap lock balance shoe **210** that illustrates a frame front surface **240**, and FIG. 3F is an side view that shows one of the two frame edge surfaces **250** of the snap lock balance shoe **210**.

FIG. 4 shows another embodiment of a snap lock balance shoe **310**. The snap lock balance shoe **310** has an elongated

frame **311** in which is housed a connecting device **312**, a locking device **314**, and a cam **318**. Within the cam is a keyhole opening **319** sized to receive the pivot bar **114**. The elongated frame **311** has a length L **325** that is greater than about 1.25 inches. When attached to the rigid U-shaped channel **630**, the balance shoe **310** extends further outward from the rigid U-shaped channel **630** than the balance shoe **210** attached to a similar sized rigid U-shaped channel **630**. The balance shoe **310** allows a fixed-sized rigid U-shaped channel **630** to be used in a larger window having a greater travel distance by extending the length of the entire window balance system by having a longer balance shoe **310**. One of the advantages of the present invention is that an installer can create a custom window balance system for a particular window by fitting a fixed-length rigid U-shaped channel **630** with an appropriately sized snap lock balance shoe.

Referring to FIGS. 5A–5B, shown is another embodiment of the present invention of a snap lock balance shoe **410**. The snap lock balance shoe **410** has a locking member **422** which engages a back wall of the jamb track **108** locking the balance shoe **410** in that location. The locking member **422** is partially disposed in the frame **411** and includes a plate **423** that engages the back wall of the jamb track **108**. The balance shoe **410** also includes a frame **411**, a connecting device **412**, and a cam **418**. The cam **418** is partially disposed within the frame **411** in a space enclosed by the locking member **422**. The cam **418** includes a keyhole opening **419** sized to receive the pivot bar **114**. Upon rotation of the cam **418** with the pivot bar **114**, the locking member **422** is forced away from the frame **411** towards the back wall of the jamb track **108**, thereby anchoring the balance shoe **410** in that location within the window frame **102**.

FIGS. 6A–6D show one embodiment of a method for securing the snap lock balance shoe **210** within a rigid U-shaped channel **630** with multiple openings **638**. It should be noted that each opening **638** on one side of the rigid U-shaped channel **630** has a corresponding opening **638** on the other side of the rigid U-shaped channel **630** to form a pair of openings. The first step, shown in FIG. 6A, is to place a fastener **635**, such as a rivet, in one of the pairs of openings **638** in the rigid U-shaped channel **630**. The next step, as depicted in FIG. 6B, is to slide the snap lock balance shoe **210** into the rigid U-shaped channel **630** such that the fastener **635** is received in the connection pocket **213** of the snap lock balance shoe **210**. As shown in FIG. 6C, the snap lock balance shoe **210** is then rotated down so that the front frame surface **240** is aligned with a bottom wall **636** of the rigid U-shaped channel **630**. FIG. 6D shows the last step of attaching the snap lock balance shoe **210** within the rigid U-shaped channel **630**. In this step, the connecting device **212** of the snap lock balance shoe **210** snaps into one of the pairs of openings **638** located on the rigid U-shaped channel **630**. In alternative embodiments the connection device **212** of the snap lock balance shoe **210** can extend through off-set openings in the rigid U-shaped channel **630**. In some embodiments, the snap lock balance shoe **210** is attached to the rigid U-shaped channel **630** with the fastener **635**. In other embodiments, the snap lock balance shoe **210** is attached to the rigid U-shaped channel **630** without the fastener **635**. It should also be noted that in some embodiments, the snap lock balance shoe **210** can be aligned and secured to the rigid U-shaped channel **630** such that the front frame surface **240** faces upwards instead of downwards as depicted in FIG. 6D.

FIG. 7A is a front view of the prior art balance shoe **110** attached to the rigid U-shaped channel **130**. The rigid

US 6,820,368 B2

7                                                           8

U-shaped channel 130 is connected to the prior art balance shoe 110 by the hanging connector 112. No part of the prior art balance shoe 110 lies within the rigid U-shaped channel 130. FIG. 7B is a side view of the prior art balance shoe 110 attached to the rigid U-shaped channel 130 illustrating channel openings 137. Fasteners (not shown) are installed through the channel openings 137 to secure the hanging connector 112 to the rigid U-shaped channel 130.

Referring to FIGS. 8A and 8B, shown is an embodiment of the snap lock balance shoe 210 of the present invention attached to the rigid U-shaped channel 630. The snap lock balance shoe 210 is directly attached within the rigid U-shaped channel 630 by a connecting device 212 located on the frame 211 of the snap lock balance shoe 210. The connecting device 212 extends through a pair of openings 638 located on the rigid U-shaped channel 630.

FIG. 9 is a front view of a pivotable double hung window assembly 800 in which an inverted window balance 122 is attached to a prior art balance shoe 110 by using the hanging connector 112, and the inverted window balance 622 is attached to the snap lock balance shoe 210 of an embodiment of the present invention. Pivot bars 114, as shown in FIG. 9, are secured to the pivotable lower window sash 104. The pivot bars 114 are slidably receivable by both the prior art balance shoe 110 and the snap lock balance shoe 210 and serve as connections between the pivotable lower window sash 104 and respective inverted window balances 122, 622.

An advantage of the type of balance shoe presently disclosed is that the snap lock balance shoe 210 is attached within the rigid U-shaped channel 630 resulting in a longer rigid U-shaped channel 630 than in the inverted balance systems 120 for a given window sash. The longer rigid U-shaped channel 630 of the inverted window balance 622 allows for the use of longer extension springs that provide greater control of the vertical positioning of the window sash than a shorter rigid U-shaped channel 130 with a shorter extension spring. Another advantage of the present invention is that the snap lock balance shoe 210 contains a smaller number of parts than prior art balance shoes 110.

One installation method used to place a snap lock inverted window balance system 600 within the jamb tracks 108 is schematically illustrated in the remaining figures. The snap lock inverted window balance system 600 includes one inverted window balance 622 and one snap lock window balance 210. FIGS. 10A, 11A, 12A, and 13A show the installation method from a side view, while FIGS. 10B, 11B, 12B, and 13B show the method from a front view. The installation method involves an orientation step, a first rotation step, and a second rotation step FIGS. 10A and 10B show the orientation step in the installation method. In the orientation step, the snap lock inverted window balance system 600 is inserted the jamb tracks 108 such that an axis CC 510 in FIG. 10A is perpendicular to a back wall 530 of the jamb tracks 108, while an axis DD 520 in FIG. 10A is parallel to the back wall 530 and the frame front surface 240 is adjacent to a side wall 532 of the jamb tracks 108. FIGS. 11A and 11B show the snap lock inverted window balance system 600 inserted in the jamb tracks 108 as well as an arrow 550 indicating the direction of rotation of the snap lock inverted window balance system 600 required to complete the first rotation step. The first rotation step involves rotating the snap lock inverted window balance system 600 90-degrees about the axis CC 510 such that the frame front surface 240 faces downward. FIGS. 12A and 12B show the snap lock inverted window balance system 600 after the

90-degree rotation around the axis CC 510 has been completed. The second rotation step involves a 90-degree rotation about the axis DD 520. An arrow 560 showing the direction of the second rotation step is shown in FIGS. 12A and 12B. FIGS. 13A and 13B show in two different views the snap lock inverted window balance system 600 after the installation method has been completed. The cord terminal or any other jamb mounting attachment 634 (see FIG. 9) can then be screwed or hooked into place to anchor the snap lock inverted window balance system 600.

The installation method just described can be carried out in reverse to remove the snap lock inverted window balance system 600 from the jamb track 108 of the window frame 102 to allow for easy replacement of the snap lock balance shoe 210 or the snap lock inverted window balance system 600 itself. In order to replace inverted window balance systems 120 with prior art balance shoes 110, either the jamb tracks 108 need to be warped or completely removed in order to replace the prior art balance shoe 110 of the inverted window balance 120.

While there have been described several embodiments of the invention, other variants and alternatives will be obvious to those skilled in the art. Accordingly, the scope of the invention is not limited to the specific embodiments shown.

What is claimed is:

1. A window balance system comprising:

a U-shaped channel comprising a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the fist cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe, wherein the balance shoe comprises:

a frame comprising an enlarged first end and a second end, wherein at least a portion of the second end of the frame is disposed within the U-shaped channel;

a locking member proximal to the enlarged first end;

a cam in communication with the locking member; and

a connecting device comprising one or more resilient tabs for attaching the balance shoe within the U-shaped channel of the window balance, wherein the one or more resilient tabs extend at least partially through a corresponding number of the plurality of openings in the U-shaped channel.

2. A window balance system comprising:

a U-shaped channel comprising a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe, wherein the balance shoe comprises:

a frame comprising an enlarged fist end and a second end, wherein the second end is adapted to be received by the U-shaped channel, and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet;

a locking member proximal to the enlarged first end;

a cam in communication with the locking member, and

a connecting device for attaching the balance shoe within the U-shaped channel of the window balance.

US 6,820,368 B2

9

**3**. The window balance system of claim **2** wherein the connecting device comprises a rivet.

**4**. The window balance system of claim **2** wherein the connecting device comprises a screw.

**5**. The window balance system of claim **2** wherein the connecting device comprises a resilient tab.

**6**. The window balance system of claim **2** wherein the cam is at least partially housed within the enlarged first end of the frame; wherein rotating the cam forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

**7**. The window balance system of claim **2** wherein the locking member comprises two opposing ends integrally connected by a spring member.

**8**. The window balance system of claim **7** wherein the cam is at least partially housed within the enlarged first end of the frame, wherein rotating the cam forces the opposing ends of

10

the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

**9**. The window balance system of claim **2** wherein the locking member comprises a plate, wherein the plate is parallel to a back surface of the enlarged first end of the frame.

**10**. The window balance system of claim **9** wherein the cam is at least partially housed within the enlarged first end of the frame wherein rotating the cam forces the plate of the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

**11**. The window balance system of claim **2** wherein the cam comprises at least one camming surface and a keyhole opening sized to receive a pivot bar.

*   *   *   *   *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

**DEFENDANT'S SUPPLEMENTED
ANSWERS TO PLAINTIFFS' FIRST
SET OF INTERROGATORIES**

Plaintiffs,

vs.

THE CALDWELL MANUFACTURING
COMPANY,

Civil Action No. 05-10020-DPW

Defendant.

---

Defendant the Caldwell Manufacturing Company ("Caldwell"), by its attorneys Harris Beach

PLLC, submits the following supplemental answers to plaintiffs' First Set of Interrogatories:

**INTERROGATORY NO. 4**:

For each Window Product identified in response to Interrogatory No. 1, separately state the

full factual and legal basis for Caldwell's assertion that the Window Product does not infringe any

claim of the patents-in-suit, identifying for each claim each element that Caldwell asserts is or is not

present in the Window Product, either literally or under the doctrine of equivalents, and any claim

construction relevant to Caldwell's assertion.

        **ANSWER**:    Amesbury objects to this interrogatory in that is premature in that the

court has not construed the claims at issue.   Additionally, Caldwell objects to this interrogatory for

the reasons stated in response to Interrogatory No. 1 in that the definition of "Window Product" is

vague and overly broad.     Caldwell's preliminary claim charts are attached as Exhibit "A".

Caldwell reserves the right to supplement or amend these responses based on further discovery,

investigation or the Court's claim construction.

HARRIS BEACH 🅿🅻🅻🅲
ATTORNEYS AT LAW

**INTERROGATORY NO. 6**:

State the full factual and legal basis for Caldwell's assertion that each of the patents-in-suit is invalid for failure to meet the requirements of the patent laws of the United States as set forth in, *inter alia*, 35 U.S.C. §§102, 103 and 112.

**ANSWER**:    Caldwell objects to this interrogatory in that it calls for legal conclusions.  Furthermore, Caldwell requires discovery from Amesbury to answer this interrogatory fully.  Subject to and without waiving these objections, Caldwell states as follows:

(1)    U.S. Patent No. 6,598,264:  The file history indicates that the only potentially novel element of this patent is the location of the bottom guide roller within the bottom guide.  This element is disclosed, or is obvious in light of, the following prior art references, either singly or in combination:  (1) Prosser, U.S. Patent No. 3,091,797; (2) Thompson, U.S. Patent No. 6,840,011, (3) Wood, U.S. Patent No. 3,114,178, (4) Biro, U.S. Patent No. 3,449,862, (5) DeNormand, U.S. Patent No. 6,041,746, (6) Berndt, U.S. Patent No. 4,704,821, (7) Fitzgibbon, U.S. Patent No. 4,089,085, (8) a window balance product manufactured by or for Anderson Corporation that, upon information and belief, incorporated a part sold by Amesbury to Anderson as early as 1999, (9) Japanese Utility Model No. JITSUKAI S62-19485, (10) United Kingdom Patent No. GB1219927, (11) United Kingdom Patent No. GB1244324, and (12) additional prior art cited during the prosecution of the patent.  Additional prior art references may be found through additional prior art searches or in discovery, and Caldwell reserves the right to supplement this response.   Also, the patent is invalid to the extent that Amesbury seeks to construe the claims of this patent to cover rollers that are not attached directly to the bottom guide because, during prosecution of the patent, Amesbury distinguished certain prior art references, including *Biro*, supra, which disclosed a roller indirectly mounted to the bottom guide.

(2)    <u>U.S. Patent No. 6,820,368</u>:  The file history indicates that the only potentially novel element of this patent is enlarged end of the balance shoe.  The patent also discloses a "pocket" element.  These elements are disclosed, or are obvious in light of, the following prior art references, either singly or in combination: (1) DeNormand, U.S. Pat. No. 6,041,746, (2) Berndt, U.S. Patent No. 4,704,821, (3) Schmidt, U.S. Patent No. 5, 301, 467, (4) additional prior art cited during the prosecution of the patent, (5) United Kingdom Patent Application No. 2280697A, (6) United Kingdom Patent Application No. 2236786A, (7) United Kingdom Patent Application No. 2292168A, (8) United Kingdom Patent No. 740223, (9) Japanese Utility Model JITSUKAI S56-171982, and (10) Japanese Utility Model JITSUKAI S63-3785.    Additional references may be discovered, and Caldwell reserves the right to supplement this response.  In addition, this patent is invalid to the extent that Amesbury argues that Caldwell's 97ez product infringes this patent because this argument requires a construction of the patent that would require two claim elements to correspond to a single part of Caldwell's product.  Caldwell's products do not have both a "pocket ... adapted to mate with a rivet" **and** a "connecting device" as claimed, even assuming that the Caldwell device has any of those elements as those terms are defined by the patent claims and specification.  To argue otherwise would render the patent ambiguous and invalid.

(3)    <u>U.S. Patent No. 5,365,638</u>:  The file history indicates that the only potentially novel element of this patent is the raised spine that inhibits rotation of the mounting means.  This element is disclosed, or is obvious in light of, the following prior art references,  either singly or in combination: (1) Makarowksi, U.S. Patent No. 5,069,001, (2) Patterson, U.S Patent No. 2,088,866, (3) Osten, U.S. Patent No. 2,774,119, (4) Arlauskas, U.S. Patent No. 3,069,152, (5) Jones, U.S. Patent No. 3,105,576, (6) Anderson, U.S. Patent No. 3,711,995, (7) Anderson, U.S. Patent No. 3,795,076, (8) Anderson, 4,028,849, (9) Japanese Utility Model No. JIKKOHEI8-9334,

(9) Japanese Utility Model No. JIKKAIHEI4-119083, (10) Japanese Utility Model No. JIKKAIHEI41-112279, (11) additional prior art cited during the prosecution of the patent, (12) United Kingdom Patent No. 1287756, and (13) United Kingdom Patent No. 329996. Additional references may be discovered, and Caldwell reserves the right to supplement this response. Furthermore, to the extent that Amesbury claims a spine that does not inhibit rotation is covered by the claims, the patent is anticipated and/or obvious in light of Sterner, U.S. Patent No. 5,157,808, and is invalid for lack of enablement in that the specification only discloses a spine that inhibits rotational movement.

**INTERROGATORY NO. 10**:

State the full factual and legal basis for Caldwell's denial that its infringement of the patents-in-suit is willful, including, but not by way of limitation, identifying any legal advice or legal opinion relied upon by Caldwell in deciding to use, make, offer for sale, sell in, or import into, the United States, or in deciding to continue to use, make, offer for sale, sell in, or import into, the United States, any of the Window Products identified in response to Interrogatory No. 1.

**ANSWER**:    Caldwell objects to this interrogatory in that it is overly broad, calls for legal conclusions, and seeks material covered by the attorney-client privilege. Caldwell will not rely upon the opinion of counsel at trial. Caldwell declines to produce opinions of counsel regarding the validity and/or infringement of the patents-in-suit. Subject to and without waiving these objections, Caldwell states that it has a good faith basis for arguing that the patents-at-issue are invalid and/or not infringed, as outlined in its responses to Interrogatories Nos. 5 and 6 above, and as is evident from a comparison of Caldwell's products with the claims of the patents-in-suit. In addition, after Amesbury accused Caldwell of infringement, Caldwell withdrew its 97ez and 86xt products from the market, although Caldwell denies that those products infringed any of the patents-in-suit. Testimony

of Caldwell employees, including those disclosed in Caldwell's Rule 26 disclosures and Thomas E.

Batten, also are evidence of non-willfulness.


Dated: August *31*, 2005                         HARRIS BEACH PLLC


                                    By:    _____
                                           Paul J. Yesawich, III
                                           Neal L. Slifkin
                                           David J. Edwards
                                           Laura W. Smalley
                                           *Attorneys for Defendant*
                                           99 Garnsey Road
                                           Pittsford, New York 14534
                                           Telephone: 585-419-8800

                                                  -and-

                                           BROWN & MICHAELS, P.C.
                                           Christopher A. Michaels
                                           Eugene S. Stephens
                                           400 M&T Bank Building
                                           118 North Tioga Street
                                           Ithaca, New York 14850
                                           Telephone: 607-256-2000

                                           *Attorneys for Defendant*


TO:    GOODWIN PROCTER LLP
       Douglas J. Kline, Esq.
       Safraz W. Ishmael
       *Attorneys for Plaintiffs*
       Exchange Place
       Boston, MA 02109-2881
       Telephone: 617-570-1000
P \CALDWELL\SuppIntResponses doc
8/30/2005 2 57 26 PM

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
COUNTY OF MONROE ) SS.:

Karen J. Jenness, being duly sworn, deposes and says that I reside in the Town of Irondequoit, New York; I am over twenty-one years of age, and am a legal secretary for the office of Harris Beach LLP. That on the 31st day of August, 2005 before five-thirty o'clock p.m., at the City of Rochester, County of Monroe and State of New York, deponent served a copy of the annexed upon the following:

Safraz W. Ishmael, Esq.
Douglas J. Kline, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109-2881

by causing a true copy thereof, properly and securely enclosed in a sealed wrapper for Federal Express marked for September 1, a.m. delivery.

Karen J. Jenness

Sworn to before me this
31st day of August 2005

Notary Public

HEATHER MCCURTY
Notary Public, State Of New York
Qualified In Monroe County
Commission Expires March 9, 20 06

HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

# EXHIBIT A

| Patent Claims 6,820,368 | Caldwell Series 97EZ | Caldwell Series 97i(H) |
|---|---|---|
| 1.    A    window    balance    system comprising: | Yes | Yes |
| a U-shaped channel comprising a plurality of openings; | Yes | Yes |
| a spring connected to a system of pulleys located within the U-shaped channel; | Yes | Yes |
| a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and | Yes | Yes |
| a balance shoe, wherein the balance shoe comprises: | Yes | Yes |
| a frame comprising an enlarged first end and a second end, wherein at least a portion of the second end of the frame is disposed within the U-shaped channel; | Yes | Yes |
| a locking member proximal to the enlarged first end; | Yes | Yes |
| a cam in communication with the locking member; and | Yes | Yes |
| a connecting device comprising one or more resilient tabs for attaching the balance shoe within the U-shaped channel | **No  -- the Caldwell balance does not have resilient tabs** | **No  -- the Caldwell balance does not have resilient tabs** |

| | | |
|---|---|---|
| of the window balance, wherein the one or more resilient tabs extend at least partially through a corresponding number of the plurality of openings in the U-shaped channel. | | |
| | | |
| 2. A window balance system comprising: | Yes | Yes |
| a U-shaped channel comprising a plurality of openings; | Yes | Yes |
| a spring connected to a system of pulleys located within the U-shaped channel; | Yes | Yes |
| a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and | Yes | Yes |
| a balance shoe, wherein the balance shoe comprises: | Yes | Yes |
| a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel, and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet; | **No. The Caldwell balance does not have a pocket adapted to mate with a rivet.** | **Caldwell cannot state whether its 97i(h) product has this claim element until the court construes the term "pocket."**<br><br>Yes |
| | Yes | |

| | | |
|---|---|---|
| a locking member proximal to the enlarged first end;<br><br>a cam in communication with the locking member, and<br><br>a connecting device for attaching the balance shoe within the U-shaped channel of the window balance. | Yes<br><br><br>**No -- the Caldwell balance does not have a connecting device as that term is/will be defined by the claims and specification. To the extent Amesbury claims that this product infringes, Amesbury's construction violates the "all elements" rule in that Amesbury is claiming that two elements of the claim correspond to a single part of Caldwell's product.** | Yes<br><br><br>**No -- the Caldwell balance does not have a connecting device as that term is/will be defined by the claims and specification.    To the extent Amesbury claims that this product infringes, Amesbury's construction violates the "all elements" rule in that Amesbury is claiming that two elements of the claim correspond to a single part of Caldwell's product.** |
| 3.    The window balance system of claim 2 wherein the connecting device comprises a rivet. | Noh | No |
| 4.    The window balance system of claim 2 wherein the connecting device comprises a screw. | No | No |
| 5.    The window balance system of claim 2 wherein the connecting device comprises a resilient tab. | No | No |
| 6.    The window balance system of claim 2 wherein the cam is at least partially housed within the enlarged first end of the frame;<br><br><br>No | No<br><br><br><br>No | No<br><br><br><br>No |

| | | |
|---|---|---|
| wherein rotating the cam forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | | |
| | | |
| 7.    The window balance system of claim 2 wherein the locking member comprises two opposing ends integrally connected by a spring member. | No | No |
| | | |
| 8.    The window balance system of claim 7 wherein the cam is at least partially housed within the enlarged first end of the frame, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | No | No |
| | | |
| 9.    The window balance system of claim 2 wherein the locking member comprises a plate, wherein the plate is parallel to a back surface of the enlarged first end of the frame. | No | No |
| | | |

| | | |
|---|---|---|
| 10.    The window balance system of claim 9 wherein the cam is at least partially housed within the enlarged first end of the frame | No | No |
| wherein rotating the cam forces the plate of the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | No | No |
| 11.    The window balance system of claim 2 wherein the cam comprises at least one camming surface and a keyhole opening sized to receive a pivot bar. | No | No |

P:\CALDWELL\Claim Chart 6820368.doc
8/30/2005 2:59:18 PM

| Patent Claims 5,365,638 | Caldwell Quicktilt |
|---|---|
| 1.     A mounting assembly comprising | Yes |
| a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges, | Yes |
| a sash frame support means slidable in said channel means, | Yes |
| a coiled ribbon spring having a first end engaged with said sash frame support means, | Yes |
| and a means for mounting said coiled ribbon spring, | Yes |
| the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, | Yes |
| said other end of said coiled ribbon spring being free and unattached to said mounting means and said mounting means being secured in said channel means, | Yes |
| said mounting means having a raised spine positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited. | **No.    The spine does not inhibit rotational motion. Rotational motion is inhibited through an entirely different mechanism.** |
|  |  |
| 2.     The mounting assembly of claim 1 wherein the mounting means has a support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. | No |

| | |
|---|---|
| 3.    The mounting assembly of claim 2 wherein said mounting means has a body portion having an aperture therein,<br><br>a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means,<br><br>a surface of said body portion being concavely curved,<br><br>said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion. | No |
| 4.    The mounting assembly of claim 2 in which the mounting means has at least one inter-engagement means by which a plurality of such mounting means may be stacked in inter-engagement. | No |
| 5.    The mounting assembly of claim 4 in which the inter-engagement means comprises a tooth-like projection cooperable on said first mounting means with a corresponding complementary detente in a second mounting means. | No |
| 6.    The mounting assembly of claim 4 in which the inter-engagement means on said first mounting means is in an interference fit with an inter-engagement means on said second mounting means. | No |
| 7.    The mounting assembly of claim 4 in which the inter-engagement means is formed so as to provide a snap fit. | No |

| | |
|---|---|
| 8.    A mounting assembly comprising a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges, | Yes |
| a sash frame support means slidable in said channel means, | Yes |
| a coiled ribbon spring having an outer end engaged with said sash frame support means, and a means for mounting said coiled ribbon spring, | Yes |
| the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, | Yes |
| said mounting means being secured in said channel means and | Yes |
| the mounting means having projection means positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting means is inhibited. | **No.    The projection means does not inhibit rotational motion. Rotational motion is inhibited through an entirely different mechanism.** |

| Patent Claims 6,598,264 | | Caldwell 86xt Product |
|---|---|---|
| 1. | A block and tackle window balance device comprising: | Yes |
| | a channel comprising a first end and a second end; | Yes |
| | a top guide connected to the first end of the channel; | Yes |
| | a bottom guide connected to the second end of the channel; | Yes |
| | a bottom guide roller rotatably mounted in the bottom guide; | **No - Bottom roller is attached to channel separately from bottom guide** |
| | a fixed pulley block unit connected to the channel; | Yes |
| | a translatable pulley block unit moveable within the channel; | Yes |
| | a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and | Yes |
| | a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb. | Yes |
| | | |
| 2. | The device of claim 1 wherein the bottom guide roller is located external to the channel. | No |
| | | |
| 3. | The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash. | No |
| | | |
| 4. | The device according to claim 1 wherein a portion of the bottom guide is external to the channel. | No |
| | | |

1

| 5. | The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash. | No |
|---|---|---|
| 6. | The device of claim 1 wherein the fixed pulley block unit comprises a frame, an axle, and at least one pulley rotatable around the axle. | No |
| 7. | The device according to claim 6 wherein the axle is located within the frame. | No |
| 8. | The device according to claim 1 wherein the fixed pulley block unit is connected to the channel with a support member. | No |
| 9. | The device according to claim 1 wherein the translatable pulley block unit comprises a frame, an axle within the frame, and at least one pulley rotatable around the axle. | No |
| 10. | The device according to claim 1 wherein the top guide includes a top angled portion and a bottom portion, the bottom portion being connected to the first end of the channel. | No |
| 11. | The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide. | No |
| 12. | A window assembly comprising: | |
|  | a window frame with two jambs with jamb pockets; | |
|  | at least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and | |

2

| | | |
|---|---|---|
| | at least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising: | |
| | channel comprising a first end and a second end; | Yes |
| | a top guide connected to the first end of the channel; | Yes |
| | a bottom guide connected to the second end of the channel; | Yes |
| | a bottom guide roller rotatably mounted in the bottom guide; | **No - Bottom roller is attached to channel separately from bottom guide** |
| | a fixed pulley block unit connected to the channel; | Yes |
| | a translatable pulley block unit moveable within the channel; | Yes |
| | a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and | Yes |
| | a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb. | Yes |
| | | |
| 13. | A window balance device comprising: | Yes |
| | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and | |
| | a bottom guide roller rotatably mounted in the bottom guide. | **No - Bottom roller is attached to channel separately from bottom guide** |
| | | |

| 14. | The device of claim 13 wherein the bottom guide roller is located external to the channel when the bottom guide is attached thereto. | No |
|-----|---|---|
| 15. | The device according to claim 13 wherein at least a portion of the bottom guide is external to the channel when attached thereto. | No |
| 16. | The device according to claim 13 wherein the bottom guide forms a channel to receive a portion of a window sash when installed. | No |
| 17. | The device of claim 13 wherein the bottom guide further comprises a bottom guide axle for mounting the roller. | No |
| | | |
| 18. | A window balance device comprising: | Yes |
| | a channel comprising a first end and a second end; | Yes |
| | a top guide connected to the first end of the channel; | Yes |
| | a bottom guide connected to the second end of the channel and adapted to slide in a jamb pocket when installed in a window frame; and | Yes |
| | a bottom guide roller rotatably mounted in the bottom guide. | **No - Bottom roller is attached to channel separately from bottom guide** |
| | | |
| 19. | The device of claim 18 wherein the bottom guide roller is located external to the channel. | No |
| | | |
| 20. | The device according to claim 18 wherein at least a portion of the bottom guide is external to the channel. | No |
| | | |
| 21. | The device according to claim 18 wherein the bottom guide forms a channel to receive a portion of a window sash when installed. | No |
| | | |

4

| 22. | The device of claim 18 wherein the bottom guide further comprises a bottom guide axle for mounting the roller. | No |
|-----|---------------------------------------------------------------------------------------------------------------|----|
| | | |
| 23. | A window balance device comprising: | |
| | a bottom guide connected to an end of a window balance channel, the bottom guide slidable in a jamb pocket when installed in a window frame, the bottom guide including: | Yes |
| | a bottom guide axle mounted within the bottom guide; the bottom guide axle located outside the window balance channel; and | **No - Bottom roller is within channel** |
| | a bottom guide roller rotatably mounted on the bottom guide axle. | **No** |

P \CALDWELL\Claim Chart 6,598,264 doc
8/30/2005 2 58 02 PM

**TERMS TO BE CONSTRUED IN U.S. PATENT NO. 6,598,264**

| Term | Proposed Construction | Claims & Specification |
|------|----------------------|------------------------|
| "bottom guide" | The bottom guide is a device: (1) used to connect the window balance to the upper or lower window sashes; (2) helps guide the vertical motion of the window balance within the jamb pockets; (3) includes a back portion that encases a portion of the channel; and (4) houses the bottom guide roller. | Claims 1, 4-5, 11-18, 20, 22 & 23<br><br>Specification<br><br>Col. 3, ll. 24-26, Col. 3, ll. 31-35, & Col. 4, ll. 43-46 |
| "connected to the second end of the channel" | Connected to the termination point of the second end of the channel, and extending beyond and framing the channel. | Claims 1, 12 & 18<br><br>Specification<br><br>Col. 3, ll. 31-35, & Col. 4, ll. 43-48 |
| "connected to an end of a window balance channel" | Connected to the termination point of the end of a balance channel, and extending beyond and framing the channel. | Claim 23<br><br>Specification<br><br>Col. 3, ll. 31-35, & Col. 4, ll. 43-48 |
| "rotatably mounted in the bottom guide" | The bottom guide roller is mounted to, and is entirely within, the bottom guide with no portion of the roller or the axle being external to the bottom guide. | Claims 1, 12, 13, and 18<br><br>Specification<br><br>Col. 3, ll. 22-26 Col. 4, ll. 43-46, Col. 5, ll. 41-43, Col. 5, ll. 64-67, and Col. 6, ll. 16-19 |
| "rotatably mounted within in the bottom guide" | The bottom guide roller is mounted to, and is entirely within, the bottom guide with no portion of the roller or the axle being external to the bottom guide. | Claim 23<br><br>Specification<br><br>Col. 3, ll. 22-26 Col. 4, ll. 43-46, Col. 5, ll. 41-43, |

| | | Col. 5, ll. 64-67, and Col. 6, ll. 16-19 |
|---|---|---|
| "the bottom guide roller is located external to the channel" | The bottom guide roller is located outside of the channel and no part of the roller extends into the channel. | Claims 2 & 13 |
| "a portion of the bottom guide is external to the channel" | This term is indefinite given the definition of the term external. In light of the prior art, all of the bottom guide must be external to the channel, and thus this term is inherently meaningless. | Claims 4 & 15 |
| "the bottom guide axle located outside the window balance channel" | The bottom guide axle is mounted in, and is entirely external to, the window balance channel. | Claim 23 |

**TERMS TO BE CONSTRUED IN U.S. PATENT NO. 5,365,638**

| Term | Proposed Construction | Claims & Specification |
|---|---|---|
| "inwardly turned opposed flanges" | The opposed flanges are portions of the channel parallel to the rear wall of the channel that face inward towards the center of the channel. | Claims 1 & 8<br><br>Specification, Figure 1 |
| "means for mounting said coiled ribbon spring" | The mounting means is a structure for mounting that has a body, an opening to receive a fixing screw, and an upper surface concavely curved to support the curved outer undersurface of the spring. Alternatively, the mounting element may be a structure for mounting with a hub portion with an opening to receive a fixing screw, with the hub portion being arranged in such a manner that the spring encircles the hub portion while in use, and the mounting element also having an arm portion that is slung below the hub portion and arranged to support the outer undersurface of the spring. | Claim 1<br><br>Specification<br><br>Figures 1, 2 and 3<br><br>Col. 2, ll. 14-19, & ll. 42-51<br>Col 3. ll. 46-54 |
| "said mounting means having a raised spine **positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited**" | The mounting element has a raised spine positioned between and in the same plane as the inwardly turned opposed flanges of the channel, thereby preventing the rotational motion of the mounting means. A raised spine is a rectangular protrusion from the mounting element whose top surface is in the same plane as the opposed flanges of the channel and which fits snugly in the channel. The spine must be positioned and shaped to prevent rotational motion of the mounting element. | Claim 1<br><br>Specification<br><br>Figures 9-11<br><br>Col. 5, ll. 1-13 |
| "a coiled ribbon spring having an outer end engaged with said sash frame support means, and **a means for mounting said coiled ribbon spring**" | The coiled ribbon spring has an outer end connected to the sash frame support. The means for mounting the coiled ribbon spring is a structure limited to the embodiments depicted in Figures 1 through 12 and their equivalents. | Claim 2<br><br>Figures 1-12 |
| "the mounting means having **projection means** positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting means is inhibited" | The projection means is a projection positioned between the inwardly turned flanges of the channel. The projection joins with the flanges of the channel within which the mounting means is positioned. The projection must be positioned and shaped to prevent rotational motion of the mounting element. The structure of the projection means is limited to a raised spine or rib because that is the only corresponding structure in the specification. | Claim 8<br><br>Specification<br><br>Figures 9-11<br><br>Col. 5, ll. 1-39 |

**TERMS TO BE CONSTRUED IN U.S. PATENT NO. 6,820,368**

| Term | Proposed Construction | Claims & Specification |
|---|---|---|
| "a connecting device" | The connecting device comprises one or more resilient tabs for attaching the balance shoe within the U-shaped channel of the window balance. This connecting device is separate and distinct from any device that is designed to be mated with the pocket. | Claim 1<br><br>Specification<br><br>Figure 3A<br>Figure 3B<br><br>Col. 5, 11. 29-39 |
| "pocket" | The balance shoe has a frame with an enlarged first end and a second end, where the second end is adapted to be received by the U-shaped channel and where the second end further: (1) **forms a pocket positioned in the second end of the frame**; and (2) is adapted to mate with a rivet. The "pocket" is a U-shaped channel bounded on three sides with a single opening designed to mate with a rivet. | Claim 2<br><br>Specification<br><br>Figure 3A<br>Figure 3B<br><br>Col. 5, 11. 29-39 |
| "to mate" | The balance shoe has a frame with an enlarged first end and a second end, where the second end is adapted to be received by the U-shaped channel and where the second end further: (1) forms a pocket positioned in the second end of the frame; and (2) **is adapted to mate with a rivet.** To "mate" means to "connect together." | Claim 2<br><br>Specification<br><br>Figure 3A<br>Figure 3B<br><br>Col. 5, 11. 26-39 |
| "a connecting device for attaching the balance shoe within the U-shaped channel of the window balance" | The connecting device attaches the balance shoe within the U-shaped channel of the window balance. This connecting device is separate and distinct from any device that is designed to be mated with the pocket, and is limited to the resilient tabs disclosed in the specification | Claim 2<br><br>Specification<br><br>Figure 3A<br>Figure 3B<br>Col. 5, ll. 29-39 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC. and
AMESBURY SPRINGS LTD.,

          Plaintiffs,

    v.

THE CALDWELL MANUFACTURING
COMPANY,

          Defendant.

Civil Action No. 05-10020-DPW

## AMESBURY'S PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS

Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury")
propose that the following claim terms of U.S. Patent No. 5,365,638 (the "'638 Patent"), U.S.
Patent No. 6,598,264 (the "'264 Patent"), and U.S. Patent No. 6,820,368 (the "'368 Patent"),
should be construed as stated.  Amesbury does not know presently which claim terms are in
dispute because to date defendant The Caldwell Manufacturing Company ("Caldwell") has not
disclosed: (1) the alleged basis for its non-infringement assertions; and (2) the alleged basis for
its invalidity assertions.  Consequently, Amesbury reserves the right to supplement and amend
the following list of claim terms and proposed constructions.

## I.    U.S. Patent No. 5,365,368

### A.    *Claim 1*

- "flanges" – protruding edges
- "sash frame support means" – an element forming part of the sash or engaged with the sash, that supports the sash

- "means for mounting" the coiled ribbon spring – a body with a surface for supporting the coiled ribbon spring

- "spine" – a projection or protrusion

- "rotational motion of said mounting means is inhibited" – the rotational motion of the mounting means is hindered or impeded, but not necessarily completely eliminated

**B.**  *Claim 8*

- "sash frame support means" – an element forming part of the sash or engaged with the sash, that supports the sash

- "means for mounting" the coiled ribbon spring – a body with a surface for supporting the coiled ribbon spring

- "positioned in" – at least partially located in

- "projection means" – at least one projection or protrusion

- "flanges" – protruding edges

- "rotational movement of the mounting means is inhibited" – the rotational motion of the mounting means is hindered or impeded, but not necessarily completely eliminated

## II.  U. S. Patent No. 6,598,264

**A.**  *Claim 1*

- "connected to" – fixed with respect to

- "rotatably mounted" – mounted so as to permit rotation

**B.**  *Claim 2*

- "located" – at least partially positioned

C. *Claim 6*

- "frame" – supportive and/or formative parts of a structure

D. *Claim 7*

- "located" – at least partially positioned

E. *Claim 10*

- "connected to" – fixed with respect to

F. *Claim 11*

- "integral" – constituting at least a portion of a whole

G. *Claim 12*

- "connected to" – fixed with respect to

- "rotatably mounted" – mounted so as to permit rotation

H. *Claim 13*

- "bottom guide ... adapted to slide in a jamb pocket" – at least a portion of the bottom guide is sized or configured to be received in and to slide in a jamb pocket, when installed

- "a bottom guide roller rotatably mounted in the bottom guide" – a roller mounted, so as to permit rotation, in the portion of the bottom guide that is sized or configured to be received in and to slide in the jamb pocket, when installed

I. *Claim 18*

- "connected" – fixed with respect to

- "rotatably mounted" – mounted so as to permit rotation

J.    *Claim 19*

- "located" – at least partially positioned

## III.    U. S. Patent No. 6,820,368

A.    *Claim 2*

- "pocket" – a contour formed to mate with a rivet or fixed structure

- "system of pulleys" – at least two pulleys

- "U-shaped channel" – a channel including a generally U-shaped cross-section

- "spring" – resilient member

- "adapted to be received by the U-shaped channel" – sized or configured to mate with the U-shaped channel

- "cam" – a contoured three dimensional surface

Respectfully submitted,

Douglas J. Kline (BBO# 556680)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Attorneys for Plaintiffs

**AMESBURY GROUP, INC.**
**AMESBURY SPRINGS LTD.**

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

I, Safraz W. Ishmael hereby certify that on July 29, 2005, I caused a true and accurate copy of the attached AMESBURY'S PRELIMINARY PROPOSED CLAIM CONSTRUCTIONS to be sent to opposing counsel David J. Edwards, Harris Beach PLLC, 99 Garnsey Road, Pittsford, New York 14534 via Federal Express for next business morning delivery.

_____
Safraz W. Ishmael

LIBA/1569461.2

*Amesbury's Preliminary*                    5
*Proposed Claim Constructions*



WEBSTER'S
Ninth New
Collegiate
Dictionary



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1990 by Merriam-Webster Inc.

Philippines Copyright 1990 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
     p.      cm.
   ISBN 0-87779-508-8. — ISBN 0-87779-509-6  (indexed). — ISBN
0-87779-510-X (deluxe)
   I.   English language—Dictionaries.
   PE1628.W5638   1990
   423—dc20

                              89-38961
                               CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

8788940FMcN90

pro-ges-ter-one \prō-'jes-tə-ˌrōn\ n [progestin + sterol + -one] (1935) : a steroid progestational hormone $C_{21}H_{30}O_2$

pro-ges-tin \-'jes-tən\ n [pro- + gestation + -in] (1930) : a progestational hormone; esp : PROGESTERONE

pro-ges-to-gen \-'jes-tə-jən\ n [progestational + -ogen (as in estrogen)] (1942) : any of several progestational steroids (as progesterone) — pro-ges-to-gen-ic \-ˌjes-tə-'jen-ik\ adj

pro-glot-tid \(ˈ)prō-'glät-əd\ n [NL proglottis] (1878) : a segment of a tapeworm containing both male and female reproductive organs

pro-glot-tis \(ˈ)prō-'glät-əs\ n, pl -glot-ti-des \-'glät-ə-ˌdēz\ [NL proglottid-, proglottis, fr. Gk proglōttis tip of the tongue, fr. pro- + glōtta tongue — more at GLOSS] (1855) : PROGLOTTID

prog-na-thism \'präg-nə-ˌthiz-əm, präg-'nā-\ n (ca. 1864) : prognathous condition

prog-na-thous \-thəs\ adj (1836) : having the jaws projecting beyond the upper part of the face

prog-no-sis \präg-'nō-səs\ n, pl -no-ses \-ˌsēz\ [LL, fr. Gk prognōsis, lit., foreknowledge, fr. progignōskein to know before, fr. pro- + gignōskein to know — more at KNOW] (1655) 1 : the prospect of recovery as anticipated from the usual course of disease or peculiarities of the case 2 : FORECAST, PROGNOSTICATION

prog-nos-tic \präg-'näs-tik\ n [ME pronostique, fr. MF, fr. L prognosticum, fr. Gk prognōstikon, fr. neut. of prognōstikos foretelling, fr. prognōstikein] (14c) 1 : something that foretells : PORTENT 2 : PROGNOSTICATION, PROPHECY — prognostic adj

prog-nos-ti-cate \präg-'näs-tə-ˌkāt\ vt -cat-ed; -cat-ing (1529) 1 : to foretell from signs or symptoms : PREDICT 2 : PRESAGE  syn see FORETELL — prog-nos-ti-ca-tive \-ˌkāt-iv\ adj — prog-nos-ti-ca-tor \-ˌkāt-ər\ n

prog-nos-ti-ca-tion \(ˌ)präg-ˌnäs-tə-'kā-shən\ n (15c) 1 : an indication in advance : FORETOKEN 2 a : an act, the fact, or the power of prognosticating : FORECAST b : FOREBODING

pro-grade \'prō-ˌgrād\ adj [L pro- forward + gradi to go — more at PRO-, GRADE] (1967) : being or relating to orbital or rotational motion of a body that is in the same direction as that of another celestial body \~ orbit of a satellite\

¹pro-gram \'prō-ˌgram, -grəm\ n [F programme agenda, public notice, fr. Gk programma, fr. prographein to write before, fr. pro- before + gra-phein to write] (1633) 1 [LL programma, fr. Gk] : a public notice 2 a : a brief usu. printed outline of the order to be followed, of the features to be presented, and the persons participating (as in a public exercise or performance) b : the performance of a program; esp : a performance broadcast on radio or television 3 : a plan or system under which action may be taken toward a goal 4 : CURRICULUM 5 : PROSPECTUS, SYLLABUS 6 a : a plan for the programming of a mechanism (as a computer) b : a sequence of coded instructions that can be inserted into a mechanism (as a computer) or that is part of an organism

²program also programme vt -grammed or -gramed; -gram-ming or -gram-ing (1896) 1 a : to arrange or furnish a program of or for : BILL b : to enter in a program 2 : to work out a sequence of operations to be performed by (a mechanism) : provide with a program 3 a : to insert a program for (a particular action) into or as if into a mechanism b : to control by or as if by a program 4 c (1) : to code in an organism's program (2) : to provide with a biological program (cells that have been programmed to synthesize hemoglobin) 4 : to direct or predetermine (as thinking of behavior) completely as if by computer programming (children programmed into violence) — pro-gram-ma-bil-i-ty \(ˌ)prō-ˌgram-ə-'bil-ət-ē\ n — pro-gram-ma-ble \'prō-ˌgram-ə-bəl\ adj or n

program director n (1953) : one in charge of planning and scheduling program material for a radio or television station or network

pro-gram-mat-ic \ˌprō-grə-'mat-ik\ adj (1896) 1 : relating to program music 2 : of, relating to, resembling, or having a program — pro-gram-mat-i-cal-ly \-i-k(ə-)lē\ adv

programme chiefly Brit var of PROGRAM

programmed instruction n (1962) : instruction through information given in small steps with each requiring a correct response by the learner before going on to the next step

pro-gram-mer or pro-gram-er \'prō-ˌgram-ər, -grə-mər\ n (ca. 1890) : one that programs: as a : one that prepares and tests programs for mechanisms  b : a person or device that programs a mechanism  c : one that prepares educational programs

pro-gram-ming or pro-gram-ing \-ˌgram-iŋ, -grə-miŋ\ n (1940) 1 : the planning, scheduling, or performing of a program 2 a : the process of instructing or learning by means of an instructional program  b : the process of preparing an instructional program

program music n (1879) : music intended to suggest a sequence of images or incidents

¹prog-ress \'präg-rəs, -ˌres, US also & Brit usu 'prō-ˌgres\ n [ME, fr. L progressus advance, fr. progressus, pp. of progredi to go forth, fr. pro-forward + gradi to go — more at PRO-, GRADE] (15c) 1 a (1) : a royal journey marked by pomp and pageant (2) : a state procession  b : a tour or circuit made by an official (as a judge)  c : an expedition, journey, or march through a region 2 : a forward or onward movement (as to an objective or to a goal) : ADVANCE 3 : gradual betterment; esp : the progressive development of mankind — in progress : going on : OCCURRING

²pro-gress \prə-'gres\ vi (1590) 1 : to move forward : PROCEED 2 : to develop to a higher, better, or more advanced stage

pro-gres-sion \prə-'gresh-ən\ n (15c) 1 : a sequence of numbers in which each term is related to its predecessor by a uniform law 2 a : the action or process of progressing : ADVANCE  b : a continuous and connected series : SEQUENCE 3 a : succession of musical tones or chords  b : the movement of musical parts in harmony  c : SEQUENCE 2c — pro-gres-sion-al \-əl, ˈgresh-nəl, -ən-ˈl\ adj

¹pro-gres-sive \prə-'gres-iv\ adj (1607) 1 a : of, relating to, or characterized by progress  b : making use of or interested in new ideas, findings, or opportunities  c : of, relating to, or constituting an educational theory marked by emphasis on the individual child, informality of classroom procedure, and encouragement of self-expression 2 : of, relating to, or characterized by progression 3 : moving forward or onward : ADVANCING 4 a : increasing in extent or severity (a ~ disease)  b : increasing in rate as the base increases (a ~ tax) 5 often cap : of or relating to political Progressives 6 : of, relating to, or constituting a verb form that expresses action or state in progress at the time of speaking or a time spoken of — pro-gres-sive-ly adv — pro-gres-sive-ness n

²progressive n (1846) 1 a : one that is progressive  b : one believing in moderate political change and esp. social improvement by governmental action 2 cap : a member of any of various U.S. political parties: as  a : a member of a predominantly agrarian minor party that around 1912 split off from the Republicans; specif : BULL MOOSE  b : a follower of Robert M. La Follette in the presidential campaign of 1924  c : a follower of Henry A. Wallace in the presidential campaign of 1948

Progressive Conservative adj (1942) : of or relating to a major political party in Canada traditionally advocating economic nationalism and close ties with the United Kingdom and the Commonwealth — Progressive Conservative n

pro-gres-siv-ism \prə-'gres-iv-ˌiz-əm\ n (1892) 1 : the principles, beliefs, or practices of progressives 2 cap : the political and economic doctrines advocated by the Progressives 3 : the theories of progressive education — pro-gres-siv-ist \-iv-əst\ n or adj — pro-gres-siv-is-tic \-ˌgres-iv-'is-tik\ adj

pro-hib-it \prō-'hib-ət, prə-\ vt [ME prohibiten, fr. L prohibitus, pp. of prohibēre to hold away, fr. pro- forward + habēre to hold] (15c) 1 : to forbid by authority : ENJOIN 2 : to prevent from doing something  b : PRECLUDE  syn see FORBID

pro-hi-bi-tion \ˌprō-ə-'bish-ən also ˌprō-hə-\ n (14c) 1 : the act of prohibiting by authority 2 : an order to restrain or stop 3 often cap : the forbidding by law of the manufacture, transportation, and sale of alcoholic liquors except for medicinal and sacramental purposes

pro-hi-bi-tion-ist \-'bish-(ə-)nəst\ n (ca. 1846) : one who favors prohibition; esp. cap : a member of a minor U.S. political party advocating prohibition

pro-hib-i-tive \prō-'hib-ət-iv, prə-\ adj (1602) 1 : tending to prohibit or restrain 2 : tending to preclude use or purchase (~ costs) 3 : almost certain to win (a ~ favorite) — pro-hib-i-tive-ly adv — pro-hib-i-tive-ness n

pro-hib-i-to-ry \-'hib-ə-ˌtōr-ē, -ˌtȯr-\ adj (1591) : PROHIBITIVE

pro-in-su-lin \(ˈ)prō-'in(t)-s(ə-)lən\ n (1916) : a single-chain pancreatic polypeptide precursor of insulin that gives rise to the double chain of insulin by loss of the middle part of the molecule

¹pro-ject \'präj-ˌekt, -ikt also 'prōj-\ n [ME projecte, modif. of MF pourjet, fr. pourjeter to throw out, spy, plan, fr. pour- (fr. L porro forward) + jeter to throw; akin to Gk pro forward — more at FOR, JET] (15c) 1 : a specific plan or design : SCHEME 2 obs : IDEA 3 : a planned undertaking: as  a : a definitely formulated piece of research  b : a large usu. government-supported undertaking  c : a task or problem engaged in usu. by a group of students to supplement and apply classroom studies 4 : a group of houses or apartments built and arranged according to a single plan  syn see PLAN

²pro-ject \prə-'jekt\ vb [partly modif. of MF pourjeter; partly fr. L projectus, pp. of proicere to throw forward, fr. pro- + jacere to throw — more at JET] vt (15c) 1 a : to devise in the mind : DESIGN  b : to plan, figure, or estimate for the future (~ expenditures for the coming year) 2 : to throw or cast forward : THRUST 3 : to put or set forth : present for consideration 4 : to cause to protrude 5 : to cause (light or shadow) to fall into space or (an image) to fall on a surface (~ a beam of light) 6 : to reproduce (as a point, line, or area) on a surface by motion in a prescribed direction 7 : to communicate vividly esp. to an audience (~ an image) (an actress who could ~ amorality — Current Biog.) 8 : to attribute or assign (something in one's own mind or a personal characteristic) to a person, group, or object (a nation is an entity on which one can ~ many of the worst of one's instincts — Times Lit. Supp.) ~ vi 1 : to jut out : PROTRUDE 2 a : to come across vividly : give an impression  b : to make oneself heard clearly — Times Lit. Supp.) — pro-ject-able \-'jek-tə-bəl\ adj

¹pro-jec-tile \prə-'jek-tᵊl also -ˌtīl, chiefly Brit 'präj-ik-ˌtīl\ n (1665) 1 : a body projected by external force and continuing in motion by its own inertia; esp : a missile for a weapon (as a firearm) 2 : a self-propelling weapon (as a rocket)

²projectile adj (1715) 1 : projecting or impelling forward (a ~ force) 2 : capable of being thrust forward

pro-jec-tion \prə-'jek-shən\ n (1557) 1 a : a systematic presentation of intersecting coordinate lines on a flat surface upon which features from the curved surface of the earth or the celestial sphere may be mapped  b : the process or technique of reproducing a spatial object upon a plane or curved surface or a line by projecting its points; also : a graph or figure so formed 2 : a transforming change 3 : the act of throwing or thrusting forward 4 : the forming of a plan : SCHEMING 5 a (1) : a jutting out (2) : a part that juts out  b : a view of a building or architectural element  6 a : the act of perceiving a mental object as spatially and sensibly objective; also : something so perceived  b : the attribution of one's own ideas, feelings, or attitudes to other people or to objects; esp : the externalization of blame, guilt, or responsibility as a defense against anxiety 7 : the display of motion pictures by projecting an image from them upon a screen 8 a : the act of projecting esp. to an audience  b : control of the volume, clarity, and distinctness of a voice to gain greater audibility 9 : an estimate of future possibilities based on a current trend — pro-jec-tion-al \-shnəl, -shən-ᵊl\ adj

syn PROJECTION, PROTRUSION, PROTUBERANCE, BULGE mean an extension beyond the normal line or surface. PROJECTION implies a jutting out esp. at a sharp angle; PROTRUSION suggests a thrusting out so that the extension seems a deformity; PROTUBERANCE implies a growing or swelling out in rounded form; BULGE suggests an expansion caused by internal pressure.

projection booth n (ca. 1928) : a booth in a theater or hall for housing and operating a projector and esp. a motion-picture projector

pro-jec-tion-ist \prə-'jek-sh(ə-)nəst\ n (1922) : one that makes projections: as  a : CARTOGRAPHER  b : one that operates a motion-picture projector or television equipment

projection room n (1914) 1 : PROJECTION BOOTH 2 : a room equipped with a projector and screen for the private viewing of motion pictures

pro-jec-tive \prə-'jek-tiv\ adj (1682) 1 : relating to, produced by, or involving geometric projection 2 : of or relating to a test or device