UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CALDWELL MANUFACTURING COMPANY,<br><br>Defendant. | **NOTICE OF MOTION TO REQUEST JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS**<br><br>Civil Action No.: 05-10020 (DPW) |

PLEASE TAKE NOTICE that, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, defendant The Caldwell Manufacturing Company moves this Court to issue Letters of Request, attached as Exhibit A, directed to the Senior Master of the Supreme Court, Queen's Bench Division, Royal Courts of Justice, Strand London WC2A 2LL, England, United Kingdom, requesting the examinations of Harold K. Braid and Simon C. Braid by deposition, and requesting the production of documents from Harold K. Braid and Simon C. Braid, relating to the above captioned matter

DATED:      October 13, 2005

                              THE CALDWELL MANUFACTURING COMPANY,
                              by one of its Counsel


                              /s/ Thomas E. Lent
                              David Lurie *(dlurie@luriekrupp.com)*
                              Thomas Lent *(tlent@luriekrupp.com)*
                              LURIE & KRUPP, LLP
                              Attorneys for Defendant
                                   The Caldwell Manufacturing Company
                              One McKinley Square
                              Boston, Massachusetts  02109
                              Telephone: (617) 367-1970

HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

HARRIS BEACH PLLC
ATTORNEYS AT LAW

Paul J. Yesawich, III *(pyesawich@harrisbeach.com)*
Neal L. Slifkin *(nslifkin@harrisbeach.com)*
Laura W. Smalley *(lsmalley@harrisbeach.com)*
David J. Edwards *(dedwards@harrisbeach.com)*
HARRIS BEACH PLLC
Attorneys for Defendant
     The Caldwell Manufacturing Company
99 Garnsey Road
Pittsford, New York  14534
Telephone: (585) 419-8800

TO:     Douglas J. Kline, Esq.
        Safraz W. Ishmael, Esq.
        GOODWIN PROCTER LLP
        Attorneys for Plaintiffs
            Amesbury Group, Inc. and
            Amesbury Springs Ltd.
        Exchange Place
        Boston, Massachusetts 02109
        Telephone: (617) 570-1000

L:\JAH\Caldwell Manufacturing\Amesbury Litigation\10-11-05 MLR-NotMot.doc

2

UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

                Plaintiff,

   vs.

THE CALDWELL MANUFACTURING
COMPANY,

                Defendant.

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS**

Civil Action No.: 05-10020 (DPW)

---

I.

| | | |
|---|---|---|
| 1. | SENDER | Harris Beach PLLC<br>Paul J. Yesawich, III, Esq.<br>Neal L. Slifkin, Esq.<br>Laura W. Smalley, Esq.<br>David J. Edwards, Esq.<br>99 Garnsey Road<br>Pittsford, New York 14534 U.S.A.<br>Telephone: (585) 419-8800<br><br>Lurie & Krupp, LLP<br>David Lurie, Esq.<br>Thomas Lent, Esq.<br>One McKinley Square<br>Boston, Massachusetts 02109 U.S.A.<br>Telephone: (617) 367-1970<br><br>On behalf of Defendant:<br>THE CALDWELL<br>MANUFACTURING COMPANY |
| 2. | CENTRAL AUTHORITY<br>OF REQUESTED STATE | Senior Master of the Supreme Court<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand, London WC2A 2LL<br>England, United Kingdom |

HARRIS BEACH ⸿
ATTORNEYS AT LAW

3.     PERSONS TO WHOM THE         Harris Beach PLLC
           EXECUTED REQUEST            Paul J. Yesawich, III, Esq.
           IS TO BE RETURNED            Neal L. Slifkin, Esq.

Laura W. Smalley, Esq.

David J. Edwards, Esq.

99 Garnsey Road

Pittsford, New York  14534  U.S.A.

Telephone: (585) 419-8800

Lurie & Krupp, LLP

David Lurie, Esq.

Thomas Lent, Esq.

One McKinley Square

Boston, Massachusetts  02109  U.S.A.

Telephone: (617) 367-1970

II.    In conformity with Article III of the Hague Convention, the undersigned applicant has the honor to submit the following requests:

1.     REQUESTING JUDICIAL        Hon. Douglas P. Woodlock
           AUTHORITY                    United States District Court

District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way

Boston, Massachusetts  02210  U.S.A.

2.     COMPETENT AUTHORITY      Adam Cooke, or any solicitor from:

Wragge & Co LLP

3 Waterhouse Square

142 Holborn

London EC1N 2SW

United Kingdom

As The Caldwell Manufacturing Company's nominee to apply to the:

Senior Master of the Supreme Court

Queen's Bench Division

Royal Courts of Justice

Strand, London WC2A 2LL

England, United Kingdom

3.     NAMES AND ADDRESSES      Plaintiff: Amesbury Group, Inc.
           PARTIES AND THEIR          57 Hunt Road
           REPRESENTATIVES             Amesbury, Massachusetts  01913  U.S.A.

HARRIS BEACH
ATTORNEYS AT LAW

2

Represented by: Goodwin Procter LLP
Douglas J. Kline, Esq.
Safraz W. Ishmael, Esq.
Exchange Place
Boston, Massachusetts  02109  U.S.A.
Telephone: (617) 570-1000

Plaintiff: Amesbury Springs Ltd.
Peterborough, England, United Kingdom

Represented by: Goodwin Procter LLP
Douglas J. Kline, Esq.
Safraz W. Ishmael, Esq.
Exchange Place
Boston, Massachusetts  02109  U.S.A.
Telephone: (617) 570-1000

Defendant: The Caldwell
    Manufacturing Company
2605 Manitou Road
Rochester, New York  14692  U.S.A.

Represented by: Harris Beach PLLC
Paul J. Yesawich, III, Esq.
Neal L. Slifkin, Esq.
Laura W. Smalley, Esq.
David J. Edwards, Esq.
99 Garnsey Road
Pittsford, New York  14534  U.S.A.
Telephone: (585) 419-8800

Represented by: Lurie & Krupp, LLP
David Lurie, Esq.
Thomas Lent, Esq.
One McKinley Square
Boston, Massachusetts  02109  U.S.A.
Telephone: (617) 367-1970

4.    NATURE AND PURPOSE OF PROCEEDINGS
       AND SUMMARY OF FACTS

Defendant The Caldwell Manufacturing Company (herein "Caldwell") is a corporation

organized and existing under the laws of the State of New York, and maintains a principal place of

business in Rochester, New York. Caldwell has operating units in Rochester, New York; Williamsport, Maryland; Jackson, Mississippi and Coventry, England, United Kingdom.

Plaintiff Amesbury Group, Inc. (herein "Amesbury Group") is a corporation organized and existing under the laws of the State of Delaware, and maintains a regular place of business in Amesbury, Massachusetts. Plaintiff Amesbury Springs Ltd. (herein "Amesbury Springs") is a corporation organized and existing under the laws of the United Kingdom, and maintains a regular place of business in Peterborough, England, United Kingdom.

This is a civil action commenced by the filing of a Summons and Complaint in the United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts on January 5, 2005.

This action was brought by plaintiffs Amesbury Group and Amesbury Springs to recover damages based on allegations of infringement of three (3) United States Patents, namely U.S. Patent No. 5,365,638 (the "'638 Patent"), U.S. Patent No. 6,598,264 (the "'264 Patent") and U.S. Patent No. 6,820,368 (the "'368 Patent) by Caldwell.

The '638 Patent, entitled "Spring Mounting for Sash Frame Tensioning Arrangements," was issued to Harold K. Braid and Simon C. Braid by the United States Patent and Trademark Office on November 22, 1994. (A true and correct copy of the '638 Patent is attached as Exhibit A to the Affidavit of David J. Edwards submitted herewith)

Upon information and belief, Harold K. Braid and Simon C. Braid, as inventors, are individuals with exclusive knowledge regarding the "Spring Mounting for Sash Frame Tensioning Arrangements" device which is the subject of the '638 Patent, the validity and meaning of the '638 Patent, and the conception, design, reduction to practice, testing, analysis, first sale, production and manufacture of the subject device. Upon information and belief, Harold K. Braid and Simon C.

HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

4

Braid are citizens of, and reside in, the United Kingdom. Upon information and belief, Amesbury

Springs is the assignee and present owner of the '638 Patent, through an assignment from Harold K.

Braid and Simon C. Braid.

On or about August 16, 2005, Caldwell, by its attorneys Harris Beach PLLC, served a Notice

of Deposition *Duces Tecum* of Harold K. Braid and a Notice of Deposition *Duces Tecum* of Simon

C. Braid upon plaintiffs' attorneys, Goodwin Procter LLP. Plaintiffs have heretofore refused to

produce Harold K. Braid and/or Simon C. Braid for examinations by deposition, advising that

neither Harold K. Braid nor Simon C. Braid are within their control. As such, Caldwell submits this

request for international judicial assistance to the Central Authority of the United Kingdom.

5.    EVIDENCE TO BE OBTAINED OR OTHER
      JUDICIAL ACT TO BE PERFORMED

The evidence requested herein consists of deposition testimony of Harold K. Braid and

Simon C. Braid, as well as documents, regarding the validity and meaning of the '638 Patent, as well

as the conception, design, reduction to practice, testing, patenting, first sale, production and

manufacture of the "Spring Mounting for Sash Frame Tensioning Arrangements" which is the

subject of the '638 Patent. Upon information and belief, as the inventors of the device which is the

subject of the '638 Patent, Harold K. Braid and Simon C. Braid are the only individuals capable of

providing relevant testimony thereon. The documents requested are described in detail in the

attached Schedule A.

6.    IDENTITY AND ADDRESSES OF PERSONS TO BE EXAMINED

> Harold K. Braid
> The Sheilings
> Braceborough, Lincolnshire  PE9 4NT
> England, United Kingdom

Simon C. Braid
13 Crowson Way
Deeping, St. James, Lincolnshire
England, United Kingdom

7.    STATEMENT OF THE SUBJECT MATTER ABOUT WHICH
      THE PERSONS NAMED IN PARAGRAPH 6 ARE TO BE EXAMINED

The "Spring Mounting for Sash Frame Tensioning Arrangements" which is the subject of the

'638 Patent was designed, invented, tested, developed and patented by Harold K. Braid and Simon

C. Braid.  The conception, reduction to practice and first sale of the '638 Patent were by Harold K.

Braid and Simon C. Braid.  Further, the '638 Patent was assigned to Amesbury Springs by Harold K.

Braid and Simon C. Braid for purposes of manufacture and production.

8.    DOCUMENTS OR OTHER PROPERTY TO BE PRODUCED

Defendant requests that Harold K. Braid and Simon C. Braid produce and bring to the

examinations by deposition all books, papers, documents and other things in their possession or

control concerning the issues in this action, including but not limited to documents relating to the

conception, reduction to practice, first sale, design, invention, testing, patenting, production and

manufacture of the "Spring Mounting for Sash Frame Tensioning Arrangements," which is the

subject of the '638 Patent and of this action.

9.    OATH OR AFFIRMATION

This application requests that Harold K. Braid and Simon C. Braid, as the persons identified

in paragraph 6 herein, be examined under oath.

10.    SPECIAL METHODS OR PROCEDURE

Pursuant to Articles III(i) and IX, we hereby request that the examinations be conducted by

the attorney for defendant Caldwell Manufacturing Company, or his designee, with cross-

examination by attorneys for defendants Amesbury Group and Amesbury Springs as listed in

paragraph 3 herein, and that a verbatim transcript of the examination be transcribed by a court reporter whom we will provide. We request that depositions be held on December 8 and 9, 2005, or at the mutual convenience of the witnesses and parties. Furthermore, we request that the documents and materials herein requested be produced for inspection and copying on November 25, 2005.

11.    REQUEST FOR ATTENDANCE OR PARTICIPATION
        OF JUDICIAL PERSONNEL

We request that counsel for plaintiffs Amesbury Group and Amesbury Springs, as well as counsel for defendant Caldwell, as identified in paragraph 3 herein, be allowed to attend the examinations by deposition and the inspection of documents and materials.

12.    FEES AND COSTS

The fees and costs incurred which are reimbursable under Article XIV(2) or under Article XXVI will be borne by defendant The Caldwell Manufacturing Company.

13.    DATE OF REQUEST: October 13, 2005.

Respectfully submitted,

THE CALDWELL MANUFACTURING COMPANY,
by one of its Counsel


/s/ Thomas E. Lent
David Lurie *(dlurie@luriekrupp.com)*
Thomas Lent *(tlent@luriekrupp.com)*
LURIE & KRUPP, LLP
Attorneys for Defendant
        The Caldwell Manufacturing Company
One McKinley Square
Boston, Massachusetts  02109
Telephone: (617) 367-1970

HARRIS BEACH ⅊
ATTORNEYS AT LAW

Paul J. Yesawich, III *(pyesawich@harrisbeach.com)*
Neal L. Slifkin *(nslifkin@harrisbeach.com)*
Laura W. Smalley *(lsmalley@harrisbeach.com)*
David J. Edwards *(dedwards@harrisbeach.com)*
HARRIS BEACH PLLC
Attorneys for Defendant
   The Caldwell Manufacturing Company
99 Garnsey Road
Pittsford, New York  14534
Telephone: (585) 419-8800

HARRIS BEACH PLLC
ATTORNEYS AT LAW

## SCHEDULE A

### DEFINITIONS AND INSTRUCTIONS

1.      The term "document" includes, but is not limited to, any writing or other tangible or electronic means of preserving thought, expression or information, including all originals, drafts, handwritten notes, non-identical copies and computer disks, disk drives, tapes or other means of computer or electronic storage, and includes, but is not limited to, laboratory reports, reports, correspondence, memoranda, notes, minutes of meetings, contracts, policies, ledgers, invoices, drafts, checks, canceled checks, plans, designs, schedules, packaging, warnings and statements by parties or witnesses to the matters related to the '638 Patent as defined herein.

2.      The term "'638 Patent" refers to United States Patent No. 5,365,638, entitled "Spring Mounting for Sash Frame Tensioning Arrangements", which was issued to Harold K. Braid and Simon C. Braid by the United States Patent and Trademark Office on November 22, 1994, and which has been assigned to Amesbury Springs by Harold K. Braid and Simon C. Braid.

3.      The term "Hague Convention" refers to the Hague Convention On The Taking Of Evidence Abroad In Civil Or Commercial Matters, of March 18, 1970.

4.      If a privilege is claimed under Article 11 of the Hague Convention as a ground for not responding, in whole or in part, to any request, identify the nature of the privilege which is being claimed, and provide the following information:

   a.      the type of document;
   b.      a general description of the subject matter of the document;
   c.      the date of the document;
   d.      the author of the document; and
   e.      the addresse(s) and the recipient(s) of the document.

5.    As to any document previously destroyed, specify:

    a.    the author;
    b.    its date;
    c.    its content;
    d.    names of recipient(s) of copies; and
    e.    when and under what circumstances the document was destroyed.

6.    As to all documents, this request is for unredacted copies in which no part of the content of the document is masked or otherwise diminished in legibility by over-stamping or other defacement.

## REQUESTS

1.    Documents relating to tests, evaluations, studies, analyses or otherwise, concerning the design, invention, testing, development, performance, patenting and manufacture of the "Spring Mounting for Sash Frame Tensioning Arrangements", which is the subject of the '638 Patent and of this action.

2.    Documents relating to all claims or lawsuits concerning the '638 Patent.

3.    Documents relating to design modifications of the "Spring Mounting for Sash Frame Tensioning Arrangements" which is the subject of the '638 Patent.

4.    Documents relating to the application for the '638 Patent with the U.S. Patent and Trademark Office.

5.    Documents relating to the conception, reduction to practice, first sale and assignment to Amesbury Springs of the '638 Patent.

6.    Documents and correspondence sent to or received from any plaintiffs and/or their representatives in this action concerning the '638 Patent, including but not limited to documents relating to this action and documents relating to the validity of the '638 Patent.

L:\JAH\Caldwell Manufacturing\Amesbury Litigation\10-11-05 MLR-Request and Schedule A.doc