**EXHIBIT 1**



FIG.9.



FIG.10.