IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC. and
AMESBURY SPRINGS LTD.,

          Plaintiffs,

v.                                  Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

          Defendant.

_____

**JOINT MOTION TO EXTEND PERIOD FOR TAKING FACT DEPOSITIONS**

Plaintiffs, Amesbury Group, Inc., and Amesbury Springs Ltd. (together "Amesbury"), and defendant, The Caldwell Manufacturing Co. ("Caldwell"), jointly move to extend the period provided for taking fact depositions in this matter to November 16, 2005. Under the current scheduling order, all fact discovery is set to close on October 17, 2005. The parties seek an extension of thirty (30) days for the taking of fact depositions only. No previous application has been made to extend the discovery cut-off date, which was set by the Court during the Rule 16 conference held May 4, 2005.

In support of this Motion, the parties state that they will have completed written discovery in this case (other than the exchange of privilege logs and any supplemental document productions) by October 17, 2005, and have worked in good faith for the past several weeks to schedule depositions of fact witnesses. The parties have now scheduled the depositions of seven party witnesses between now and the middle of November.[1] A non-party witness located in Arizona also needs to be deposed, and counsel for Amesbury and Caldwell are working to find a mutually convenient date

---

[1] An earlier day of depositions was cancelled as a result of travel delays caused by significant radar problems at Boston's Logan Airport.

LIBA/1638525.1

when the witness is also available. Caldwell has also filed a motion for Letters of Request under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters to take the depositions of two, non-party witnesses located in Great Britain.[2] Accordingly, Amesbury and Caldwell request that the current period for taking fact depositions be extended through and including November 16, 2005, to allow for the completion of party depositions.

Dated: October 17, 2005

                                                            Respectfully submitted,

| **THE CALDWELL MANUFACTURING COMPANY** <br> by one of its counsel: | **AMESBURY GROUP, INC. and AMESBURY SPRINGS LTD.,** <br> by one of their counsel: |
|---|---|
| /s/ David Lurie <br> LURIE & KRUPP, LLP <br> David Lurie (BBO #542030) <br> Thomas Lent (BBO #644970) <br> One McKinley Square <br> Boston, MA  02109 <br> Telephone: (617) 367-1970 | /s/ Jordan M. Singer <br> GOODWIN PROCTER LLP <br> Douglas J. Kline (BBO #556680) <br> Jordan M. Singer (BBO #651068) <br> Safraz W. Ishmael (BBO #657881) <br> Exchange Place <br> Boston, MA  02109 <br> Telephone: (617) 570-1000 |

HARRIS BEACH PLLC
Paul J. Yesawich, III
Neal L. Slifkin
David J. Edwards
Laura Smalley
99 Garnsey Road
Pittsford, NY 14534
Telephone: (585) 419-8800

                              So Ordered: _____

---

[2] The two witnesses in question are both inventors on one of the patents in suit and were identified in Amesbury's Rule 26 initial disclosures, but are not under Amesbury's control. Thus, Caldwell requests that the extension for taking fact depositions sought above be granted without prejudice to Caldwell to take these non-party depositions in Great Britain at the earliest convenient date after the Court in Great Britain acts on Caldwell's request.