UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

    Plaintiffs,

v.

THE CALDWELL MANUFACTURING
COMPANY,

    Defendant.

Civil Action No. 05-10020-DPW

## JOINT STATUS REPORT

Plaintiffs Amesbury Group, Inc. and Amesbury Springs, Ltd. (collectively, "Amesbury") and defendant The Caldwell Manufacturing Company ("Caldwell"), by and through their attorneys, hereby submit this joint status report.

### I.  DISCOVERY

The parties have exchanged written fact discovery.  On August 22, 2005, Amesbury filed a motion to compel answers to certain of Caldwell's responses to Amesbury's First Set of Interrogatories.  On September 28, the Court denied that motion without prejudice to be renewed after the taking of fact depositions.  On October 17, Caldwell served objections to certain of Amesbury's Second Set of Interrogatories and First Set of Requests for Admissions based on the Court's ruling on Amesbury's motion to compel.  Amesbury anticipates that it may renew its motion to compel after the completion of depositions, and may further file a second, related motion to compel with respect to Caldwell's October 17 discovery responses.

On October 18, 2005, the Court granted the parties an extension until November 16, 2005 to complete depositions of party witnesses. The parties are actively working toward completion of party depositions by November 16.

The parties have not yet exchanged privilege logs. As Amesbury informed Caldwell on September 28, Amesbury has been prepared since that time to exchange privilege logs. Caldwell's privilege log is not yet complete, but will be ready to produce by October 27, 2005.

Expert discovery was not addressed in the Court's initial scheduling order. The parties would like to discuss expert scheduling with the Court at the October 27 conference.

## II.     PENDING MOTIONS OR MOTIONS TO BE FILED

### A.     Plaintiffs

No motions are pending. Amesbury anticipates filing a renewed motion to compel after the completion of fact depositions, and a separate but related motion to compel further answers to Amesbury's Second Set of Interrogatories and First Set of Requests for Admission. Amesbury also anticipates filing a motion for summary judgment or partial summary judgment.

### B.     Defendant

Caldwell has made a motion seeking Letters of Request under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters to take the depositions of two, non-party witnesses located in Great Britain. Also, Caldwell is considering a motion for summary judgment following the Court's Markman ruling.

## III.    PROPOSED SCHEDULE

### A.     Plaintiffs

1.  The parties will submit initial expert reports within 30 days of the Court's ruling on claim construction, but no later than December 21, 2005.

2.  The parties will submit expert rebuttal reports within 30 days after the deadline to submit initial expert reports.

2. Expert depositions will be completed 60 days after the deadline to submit initial expert reports.

3. Summary judgment motions will be filed not later than 30 days after the deadline to complete expert depositions.

4. A final pretrial conference will be held on May 23, 2006, or at the Court's convenience.

5. Jury trial to begin at the Court's convenience thereafter.

**B.    Defendant**

Caldwell's proposed schedule is identical to plaintiff's proposal with the exception of sub-paragraph No. 1 as follows:

1. The parties will submit initial expert reports within 30 days of the Court's ruling on claim construction.

2. The parties will submit expert rebuttal reports within 30 days after the deadline to submit initial expert reports.

2. Expert depositions will be completed 60 days after the deadline to submit initial expert reports.

3. Summary judgment motions will be filed not later than 30 days after the deadline to complete expert depositions.

4. A final pretrial conference will be held on May 23, 2006, or at the Court's convenience.

5. Jury trial to begin at the Court's convenience thereafter.

## IV. SETTLEMENT DISCUSSIONS

The parties have exchanged letters regarding settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ David E. Lurie_____ | /s/ Jordan M. Singer_____ |
| David E. Lurie (BBO# 542030) | Douglas J. Kline (BBO# 556680) |
| Thomas E. Lent (BBO# 644970) | Jordan M. Singer (BBO #651068) |
| LURIE & KRUPP, LLP | Safraz W. Ishmael (BBO# 657881) |
| One McKinley Square | GOODWIN PROCTER LLP |
| Boston, MA 02109 | Exchange Place |
| (617)-367-1970 | Boston, MA 02109-2881 |
| | (617) 570-1000 |
| Paul J. Yesawich, III | |
| Neal L. Slifkin | Attorneys for Plaintiffs |
| David J. Edwards | |
| HARRIS BEACH LLP | AMESBURY GROUP, INC. |
| 99 Garnsey Road | AMESBURY SPRINGS LTD. |
| Pittsford, NY 14534 | |
| (585)-419-8800 | |

Attorneys for Defendant

THE CALDWELL MANUFACTURING COMPANY


Dated: October 21, 2005

LIBA/1639585.1