UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

      Plaintiff,      Civil Action No.: 05-10020 (DPW)

vs.

THE CALDWELL MANUFACTURING
COMPANY,

      Defendant.

## ORDER ISSUING LETTERS OF REQUEST

On October 13, 2005, defendant The Caldwell Manufacturing Company filed a motion requesting this Court to issue Letters of Request to the Senior Master of the Supreme Court, Queen's Bench Division, Royal Courts of Justice, Strand London WC2A 2LL, England, United Kingdom requesting (1) the examinations by deposition of Harold K. Braid and Simon C. Braid, and; (2) the production of documents from Harold K. Braid and Simon C. Braid. Plaintiff's request is embodied in Exhibit A, attached to this order, entitled Request For International Judicial Assistance Pursuant To The Hague Convention of 18 March 1970 On The Taking Of Evidence In Civil Or Commercial Matters. Defendant's motion to issue the Letters of Request attached as Exhibit A is hereby granted.

SO ORDERED this __27th__ day of __October__, 2005

            _/s/ Douglas P. Woodlock_
            Hon. Douglas P. Woodlock
            United States District Court
            District of Massachusetts
            John Joseph Moakley U.S. Courthouse
            1 Courthouse Way
            Boston, Massachusetts 02210