IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

Plaintiffs,

vs.

THE CALDWELL MANUFACTURING
COMPANY,

Defendant.

Civil Action No. 05-10020-DPW

---

NEAL L. SLIFKIN, under penalty of perjury, declares as follows:

1.      I am a member of Harris Beach PLLC, one of the attorneys for the defendant
Caldwell Manufacturing Company ("Caldwell") in this action. I submit this declaration in support
of Caldwell's motion for leave to amend its answer pursuant to Federal Rule of Civil Procedure
15(a) to add a counterclaim for inequitable conduct against plaintiffs, Amesbury Group, Inc. and
Amesbury Springs Ltd. (collectively referred to as "Amesbury").

2.      Attached as Exhibit "A" is a true and correct copy of Amesbury's Summons and
Complaint.

3.      Attached as Exhibit "B" is a true and correct copy of Caldwell's Answer and
Counterclaim.

4.      Attached as Exhibit "C" is a true and accurate copy of Gary Roger Newman's
deposition testimony of October 18, 2005, which is being filed under seal.

5.      Attached as Exhibit "D" is a true and correct copy of Caldwell's proposed Amended
Answer with Counterclaim, which is being filed under seal.

HARRIS BEACH PLLC
ATTORNEYS AT LAW

6.    Attached as Exhibit "E" is a true and correct copy of this Court's Scheduling Order.

7.    Pursuant to this Court's Scheduling Order dated May 4, 2005, there is no deadline by which the parties are required to amend pleadings.

8.    Caldwell did not discover that it had an additional viable counterclaim based upon Amesbury's inequitable conduct until it deposed Mr. Gary Newman on October 18-19, 2005. We received final copy of the transcript of Mr. Newman's first day of testimony on November 18, 2005.

WHEREFORE, for the foregoing reasons, Caldwell's motion for leave to amend its Answer should be granted, in its entirety, and Caldwell should also be entitled to additional relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2005.

/s/Neal L. Slifkin
NEAL L. SLIFKIN

::ODMA\PCDOCS\HBROC\20351\1
11/30/2005 11:42:40 AM

EXHIBIT A

PART 1 of 2

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of       MASSACHUSETTS

AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.

V.

THE CALDWELL MANUFACTURING
COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05  10020 DPW

TO: (Name and address of Defendant)

The Caldwell Manufacturing Company
2605 Manitou Road
Rochester, NY 14692

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Kline
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston MA 02110-2704

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE     1/5/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                                 *Signature of Server*

                                       _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**05    10020 DPW**

| | |
|---|---|
| Amesbury Group, Inc., and<br>Amesbury Springs Ltd., | |
| Plaintiffs, | |
| v. | Civil Action No. _____ |
| The Caldwell Manufacturing Company, | |
| Defendant. | |

## COMPLAINT

Plaintiffs Amesbury Group, Inc., and Amesbury Springs Ltd. (together, "Amesbury"), file this Complaint for patent infringement against defendant The Caldwell Manufacturing Company ("Caldwell"). Because of such patent infringement, Amesbury has been damaged and irrevocably harmed, and seeks injunctive relief, compensatory and multiple damages, attorneys' fees, and costs and expenses.

## PARTIES

1.    Amesbury Group, Inc., is a corporation organized and existing under the laws of the state of Delaware, and maintains a regular place of business at 57 Hunt Road, Amesbury, Massachusetts.

2.    Amesbury Springs Ltd. is a corporation organized and existing under the laws of the United Kingdom, and maintains a regular place of business in Peterborough, United Kingdom.

3.    On information and belief, Caldwell is a corporation organized and existing under the laws of the state of New York, and maintains a regular place of business in Rochester, New York.

## JURISDICTION AND VENUE

4.    This action arises under the patent laws of the United States, including 35 U.S.C. §§ 154 and 271. This Court has exclusive jurisdiction over the subject matter of this action under 28 U.S.C. § 1338(a).

5.    Venue is proper in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §§ 1391 and 1400(b).

6.    The Court has personal jurisdiction over Caldwell for reasons including that, on information and belief, Caldwell sells products, including products that are the subject of this patent infringement suit, to persons in Massachusetts both directly and indirectly via an established distribution channel.

## INFRINGEMENT OF U.S. PATENT 5,365,638

7.    Amesbury re-alleges and adopts by reference the allegations set forth in paragraphs 1-6 above.

8.    On November 22, 1994, the United States Patent and Trademark Office duly and legally issued to Harold K. Braid and Simon C. Braid, United States Patent No. 5,365,638, entitled "Spring Mounting for Sash Frame Tensioning Arrangements" (the "'638 Patent"), a true and correct copy of which is attached hereto as Exhibit A.

9.    Amesbury Springs Ltd. is the assignee and owner of the '638 Patent.

10. On information and belief, Caldwell, has infringed the '638 Patent throughout the United States by making, using, importing, selling, offering to sell, inducing the use and sale of, and/or contributing to the use and sale of, window hardware that falls within the scope of one or more claims of the '638 Patent, including by selling window hardware to persons in this judicial district directly or through Caldwell's intermediaries.

11. On information and belief, Caldwell has notice of the '638 Patent.

12. On information and belief, Caldwell's infringement of the '638 Patent is willful.

13. Amesbury is without an adequate remedy at law, because Caldwell's infringement will irreparably harm Amesbury unless Caldwell is enjoined by the Court from the actions complained of herein.

14. As a direct and proximate result of Caldwell's infringement, Amesbury has suffered damages and continues to suffer damages in an amount to be determined at trial.

## INFRINGEMENT OF U.S. PATENT 6,598,264

15. Amesbury re-alleges and adopts by reference the allegations set forth in paragraphs 1-6 above.

16. On September 19, 2002, the United States Patent and Trademark Office published U.S. Patent Application Publication No. US 2002/0129463, entitled "Block and Tackle Window Balance with Bottom Guide Roller" (the "'463 Application"), a true and correct copy of which is attached hereto as Exhibit B.

17. On July 29, 2003 the United States Patent and Trademark Office duly and legally issued to Gary Roger Newman, United States Patent No. 6,598,264, entitled "Block and Tackle

- 3 -

Window Balance with Bottom Guide Roller" (the "'264 Patent"), a true and correct copy of which is attached hereto as Exhibit C.

18. Amesbury Group, Inc. is the assignee and owner of the '463 Application and the '264 Patent.

19. On information and belief, Caldwell, has infringed the '264 Patent throughout the United States by making, using, importing, selling, offering to sell, inducing the use and sale of, and/or contributing to the use and sale of, window hardware that falls within the scope of one or more claims of the '264 Patent, including by selling window hardware to persons in this judicial district directly or through Caldwell's intermediaries.

20. On information and belief, Caldwell has notice of the '463 Application and the '264 Patent.

21. On information and belief, Caldwell offered for sale and sold the infringing window hardware after publication of the '463 Application on September 19, 2002.

22. On information and belief, Caldwell's infringement of the '264 Patent is willful.

23. Amesbury is without an adequate remedy at law, because Caldwell's infringement will irreparably harm Amesbury unless Caldwell is enjoined by the Court from the actions complained of herein.

24. As a direct and proximate result of Caldwell's infringement, Amesbury has suffered damages and continues to suffer damages in an amount to be determined at trial.

## INFRINGEMENT OF U.S. PATENT 6,820,368

25. Amesbury re-alleges and adopts by reference the allegations set forth in paragraphs 1-6 above.

- 4 -

26.    On October 16, 2003, the United States Patent and Trademark Office published U.S. Patent Application Publication No. US 2003/0192257, entitled "Snap Lock Balance Shoe and System for a Pivotable Window" (the "'257 Application"), a true and correct copy of which is attached hereto as Exhibit D.

27.    On November 23, 2004, the United States Patent and Trademark Office duly and legally issued to Stuart J. Uken, Gary R. Newman, and Lawrence J. VerSteeg, United States Patent No. 6,820,368, entitled "Snap Lock Balance Shoe and System for a Pivotable Window" (the "'368 Patent"), a true and correct copy of which is attached hereto as Exhibit E.

28.    Amesbury Group, Inc. is the assignee and owner of the '257 Application and the '368 Patent.

29.    On information and belief, Caldwell, has infringed the '368 Patent throughout the United States by making, using, importing, selling, offering to sell, inducing the use and sale of, and/or contributing to the use and sale of, window hardware that falls within the scope of one or more claims of the '368 Patent, including by selling window hardware to persons in this judicial district directly or through Caldwell's intermediaries.

30.    On information and belief, Caldwell has notice of the '257 Application and the '368 Patent.

31.    On information and belief, Caldwell offered for sale and sold the infringing window hardware after publication of the '257 Application on October 16, 2003.

32.    On information and belief, Caldwell's infringement of the '368 Patent is willful.

33.    Amesbury is without an adequate remedy at law, because Caldwell's infringement will irreparably harm Amesbury unless Caldwell is enjoined by the Court from the actions complained of herein.

34.    As a direct and proximate result of Caldwell's infringement, Amesbury has suffered damages and continues to suffer damages in an amount to be determined at trial.

## PRAYERS FOR RELIEF

WHEREFORE, Amesbury prays for a judgment in its favor, including:

1.    A finding that Caldwell has infringed the '638 Patent;

2.    A finding that Caldwell's infringement of the '638 Patent is willful;

3.    A finding that Caldwell has infringed the '264 Patent;

4.    A finding that Caldwell's infringement of the '264 Patent is willful;

5.    A finding that Caldwell has infringed the '368 Patent;

6.    A finding that Caldwell's infringement of the '368 Patent is willful;

7.    A preliminary and permanent injunction prohibiting Caldwell, its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with Caldwell, from further infringing the '638 Patent throughout its remaining enforceable term;

8.    A preliminary and permanent injunction prohibiting Caldwell, its officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with Caldwell, from further infringing the '264 Patent throughout its remaining enforceable term;

9.    A preliminary and permanent injunction prohibiting Caldwell, its officers, agents,

servants, employees, attorneys, and all other persons in active concert or participation with

Caldwell, from further infringing the '368 Patent throughout its remaining enforceable term;

10.    An award of Amesbury's damages proximately caused by Caldwell's unlawful

acts at least under 35 U.S.C. §§ 154 and 284;

11.    An award of increased damages and punitive damages for the willful nature of

Caldwell's unlawful acts, said award to equal treble the amount of Amesbury's actual damages;

12.    An award of the costs and attorneys' fees Amesbury has incurred in bringing and

maintaining this action;

13.    An award of pre-judgment and post-judgment interest; and

14.    Such other and further relief as the Court deems proper.

### **Jury Trial Requested**

Amesbury requests a trial by jury on all issues so triable.


AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.


Dated:  January 5, 2005

Douglas J. Kline (BBO# 556680)
Stephen D. Whetstone (BBO# 562196)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110-2704

Telephone:  (617) 248-7000
Facsimile: (617) 248-7100

3163082_1

-7-

Exhibit A

US005365638A

# United States Patent [19]

## Braid et al.

[11] Patent Number: **5,365,638**

[45] Date of Patent: **Nov. 22, 1994**

[54] **SPRING MOUNTING FOR SASH FRAME TENSIONING ARRANGEMENTS**

[76] Inventors: **Harold K. Braid**, The Sheilings, Braceborough, Lincolnshire, PE9 4NT; **Simon C. Braid**, 13, Crowson Way, Deeping, St. James, Lincolnshire, both of England

[21] Appl. No.: **7,628**

[22] Filed: **Jan. 21, 1993**

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Jan. 21, 1992 | [GB] | United Kingdom | 9201208.7 |
| Feb. 25, 1992 | [GB] | United Kingdom | 9204006.2 |
| Mar. 4, 1992 | [GB] | United Kingdom | 9204687.9 |

[51] Int. Cl.$^5$ ............................................... E05D 13/00

[52] U.S. Cl. ............................................ **16/197**

[58] Field of Search ........................ 16/197, DIG. 16

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,732,594 | 1/1956 | Adams et al. | 16/197 |
| 2,873,472 | 2/1959 | Foster | 16/197 |
| 3,452,480 | 7/1969 | Foster | 16/197 |
| 3,992,751 | 11/1976 | Foster et al. | 16/197 |
| 4,227,345 | 10/1980 | Durham | |
| 5,157,808 | 10/1992 | Sterner | 16/197 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 825513 | 12/1959 | United Kingdom . |
| 1505782 | 3/1978 | United Kingdom . |
| 2253874 | 9/1992 | United Kingdom . |

*Primary Examiner*—P. Austin Bradley
*Assistant Examiner*—Chuck Y. Mah
*Attorney, Agent, or Firm*—Steven H. Bazerman

[57] **ABSTRACT**

A mounting element and assembly for a sash frame tensioner used in a sash window frame to support the window in any desired open position, the assembly comprising a channel section member and a sash frame support element slidable in said channel section member. A coiled ribbon spring having a free outer end thereof engaged with said sash frame support member, and a mounting element, the mounting being disposed between the sash frame support member and a coiled body portion of said coiled ribbon spring with a free end of said coiled ribbon spring disposed alongside said mounting, said mounting being secured to said channel section member, directly or indirectly, and in use impinging upon an outer surface of said coiled body portion to retain said coiled body portion in position during uncoiling of said coiled ribbon spring as said sash support member is moved away from said coiled body portion.

8 Claims, 4 Drawing Sheets





**U.S. Patent**          Nov. 22, 1994          Sheet 1 of 4          **5,365,638**



FIG.1.

FIG.2.

FIG.3.



FIG.4.



FIG.5.

**U.S. Patent**          Nov. 22, 1994          Sheet 2 of 4          **5,365,638**



FIG.6.



FIG.7.



FIG.8.

95          95



FIG.9.

110

102

100

95          95

112    108



FIG.10.

FIG.11.

FIG.12.

5,365,638

1

### SPRING MOUNTING FOR SASH FRAME TENSIONING ARRANGEMENTS

#### BACKGROUND OF THE INVENTION

The invention relates to a mounting for a coiled ribbon spring and is particularly, though not exclusively, applicable to sash springs used in sash frame tensioning arrangements for windows.

Such coiled ribbon springs are in the form of a flat coil with an open area at their center and two free ends, an outer one on the outside of the coil and one on the inside; the springs being similar in construction to clock springs except that the inner free end is not (as in a clock spring) secured to a fixed point.

It is known in the art to mount such coiled ribbon springs on a drum within a hollow channel in a window frame by means of a screw or other fixing, about which the spring is able to uncoil as an outer free end of the spring attached to a window sash moves away from the coil as the sash is moved. The drum may be arranged to be stationary or to rotate with the spring, through the drum is provided only to guide the spring and is not operatively secured thereto (thus, if the spring were unwound too far, it would be unwound completely from the drum).

It is a feature of these known mountings that the spring is supported from the open space within the coil so that an upper part of the coil rests on the drum with a lower part of the coil slung below the drum and not supported thereby. It is, as stated above, a feature of such springs that the inner free end of the spring is not secured to any point (on the drum or elsewhere) such springs being referred to in some instances as "constant tension" springs.

The drum is merely to provide a reaction member and as a means of retaining the body of the spring loosely in position in the channel as its free outer end is uncoiled.

It has been a disadvantage of this known type of mounting that the spring is not silent in use, possibly due to relative movement between the inner, free end of the spring and the spring support drum.

The present invention seeks to overcome this disadvantage.

#### SUMMARY OF THE INVENTION

The invention provides a mounting assembly comprising a channel section member, a sash frame support element slidable in said channel section member, a coiled ribbon spring having a free outer end thereof engaged with said sash frame support member, and a mounting element, the mounting being disposed between the sash frame support member and a coiled body portion of said coiled ribbon spring with a free end of said coiled ribbon spring disposed alongside said mounting, said mounting being secured to said channel section member, directly or indirectly, and in use impinging upon an outer surface of said coiled body portion to retain said coiled body portion in position during uncoiling of said coiled ribbon spring as said sash support member is moved away from said coiled body portion.

The present invention also provides a mounting element for use in the assembly set forth above, the mounting comprising a body portion having means for securing the mounting in a channel portion of a sash frame or

2

other abutment and having a support surface disposed so as to impinge upon an outer surface of the spring coil.

In normal circumstances the channel section member will in use be mounted substantially vertically and thus said mounting element will support an outer undersurface of said coiled body portion from below. Thus, normally the sash frame support member will be disposed in use beneath the mounting element which is itself disposed beneath the coiled body portion.

It will be understood that the mounting element is to be operatively disposed between the spring body portion and the sash frame support member.

Preferably, the mounting element comprises a body portion having an aperture therein to receive, in use, a fixing screw by which the mounting element may be secured to said frame or abutment, an upper surface of the body portion being concavely curved to support the curved outer undersurface of the spring, thus providing said support surface.

In this inventive arrangement the spring merely rests on the mounting element which acts as a reaction member which the spring abuts as a free outer end, attached to the sash, is unwound. (Ideally, there is a slight tension in the spring when at rest so there is no likelihood of the spring being displaced should the sash from be inverted for any reason).

The mounting element may be provided with inter-engagement formations by which a plurality of such elements may be stackingly inter-engaged, thus enabling a plurality of coiled ribbon springs to be used at a single location, only one fixing element or screw being required to secure the said stack against movement as the sash frame support member moves. The inter-engagement formations may be in the form of tooth-like projections cooperable with corresponding complementary detentes in another such mounting element. The inter-engagement formations may in addition or as an alternative be formed so as to provide an interference fit with formations of another mounting element or a "snap fit" therewith.

Alternatively, the mounting element may be configured such that there is a hub portion having an aperture therein to receive, in use, a fixing screw by which the mounting element may be secured to the frame or abutment; the hub portion being disposed such that in use the spring encircles such hub portion, the mounting element having an arm portion slung below said hub portion and disposed so as to support said outer undersurface of said spring.

In this arrangement, the hub portion loosely impales the spring body portion but in normal circumstances the hub portion does not support the spring, all the support is rendered by the arm portion slung below the hub portion. (In fact, in certain instances, i.e., when the spring is fully extended, the hub portion may also provide some minor support, though this is not its function).

The mounting element may be provided with formations conformed so as to cooperate with a portion of the sash frame within which the element is to be received, such that contact of said formations with said sash frame inhibits in a rotational, pivoting, or twisting sense of the element relative to the sash frame.

It will be apparent that the mounting element does not rotate or otherwise move with the spring but is substantially stationary when the spring is in operation.

5,365,638

3

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described by way of example only and with reference to the accompanying drawings in which:

FIG. 1 is a schematic side elevational view shown partly broken away of an assembly according to the invention showing a coiled ribbon spring supported by a mounting element according to the invention in a vertical channel section of a sash window;

FIG. 2 is a perspective view of the mounting element shown in FIG. 1;

FIG. 3 is a schematic side elevational view shown partly broken away of a mounting assembly for a coiled ribbon spring, showing a second mounting element according to the invention;

FIG. 4 is an exploded schematic view of the mounting assembly shown in FIG. 3;

FIG. 5 is a sectional view on line V—V of FIG. 3 with the coiled ribbon spring removed;

FIG. 6 is a schematic view on an enlarged scale of a portion of the mounting assembly shown in FIGS. 3, 4 and 5;

FIG. 7 is a schematic perspective view on an enlarged scale of a third mounting element according to the invention;

FIG. 8 is a schematic front view of a fourth mounting element similar to said third mounting element, according to the invention;

FIG. 9 is a partial schematic front view of a fifth mounting element similar to said third and fourth mounting elements according to the invention;

FIG. 10 is a schematic perspective view of the element of FIG. 9 shown on a larger scale and partially broken away so as to foreshorten the element;

FIG. 11 is a schematic perspective view of a fifth mounting element according to the invention being similar to that shown in FIG. 10 with certain differences; and

FIG. 12 is a partial front elevational view of a further mounting element similar to those shown in FIGS. 7 and 8 with certain differences.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The mounting assembly shown in FIG. 1 comprises a mounting element shown generally as M having a body portion 10 having a bore 12 therein to receive a fixing screw 14 by means of which the mounting element may be secured to a channel section 16 of a sash frame. The mounting element is dimensioned so as to be capable of insertion into the channel section from the side (i.e., without the necessity to slide the mounting element in from the end of the channel section).

The mounting is shown so fixed in FIG. 1. The body portion 10 has two upstanding walls 18 and disposed therebetween is a support surface 20 which is concavely curved to receive a coiled body portion 22 of a coiled ribbon spring shown generally as S, such that the coiled body portion 22 rests on said surface 20 between said walls. An outer free end 24 of the coiled ribbon spring S is provided with a hooked end 26 engageable with a sash frame support element 28 which forms part of a sliding frame. The sash frame support element 28 is slidable in the channel section 16 back and forth in the directions of arrows A, A', to move the sash.

It is to be noted that only a few coils of the coiled ribbon spring have been shown in the figures for sim-

4

plicity. In practice, many more coils would be provided. Also, the thickness of the coiled ribbon spring has been exaggerated.

As the sash frame support element 28 (and so the sash) is moved downwardly in the direction of arrow A the coiled ribbon spring unwinds.

It may be the case during this unwinding that the curvature of the undersurface of the coiled body portion 22 does not conform exactly to the curvature of the surface 20. This is of no particular importance as the mounting only has a guiding and support function. It will e noted that the coiled ribbon spring is not supported from within the coil (shown generally as 30) as it is in the prior art. In the embodiment shown in FIGS. 3 to 6, the mounting element is in two parts 50, 52 which inter-engage to form a body portion 54 of reel-like structure but having a tube-like hub 56 which, in use, loosely impales a body portion of the coiled ribbon spring 58 but provides no support therefor.

A support portion 60 is provided slung below (when used in vertical sash frames as is usual) the tube 56 on part 52 and is provided with a curved support surface 62 the counterpart of the support surface 20 in the first embodiment. There is then provided on part 50 a bracing portion 64 inter-engageable with the under surface of the support portion 60 (see FIG. 5). As will be seen from FIG. 3 an outer undersurface of the coiled body portion of the coiled ribbon spring rests on the support surface 62, and is supported thereby. The hub 56 receives in use a fixing screw 64 by which the mounting may be fixed to a channel section member. FIG. 6 shows portions of coils 66, 68 and 70 of the spring, coil 70 being the outermost and having its outer undersurface supported by the support surface 62.

The mounting element shown in FIG. 7 is similar to that shown in FIGS. 1 and 2 except firstly that upstanding walls $78^a$ and $78^b$ are dissimilar and secondly that inter-engagement formations 80 are provided to enable a plurality of said elements to inter-engage in a stacked manner.

One of the upstanding walls $78^a$ which is intended to lie against a back surface 82 (shown in broken line) of a channel section frame (shown as 84 in part hatched line) is provided with a pair of lateral ears 86 (only one of which is shown full line) which are intended to prevent rotation of the mounting element about a fixing screw (not shown) received, in use, in recessed bore 88. A concavely curved surface 20' is provided in similar manner to the embodiment of FIGS. 1 and 2. A second upstanding wall $78^b$ has greater thickness than upstanding wall $78^a$ and is provided with a plurality of tooth-like inter-engagement formations 80. There is provided a rebate 89 of a depth equal to the thickness of the upstanding wall $78^b$ and provided with a plurality of detentes 90 corresponding to formations 80 such that the formations of one element as shown in FIG. 7 can engage in detentes 90 of another identical element lying above the first element. Thus, two or more coiled ribbon springs can be mounted one above the other with their mounting elements inter-engaged and only a lower one of said mounting elements need be secured with a screw as hereinbefore described.

FIG. 8 shows a fourth mounting element in accordance with the invention. This is closely similar to that shown in FIG. 7 except that at lower corner regions shown generally as 95, the element is rounded·off for ease of insertion of the element into the sash frame.

5,365,638

| 5 | 6 |

The mounting element 100 shown in FIGS. 9 and 10 is similar to those of FIGS. 7 and 8 and some of those portions of the element similar to those provided in the elements shown in FIGS. 7 and 8 have been labelled with the same reference numerals. The mounting element 100 is devoid of the lateral ears 86 but instead is provided with a raised spine formation 102 whose width W is arranged such that it is a snug fit between open lip portions 104 of a channel section sash frame member 5 (shown in broken line in FIG. 10) within which the mounting element is to be operatively received. Thus, rotational, pivoting or twisting motion of the element 100 within the sash frame member 5 is inhibited. The element 100 is secured in the sash frame member 5 by a screw or other suitable fixing via a bore 108 in a similar manner to that of the element shown in FIG. 7. In the mounting element 100 a single inter-engagement projection formation 110 is provided, which is cooperable with a corresponding recess formation 112 of a second such element, so that elements can be "stacked" as in previous embodiments.

The mounting element 110 shown in FIG. 11 is similar to that shown in FIG. 10 except that the upstanding wall 78$^b$ is provided entirely by said raised spine formation 102. This is especially useful where space is limited, i.e., the depth of the coiled ribbon spring approaches the depth of the channel section sash frame member.

The mounting element shown in FIG. 12 is similar to those shown in FIGS. 7 and 8 and the same reference numerals have been used to indicate corresponding portions thereof. It has the rounded off regions 95 of the mounting element shown in FIG. 8 but differs in that it has a locating rib 102 like that shown in FIGS. 9 and 10 and the curved surface 20' (shown in broken line) is truncated at outer regions thereof by sloping shoulders 21 (shown in broken line). These enable a free end of a spring, supported by the mounting element in use, to be more easily fed between the mounting element and a wall 17 of a channel section 16, providing a funnel-like provision.

It will readily be apparent that the inter-engagement formations need not be as shown in the Figures but may be of any suitable shape, and number.

They may also be made to be interlocking, releasable or otherwise. It is to be understood that in the channel section partly shown in broken line in FIG. 7 the front retaining flanges shown in FIG. 1 at F have not been shown.

It will be noted that in none of the embodiments does the mounting element move with the spring.

It will be apparent that other methods of securing the mountings to a frame or abutment may be used. For example, two or more screw or other fixings would prevent any tendency for the mountings to move or rotate in use. Alternatively, pegs, spigots or catches could be used.

The previous descriptions of the preferred embodiments of the present invention are for purposes of illustration and are limited only by the provisions of the following claims.

What is claimed is:

1. A mounting assembly comprising a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges, a sash frame support means slidable in said channel means, a coiled ribbon spring having a first end engaged with said sash frame support means, and a means for mounting said coiled ribbon spring, the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means and said mounting means being secured in said channel means, said mounting means having a raised spine positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited.

2. The mounting assembly of claim 1 wherein the mounting means has a support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means.

3. The mounting assembly of claim 2 wherein said mounting means has a body portion having an aperture therein, a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, a surface of said body portion being concavely curved, said coiled ribbon spring being in contact with and supported by said curved surface of said body portion.

4. The mounting assembly of claim 2 in which the mounting means has at least one inter-engagement means by which a plurality of such mounting means may be stacked in inter-engagement.

5. The mounting assembly of claim 4 in which the inter-engagement means comprises a tooth-like projection cooperable on said first mounting means with a corresponding complementary detente in a second mounting means.

6. The mounting assembly of claim 4 in which the inter-engagement means on said first mounting means is in an interference fit with an inter-engagement means on said second mounting means.

7. The mounting assembly of claim 4 in which the inter-engagement means is formed so as to provide a snap fit.

8. A mounting assembly comprising a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges, a sash frame support means slidable in said channel means, a coiled ribbon spring having an outer end engaged with said sash frame support means, and a means for mounting said coiled ribbon spring, the coiled body portion of said coiled ribbon spring within the coil being positioned in said mounting means, said mounting means being secured in said channel means and the mounting means having projection means positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting means is inhibited.

* * * * *

65

Exhibit B



US 20020129463A1

(19) **United States**
(12) **Patent Application Publication**     (10) Pub. No.: US 2002/0129463 A1
Newman                                         (43) Pub. Date:     Sep. 19, 2002

(54) **BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER**

(76) Inventor:  Gary Roger Newman, Valley Springs, SD (US)

Correspondence Address:
**TESTA, HURWITZ & THIBEAULT, LLP**
**HIGH STREET TOWER**
**125 HIGH STREET**
**BOSTON, MA 02110 (US)**

(21) Appl. No.:    09/810,868

(22) Filed:        Mar. 16, 2001

**Publication Classification**

(51) Int. Cl.$^7$ ................................................. E05D 13/00
(52) U.S. Cl. ................................................... 16/197

(57)           **ABSTRACT**

Disclosed are apparatus for a block and tackle window balance to be incorporated in single and double hung window assemblies. In one embodiment the block and tackle window balance includes a roller secured within a bottom guide to increase range of travel of a window sash.



Patent Application Publication    Sep. 19, 2002    Sheet 1 of 10        US 2002/0129463 A1



Fig. 1

Patent Application Publication    Sep. 19, 2002    Sheet 2 of 10    US 2002/0129463 A1



FIG. 2A



FIG. 2B



200

210

202

203

205

212

206

207

208

213

214

216

215

FIG.3

Patent Application Publication    Sep. 19, 2002   Sheet 5 of 10      US 2002/0129463 A1

300



FIG. 4A

Patent Application Publication    Sep. 19, 2002    Sheet 6 of 10    US 2002/0129463 A1



FIG. 4B

Patent Application Publication    Sep. 19, 2002   Sheet 7 of 10        US 2002/0129463 A1



FIG.5



FIG. 6





# BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER

## TECHNICAL FIELD

[0001] This invention relates to block and tackle window balance devices for single and double hung windows and, more particularly, to a block and tackle window balance device that provides an increased range of travel within a window frame.

## BACKGROUND INFORMATION

[0002] Hung window assemblies generally include a window frame, a lower window sash, an upper window sash, a pair of window jambs, two sets of jamb pockets, and at least one window balance device for offsetting the weight of a window sash throughout a range of travel within the window frame. Block and tackle window balance devices use a combination of a spring and pulleys located within a channel to balance the weight of the window sash at any position within the jamb pockets.

[0003] In some block and tackle window balance devices, the channel containing both the spring and pulleys is attached to the window sash, and a cord, which connects the pulleys together, is attached to a jamb mounting hook that is connected to a side jamb. A disadvantage of this type of device is that the travel distance of the window sash is limited by some of the pulleys located within the rigid channel interfering with the jamb mounting hook that attaches the window balance to the window jamb.

## SUMMARY OF THE INVENTION

[0004] In general, in one aspect, the invention relates to a block and tackle window balance device for use with single and double hung windows that affords increased window opening travel distance. In one embodiment, the block and tackle window balance device includes a channel, a spring with a first end and a second end, a translatable pulley block unit, a fixed pulley block unit, a cord, a top guide, and a bottom guide with a bottom guide roller. The top and bottom guides are connected to opposite ends of the channel. The spring, the translatable pulley block unit, and the fixed pulley block unit are all located within the channel. The first end of the spring and the fixed pulley block unit are fixed at opposite ends of the channel. The second end of the spring is connected to the translatable pulley block unit. The translatable and fixed pulley block units are connected by the cord. The cord is threaded around both the translatable and fixed pulley block units and extends around the bottom guide roller located within the bottom guide.

[0005] In another embodiment, the block and tackle window balance device includes a top guide including a top angled portion and a bottom portion. The bottom portion of the top guide is connected to one end of the channel. In still another embodiment, the top angled portion of the top guide is sized to receive a member from a window sash.

[0006] In yet another embodiment, the block and tackle window balance device includes a bottom guide that extends beyond the rigid channel. In still yet another embodiment, the bottom guide of the device further includes a channel to receive a portion of a window sash.

[0007] In general, in one aspect, the invention relates to a method of providing increased travel of a window sash slidably mounted in a window frame. The method includes three steps. A first step is to provide a window assembly that includes a window frame with jambs with jamb pockets, an upper window sash, a lower window sash, and at least one block and tackle window balance device having a channel and a bottom roller for dispensing a cord. The channel has a first end and a second end. The bottom roller is mounted proximate to the second end of the channel with a first distance between the first end of the channel and the bottom roller. A second step is to remove the block and tackle window balance device from the window assembly. A final step is to provide and to install an increased travel window balance device. The increased window balance device has a channel with a first end and a second end and a bottom guide roller for dispensing a cord. The bottom guide roller is mounted proximate to the second end of the channel and a second distance is defined as the length between the first end of the channel and the bottom guide roller. The second distance of the increased window balance device is greater than the first distance of the removed block and tackle window balance device.

[0008] The foregoing and other objects, aspects, features, and advantages of the invention will become more apparent from the following description and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009] In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

[0010] FIG. 1 is a perspective view of a double hung window.

[0011] FIG. 2A is a perspective view of a prior art block and tackle window balance.

[0012] FIG. 2B is another perspective view of the prior art block and tackle window balance of FIG. 2A with one of two side walls of the U-shaped channel removed.

[0013] FIG. 3 is a perspective rear view of the prior art block and tackle window balance.

[0014] FIG. 4A is a perspective view of an embodiment of a block and tackle window balance of the invention.

[0015] FIG. 4B is perspective view of the block and tackle window balance of FIG. 4A with one of two side walls of the U-shaped channel removed.

[0016] FIG. 5 is a perspective view of an embodiment of a block and tackle window balance of the invention mounted within a window jamb.

[0017] FIG. 6 is an enlarged front view of a top guide of the block and tackle window balance of FIG. 4A attached to a cam.

[0018] FIG. 7A is a front view showing a closed position of a window assembly with prior art block and tackle window balances.

[0019] FIG. 7B is a front view showing an open position of the window assembly with prior art block and tackle window balances.

US 2002/0129463 A1

Sep. 19, 2002

2

[0020] FIG. 8A is a front view showing a closed position of a window assembly with an embodiment of a block and tackle window balances of the invention.

[0021] FIG. 8B is a front view showing an open position of a window assembly with block and tackle window balances of the invention.

DETAILED DESCRIPTION

[0022] Referring to FIG. 1, shown is a double hung window assembly 100 in which a block and tackle window balance constructed in accordance with the teachings of the present invention can be used. The double hung window assembly 100 includes a window frame 102, a lower window sash 104, an upper window sash 106, and a pair of window jambs 107. Within each window jamb 107, jamb pockets 108 are defined. The lower window sash 104 and upper window sash 106 slide vertically within the jamb pockets 108. Generally, window balances are attached to the lower and upper window sashes 104, 106 to balance the weight of the window sashes at any vertical position within the jamb pockets 108.

[0023] FIGS. 2A, 2B, and 3 show perspective views of a prior art block and tackle window balance 200. FIG. 2A shows the prior art block and tackle window balance 200 in full, whereas FIG. 2B shows the prior art block and tackle window balance 200 with one side wall of a rigid U-shaped channel 205 cut away so that components within the window balance 200 are more visible. FIG. 3 shows a rear view of the window balance 200.

[0024] The block and tackle window balance 200 includes a spring 220, a translatable pulley unit 230, a fixed pulley unit 235, a roller 239, and a cord 240 all housed with the rigid U-shaped channel 205. Attached to the two ends of the rigid U-shaped channel 205 with fasteners 212, 216 are a top guide 210 and a bottom guide 215 that are used to connect the window balance 200 to either the upper or lower window sashes 104, 106 and to help guide the vertical motion of the window balance 200 within the jamb pockets 108. The top guide 210 includes an upper portion 202 and a lower portion 203. The upper portion 202 of the top guide 210 is angled and is sized to be received by a member attached to a window sash, such as a cam. The bottom guide 215 includes a back portion 213, best seen in FIG. 3, that encases a portion of the rigid channel 205. Within the back portion 213 of the bottom guide 215 is a channel 214 sized to receive a portion of a window sash.

[0025] The rigid U-shaped channel 205 has a back wall 206 and two side walls 207, 208 that in combination form the U-shape. The rigid U-shaped channel 205 serves as an external frame to which the components of the window balance 200 can be secured. The rigid U-shaped channel 205 also keeps components located within the rigid U-shaped channel 205 free of debris and particulate matter. The spring 220, the translatable pulley unit 230, the fixed pulley unit 235, and the roller 239 are located inside the rigid U-shaped channel 205. Both of the translatable pulley unit 230 and the fixed pulley unit 235 include one or more pulleys rotatable around respective axles.

[0026] Components within the rigid U-shaped channel 205 work in combination to create a force to counterbalance the weight of the attached sash at any vertical position within the window frame 102. These components are attached to each other such that a first end 219 of the spring 220 is connected to the translatable pulley unit 230, and the translatable pulley unit 230 is connected to the fixed pulley unit 235 and the roller 239 via the cord 240. A pulley in the fixed pulley unit 235 and the roller 239 may be contained in a frame 236. To secure the components within the rigid U-shaped channel 205, the second end 221 of the spring 220 and the frame 236 are fixed to opposite ends of the rigid U-shaped channel 205 via respective fasteners 218, 243. The frame 236 is also used to secure a pulley axle 237 and a roller axle 238, around which the pulley in the fixed pulley unit 235 and the roller 239 respectively rotate. A first distance "AA"275 is defined by a length extending between the upper portion 202 of the top guide 210 and the roller axle 238. The spring 220 and the translatable pulley unit 230 are connected together by hooking the first end 219 of the spring 220 through an upper slot opening 229 in a frame 225. The frame 225 houses the translatable pulley unit 230 and a pulley axle 232 around which a pulley in the translatable pulley unit 230 rotates. The cord 240, which can be a rope, string, or cable, has a first end 241 and a second end 242. The first end 241 of the cord 240 is secured to the frame 225 and the second end 242, which is a free cord end, is threaded through the translatable pulley unit 230, the fixed pulley unit 235, and the roller 239, thereby connecting all three components together. After the cord 240 connects the three components together, a jamb mounting attachment 245 is secured to the second end 242 of the cord 240. When the prior art window balance 200 is located in the jamb pocket 108, the jamb mounting attachment 245 engages an opening 430 (FIG.5) within one of the jamb pockets 108, securing the window balance 200 to the window jamb 107.

[0027] The spring 220 provides the force required to balance the sashes. The spring 220 is extended when the second end 242 of the cord 240 with the jamb mounting attachment 245 is pulled, causing the frame 225 to move within the rigid U-shaped channel 205 towards the frame 236, which is fixed. As the frame 225 moves towards the frame 236, the spring 220 is extended.

[0028] FIGS. 4A and 4B show an embodiment of a block and tackle window balance 300 in accordance with the teachings of the present invention. The window balances 300 act to counterbalance the weight of the window sashes 104, 106 at any vertical position within the window frame 102. FIG. 4A show one perspective view of the window balance 300 and FIG. 4B shows another perspective view of the same balance, but with a side wall of the rigid U-shaped channel 305 removed. The window balance 300 includes the rigid U-shaped channel 305, a top guide 310, a bottom guide 315, a spring 320, a translatable pulley unit 330, a fixed pulley unit 335, a bottom guide roller 350, and a cord 340. The top guide 310 and the bottom guide 315 are secured to the rigid U-shaped channel 305 by fasteners 312, 316. The top guide 310 is used to help connect the block and tackle window balance 300 to the window sash 104, 106 and to help guide the movement of the block and tackle window balance 300 within the jamb pocket 108. The top guide 310 may include a top angled portion 302 and a bottom portion 303 as shown in FIGS. 4A and 4B. The bottom guide 315 is also used for connection and guidance purposes, but the bottom guide 315 further serves as a frame for housing the bottom guide roller 350. The bottom guide 315 extends beyond the rigid U-shaped channel 305 and, therefore, the

bottom guide roller 350 is located outside of the rigid U-shaped channel 305. A back portion 313 of the bottom guide 315 may include a channel 314 for receiving a portion of the window sash, as depicted in FIG. 5. Some windows have a groove running along a bottom rail of the sash. On conventional balances, the bottom guide can drop into this groove so a manufacturer needs to use a shorter balance to avoid dropping into the groove. This effectively reduces the amount of travel, because shorter balances have to be used. The bottom guide 315 of the present invention is configured so the contact point of the bottom guide 315 to the sash is higher on the balance 300 so the groove is avoided and a longer balance with a greater spring force can be used. This can afford increased force for balancing the sash at any vertical position, as well as increased amount of travel resulting from the longer balance.

[0029] The spring 320, the translatable pulley unit 330, and the fixed pulley unit 335 are located within the rigid U-shaped channel 305. In the embodiment shown in FIGS. 4A and 4B, the translatable pulley unit 330 includes two pulleys 326, 327 that are rotatable about a single pulley axle 328, however, in other embodiments, the translatable pulley unit 330 may contain one or more pulleys rotatable about the pulley axle 328. Similarly, the fixed pulley unit 335, as shown in FIGS. 4A and 4B, includes two pulleys 331, 332 that rotate about a single pulley axle 333; however, in other embodiments, the fixed pulley unit 335 may contain one or more pulleys that rotate about the pulley axle 333. A first end 319 of the spring 320 is fixed with respect to the rigid U-shaped channel 305 via a fastener 318. In the disclosed embodiment, the fastener is a rivet; however the fastener could also be a support member welded between the two side walls of the rigid U-shaped channel 305, a hook secured to or formed in the rigid U-shaped channel 305, or any other device which secures the first end 319 of the spring 320 to the rigid U-shaped channel 305. The second end 321 of the spring 320 is attached to a frame 325, which houses the translatable pulley unit 330. To connect the spring 320 to the frame 325, the second end 321 of the spring 320 hooks through an opening 329 in the frame 325. The cord 340 has a first end 341 and a second end 342. The first end 341 of the cord 340 is attached to the frame 325 through a frame opening 322. The second end 342 is attached to a jamb mounting hook 345. The cord 340 is threaded through the translatable pulley unit 330, the fixed pulley unit 335, and around the bottom guide roller 350, connecting the three components together. The cord 340 in the disclosed embodiment is a string, however it may also be a rope, or a cable. Both the fixed pulley unit 335 and the bottom guide roller 350 are fixed with respect to the rigid U-shaped channel 305. The fixed pulley unit 335 is housed within a frame 336 and rotates around the pulley axle 333. The frame 336 is secured within the rigid U-shaped channel 305 with a fastener 337. In an alternative embodiment, the frame 336 is not required, the fixed pulley unit 335 rotates around an axle supported between side walls of the rigid U-shaped channel 305. In yet another alternative embodiment, the fixed pulley unit 335 can be integral with the bottom guide 315 and as a result, fasteners 337 and 316 can be eliminated because tension of the spring 320 will keep the bottom guide 315 engaged with or connected to the rigid U-shaped channel 305. The bottom guide roller 350 is located within the bottom guide 315 and rotates around a bottom guide axle 352. A second distance "BB"375 is defined as the length extending between the top

angled portion 302 of the top guide 310 and the bottom guide axle 352. It should be noted that the second distance "BB"375 is greater than the first distance "AA"275 of the window balance 200.

[0030] To use the block and tackle window balance 300 within the window assembly, the balance is connected to both the window jamb 107 and to either the lower window sash 104 or the upper window sash 106. Referring to FIG. 5, the block and tackle window balance 300 is attached to the window jamb 107 via the jamb mounting hook 345. The jamb mounting hook 345 is secured within an opening 430 within the jamb pocket 108. The window balance 300 is then connected to a window sash by inserting a portion of the window sash into the channel 314 of the bottom guide 315 and connecting a cam 405 mounted on the top of the window sash 400 to the top angled portion 302 of the top guide 310, as shown in FIG. 6.

[0031] The spring 320 of the window balance 300 creates the force required to counterbalance the weight of the window sash. However, because the bottom guide roller 350 is located in the bottom guide 315, instead of within the rigid U-shaped channel 305 as in prior art balances, window sashes with the block and tackle window balances 300 as disclosed in this application provide greater travel distance. FIG. 7A is an illustration of a window assembly 500 with two prior art window balances 200 attached to a lower window sash 504. In FIG. 7A, the lower window sash 504 is in a closed position. FIG. 7B shows the window assembly 500, but with the lower window sash 504 in a fully open position. The standard travel distance of a window sash attached to the prior art window balance 200 is labeled "CC"520 in FIG. 7B. The window sash 504, as shown in FIGS. 7A and 7B, is prevented from achieving a greater travel distance by the roller 239, located within the rigid U-shaped channel 205, hitting the jamb mounting hook 245.

[0032] FIGS. 8A and 8B show a schematic of the window assembly 600 with block and tackle balances 300 of the present invention. FIG. 8A shows the window assembly 600 in the closed position, while FIG. 8B shows the window assembly 600 in the fully open position. Because the bottom guide roller 350 is mounted within the bottom guide 315 instead of within the rigid U-shaped channel 305, the window sash 604 can travel a greater distance before the bottom guide roller 350 hits the jamb mounting hook 345, resulting in a greater travel distance, labeled "DD"530 in FIG. 8B. It should be noted that the distance "DD"530 is greater than the distance "CC"520. The greater travel distance is an important feature, because it allows for an increased window clearance that will help persons who are using the window assembly as an emergency

[0033] Variations, modifications, and other implementations of what is described herein will occur to those of ordinary skill in the art without departing from the spirit and the scope of the invention as claimed. Accordingly, the invention is to be defined not by the preceding illustrative description but instead by the spirit and scope of the following claims.

What is claimed is:

1. A block and tackle window balance device comprising:

a channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

4

a bottom guide connected to the second end of the channel;

a bottom guide roller rotatably mounted to the bottom guide;

a fixed pulley block unit connected to the channel;

a translatable pulley block unit moveable within the channel;

a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and

a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

2. The device of claim 1 wherein the bottom guide roller is located external to the channel.

3. The device according to claim 1 wherein a portion of the bottom guide is external to the channel.

4. The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash.

5. The device of claim 1 wherein the fixed pulley block unit comprises a frame, an axle, and at least one pulley rotatable around the axle.

6. The device according to claim 5 wherein the axle is located within the frame.

7. The device according to claim 1 wherein the fixed pulley block unit is connected to the channel with a support member.

8. The device according to claim 1 wherein the translatable pulley block unit comprises a frame, an axle within the frame, and at least one pulley rotatable around the axle.

9. The device according to claim 1 wherein the top guide includes a top angled portion and a bottom portion, the bottom portion being connected to the first end of the channel.

10. The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash.

11. The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide.

12. A window assembly comprising:

a window frame with two jambs with jamb pockets;

at least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and

at least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising:

a channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

a bottom guide connected to the second end of the channel;

a bottom guide roller rotatably mounted to the bottom guide;

a fixed pulley block unit connected to the channel;

a translatable pulley block unit moveable within the channel;

a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and

a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

13. A method of providing increased travel of a window sash slidably mounted in a window frame, the method comprising the steps of:

providing a window assembly having a window frame with two jambs with jamb pockets, at least one of an upper window sash and a lower window sash slidably receivable by the jamb pockets, and at least one block and tackle window balance device having a channel with a first end and a second end and a bottom roller mounted proximate the second end for dispensing a cord with a first distance between the first end and the bottom roller;

removing the at least one block and tackle window balance device; and

providing and installing an increased travel window balance device having a channel with a first end and a second end and a bottom guide roller mounted proximate the second end for dispensing a cord with a second distance between the first end and the bottom guide roller, wherein the second distance is greater than the first distance.

* * * * *



US006598264B2

(12) **United States Patent**
Newman

(10) Patent No.: **US 6,598,264 B2**
(45) Date of Patent: **Jul. 29, 2003**

(54) **BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER**

(75) Inventor: **Gary Roger Newman**, Valley Springs, SD (US)

(73) Assignee: **Amesbury Group, Inc.**, Amesbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 6 days.

(21) Appl. No.: **09/810,868**

(22) Filed: **Mar. 16, 2001**

(65) **Prior Publication Data**

US 2002/0129463 A1 Sep. 19, 2002

(51) Int. Cl.$^7$ ............................................. **E05D 13/00**
(52) U.S. Cl. .......................... **16/197**; 16/215; 16/401; 16/DIG. 16
(58) Field of Search ........................ 16/197, 193, 400, 16/401, DIG. 16, 210, 215; 49/445, 446, 447

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,114,178 A | * 12/1963 | Wood | 49/446 |
| 3,358,403 A | 12/1967 | Dinsmore | |
| 3,440,683 A | 4/1969 | Wood | 16/197 |
| 3,449,862 A | * 6/1969 | Biro | 49/406 |
| 4,089,085 A | 5/1978 | Fitzgibbon | 16/197 |
| 4,134,234 A | 1/1979 | Wood | 49/429 |
| 4,190,930 A | 3/1980 | Prosser | 16/197 |
| 4,238,907 A | 12/1980 | Swan | 49/446 |
| 4,300,316 A | 11/1981 | Ficurilli | 49/445 |
| 4,332,054 A | 6/1982 | Paist et al. | 16/197 |
| 4,373,295 A | 2/1983 | Starck | 49/435 |
| 4,413,445 A | 11/1983 | Trout | 49/445 |
| 4,503,641 A | 3/1985 | Swan | 49/445 |
| 4,586,291 A | 5/1986 | Swan | 49/501 |
| 4,654,928 A | 4/1987 | Flight | 16/199 |
| 4,672,713 A | 6/1987 | Newton et al. | 16/197 |
| 4,689,850 A | 9/1987 | Flight | 16/197 |
| 4,800,680 A | 1/1989 | Westfall et al. | 49/429 |
| 4,914,862 A | 4/1990 | Gregory | 49/322 |
| 4,949,425 A | 8/1990 | Dodson et al. | 16/198 |
| 5,174,064 A | 12/1992 | Stark | 16/198 |
| 5,530,991 A | 7/1996 | deNormand et al. | 16/197 |
| 5,737,877 A | 4/1998 | Meunier et al. | 49/445 |
| 6,041,476 A | 3/2000 | deNormand | 16/197 |

* cited by examiner

Primary Examiner—Anthony Knight
Assistant Examiner—William D Hutton, Jr.
(74) Attorney, Agent, or Firm—Testa, Hurwitz & Thibeault, LLP

(57) **ABSTRACT**

Disclosed are apparatus for a block and tackle window balance to be incorporated in single and double hung window assemblies. In one embodiment the block and tackle window balance includes a roller secured within a bottom guide to increase range of travel of a window sash.

**23 Claims, 10 Drawing Sheets**





## FIG. 1
### PRIOR ART

**U.S. Patent**    Jul. 29, 2003    Sheet 2 of 10    US 6,598,264 B2



**FIG. 2A**

PRIOR ART



## FIG. 2B
### PRIOR ART



# FIG. 3
## PRIOR ART





# FIG. 4A



FIG. 4B



**FIG. 5**



FIG. 6



**FIG. 7B**
PRIOR ART



**FIG. 7A**
PRIOR ART



FIG. 8B



FIG. 8A

US 6,598,264 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# BLOCK AND TACKLE WINDOW BALANCE WITH BOTTOM GUIDE ROLLER

## TECHNICAL FIELD

This invention relates to block and tackle window balance devices for single and double hung windows and, more particularly, to a block and tackle window balance device that provides an increased range of travel within a window frame.

## BACKGROUND INFORMATION

Hung window assemblies generally include a window frame, a lower window sash, an upper window sash, a pair of window jambs, two sets of jamb pockets, and at least one window balance device for offsetting the weight of a window sash throughout a range of travel within the window frame. Block and tackle window balance devices use a combination of a spring and pulleys located within a channel to balance the weight of the window sash at any position within the jamb pockets.

In some block and tackle window balance devices, the channel containing both the spring and pulleys is attached to the window sash, and a cord, which connects the pulleys together, is attached to a jamb mounting hook that is connected to a side jamb. A disadvantage of this type of device is that the travel distance of the window sash is limited by some of the pulleys located within the rigid channel interfering with the jamb mounting hook that attaches the window balance to the window jamb.

## SUMMARY OF THE INVENTION

In general, in one aspect, the invention relates to a block and tackle window balance device for use with single and double hung windows that affords increased window opening travel distance. In one embodiment, the block and tackle window balance device includes a channel, a spring with a first end and a second end, a translatable pulley block unit, a fixed pulley block unit, a cord, a top guide, and a bottom guide with a bottom guide roller. The top and bottom guides are connected to opposite ends of the channel. The spring, the translatable pulley block unit, and the fixed pulley block unit are all located within the channel. The first end of the spring and the fixed pulley block unit are fixed at opposite ends of the channel. The second end of the spring is connected to the translatable pulley block unit. The translatable and fixed pulley block units are connected by the cord. The cord is threaded around both the translatable and fixed pulley block units and extends around the bottom guide roller located within the bottom guide.

In another embodiment, the block and tackle window balance device includes a top guide including a top angled portion and a bottom portion. The bottom portion of the top guide is connected to one end of the channel. In still another embodiment, the top angled portion of the top guide is sized to receive a member from a window sash.

In yet another embodiment, the block and tackle window device includes a bottom guide that extends beyond the rigid channel. In still yet another embodiment, the bottom guide of the device further includes a channel to receive a portion of a window sash.

In general, in one aspect, the invention relates to a method of providing increased travel of a window sash slidably mounted in a window frame. The method includes three steps. A first step is to provide a window assembly that includes a window frame with jambs with jamb pockets, an upper window sash, a lower window sash, and at least one block and tackle window balance device having a channel and a bottom roller for dispensing a cord. The channel has a first end and a second end. The bottom roller is mounted proximate to the second end of the channel with a first distance between the first end of the channel and the bottom roller. A second step is to remove the block and tackle window balance device from the window assembly. A final step is to provide and to install an increased travel window balance device. The increased window balance device has a channel with a first end and a second end and a bottom guide roller for dispensing a cord. The bottom guide roller is mounted proximate to the second end of the channel and a second distance is defined as the length between the first end of the channel and the bottom guide roller. The second distance of the increased window balance device is greater than the first distance of the removed block and tackle window balance device.

The foregoing and other objects, aspects, features, and advantages of the invention will become more apparent from the following description and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. 1 is a perspective view of a double hung window.

FIG. 2A is a perspective view of a prior art block and tackle window balance.

FIG. 2B is another perspective view of the prior art block and tackle window balance of FIG. 2A with one of two side walls of the U-shaped channel removed.

FIG. 3 is a perspective rear view of the prior art block and tackle window balance.

FIG. 4A is a perspective view of an embodiment of a block and tackle window balance of the invention.

FIG. 4B is perspective view of the block and tackle window balance of FIG. 4A with one of two side walls of the U-shaped channel removed.

FIG. 5 is a perspective view of an embodiment of a block and tackle window balance of the invention mounted within a window jamb.

FIG. 6 is an enlarged front view of a top guide of the block and tackle window balance of FIG. 4A attached to a cam.

FIG. 7A is a front view showing a closed position of a window assembly with prior art block and tackle window balances.

FIG. 7B is a front view showing an open position of the window assembly with prior art block and tackle window balances.

FIG. 8A is a front view showing a closed position of a window assembly with an embodiment of a block and tackle window balances of the invention.

FIG. 8B is a front view showing an open position of a window assembly with block and tackle window balances of the invention.

## DETAILED DESCRIPTION

Referring to FIG. 1, shown is a double hung window assembly 100 in which a block and tackle window balance constructed in accordance with the teachings of the present

US 6,598,264 B2

3

invention can be used. The double hung window assembly 100 includes a window frame 102, a lower window sash 104, an upper window sash 106, and a pair of window jambs 107. Within each window jamb 107, jamb pockets 108 are defined. The lower window sash 104 and upper window sash 106 slide vertically within the jamb pockets 108. Generally, window balances are attached to the lower and upper window sashes 104, 106 to balance the weight of the window sashes at any vertical position within the jamb pockets 108.

FIGS. 2A, 2B, and 3 show perspective views of a prior art block and tackle window balance 200. FIG. 2A shows the prior art block and tackle window balance 200 in full, whereas FIG. 2B shows the prior art block and tackle window balance 200 with one side wall of a rigid U-shaped channel 205 cut away so that components within the window balance 200 are more visible. FIG. 3 shows a rear view of the window balance 200.

The block and tackle window balance 200 includes a spring 220, a translatable pulley unit 230, a fixed pulley unit 235, a roller 239, and a cord 240 all housed with the rigid U-shaped channel 205. Attached to the two ends of the rigid U-shaped channel 205 with fasteners 212, 216 are a top guide 210 and a bottom guide 215 that are used to connect the window balance 200 to either the upper or lower window sashes 104, 106 and to help guide the vertical motion of the window balance 200 within the jamb pockets 108. The top guide 210 includes an upper portion 202 and a lower portion 203. The upper portion 202 of the top guide 210 is angled and is sized to be received by a member attached to a window sash, such as a cam. The bottom guide 215 includes a back portion 213, best seen in FIG. 3, that encases a portion of the rigid channel 205. Within the back portion 213 of the bottom guide 215 is a channel 214 sized to receive a portion of a window sash.

The rigid U-shaped channel 205 has a back wall 206 and two side walls 207, 208 that in combination form the U-shape. The rigid U-shaped channel 205 serves as an external frame to which the components of the window balance 200 can be secured. The rigid U-shaped channel 205 also keeps components located within the rigid U-shaped channel 205 free of debris and particulate matter. The spring 220, the translatable pulley unit 230, the fixed pulley unit 235, and the roller 239 are located inside the rigid U-shaped channel 205. Both of the translatable pulley unit 230 and the fixed pulley unit 235 include one or more pulleys rotatable around respective axles.

Components within the rigid U-shaped channel 205 work in combination to create a force to counterbalance the weight of the attached sash at any vertical position within the window frame 102. These components are attached to each other such that a first end 219 of the spring 220 is connected to the translatable pulley unit 230, and the translatable pulley unit 230 is connected to the fixed pulley unit 235 and the roller 239 via the cord 240. A pulley in the fixed pulley unit 235 and the roller 239 may be contained in a frame 236. To secure the components within the rigid U-shaped channel 205, the second end 221 of the spring 220 and the frame 236 are fixed to opposite ends of the rigid U-shaped channel 205 via respective fasteners 218, 243. The frame 236 is also used to secure a pulley axle 237 and a roller axle 238, around which the pulley in the fixed pulley unit 235 and the roller 239 respectively rotate. A first distance "AA" 275 is defined by a length extending between the upper portion 202 of the top guide 210 and the roller axle 238. The spring 220 and the translatable pulley unit 230 are connected together by hooking the first end 219 of the spring 220 through an upper slot

4

opening 229 in a frame 225. The frame 225 houses the translatable pulley unit 230 and a pulley axle 232 around which a pulley in the translatable pulley unit 230 rotates. The cord 240, which can be a rope, string, or cable, has a first end 241 and a second end 242. The first end 241 of the cord 240 is secured to the frame 225 and the second end 242, which is a free cord end, is threaded through the translatable pulley unit 230, the fixed pulley unit 235, and the roller 239, thereby connecting all three components together. After the cord 240 connects the three components together, a jamb mounting attachment 245 is secured to the second end 242 of the cord 240. When the prior art window balance 200 is located in the jamb pocket 108, the jamb mounting attachment 245 engages an opening 430 (FIG. 5) within one of the jamb pockets 108, securing the window balance 200 to the window jamb 107.

The spring 220 provides the force required to balance the sashes. The spring 220 is extended when the second end 242 of the cord 240 with the jamb mounting attachment 245 is pulled, causing the frame 225 to move within the rigid U-shaped channel 205 towards the frame 236, which is fixed. As the frame 225 moves towards the frame 236, the spring 220 is extended.

FIGS. 4A and 4B show an embodiment of a block and tackle window balance 300 in accordance with the teachings of the present invention. The window balances 300 act to counterbalance the weight of the window sashes 104, 106 at any vertical position within the window frame 102. FIG. 4A show one perspective view of the window balance 300 and FIG. 4B shows another perspective view of the same balance, but with a side wall of the rigid U-shaped channel 305 removed. The window balance 300 includes the rigid U-shaped channel 305, a top guide 310, a bottom guide 315, a spring 320, a translatable pulley unit 330, a fixed pulley unit 335, a bottom guide roller 350, and a cord 340. The top guide 310 and the bottom guide 315 are fixed to the rigid U-shaped channel 305 by fasteners 312, 316. The top guide 310 is used to help connect the block and tackle window balance 300 to the window sash 104, 106 and to help guide the movement of the block and tackle window balance 300 within the jamb pocket 108. The top guide 310 may include a top angled portion 302 and a bottom portion 303 as shown in FIGS. 4A and 4B. The bottom guide 315 is also used for connection and guidance purposes, but the bottom guide 315 further serves as a frame for housing the bottom guide roller 350. The bottom guide 315 extends beyond the rigid U-shaped channel 305 and, therefore, the bottom guide roller 350 is located outside of the rigid U-shaped channel 305. A back portion 313 of the bottom guide 315 may include a channel 314 for receiving a portion of the window sash, as depicted in FIG. 5. Some windows have a groove running along a bottom rail of the sash. On conventional balances, the bottom guide can drop into this groove so a manufacturer needs to use a shorter balance to avoid dropping into the groove. This effectively reduces the amount of travel, because shorter balances have to be used. The bottom guide 315 of the present invention is configured so the contact point of the bottom guide 315 to the sash is higher on the balance 300 so the groove is avoided and a longer balance with a greater spring force can be used. This can afford increased force for balancing the sash at any vertical position, as well as increased amount of travel resulting from the longer balance.

The spring 320, the translatable pulley unit 330, and the fixed pulley unit 335 are located within the rigid U-shaped channel 305. In the embodiment shown in FIGS. 4A and 4B, the translatable pulley unit 330 includes two pulleys 326,

EXHIBIT A

PART 2 of 2

US 6,598,264 B2

5

327 that are rotatable about a single pulley axle 328, however, in other embodiments, the translatable pulley unit 330 may contain one or more pulleys rotatable about the pulley axle 328. Similarly, the fixed pulley unit 335, as shown in FIGS. 4A and 4B, includes two pulleys 331, 332 that rotate about a single pulley axle 333; however, in other embodiments, the fixed pulley unit 335 may contain one or more pulleys that rotate about the pulley axle 333. A first end 319 of the spring 320 is fixed with respect to the rigid U-shaped channel 305 via a fastener 318. In the disclosed embodiment, the fastener is a rivet; however the fastener could also be a support member welded between the two side walls of the rigid U-shaped channel 305, a hook secured to or formed in the rigid U-shaped channel 305, or any other device which secures the first end 319 of the spring 320 to the rigid U-shaped channel 305. The second end 321 of the spring 320 is attached to a frame 325, which houses the translatable pulley unit 330. To connect the spring 320 to the frame 325, the second end 321 of the spring 320 hooks through an opening 329 in the frame 325. The cord 340 has a first end 341 and a second end 342. The first end 341 of the cord 340 is attached to the frame 325 through a frame opening 322. The second end 342 is attached to a jamb mounting hook 345. The cord 340 is threaded through the translatable pulley unit 330, the fixed pulley unit 335, and around the bottom guide roller 350, connecting the three components together. The cord 340 in the disclosed embodiment is a string, however it may also be a rope, or a cable. Both the fixed pulley unit 335 and the bottom guide roller 350 are fixed with respect to the rigid U-shaped channel 305. The fixed pulley unit 335 is housed within a frame 336 and rotates around the pulley axle 333. The frame 336 is secured within the rigid U-shaped channel 305 with a fastener 337. In an alternative embodiment, the frame 336 is not required, the fixed pulley unit 335 rotates around an axle supported between side walls of the rigid U-shaped channel 305. In yet another alternative embodiment, the fixed pulley unit 335 can be integral with the bottom guide 315 and as a result, fasteners 337 and 316 can be eliminated because tension of the spring 320 will keep the bottom guide 315 engaged with or connected to the rigid U-shaped channel 305. The bottom guide roller 350 is located within the bottom guide 315 and rotates around a bottom guide axle 352. A second distance "BB" 375 is defined as the length extending between the top angled portion 302 of the top guide 310 and the bottom guide axle 352. It should be noted that the second distance "BB" 375 is greater than the first distance "AA" 275 of the window balance 200.

To use the block and tackle window balance 300 within the window assembly, the balance is connected to both the window jamb 107 and to either the lower window sash 104 or the upper window sash 106. Referring to FIG. 5, the block and tackle window balance 300 is attached to the window jamb 107 via the jamb mounting hook 345. The jamb mounting hook 345 is secured within an opening 430 within the jamb pocket 108. The window balance 300 is then connected to a window sash by inserting a portion of the window sash into the channel 314 of the bottom guide 315 and connecting a cam 405 mounted on the top of the window sash 400 to the top angled portion 302 of the top guide 310, as shown in FIG. 6.

The spring 320 of the window balance 300 creates the force required to counterbalance the weight of the window sash. However, because the bottom guide roller 350 is located in the bottom guide 315, instead of within the rigid U-shaped channel 305 as in prior art balances, window sashes with the block and tackle window balances 300 as

6

disclosed in this application provide greater travel distance. FIG. 7A is an illustration of a window assembly 500 with two prior art window balances 200 attached to a lower window sash 504. In FIG. 7A, the lower window sash 504 is in a closed position. FIG. 7B shows the window assembly 500, but with the lower window sash 504 in a fully open position. The standard travel distance of a window sash attached to the prior art window balance 200 is labeled "CC" 520 in FIG. 7B. The window sash 504, as shown in FIGS. 7A and 7B, is prevented from achieving a greater travel distance by the roller 239, located within the rigid U-shaped channel 205, hitting the jamb mounting hook 245.

FIGS. 8A and 8B show a schematic of the window assembly 600 with block and tackle balances 300 of the present invention. FIG. 8A shows the window assembly 600 in the closed position, while FIG. 8B shows the window assembly 600 in the fully open position. Because the bottom guide roller 350 is mounted within the bottom guide 315 instead of within the rigid U-shaped channel 305, the window sash 604 can travel a greater distance before the bottom guide roller 350 hits the jamb mounting hook 345, resulting in a greater travel distance, labeled "DD" 530 in FIG. 8B. It should be noted that the distance "DD" 530 is greater than the distance "CC" 520. The greater travel distance is an important feature, because it allows for an increased window clearance that will help persons who are using the window assembly as an emergency

Variations, modifications, and other implementations of what is described herein will occur to those of ordinary skill in the art without departing from the spirit and the scope of the invention as claimed. Accordingly, the invention is to be defined not by the preceding illustrative description but instead by the spirit and scope of the following claims.

What is claimed is:

1. A block and tackle window balance device comprising:

a channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

a bottom guide connected to the second end of the channel;

a bottom guide roller rotatably mounted in the bottom guide;

a fixed pulley block unit connected to the channel;

a translatable pulley block unit moveable within the channel;

a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and

a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

2. The device of claim 1 wherein the bottom guide roller is located external to the channel.

3. The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash.

4. The device according to claim 1 wherein a portion of the bottom guide is external to the channel.

5. The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash.

6. The device of claim 1 wherein the fixed pulley block unit comprises a frame, an axle, and at least one pulley rotatable around the axle.

US 6,598,264 B2

**7**

7. The device according to claim 6 wherein the axle is located within the frame.

8. The device according to claim 1 wherein the fixed pulley block unit is connected to the channel with a support member.

9. The device according to claim 1 wherein the translatable pulley block unit comprises a frame, an axle within the frame, and at least one pulley rotatable around the axle.

10. The device according to claim 1 wherein the top guide includes a top angled portion and a bottom portion, the bottom portion being connected to the first end of the channel.

11. The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide.

12. A window assembly comprising:

a window frame with two jambs with jamb pockets;

at least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and

at least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising:
channel comprising a first end and a second end;
a top guide connected to the first end of the channel;
a bottom guide connected to the second end of the channel;
a bottom guide roller rotatably mounted in the bottom guide;
a fixed pulley block unit connected to the channel;
a translatable pulley block unit moveable within the channel;
a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit; and
a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb.

13. A window balance device comprising:

a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and

**8**

a bottom guide roller rotatably mounted in the bottom guide.

14. The device of claim 13 wherein the bottom guide roller is located external to the channel when the bottom guide is attached thereto.

15. The device according to claim 13 wherein at least a portion of the bottom guide is external to the channel when attached thereto.

16. The device according to claim 13 wherein the bottom guide forms a channel to receive a portion of a window sash when installed.

17. The device of claim 13 wherein the bottom guide further comprises a bottom guide axle for mounting the roller.

18. A window balance device comprising:

a channel comprising a first end and a second end;

a top guide connected to the first end of the channel;

a bottom guide connected to the second end of the channel and adapted to slide in a jamb pocket when installed in a window frame; and

a bottom guide roller rotatably mounted in the bottom guide.

19. The device of claim 18 wherein the bottom guide roller is located external to the channel.

20. The device according to claim 18 wherein at least a portion of the bottom guide is external to the channel.

21. The device according to claim 18 wherein the bottom guide forms a channel to receive a portion of a window sash when installed.

22. The device of claim 18 wherein the bottom guide further comprises a bottom guide axle for mounting the roller.

23. A window balance device comprising:

a bottom guide connected to an end of a window balance channel, the bottom guide slidable in a jamb pocket when installed in a window frame, the bottom guide including:
a bottom guide axle mounted within the bottom guide, the bottom guide axle located outside the window balance channel; and
a bottom guide roller rotatably mounted on the bottom guide axle.

*  *  *  *  *



US 20030192257A1

(19) **United States**
(12) **Patent Application Publication**     (10) Pub. No.: US 2003/0192257 A1
     Uken et al.                            (43) Pub. Date:        Oct. 16, 2003

(54) **SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW**

(75) Inventors: **Stuart J. Uken**, Sioux Falls, SD (US);
                **Gary R. Newman**, Valley Springs, SD
                (US); **Lawrence J. VerSteeg**, Sioux
                Falls, SD (US)

Correspondence Address:
**TESTA, HURWITZ & THIBEAULT, LLP
HIGH STREET TOWER
125 HIGH STREET
BOSTON, MA 02110 (US)**

(73) Assignee: **Amesbury Group, Inc.**, Amesbury, MA
               (US)

(21) Appl. No.:     **10/446,279**

(22) Filed:         **May 23, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 10/044,005, filed on
     Jan. 11, 2002.

(60) Provisional application No. 60/261,501, filed on Jan.
     12, 2001.

**Publication Classification**

(51) Int. Cl.[7] ................................................ E05D 15/22
(52) U.S. Cl. ............................................................ 49/447

(57)                   **ABSTRACT**

Disclosed are apparatus for a snap lock balance shoe and
system to be incorporated in pivotable double hung win-
dows. In one embodiment, the snap lock balance shoe
includes a pair of retractable tabs that partially extend
through openings within an inverted window balance.



Patent Application Publication    Oct. 16, 2003    Sheet 1 of 12        US 2003/0192257 A1



100

107

108

106

104

102

FIG 1

Case 1:05-cv-10020-DPW    Document 43-3    Filed 11/30/2005    Page 7 of 44



FIG2A



140

155

146

150

148

152

154

FIG 2B



FIG 3B



FIG 3A



FIG 3C

Patent Application Publication    Oct. 16, 2003    Sheet 6 of 12        US 2003/0192257 A1



Fig3F



Fig3E



FIG 3D



FIG. 4



FIG 5B



FIG 5A







Patent Application Publication    Oct. 16, 2003    Sheet 11 of 12    US 2003/0192257 A1





FIG.9



FIG. 10A

FIG. 10B

FIG 11A

FIG. 11B

FIG 12A

FIG 12B

FIG 13A

FIG 13B

US 2003/0192257 A1

1

Oct. 16, 2003

## SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW

### RELATED APPLICATIONS

[0001] This application incorporates by reference in its entirety and claims priority to U.S. Provisional Patent Application Ser. No. 60/261,501 entitled Snap Lock Balance Shoe and System for a Pivotable Window filed on Jan. 12, 2001.

### FIELD OF THE INVENTION

[0002] This invention relates to a window balance system for use in a pivotable window assembly.

### BACKGROUND OF THE INVENTION

[0003] This invention relates to the field of tilt-in windows. More particularly this invention relates to a balance shoe of a window balance system used in conjunction with a pivot bar mounted on a window sash for rotating the window sash relative to a window frame.

[0004] Typical pivotable double hung windows include two window sashes disposed in tracks located in a window frame to allow vertical sliding movement of the sashes. Pivot bars are provided to allow rotational movement of a pivotable window sash about the pivot bars to facilitate cleaning of glazing. To control vertical movement, window balances are used so that the window sashes remain in a position in which they are placed. Balance shoes are used to guide the rotational movement of the window sashes with respect to the window frame. Typically, the balance shoes are coupled to window balances with a connecting member. See, for example, U.S. Pat. No. 6,119,398, entitled "Tilt Window Balance Shoe Assembly with Three Directional Locking" issued to H. Dale Yates, Jr., the disclosure of which is herein incorporated by reference in its entirety.

[0005] One of the problems with balance shoes and window balances for pivotable double hung windows is that they are difficult to install. In order to install a pivotable double hung window with balance shoes and window balances, the following installation steps typically must be followed. First, before the window frame is assembled, the balance shoes are inserted into jamb tracks. Next, connecting members are used to attach the balance shoes to the window balances. The balance shoes generally have an opening to accept the pivot bars that are mounted on window sashes. Finally, the sashes are made operable by inserting the pivot bars into the balance shoes and rotating the window sash up to a vertical position in the jamb tracks. The installation process is rather complex and difficult. Repair costs for replacing balance shoes are also significant. In order to change a malfunctioning or failed balance shoe, the jamb tracks either need to be deformed or replaced to gain access to the problematic balance shoe for removal and replacement.

### SUMMARY OF THE INVENTION

[0006] In general, in one aspect, the invention relates to a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within a window balance. Embodiments of the invention can include the following features. The connecting device can include one or more retractable tabs that engage the window balance directly. The frame can further include a frame pocket sized to receive a fastener. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

[0007] In another aspect, the invention relates to an inverted window balance system for use within a pivotable double hung window assembly. The inverted window balance system includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, which include an extension spring, a system of pulleys, a cord to connect the extension spring via the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within the rigid U-shaped channel. Embodiments of this aspect of the invention can include the following features. At least a portion of the balance shoe is disposed within the rigid U-shaped channel. The connecting device can include one or more retractable tabs for engaging the rigid U-shaped channel. The retractable tabs can partially extend through at least one of the plurality of openings in the rigid U-shaped channel. The balance shoe can be further secured to the rigid U-shaped channel with a fastener that interfaces with a frame pocket in the balance shoe. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

[0008] In still another aspect, the invention relates to a method of installing an inverted window balance system within a window jamb in a window frame. The method includes four basic steps. The first step is to provide an inverted window balance system that includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, an extension spring and a system of pulleys disposed within the rigid U-shaped channel, a cord to connect the extension spring via

2

the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member located at least partially within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within the rigid U-shaped channel. The frame of the balance shoe has a frame bottom surface, a frame front surface, and two frame edge surfaces. The second step is to insert the inverted window balance system into a jamb track of the window jamb, such that an axis extending along a longitudinal direction of the rigid U-shaped channel is perpendicular to a back wall of the jamb track and an axis that is perpendicular to the two frame edge surfaces is parallel to the back wall while the frame front surface faces a side wall of the jamb track. The third step is to rotate the window balance system within the jamb track 90 degrees about the axis extending along the longitudinal direction of the rigid U-shaped channel, such that the frame front surface faces in a downward direction. The final step is to rotate the window balance system 90 degrees about the axis that is perpendicular to the two frame edge surfaces, such that the frame bottom surface faces in the downward direction.

[0009]  These and other features of the invention will be made apparent from the following description taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0010]  In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

[0011]  FIG. 1 is a perspective view of a pivotable double hung window assembly;

[0012]  FIG. 2A is a rear view of inverted window balance system for use with a prior art balance shoe;

[0013]  FIG. 2B is a rear view of a window balance;

[0014]  FIG. 3A is one perspective view of an embodiment of a snap lock balance shoe of the present invention;

[0015]  FIG. 3B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 3A;

[0016]  FIG. 3C is a rear view of one embodiment of a snap lock inverted balance system;

[0017]  FIG. 3D is a bottom view of one embodiment of a snap lock balance shoe;

[0018]  FIG. 3E is a front view of one embodiment of a snap lock balance shoe;

[0019]  FIG. 3F is a side view of one embodiment of a snap lock balance shoe;

[0020]  FIG. 4 is a perspective view of an embodiment of a snap lock balance shoe of the present invention;

[0021]  FIG. 5A is one perspective view of another embodiment of a snap lock balance shoe of the present invention;

[0022]  FIG. 5B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 5A;

[0023]  FIG. 6A is a perspective view of one embodiment of a balance shoe of the invention and a rigid U-shaped channel;

[0024]  FIG. 6B is a perspective view showing the first step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

[0025]  FIG. 6C is a perspective view showing the second step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

[0026]  FIG. 6D is a perspective view showing one embodiment of the balance shoe of the invention connected to the rigid U-shaped channel;

[0027]  FIG. 7A is a front view of a prior art balance shoe attached to a rigid U-shaped channel;

[0028]  FIG. 7B is a side view of the prior art balance shoe attached to the rigid U-shaped channel;

[0029]  FIG. 8A is a front view of one embodiment of a snap lock balance shoe of the present invention attached to a rigid U-shaped channel;

[0030]  FIG. 8B is a side view of one embodiment of the snap lock balance shoe of the present invention attached to the rigid U-shaped channel;

[0031]  FIG. 9 is a front view of a window assembly including one snap lock inverted window balance system of the present invention and one prior art inverted window balance system installed in a window frame;

[0032]  FIG. 10A is a side view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0033]  FIG. 10B is a front view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0034]  FIG. 11A is a side view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0035]  FIG. 11B is a front view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0036]  FIG. 12A is a side view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0037]  FIG. 12B is a front view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

[0038]  FIG. 13A is a side view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track; and

[0039]  FIG. 13B is a front view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track.

## DETAILED DESCRIPTION OF THE INVENTION

[0040]  Referring to FIG. 1, shown is a pivotable double hung window assembly 100 in which a snap lock balance shoe constructed in accordance with the teachings of the

US 2003/0192257 A1

3

Oct. 16, 2003

present invention can be used. The pivotable double hung window assembly 100 includes of a window frame 102, a pivotable lower window sash 104, a pivotable upper window sash 106, and a window jamb 107. The pivotable lower window sash 104 and the pivotable upper window sash 106 slide vertically in jamb track 108 within the window jamb 107, while also being able to pivot about a pivot bar 114, as shown in FIG. 9.

[0041]  FIG. 2A shows a rear view of an inverted window balance system 120 for use in the pivotable double hung window assembly 100. The inverted window balance system 120 includes an inverted window balance 122 used for balancing the weight of either the pivotable lower window sash 104 or the pivotable upper window sash 106 at any vertical position within the window frame 102, and a prior art balance shoe 110 for guiding the rotation of the pivotable lower window sash 104 about the pivot bar 114. A hanging connector 112 connects the prior art balance shoe 110 to the inverted window balance 122. The inverted window balance 122 includes an extension spring 126 connected to a system of pulleys 128 housed within a rigid U-shaped channel 130, and a cord 132 for connecting the system of pulleys 128 to a jamb mounting attachment 134. The jamb mounting attachment 134 is used for connecting the inverted window balance system 120 to the window jamb 107. One difference between the inverted window balance 122 and a window balance 140, shown in FIG. 2B, includes the placement of the extension spring 146 above a system of pulleys 148 within the rigid U-shaped channel 150. A cord 152 connects the system of pulleys 148 to a jamb mounting attachment 154. Another difference is that while inverted window balances 122 travel with either the pivotable lower window sash 104 or pivotable upper window sash 106, the window balance 140 remains in a fixed position in the window jamb 107 due to an attachment to the window jamb 107 through an attachment opening 155.

[0042]  FIGS. 3A and 3B are perspective views of a snap lock balance shoe 210 of one embodiment of the present invention. The snap lock balance shoe 210 has a frame 211 in which is housed a connecting device 212, a locking device 214, and a cam 218. The connecting device 212 can be integral with the frame 211 and attaches the snap lock balance shoe 210 directly within an inverted window balance 622, shown in FIG. 3C. The inverted window balance 622 in combination with the snap lock balance shoe 210 forms a snap lock inverted window balance system 600. The inverted window balance 622 includes an extension spring 626 connected to a system of pulleys 628 housed within a rigid U-shaped channel 630, and a cord 632 for connecting the system of pulleys 628 to a jamb mounting attachment 634, such as a cord terminal or hook.

[0043]  In the depicted embodiment, the connecting device 212 is a pair of retractable tabs that snap into the rigid U-shaped channel 630. In other embodiments, other connecting devices such as a screw, may be used to secure the frame 211 to the rigid U-shaped channel 630. A fastener 635 located in the inverted window balance 622 can be used to further secure the connection between the snap lock balance shoe 210 and the inverted window balance 622. To accommodate the fastener 635, the snap lock balance shoe 210 can form a connection pocket 213 sized to receive or mate with the fastener 635.

[0044]  Another element of the snap lock balance shoe 210 visible in FIG. 3A is a keyhole opening 219 located within the cam 218. The keyhole opening 219 is sized to accept the pivot bar 114 extending from either the pivotable lower window sash 104 or the pivotable upper window sash 106, and serves as a connection point between the pivotable lower or upper window sash 104, 106 and the snap lock balance shoe 210. FIG. 3B shows a perspective view of the snap lock balance shoe 210 showing another face of the cam 218.

[0045]  In the embodiment shown in FIG. 3B, the locking device 214 surrounds the cam 218 and includes of a pair of opposing ends 215 connected by a spring member 216. When the pivotable lower window sash 104 is tilted open, the pivot bar 114 rotates, which in turn rotates the cam 218 forcing the opposing ends 215 outward to engage the jamb track 108 of the window frame 102, thereby locking the balance shoe 210 in that location.

[0046]  FIGS. 3D-3F show different views of one of the embodiments of the snap lock balance shoe 210 of the invention. FIG. 3D is a bottom view of the snap lock balance shoe 210 that shows a frame bottom surface 230. FIG. 3E is a front view of the same embodiment of the snap lock balance shoe 210 that illustrates a frame front surface 240, and FIG. 3F is an side view that shows one of the two frame edge surfaces 250 of the snap lock balance shoe 210.

[0047]  FIG. 4 shows another embodiment of a snap lock balance shoe 310. The snap lock balance shoe 310 has an elongated frame 311 in which is housed a connecting device 312, a locking device 314, and a cam 318. Within the cam is a keyhole opening 319 sized to receive the pivot bar 114. The elongated frame 311 has a length L 325 that is greater than about 1.25 inches. When attached to the rigid U-shaped channel 630, the balance shoe 310 extends further outward from the rigid U-shaped channel 630 than the balance shoe 210 attached to a similar sized rigid U-shaped channel 630. The balance shoe 310 allows a fixed-sized rigid U-shaped channel 630 to be used in a larger window having a greater travel distance by extending the length of the entire window balance system by having a longer balance shoe 310. One of the advantages of the present invention is that an installer can create a custom window balance system for a particular window by fitting a fixed-length rigid U-shaped channel 630 with an appropriately sized snap lock balance shoe.

[0048]  Referring to FIGS. 5A-5B, shown is another embodiment of the present invention of a snap lock balance shoe 410. The snap lock balance shoe 410 has a locking member 422 which engages a back wall of the jamb track 108 locking the balance shoe 410 in that location. The locking member 422 is partially disposed in the frame 411 and includes a plate 423 that engages the back wall of the jamb track 108. The balance shoe 410 also includes a frame 411, a connecting device 412, and a cam 418. The cam 418 is partially disposed within the frame 411 in a space enclosed by the locking member 422. The cam 418 includes a keyhole opening 419 sized to receive the pivot bar 114. Upon rotation of the cam 418 with the pivot bar 114, the locking member 422 is forced away from the frame 411 towards the back wall of the jamb track 108, thereby anchoring the balance shoe 410 in that location within the window frame 102.

[0049]  FIGS. 6A-6D show one embodiment of a method for securing the snap lock balance shoe 210 within a rigid

US 2003/0192257 A1

4

Oct. 16, 2003

U-shaped channel 630 with multiple openings 638. It should be noted that each opening 638 on one side of the rigid U-shaped channel 630 has a corresponding opening 638 on the other side of the rigid U-shaped channel 630 to form a pair of openings. The first step, shown in FIG. 6A, is to place a fastener 635, such as a rivet, in one of the pairs of openings 638 in the rigid U-shaped channel 630. The next step, as depicted in FIG. 6B, is to slide the snap lock balance shoe 210 into the rigid U-shaped channel 630 such that the fastener 635 is received in the connection pocket 213 of the snap lock balance shoe 210. As shown in FIG. 6C, the snap lock balance shoe 210 is then rotated down so that the front frame surface 240 is aligned with a bottom wall 636 of the rigid U-shaped channel 630. FIG. 6D shows the last step of attaching the snap lock balance shoe 210 within the rigid U-shaped channel 630. In this step, the connecting device 212 of the snap lock balance shoe 210 snaps into one of the pairs of openings 638 located on the rigid U-shaped channel 630. In alternative embodiments the connection device 212 of the snap lock balance shoe 210 can extend through off-set openings in the rigid U-shaped channel 630. In some embodiments, the snap lock balance shoe 210 is attached to the rigid U-shaped channel 630 with the fastener 635. In other embodiments, the snap lock balance shoe 210 is attached to the rigid U-shaped channel 630 without the fastener 635. It should also be noted that in some embodiments, the snap lock balance shoe 210 can be aligned and secured to the rigid U-shaped channel 630 such that the front frame surface 240 faces upwards instead of downwards as depicted in FIG. 6D.

[0050]    FIG. 7A is a front view of the prior art balance shoe 110 attached to the rigid U-shaped channel 130. The rigid U-shaped channel 130 is connected to the prior art balance shoe 110 by the hanging connector 112. No part of the prior art balance shoe 110 lies within the rigid U-shaped channel 130. FIG. 7B is a side view of the prior art balance shoe 110 attached to the rigid U-shaped channel 130 illustrating channel openings 137. Fasteners (not shown) are installed through the channel openings 137 to secure the hanging connector 112 to the rigid U-shaped channel 130.

[0051]    Referring to FIGS. 8A and 8B, shown is an embodiment of the snap lock balance shoe 210 of the present invention attached to the rigid U-shaped channel 630. The snap lock balance shoe 210 is directly attached within the rigid U-shaped channel 630 by a connecting device 212 located on the frame 211 of the snap lock balance shoe 210. The connecting device 212 extends through a pair of openings 638 located on the rigid U-shaped channel 630.

[0052]    FIG. 9 is a front view of a pivotable double hung window assembly 800 in which an inverted window balance 122 is attached to a prior art balance shoe 110 by using the hanging connector 112, and the inverted window balance 622 is attached to the snap lock balance shoe 210 of an embodiment of the present invention. Pivot bars 114, as shown in FIG. 9, are secured to the pivotable lower window sash 104. The pivot bars 114 are slidably receivable by both the prior art balance shoe 110 and the snap lock balance shoe 210 and serve as connections between the pivotable lower window sash 104 and respective inverted window balances 122, 622.

[0053]    An advantage of the type of balance shoe presently disclosed is that the snap lock balance shoe 210 is attached within the rigid U-shaped channel 630 resulting in a longer rigid U-shaped channel 630 than in the inverted balance systems 120 for a given window sash. The longer rigid U-shaped channel 630 of the inverted window balance 622 allows for the use of longer extension springs that provide greater control of the vertical positioning of the window sash than a shorter rigid U-shaped channel 130 with a shorter extension spring. Another advantage of the present invention is that the snap lock balance shoe 210 contains a smaller number of parts than prior art balance shoes 110.

[0054]    One installation method used to place a snap lock inverted window balance system 600 within the jamb tracks 108 is schematically illustrated in the remaining figures. The snap lock inverted window balance system 600 includes one inverted window balance 622 and one snap lock window balance 210. FIGS. 10A, 11A, 12A, and 13A show the installation method from a side view, while FIGS. 10B, 11B, 12B, and 13B show the method from a front view. The installation method involves an orientation step, a first rotation step, and a second rotation step FIGS. 10A and 10B show the orientation step in the installation method. In the orientation step, the snap lock inverted window balance system 600 is inserted the jamb tracks 108 such that an axis CC 510 in FIG. 10A is perpendicular to a back wall 530 of the jamb tracks 108, while an axis DD 520 in FIG. 10A is parallel to the back wall 530 and the frame front surface 240 is adjacent to a side wall 532 of the jamb tracks 108. FIGS. 11A and 11B show the snap lock inverted window balance system 600 inserted in the jamb tracks 108 as well as an arrow 550 indicating the direction of rotation of the snap lock inverted window balance system 600 required to complete the first rotation step. The first rotation step involves rotating the snap lock inverted window balance system 600 90-degrees about the axis CC 510 such that the frame front surface 240 faces downward. FIGS. 12A and 12B show the snap lock inverted window balance system 600 after the 90-degree rotation around the axis CC 510 has been completed. The second rotation step involves a 90-degree rotation about the axis DD 520. An arrow 560 showing the direction of the second rotation step is shown in FIGS. 12A and 12B. FIGS. 13A and 13B show in two different views the snap lock inverted window balance system 600 after the installation method has been completed. The cord terminal or any other jamb mounting attachment 634 (see FIG. 9) can then be screwed or hooked into place to anchor the snap lock inverted window balance system 600.

[0055]    The installation method just described can be carried out in reverse to remove the snap lock inverted window balance system 600 from the jamb track 108 of the window frame 102 to allow for easy replacement of the snap lock balance shoe 210 or the snap lock inverted window balance system 600 itself. In order to replace inverted window balance systems 120 with prior art balance shoes 110, either the jamb tracks 108 need to be warped or completely removed in order to replace the prior art balance shoe 110 of the inverted window balance system 120.

[0056]    While there have been described several embodiments of the invention, other variants and alternatives will be obvious to those skilled in the art. Accordingly, the scope of the invention is not limited to the specific embodiments shown.

US 2003/0192257 A1

5

Oct. 16, 2003

What is claimed is:

1. A balance shoe for an inverted window balance system, the balance shoe comprising:

a frame;

a locking member at least partially disposed within the frame;

a cam in communication with the locking member; and

a connecting device for attaching the balance shoe within an inverted window balance.

2. The balance shoe of claim 1 wherein the connecting device comprises one or more retractable tabs.

3. The balance shoe of claim 1 wherein the frame further comprises a pocket formed within the frame adapted to mate with a fastener.

4. The balance shoe of claim 1 wherein the cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member; wherein rotating the cam forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

5. The balance shoe of claim 1 wherein the locking member comprises two opposing ends integrally connected by a spring member.

6. The balance shoe of claim 5 wherein the cam is at least partially housed within the frame and is disposed within a space formed between the opposing ends of the locking member, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

7. The balance shoe of claim 1 wherein the locking member comprises a plate, wherein the plate is parallel to a back surface of the frame.

8. The balance shoe of claim 7 wherein the cam is at least partially housed within the frame and is disposed within a space formed between the locking member and the frame, wherein rotating the cam forces the plate of the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

9. The balance shoe of claim 1 wherein the cam comprises at least one camming surface and a keyhole opening sized to receive a pivot bar.

10. An inverted window balance system comprising:

a U-shaped channel comprising a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe, wherein the balance shoe comprises:

a frame;

a locking member at least partially disposed within the frame;

a cam in communication with the locking member; and

a connecting device for attaching the balance shoe within the U-shaped channel.

11. The inverted window balance system of claim 10 wherein at least a portion of the balance shoe is disposed within the U-shaped channel.

12. The inverted window balance system of claim 10 wherein the connecting device comprises one or more retractable tabs.

13. The inverted window balance system of claim 12 wherein the retractable tabs extend at least partially through at least one of the plurality of openings in the U-shaped channel.

14. The inverted window balance system of claim 10 wherein the frame of the balance shoe further forms a pocket positioned in the frame adapted to mate with a fastener.

15. The inverted window balance system of claim 14 wherein the fastener is a rivet.

16. The inverted window balance system of claim 10 wherein the cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member; wherein rotating the cam forces the locking member to engage a jamb track when the inverted window balance system is installed in a window jamb.

17. The inverted window balance system of claim 10 wherein the locking member of the balance shoe comprises two opposing ends integrally connected by a spring member.

18. The inverted window balance system of claim 17 wherein the cam is at least partially housed within the frame and is disposed within a space formed between the opposing ends of the locking member, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb pocket when the inverted window balance system is installed in a window jamb.

19. The inverted window balance system of claim 10 wherein the locking member comprises a plate, wherein the plate is parallel to a back surface of the frame.

20. The inverted window balance system of claim 19 wherein the cam is at least partially housed within the frame and is disposed within a space formed between the locking member and the frame, wherein rotating the cam forces the plate of the locking member to engage a jamb track when the inverted window balance system is installed in a window jamb.

21. The inverted window balance system of claim 10 wherein the cam comprises at least one camming surface and a keyhole opening sized to receive a pivot bar.

22. A method for installing an inverted window balance system within a window jamb in a window frame comprising the steps of:

providing an inverted window balance system comprising:

a U-shaped channel with a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe comprising:

a frame comprising a frame bottom surface, a frame front surface and two frame edge surfaces;

a locking member at least partially disposed within the frame;

a cam in communication with the locking member; and

US 2003/0192257 A1

6

Oct. 16, 2003

a connecting device for attaching the balance shoe within the U-shaped channel;

inserting the inverted window balance system within a jamb track of the window jamb such that an axis extending along a longitudinal direction of the U-shaped channel is perpendicular to a back wall of the jamb track and an axis that is perpendicular to the two frame edge surfaces is parallel to the back wall while the frame front surface faces a side wall of the jamb track;

rotating the inverted window balance system within the jamb track 90 degrees about the axis extending along the longitudinal direction of the U-shaped channel such that the frame front surface faces down; and

rotating the inverted window balance system 90 degrees about the axis that is perpendicular to the two frame edge surfaces such that the frame bottom surface faces in a downward direction.

\* \* \* \* \*



US006820368B2

(12) **United States Patent**
Uken et al.

(10) Patent No.: **US 6,820,368 B2**
(45) Date of Patent: **Nov. 23, 2004**

(54) **SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW**

(75) Inventors: **Stuart J. Uken**, Sioux Falls, SD (US); **Gary R. Newman**, Valley Springs, SD (US); **Lawrence J. VerSteeg**, Sioux Falls, SD (US)

(73) Assignee: **Amesbury Group, Inc.**, Amesbury, MA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/446,279**

(22) Filed: **May 23, 2003**

(65) **Prior Publication Data**
US 2003/0192257 A1 Oct. 16, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/044,005, filed on Jan. 11, 2002, now Pat. No. 6,679,000.
(60) Provisional application No. 60/261,501, filed on Jan. 12, 2001.

(51) Int. Cl.7 ............................. E05D 15/22; E05F 1/00
(52) U.S. Cl. ............................... 49/181; 49/176; 49/446; 16/197
(58) Field of Search ........................... 49/181, 183, 184, 49/185, 186, 445, 446, 449, 455, 453, 454, 176, 177, 161; 292/174, 175, DIG. 63, DIG. 47, DIG. 37; 16/197

(56) **References Cited**
U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 1,007,212 A | 10/1911 | Lasersohn |
| 1,312,665 A | 8/1919 | Almquist |
| 2,178,533 A | 10/1939 | Viehweger |
| 2,952,884 A | 9/1960 | Dinsmore |
| 3,007,194 A | 11/1961 | Griswold |
| 3,105,576 A | 10/1963 | Jones et al. |
| 3,461,608 A | 8/1969 | Johnson |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

CA          2382933          4/2002

OTHER PUBLICATIONS

BSI's Hidden Advantage: It's as Easy as 1–2–3, Balance Systems—BSI, Amesbury Group, Inc., 2001. (3 pgs.), no month available.

(List continued on next page.)

*Primary Examiner*—Hugh B. Thompson, II
(74) *Attorney, Agent, or Firm*—Testa, Hurwitz & Thibeault, LLP

(57) **ABSTRACT**

The invention relates to a snap lock balance shoe and balance systems to be incorporated in pivotable double hung windows and installation methods of such systems. In one embodiment, the snap lock balance shoe includes a pair of retractable tabs that partially extend through openings within an inverted window balance. In one embodiment of the method, an elongated end of the balance shoe is inserted into a window jamb and then rotated into position.

**11 Claims, 13 Drawing Sheets**



## US 6,820,368 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,497,999 A | 3/1970 | Hendra |
| 3,529,381 A | 9/1970 | Grossman |
| 3,676,956 A | 7/1972 | Taylor et al. |
| 3,732,594 A | 5/1973 | Mills |
| 3,869,754 A | 3/1975 | Foster |
| 4,028,849 A | 6/1977 | Anderson |
| 4,068,406 A | 1/1978 | Wood ........................ 49/181 |
| 4,079,549 A | 3/1978 | Wood ........................ 49/181 |
| 4,089,085 A | 5/1978 | Fitzgibbon |
| 4,190,930 A | 3/1980 | Prosser |
| 4,300,316 A | 11/1981 | Ficurilli .................... 16/197 |
| 4,332,054 A | 6/1982 | Paist et al. ................ 49/181 |
| 4,506,478 A | 3/1985 | Anderson .................. 49/175 |
| 4,510,713 A | 4/1985 | Anderson .................. 49/181 |
| 4,610,108 A | 9/1986 | Marshik .................... 49/181 |
| 4,697,304 A | 10/1987 | Overgard |
| 4,930,254 A | 6/1990 | Valentin ................... 49/181 |
| 4,941,285 A | 7/1990 | Westfall ................... 49/176 |
| 4,949,425 A | 8/1990 | Dodson et al. |
| 4,958,462 A | 9/1990 | Cross ....................... 49/181 |
| 5,069,001 A | 12/1991 | Makarowski .............. 49/176 |
| 5,127,192 A | 7/1992 | Cross ....................... 49/181 |
| 5,140,769 A | 8/1992 | Hickson et al. |
| 5,189,838 A | 3/1993 | Westfall ................... 49/181 |
| 5,251,401 A | 10/1993 | Prete et al. ............... 49/181 |
| 5,301,467 A | 4/1994 | Schmidt et al. ........... 49/181 |
| 5,353,548 A | 10/1994 | Westfall |
| 5,371,971 A | 12/1994 | Prete |
| 5,377,384 A | 1/1995 | Riegelman ................ 16/193 |
| D355,262 S | 2/1995 | Chaney et al. |
| 5,445,364 A | 8/1995 | Tibbals, Jr. |
| 5,448,858 A | 9/1995 | Briggs et al. |
| 5,452,495 A | 9/1995 | Briggs |
| 5,463,793 A | 11/1995 | Westfall |
| 5,530,991 A | 7/1996 | deNormand et al. |
| 5,553,903 A | 9/1996 | Prete et al. ............... 292/163 |
| 5,566,507 A | 10/1996 | Schmidt et al. |
| 5,572,828 A | 11/1996 | Westfall ................... 49/181 |
| 5,615,452 A | 4/1997 | Habbersett ................ 16/194 |
| 5,632,117 A | 5/1997 | Prete et al. ............... 49/181 |
| 5,632,118 A | 5/1997 | Stark ........................ 49/181 |
| 5,661,927 A | 9/1997 | Polowinczak et al. ....... 49/447 |
| 5,669,180 A | 9/1997 | Maier |
| 5,697,188 A | 12/1997 | Fullick et al. .............. 49/181 |
| 5,704,165 A | 1/1998 | Slocomb et al. ........... 49/181 |
| 5,737,877 A | 4/1998 | Meunier et al. ........... 49/445 |
| 5,802,767 A | 9/1998 | Slocomb et al. ........... 49/181 |
| 5,806,243 A | 9/1998 | Prete et al. ............... 49/181 |
| 5,806,900 A | 9/1998 | Bratcher et al. ........... 292/137 |
| 5,829,196 A | 11/1998 | Maier ....................... 49/181 |
| 5,855,092 A | 1/1999 | Raap et al. |
| 5,873,199 A | 2/1999 | Meunier et al. ........... 49/181 |
| 5,924,243 A | 7/1999 | Polowinczak et al. ...... 49/181 |
| 5,927,013 A | 7/1999 | Slocomb et al. ........... 49/181 |
| 5,943,822 A | 8/1999 | Slocomb et al. ........... 49/181 |
| 6,032,417 A | 3/2000 | Jakus et al. ............... 49/181 |
| 6,041,475 A | 3/2000 | Nidelkoff .................. 16/193 |
| 6,041,476 A | 3/2000 | deNormand ............... 16/197 |
| 6,041,550 A | 3/2000 | Tix .......................... 49/404 |
| 6,058,653 A | 5/2000 | Slocomb et al. ........... 49/181 |
| 6,119,398 A | 9/2000 | Yates, Jr. |
| D434,637 S | 12/2000 | Habeck et al. |
| 6,155,615 A | 12/2000 | Schultz ..................... 292/163 |
| 6,161,335 A | 12/2000 | Beard et al. |
| 6,178,696 B1 | 1/2001 | Liang ....................... 49/185 |
| 6,226,923 B1 | 5/2001 | Hicks et al. |
| 6,467,128 B1 | 10/2002 | Damani |
| 6,470,530 B1 | 10/2002 | Trunkle |
| D467,490 S | 12/2002 | Uken et al. |
| 6,622,342 B1 | 9/2003 | Annes et al. |
| 6,679,000 B2 | 1/2004 | Uken et al. |
| 2002/0092241 A1 | 7/2002 | Uken et al. |
| 2002/0129463 A1 | 9/2002 | Newman |

### OTHER PUBLICATIONS

BSI Tilt Balance Systems, Balance Systems—BSI, Amesbury Group, Inc., 1996–2001. (4 pgs.), no month available.

Crossbow Balance! Another New Balance in BSI's Quiver, Balance Systems—BSI, Amesbury Group, Inc., Jun. 7, 1999. (3 pgs.).



FIG. 1



PRIOR ART

FIG. 2A



FIG. 2B

U.S. Patent      Nov. 23, 2004      Sheet 4 of 13      US 6,820,368 B2



## FIG. 3A



## FIG. 3B

FIG. 3C

**U.S. Patent**       Nov. 23, 2004       Sheet 6 of 13       **US 6,820,368 B2**

210




230

## FIG. 3D

210



240

250        250

## FIG. 3E

210



250

## FIG. 3F



FIG. 4

410



## FIG. 5A

410



## FIG. 5B



FIG. 6A

FIG. 6B



FIG. 6C

FIG. 6D



FIG. 7A

FIG. 7B

FIG. 8A

FIG. 8B



FIG. 9

**U.S. Patent**      Nov. 23, 2004      Sheet 13 of 13      US 6,820,368 B2



FIG. 10A

FIG. 10B

FIG. 11A

FIG. 11B

FIG. 12A

FIG. 12B

FIG. 13A

FIG. 13B

US 6,820,368 B2

1

# SNAP LOCK BALANCE SHOE AND SYSTEM FOR A PIVOTABLE WINDOW

## RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 10/044,005 entitled Snap Lock Balance Shoe and System for a Pivotable Window filed on Jan. 11, 2002, now U.S. Pat. No. 6,679,000, which application incorporates by reference in its entirety and claims priority to U.S. Provisional Patent Application Ser. No. 60/261,501 entitled Snap Lock Balance Shoe and System for a Pivotable Window filed on Jan. 12, 2001.

## FIELD OF THE INVENTION

This invention relates to a window balance system for use in a pivotable window assembly.

## BACKGROUND OF THE INVENTION

This invention relates to the field of tilt-in windows. More particularly this invention relates to a balance shoe of a window balance system used in conjunction with a pivot bar mounted on a window sash for rotating the window sash relative to a window frame.

Typical pivotable double hung windows include two window sashes disposed in tracks located in a window frame to allow vertical sliding movement of the sashes. Pivot bars are provided to allow rotational movement of a pivotable window sash about the pivot bars to facilitate cleaning of glazing. To control vertical movement, window balances are used so that the window sashes remain in a position in which they are placed. Balance shoes are used to guide the rotational movement of the window sashes with respect to the window frame. Typically, the balance shoes are coupled to window balances with a connecting member. See, for example, U.S. Pat. No. 6,119,398, entitled "Tilt Window Balance Shoe Assembly with Three Directional Locking" issued to H. Dale Yates, Jr., the disclosure of which is herein incorporated by reference in its entirety.

One of the problems with balance shoes and window balances for pivotable double hung windows is that they are difficult to install. In order to install a pivotable double hung window with balance shoes and window balances, the following installation steps typically must be followed. First, before the window frame is assembled, the balance shoes are inserted into jamb tracks. Next, connecting members are used to attach the balance shoes to the window balances. The balance shoes generally have an opening to accept the pivot bars that are mounted on window sashes. Finally, the sashes are made operable by inserting the pivot bars into the balance shoes and rotating the window sash up to a vertical position in the jamb tracks. The installation process is rather complex and difficult. Repair costs for replacing balance shoes are also significant. In order to change a malfunctioning or failed balance shoe, the jamb tracks either need to be deformed or replaced to gain access to the problematic balance shoe for removal and replacement.

## SUMMARY OF THE INVENTION

In general, in one aspect, the invention relates to a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within a window balance. Embodiments of the invention can include the

2

following features. The connecting device can include one or more retractable tabs that engage the window balance directly. The frame can further include a frame pocket sized to receive a fastener. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

In another aspect, the invention relates to an inverted window balance system for use within a pivotable double hung window assembly. The inverted window balance system includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, which include an extension spring, a system of pulleys, a cord to connect the extension spring via the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member at least partially disposed within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe with the rigid U-shaped channel. Embodiments of this aspect of the invention can include the following features. At least a portion of the balance shoe is disposed within the rigid U-shaped channel. The connecting device can include one or more retractable tabs for engaging the rigid U-shaped channel. The retractable tabs can partially extend through at least one of the plurality of openings in the rigid U-shaped channel. The balance shoe can be further secured to the rigid U-shaped channel with a fastener that interfaces with a frame pocket in the balance shoe. The cam can include at least one camming surface and a keyhole opening for receiving a pivot bar attached to a window sash. The cam is at least partially housed within the frame and is disposed within a space enclosed by the locking member. Upon rotating the cam with the pivot bar, the locking member engages the window jamb. In one embodiment, the locking member includes two opposing ends integrally connected by a spring member. The cam is located within a space between the opposing ends of the locking member, and upon rotating the cam with the pivot bar, the opposing ends engage the window jamb. In another embodiment, the locking member includes a plate, which is parallel to a back surface of the plate frame. The cam is located within a space between the plate and the frame such that rotating the cam with the pivot bar forces the plate to engage the window jamb.

In still another aspect, the invention relates to a method of installing an inverted window balance system within a window jamb in a window frame. The method includes four basic steps. The first step is to provide an inverted window balance system that includes a rigid U-shaped channel with a plurality of openings in the channel walls for securing the contents in the channel, an extension spring and a system of pulleys disposed within the rigid U-shaped channel, a cord to connect the extension spring via the system of pulleys with the window sash, and a balance shoe. The balance shoe includes a frame, a locking member located at least partially

US 6,820,368 B2

3

within the frame, a cam in communication with the locking member, and a connecting device for attaching the balance shoe within the rigid U-shaped channel. The frame of the balance shoe has a frame bottom surface, a frame front surface, and two frame edge surfaces. The second step is to insert the inverted window balance system into a jamb track of the window balance system, such that an axis extending along a longitudinal direction of the rigid U-shaped channel is perpendicular to a back wall of the jamb track and an axis that is perpendicular to the two frame edge surfaces is parallel to the back wall while the frame front surface faces a side wall of the jamb track. The third step is to rotate the window balance system within the jamb track 90 degrees about the axis extending along the longitudinal direction of the rigid U-shaped channel, such that the frame front surface faces in a downward direction. The final step is to rotate the window balance system 90 degrees about the axis that is perpendicular to the two frame edge surfaces, such that the frame bottom surface faces in the downward direction.

These and other features of the invention will be made apparent from the following description taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like reference characters generally refer to the same parts throughout the different views. Also, the drawings are not necessarily to scale, emphasis instead generally being placed upon illustrating the principles of the invention.

FIG. 1 is a perspective view of a pivotable double hung window assembly;

FIG. 2A is a rear view of inverted window balance system for use with a prior art balance shoe;

FIG. 2B is a rear view of a window balance;

FIG. 3A is one perspective view of an embodiment of a snap lock balance shoe of the present invention;

FIG. 3B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 3A;

FIG. 3C is a rear view of one embodiment of a snap lock inverted balance system;

FIG. 3D is a bottom view of one embodiment of a snap lock balance shoe;

FIG. 3E is a front view of one embodiment of a snap lock balance shoe;

FIG. 3F is a side view of one embodiment of a snap lock balance shoe;

FIG. 4 is a perspective view of an embodiment of a snap lock balance shoe of the present invention;

FIG. 5A is one perspective view of another embodiment of a snap lock balance shoe of the present invention;

FIG. 5B is another perspective view of the embodiment of the snap lock balance shoe of FIG. 5A;

FIG. 6A is a perspective view of one embodiment of a balance shoe of the invention and a rigid U-shaped channel;

FIG. 6B is a perspective view showing the first step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

FIG. 6C is a perspective view showing the second step of connecting one embodiment of the balance shoe of the invention to the rigid U-shaped channel;

FIG. 6D is a perspective view showing one embodiment of the balance shoe of the invention connected to the rigid U-shaped channel;

FIG. 7A is a front view of a prior art balance shoe attached to a rigid U-shaped channel;

4

FIG. 7B is a side view of the prior art balance shoe attached to the rigid U-shaped channel;

FIG. 8A is a front view of one embodiment of a snap lock balance shoe of the present invention attached to a rigid U-shaped channel;

FIG. 8B is a side view of one embodiment of the snap lock balance shoe of the present invention attached to the rigid U-shaped channel;

FIG. 9 is a front view of a window assembly including one snap lock inverted window balance system of the present invention and one prior art inverted window balance system installed in a window frame;

FIG. 10A is a side view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 10B is a front view illustrating the first step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 11A is a side view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 11B is a front view illustrating the second step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 12A is a side view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 12B is a front view illustrating the third step of installing the snap lock inverted window balance system of the invention into the jamb track;

FIG. 13A is a side view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track; and

FIG. 13B is a front view illustrating the last step of installing the snap lock inverted window balance system of the invention into the jamb track.

DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. 1, shown is a pivotable double hung window assembly 100 in which a snap lock balance shoe constructed in accordance with the teachings of the present invention can be used. The pivotable double hung window assembly 100 includes of a window frame 102, a pivotable lower window sash 104, a pivotable upper window sash 106, and a window jamb 107. The pivotable lower window sash 104 and the pivotable upper window sash 106 slide vertically in jamb track 108 within the window jamb 107, while also being able to pivot about a pivot bar 114, as shown in FIG. 9.

FIG. 2A shows a rear view of an inverted window balance system 120 for use in the pivotable double hung window assembly 100. The inverted window balance system 120 includes an inverted window balance 122 used for balancing the weight of either the pivotable lower window sash 104 or the pivotable upper window sash 106 at any vertical position within the window frame 102, and a prior art balance shoe 110 for guiding the rotation of the pivotable lower window sash 104 about the pivot bar 114. A hanging connector 112 connects the prior art balance shoe 110 to the inverted window balance 122. The inverted window balance 122 includes an extension spring 126 connected to a system of pulleys 128 housed within a rigid U-shaped channel 130, and a cord 132 for connecting the system of pulleys 128 to a jamb mounting attachment 134. The jamb mounting

US 6,820,368 B2

5                                                                    6

attachment 134 is used for connecting the inverted window balance system 120 to the window jamb 107. One difference between the inverted window balance 122 and a window balance 140, shown in FIG. 2B, includes the placement of the extension spring 146 above a system of pulleys 148 within the rigid U-shaped channel 150. A cord 152 connects the system of pulleys 148 to a jamb mounting attachment 154. Another difference is that while inverted window balances 122 travel with either the pivotable lower window sash 104 or pivotable upper window sash 106, the window balance 140 remains in a fixed position in the window jamb 107 due to an attachment to the window jamb 107 through an attachment opening 155.

FIGS. 3A and 3B are perspective views of a snap lock balance shoe 210 of one embodiment of the present invention. The snap lock balance shoe 210 has a frame 211 in which is housed a connecting device 212, a locking device 214, and a cam 218. The connecting device 212 can be integral with the frame 211 and attaches the snap lock balance shoe 210 directly within an inverted window balance 622, shown in FIG. 3C. The inverted window balance 622 in combination with the snap lock balance shoe 210 forms a snap lock inverted window balance system 600. The inverted window balance 622 includes an extension spring 626 connected to a system of pulleys 628 housed within a rigid U-shaped channel 630, and a cord 632 for connecting the system of pulleys 628 to a jamb mounting attachment 634, such as a cord terminal or hook.

In the depicted embodiment, the connecting device 212 is a pair of retractable tabs that snap into the rigid U-shaped channel 630. In other embodiments, other connecting devices such as a screw, may be used to secure the frame 211 to the rigid U-shaped channel 630. A fastener 635 located in the inverted window balance 622 can be used to further secure the connection between the snap lock balance shoe 210 and the inverted window balance 622. To accommodate the fastener 635, the snap lock balance shoe 210 can form a connection pocket 213 sized to receive or mate with the fastener 635.

Another element of the snap lock balance shoe 210 visible in FIG. 3A is a keyhole opening 219 located within the cam 218. The keyhole opening 219 is sized to accept the pivot bar 114 extending from either the pivotable lower window sash 104 or the pivotable upper window sash 106, and serves as a connection point between the pivotable lower or upper window sash 104, 106 and the snap lock balance shoe 210. FIG. 3B shows a perspective view of the snap lock balance shoe 210 showing another face of the cam 218.

In the embodiment shown in FIG. 3B, the locking device 214 surrounds the cam 218 and includes of a pair of opposing ends 215 connected by a spring member 216. When the pivotable lower window sash 104 is tilted open, the pivot bar 114 rotates, which in turn rotates the cam 218 forcing the opposing ends 215 outward to engage the jamb track 108 of the window frame 102, thereby locking the balance shoe 210 in that location.

FIGS. 3D–3F show different views of one of the embodiments of the snap lock balance shoe 210 of the invention. FIG. 3D is a bottom view of the snap lock balance shoe 210 that shows a frame bottom surface 230. FIG. 3E is a front view of the same embodiment of the snap lock balance shoe 210 that illustrates a frame front surface 240, and FIG. 3F is an side view that shows one of the two frame edge surfaces 250 of the snap lock balance shoe 210.

FIG. 4 shows another embodiment of a snap lock balance shoe 310. The snap lock balance shoe 310 has an elongated

frame 311 in which is housed a connecting device 312, a locking device 314, and a cam 318. Within the cam is a keyhole opening 319 sized to receive the pivot bar 114. The elongated frame 311 has a length L 325 that is greater than about 1.25 inches. When attached to the rigid U-shaped channel 630, the balance shoe 310 extends further outward from the rigid U-shaped channel 630 than the balance shoe 210 attached to a similar sized rigid U-shaped channel 630. The balance shoe 310 allows a fixed-sized rigid U-shaped channel 630 to be used in a larger window having a greater travel distance by extending the length of the entire window balance system by having a longer balance shoe 310. One of the advantages of the present invention is that an installer can create a custom window balance system for a particular window by fitting a fixed-length rigid U-shaped channel 630 with an appropriately sized snap lock balance shoe.

Referring to FIGS. 5A–5B, shown is another embodiment of the present invention of a snap lock balance shoe 410. The snap lock balance shoe 410 has a locking member 422 which engages a back wall of the jamb track 108 locking the balance shoe 410 in that location. The locking member 422 is partially disposed in the frame 411 and includes a plate 423 that engages the back wall of the jamb track 108. The balance shoe 410 also includes a frame 411, a connecting device 412, and a cam 418. The cam 418 is partially disposed within the frame 411 in a space enclosed by the locking member 422. The cam 418 includes a keyhole opening 419 sized to receive the pivot bar 114. Upon rotation of the cam 418 with the pivot bar 114, the locking member 422 is forced away from the frame 411 towards the back wall of the jamb track 108, thereby anchoring the balance shoe 410 in that location within the window frame 102.

FIGS. 6A–6D show one embodiment of a method for securing the snap lock balance shoe 210 within a rigid U-shaped channel 630 with multiple openings 638. It should be noted that each opening 638 on one side of the rigid U-shaped channel 630 has a corresponding opening 638 on the other side of the rigid U-shaped channel 630 to form a pair of openings. The first step, shown in FIG. 6A, is to place a fastener 635, such as a rivet, in one of the pairs of openings 638 in the rigid U-shaped channel 630. The next step, as depicted in FIG. 6B, is to slide the snap lock balance shoe 210 into the rigid U-shaped channel 630 such that the fastener 635 is received in the connection pocket 213 of the snap lock balance shoe 210. As shown in FIG. 6C, the snap lock balance shoe 210 is then rotated down so that the front frame surface 240 is aligned with a bottom wall 636 of the rigid U-shaped channel 630. FIG. 6D shows the last step of attaching the snap lock balance shoe 210 within the rigid U-shaped channel 630. In this step, the connecting device 212 of the snap lock balance shoe 210 snaps into one of the pairs of openings 638 located on the rigid U-shaped channel 630. In alternative embodiments the connecting device 212 of the snap lock balance shoe 210 can extend through off-set openings in the rigid U-shaped channel 630. In some embodiments, the snap lock balance shoe 210 is attached to the rigid U-shaped channel 630 with the fastener 635. In other embodiments, the snap lock balance shoe 210 is attached to the rigid U-shaped channel 630 without the fastener 635. It should also be noted that in some embodiments, the snap lock balance shoe 210 can be aligned and secured to the rigid U-shaped channel 630 such that the front frame surface 240 faces upwards instead of downwards as depicted in FIG. 6D.

FIG. 7A is a front view of the prior art balance shoe 110 attached to the rigid U-shaped channel 130. The rigid

US 6,820,368 B2

7

U-shaped channel 130 is connected to the prior art balance shoe 110 by the hanging connector 112. No part of the prior art balance shoe 110 lies within the rigid U-shaped channel 130. FIG. 7B is a side view of the prior art balance shoe 110 attached to the rigid U-shaped channel 130 illustrating channel openings 137. Fasteners (not shown) are installed through the channel openings 137 to secure the hanging connector 112 to the rigid U-shaped channel 130.

Referring to FIGS. 8A and 8B, shown is an embodiment of the snap lock balance shoe 210 of the present invention attached to the rigid U-shaped channel 630. The snap lock balance shoe 210 is directly attached within the rigid U-shaped channel 630 by a connecting device 212 located on the frame 211 of the snap lock balance shoe 210. The connecting device 212 extends through a pair of openings 638 located on the rigid U-shaped channel 630.

FIG. 9 is a front view of a pivotable double hung window assembly 800 in which an inverted window balance 122 is attached to a prior art balance shoe 110 by using the hanging connector 112, and the inverted window balance 622 is attached to the snap lock balance shoe 210 of an embodiment of the present invention. Pivot bars 114, as shown in FIG. 9, are secured to the pivotable lower window sash 104. The pivot bars 114 are slidably receivable by both the prior art balance shoe 110 and the snap lock balance shoe 210 and serve as connections between the pivotable lower window sash 104 and respective inverted window balances 122, 622.

An advantage of the type of balance shoe presently disclosed is that the snap lock balance shoe 210 is attached within the rigid U-shaped channel 630 resulting in a longer rigid U-shaped channel 630 than in the inverted balance systems 120 for a given window sash. The longer rigid U-shaped channel 630 of the inverted window balance 622 allows for the use of longer extension springs that provide greater control of the vertical positioning of the window sash than a shorter rigid U-shaped channel 130 with a shorter extension spring. Another advantage of the present invention is that the snap lock balance shoe 210 contains a smaller number of parts than prior art balance shoes 110.

One installation method used to place a snap lock inverted window balance system 600 within the jamb tracks 108 is schematically illustrated in the remaining figures. The snap lock inverted window balance system 600 includes one inverted window balance 622 and one snap lock window balance 210. FIGS. 10A, 11A, 12A, and 13A show the installation method from a side view, while FIGS. 10B, 11B, 12B, and 13B show the method from a front view. The installation method involves an orientation step, a first rotation step, and a second rotation step FIGS. 10A and 10B show the orientation step in the installation method. In the orientation step, the snap lock inverted window balance system 600 is inserted the jamb tracks 108 such that an axis CC 510 in FIG. 10A is perpendicular to a back wall 530 of the jamb tracks 108, while an axis DD 520 in FIG. 10A is parallel to the back wall 530 and the frame front surface 240 is adjacent to a side wall 532 of the jamb tracks 108. FIGS. 11A and 11B show the snap lock inverted window balance system 600 inserted in the jamb tracks 108 as well as an arrow 550 indicating the direction of rotation of the snap lock inverted window balance system 600 required to complete the first rotation step. The first rotation step involves rotating the snap lock inverted window balance system 600 90-degrees about the axis CC 510 such that the frame front surface 240 faces downward. FIGS. 12A and 12B show the snap lock inverted window balance system 600 after the

8

90-degree rotation around the axis CC 510 has been completed. The second rotation step involves a 90-degree rotation about the axis DD 520. An arrow 560 showing the direction of the second rotation step is shown in FIGS. 12A and 12B. FIGS. 13A and 13B show in two different views the snap lock inverted window balance system 600 after the installation method has been completed. The cord terminal or any other jamb mounting attachment 634 (see FIG. 9) can then be screwed or hooked into place to anchor the snap lock inverted window balance system 600.

The installation method just described can be carried out in reverse to remove the snap lock inverted window balance system 600 from the jamb track 108 of the window frame 102 to allow for easy replacement of the snap lock balance shoe 210 or the snap lock inverted window balance system 600 itself. In order to replace inverted window balance systems 120 with prior art balance shoes 110, either the jamb tracks 108 need to be warped or completely removed in order to replace the prior art balance shoe 110 of the inverted window balance system 120.

While there have been described several embodiments of the invention, other variants and alternatives will be obvious to those skilled in the art. Accordingly, the scope of the invention is not limited to the specific embodiments shown.

What is claimed is:

1. A window balance system comprising:

a U-shaped channel comprising a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the fist cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe, wherein the balance shoe comprises:

a frame comprising an enlarged first end and a second end, wherein at least a portion of the second end of the frame is disposed within the U-shaped channel;

a locking member proximal to the locking member; and

a cam in communication with the locking member; and

a connecting device comprising one or more resilient tabs for attaching the balance shoe within the U-shaped channel of the window balance, wherein the one or more resilient tabs extend at least partially through a corresponding number of the plurality of openings in the U-shaped channel.

2. A window balance system comprising:

a U-shaped channel comprising a plurality of openings;

a spring connected to a system of pulleys located within the U-shaped channel;

a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment; and

a balance shoe, wherein the balance shoe comprises:

a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel, and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet;

a locking member proximal to the enlarged first end;

a cam in communication with the locking member, and

a connecting device for attaching the balance shoe within the U-shaped channel of the window balance.

US 6,820,368 B2

9

10

3. The window balance system of claim 2 wherein the connecting device comprises a rivet.

4. The window balance system of claim 2 wherein the connecting device comprises a screw.

5. The window comprises a resilient tab.

6. The window balance system of claim 2 wherein the cam is at least partially housed within the enlarged first end of the frame; wherein rotating the cam forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

7. The window balance system of claim 2 wherein the locking member comprises two opposing ends integrally connected by a spring member.

8. The window balance system of claim 7 wherein the cam is at least partially housed within the enlarged first end of the frame, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

9. The window balance system of claim 2 wherein the locking member comprises a plate, wherein the plate is parallel to a back surface of the enlarged first end of the frame.

10. The window balance system of claim 9 wherein the cam is at least partially housed within the enlarged first end of the frame wherein rotating the cam forces the plate of the locking member to engage a jamb track when the balance shoe is installed in a window jamb.

11. The window balance system of claim 2 wherein the cam comprises at least one camming surface and a keyhole opening sized to receive a pivot bar.

* * * * *

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

        **Plaintiffs,**

vs.

THE CALDWELL MANUFACTURING
COMPANY,

            **Defendant.**

---

**ANSWER AND COUNTERCLAIM**

Civil Action No. 05-10020-DPW

Defendant, THE CALDWELL MANUFACTURING COMPANY ("Caldwell"), for its Answer to the Complaint of plaintiffs AMESBURY GROUP, INC. and AMESBURY SPRINGS LTD. (collectively "Amesbury"), states as follows:

The introductory paragraph to the Complaint contains conclusory allegations, legal conclusions, prefatory information and inflammatory statements to which no response is required. To the extent this paragraph purports to contain factual allegations, Caldwell denies those allegations.

1. Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "1", and therefore denies them.

2. Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "2", and therefore denies them.

3. Admits the allegations contained in paragraph "3".

HARRIS BEACH ⅃
ATTORNEYS AT LAW

4.     Admits that this action arises under the patent laws of the United States and that this court has subject matter jurisdiction over this action, but denies that Amesbury states a claim for patent infringement against Caldwell.

5.     Admits that venue is proper in this District, but denies that Caldwell has infringed the patents-in-suit.

6.     With respect to the allegations contained in paragraph "6", denies that Caldwell has infringed the patents-in-suit, but otherwise denies knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations of that paragraph.

7.     Caldwell repeats and realleges its responses to the allegations set forth in paragraphs "1" through "6" of the Complaint as fully set forth herein.

8.     With respect to the allegations contained in paragraph 8, admits that a true and correct copy of U.S. Patent No. 5,365,638 is attached to the Complaint, but otherwise denies knowledge and information sufficient to form a belief as to the truth or falsity of the remaining allegations contained in that paragraph, and therefore denies them.

9.     Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "9", and therefore denies them.

10.     Denies the allegations contained in paragraph "10".

11.     Denies the allegations contained in paragraph "11".

12.     Denies the allegations contained in paragraph "12".

13.     Denies the allegations contained in paragraph "13".

14.     Denies the allegations contained in paragraph "14".

15.     Caldwell repeats and realleges its responses to the allegations set forth in paragraphs "1" through "6" of the Complaint as fully set forth herein.

16.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "16", and therefore denies them.

17.    With respect to the allegations contained in paragraph "17", admits that a true and correct copy of U.S. Patent No. 6,598,264 is attached to the Complaint, but otherwise denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in that paragraph, and therefore denies them.

18.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "18", and therefore denies them.

19.    Denies the allegations contained in paragraph "19".

20.    Denies the allegations contained in paragraph "20".

21.    Denies the allegations contained in paragraph "21".

22.    Denies the allegations contained in paragraph "22".

23.    Denies the allegations contained in paragraph "23".

24.    Denies the allegations contained in paragraph "24".

25.    Repeats and realleges its responses to the allegations set forth in paragraphs "1" through "6" of the Complaint as if fully set forth herein.

26.    Denies knowledge and information sufficient to form a belief as to truth or falsity of the allegations contained in paragraph "26", and therefore denies them.

27.    With respect to the allegations contained in paragraph "27", admits that a true and correct copy of U.S. Patent No. 6,820,368 is attached to the Complaint, but otherwise denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in that paragraph, and therefore denies them.

28.    Denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "28", and therefore denies them.

29.    Denies the allegations contained in paragraph "29".

30.    Denies the allegations contained in paragraph "30".

31.    Denies the allegations contained in paragraph "31".

32.    Denies the allegations contained in paragraph "32".

33.    Denies the allegations contained in paragraph "33".

34.    Denies the allegations contained in paragraph "34".

35.    Denies all allegations of the Complaint not previously admitted, denied or otherwise controverted.

### FIRST AFFIRMATIVE DEFENSE

Amesbury's claim against Caldwell fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The '638, '264 and/or '368 Patents are invalid for failure to meet the requirements of the patent laws of the United States, including, but not limited to, 35 U.S.C. §§102, 103 and 112.

### THIRD AFFIRMATIVE DEFENSE

Caldwell has neither infringed, nor contributed to, or induced the infringement of either the '638, '264 or the '368 Patents.

### FOURTH AFFIRMATIVE DEFENSE

The claims asserted against Caldwell are barred by prosecution history estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Amesbury does not own and/or does not have the right to assert the '264 Patent.

**SIXTH AFFIRMATIVE DEFENSE**

Amesbury's claim for damages against Caldwell, if any, is limited by 35 U.S.C. §286 or §287.

**SEVENTH AFFIRMATIVE DEFENSE**

The request for injunctive relief is barred as against public policy.

**COUNTERCLAIMS**

1.      Counterclaimant Caldwell is a corporation duly organized under the laws of New York, with a place of business in Rochester, New York.

2.      Upon information and belief, counterclaim defendant Amesbury Group, Inc. ("Amesbury Group") is a corporation duly organized under the laws of Delaware and has a place of business in Amesbury, Massachusetts.

3.      Upon information and belief, counterclaim defendant Amesbury Springs, Ltd. ("Amesbury Springs") is a corporation duly organized under the laws of the United Kingdom and has a place of business in Peterborough, United Kingdom (Amesbury Group and Amesbury Springs are referred to collectively as "Amesbury").

4.      This Court has jurisdiction of Caldwell's counterclaims pursuant to 28 U.S.C. §§2201 and 2202, 35 U.S.C. §100 *et seq.*, and 28 U.S.C. §1338.

5.      Venue is proper in this District pursuant to 28 U.S.C. §§1391(c) and 1400(b).

**FIRST COUNTERCLAIM**

6.      Due to Amesbury's commencement of this action, an actual controversy has arisen and now exists between Amesbury and Caldwell as to whether Caldwell has directly and/or indirectly infringed any valid claim of the '638, '264 or the '368 Patents.

7.    Caldwell therefore requests a declaration from this Court pursuant to 28 U.S.C. §2201 *et seq.* that Caldwell has not directly and/or indirectly infringed (either by inducing, or contributing to, any infringement) any valid claim of the '638, '264 and/or the '368 Patents either literally or under the doctrine of equivalents.

## SECOND COUNTERCLAIM

8.    Caldwell repeats and realleges the allegations contained in paragraphs 1 through 7 as if fully set forth herein.

9.    Due to Amesbury's commencement of this action, an actual controversy has arisen and now exists between Amesbury and Caldwell as to whether any of the claims of the '371 Patent are valid.

10.    Caldwell therefore requests a declaration from this Court pursuant to 28 U.S.C. §2201 *et seq.*, that each of the claims of the '638, '264 and '368 Patents are invalid for failure to comply with the patent laws of the United States, including but not limited to, 35 U.S.C. §§101, 102, 103 and/or 112.

## JURY DEMAND

Pursuant to Rule 28 of the Federal Rules of Civil Procedure, Caldwell demands a trial by jury of all factual issues in this lawsuit.

**WHEREFORE,** Caldwell respectfully requests that the Court enter judgment in its favor and against Amesbury as follows:

        A.     Dismissing Amesbury's Complaint with prejudice:

        B.     Declaring that each of the claims of the '638, '264 and/or the '368 Patents are invalid and/or that Caldwell has not infringed any claim of these Patents either literally or under the doctrine of equivalents;

        C.     Awarding Caldwell the costs and expenses, including reasonable attorneys fees, of this lawsuit; and

        D.     Granting Caldwell such other and further relief as the Court deems just and proper.


Dated: March 7, 2005             THE CALDWELL MANUFACTURING COMPANY

                            By its attorneys,

                            /s/ Thomas E. Lent
                            David E. Lurie, BBO# 542030
                            Thomas E. Lent, BBO# 644970
                            Lurie & Krupp, LLP
                            One McKinley Square
                            Boston, MA 02109
                            Telephone: 617-367-1970

                            Of counsel:

                            Neal L. Slifkin
                            Paul J. Yesawich, III
                            Laura W. Smalley
                            Harris Beach LLP
                            99 Garnsey Road
                            Pittsford, New York 14534
                            Telephone: 585-419-8800

HARRIS BEACH
ATTORNEYS AT LAW

Eugene S. Stephens
Brown & Michaels, PC
400 M & T Bank Building
118 North Tioga Street - The Commons
Ithaca, NY 14850
Phone: (607) 256-2000

EXHIBIT C

"FILED UNDER SEAL"

EXHIBIT D

"FILED UNDER SEAL"

EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., ET AL
      Plaintiff,

v.                              CIVIL ACTION
                                 NO.05-10020-DPW

THE CADWELL MANUFACTURING
COMPANY,
      Defendant,

<u>SCHEDULING ORDER</u>

WOODLOCK, D.J.

      This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

      The above-entitled action having been heard on April 28, 2005, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

      (1)    fact discovery is to be completed by **OCTOBER 17, 2005**, unless shortened or enlarged by Order of this Court;

      (2)    parties shall exchange claim construction charts (views on claim construction) by **JULY 30, 2005**;

      (3)    Plaintiffs' Markman Brief is due **SEPTEMBER 15, 2005**; Defendants Markman Brief is due **OCTOBER 14, 2005.**

      (4)    **<u>ELECTRONIC FILING</u>**: All future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked **"Courtesy Copy - Do Not Scan"** on the cover page of <u>each</u> pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.

(5)     A further scheduling/status conference is set for **OCTOBER 21, 2005 AT 2:30 P.M.** in Courtroom 1 on the 3rd floor before Hon. Douglas P. Woodlock, U.S.D.J.   By **OCTOBER 13, 2005**, the parties shall file a STATUS REPORT indicating the current status of the case, including discovery proceedings, settlement discussions, pending or contemplated motions, proposed dates for pretrial conferences and for trial, and any other matters which should be addressed at the further conference.

All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne

DATED:      May 4, 2005              Deputy Clerk