UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

### AMESBURY'S MOTION TO COMPEL DISCOVERY

In this patent infringement case, plaintiffs Amesbury Group, Inc., and Amesbury Springs Ltd. (collectively, "Amesbury") move this Court to compel defendant The Caldwell Manufacturing Company ("Caldwell") to respond fully to Amesbury's discovery requests and to provide an adequate privilege log. As set forth more fully in the accompanying memorandum, Amesbury moves to compel: (1) complete answers to its Interrogatory No. 6, which seeks Caldwell's invalidity position with respect to the patents-in-suit; (2) production of documents responsive to Amesbury's requests which Caldwell admits are in its possession; (3) a revised privilege log from Caldwell that adequately sets forth Caldwell's bases for claims of privilege; and (4) production of all documents currently listed on Caldwell's privilege log that are in fact not protected by the attorney/client privilege or under the work product doctrine.

### REQUEST FOR ORAL ARGUMENT

Amesbury believes that oral argument will assist the Court in deciding this Motion, and therefore requests oral argument pursuant to Rule 7.1(D).

## LOCAL RULE 7.1(A) AND 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(A) and 37.1, the undersigned certifies that counsel for Amesbury has attempted to contact counsel for Caldwell by letters and by voice mail in an effort to narrow the issues raised in this Motion, and that no response was received.

Respectfully submitted,

/s/ Safraz W. Ishmael
Douglas J. Kline (BBO# 556680)
Jordan M. Singer (BBO# 651068)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs

**AMESBURY GROUP, INC.**
**AMESBURY SPRINGS LTD.**

Dated: November 30, 2005