# GOODWIN | PROCTER

Douglas J. Kline
617.570.1209
dkline@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

FILED
IN CLERKS OFFICE

2005 DEC -9  P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 9, 2005

**By Hand**

Michelle Rynne
Courtroom Clerk, Judge Douglas P. Woodlock
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02110

Re: **Amesbury Group, Inc., et al. v. The Caldwell Manufacturing Company
C.A. No. 05-10020-DPW, District of Massachusetts**

Dear Ms. Rynne:

This letter is to inform the Court of a proposed schedule, agreed to by the parties, for the hearing in the above-captioned action on December 22, 2005.

The parties propose that the Court schedule a hearing on the pending discovery motions and on Caldwell's motion for leave to amend its answer at 9:00 am on December 22. The parties further propose that the *Markman* hearing be held at 2:00 pm on December 22, with each side confining its time to no more than ninety (90) minutes of oral argument.

Very truly yours,

Douglas J. Kline

cc: Paul J. Yesawich, III, Esq.
    Neal L. Slifkin, Esq.

LIBA/1654964