IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

                      Plaintiffs,

vs.                                                        Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

                      Defendant.

## MOTION TO IMPOUND

      Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, defendant the Caldwell Manufacturing Company ("Caldwell") hereby moves to impound portions of the accompanying Caldwell's Reply Memorandum in Support of its Motion for Leave to Amend Answer and Affirmation of Neal L. Slifkin, dated December 14, 2005. As grounds for this motion, Caldwell states as follows:

      1.     Caldwell designated certain documents it produced in this litigation as "confidential-attorneys' eyes only." Certain of these documents, as well as other confidential matters, were addressed at the recent depositions of Gary R. Newman, Larry VerSteeg and Stuart Uken. Therefore, the parties agreed to designate the transcripts of the depositions as "confidential-attorneys' eyes only."

      2.     Pursuant to the Stipulated Protective Order executed by the Court on August 24, 2005, all documents designated by a party as "confidential-attorneys' eyes only" must be filed

HARRIS BEACH
ATTORNEYS AT LAW

under seal with the Court. Therefore, the party filing any such document must also file a motion to impound.

3.  In accordance with the Stipulated Protective Order, Caldwell requests that the Court maintain Exhibits "A," "B," and "C" to the Slifkin Affirmation, which consist of the deposition transcripts, as confidential. Caldwell's Memorandum quotes from the depositions. Caldwell has provided a complete set of the papers, including the Reply Memorandum and the Slifkin Affirmation, for filing under seal. The papers will be filed electronically without the confidential information.

4.  Caldwell requests that the impounding order be lifted only upon further Order of the Court, and that the papers be kept in the Clerk's non-public information file during any post-impoundment period.

WHEREFORE, defendant Caldwell respectfully requests that the Court allow its Motion to Impound.

Dated: December 14, 2005

HARRIS BEACH PLLC

By:  /s/ Neal L. Slifkin
     Paul J. Yesawich, III
     Neal L. Slifkin
     David J. Edwards
     Laura W. Smalley
     *Attorneys for Defendant*
     99 Garnsey Road
     Pittsford, New York 14534
     Telephone: 585-419-8800

-and-

David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Telephone: 617-367-1970

210199 22997.1
12/14/2005