UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>       Plaintiffs,<br><br>   v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>       Defendant. | Civil Action No. 05-10020-DPW |

## JOINT MOTION TO SET SCHEDULE

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rules 7.1, 16.1 and 16.3, plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury") and defendant Caldwell Manufacturing Company ("Caldwell") respectfully submit the following jointly proposed schedule for the completion of discovery and pre-trial motion practice in this action. In support of this Motion, the parties state as follows:

    1.    On May 4, 2005, this Court issued a Scheduling Order setting forth deadlines for fact discovery and claim construction briefing. The Court's May 4 Order did not set deadlines for expert discovery or any events after *Markman* briefing.

    2.    On December 23, 2005, this Court held a *Markman* hearing on the patents-in-suit. At that hearing, the parties and the Court discussed future event scheduling in anticipation of the Court's claim construction ruling. The parties and the Court concluded that deadlines related to expert discovery and dispositive motion practice should be addressed after the Court issued its construction of the disputed claims of the patents-in-suit.

    3.    On January 20, 2006, this Court issued its claim construction. The parties have

since conferenced on a proposed schedule for expert discovery and the timing of dispositive motions. The parties have set forth their joint proposed schedule in Exhibit A attached hereto.

WHEREFORE, Amesbury and Caldwell respectfully request that this Court issue an Order setting forth the schedule for expert discovery and dispositive motion practice in this action.

Respectfully submitted,

/s/ Jordan M. Singer\
Douglas J. Kline (BBO# 556680)\
Jordan M. Singer (BBO #651068)\
Safraz W. Ishmael (BBO# 657881)\
GOODWIN PROCTER LLP\
Exchange Place\
Boston, MA 02109-2881\
(617) 570-1000

Attorneys for Plaintiffs

AMESBURY GROUP, INC.\
AMESBURY SPRINGS LTD.

/s/ Thomas E. Lent\
David E. Lurie (BBO# 542030)\
Thomas E. Lent (BBO# 644970)\
LURIE & KRUPP, LLP\
One McKinley Square\
Boston, MA 02109\
(617)-367-1970

Paul J. Yesawich, III\
Neal L. Slifkin\
David J. Edwards\
HARRIS BEACH LLP\
99 Garnsey Road\
Pittsford, NY 14534\
(585)-419-8800

Attorneys for Defendant

THE CALDWELL MANUFACTURING COMPANY

Dated: February 9, 2006

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

The undersigned hereby certifies that on February 9, 2006, counsel for both parties conferred in good faith to narrow the issues presented by this motion.

/s/ Jordan M. Singer

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2006.

/s/ Jordan M. Singer

## EXHIBIT A – PROPOSED SCHEDULE

| EVENT | DATE |
|---|---|
| Last date for parties to disclose the identities and to serve written reports of experts, on issues on which each party bears the burden of proof, pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. | March 24, 2006 |
| Last date for parties to disclose the identities of their rebuttal experts and to serve written reports of such experts pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. | April 18, 2006 |
| Last date to complete depositions of experts | May 5, 2006 |
| Last date for filing of summary judgment motions | May 19, 2006 |
| Last date for filing oppositions to summary judgment motions | June 9, 2006 |
| Last date for filing replies in support of summary judgment motions | June 23, 2006 |

LIBA/1670309.1