UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., ET AL
    Plaintiff,

v.                                      CIVIL ACTION
                                            NO.05-10020-DPW

THE CADWELL MANUFACTURING
COMPANY,
    Defendant,

<u>FURTHER SCHEDULING ORDER</u>

WOODLOCK, D.J.

       This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

       In accordance with this Court's allowance of Joint Motion to Set Schedule, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

| | |
|---|---|
| Last date for parties to disclose the identities and to serve written reports of experts, on issues on which each party bears the burden of proof, pursuant to Rule 26(a)(2)(B), Fed. R. Civ. P. | March 24, 2006 |
| Last date for parties to disclose the identities of their rebuttal experts and to serve written reports of such experts pursuant to Rule 26(a)(2)(B), Fed. R.Civ. P. | April 18, 2006 |
| Last date to complete depositions of experts | May 5, 2006 |
| Last date for filing of summary judgment motions | May 19, 2006 |
| Last date for filing oppositions to summary judgment motions | June 9, 2006 |
| Last date for filing replies in support of summary judgment motions | June 23, 2006 |
| **MOTION HEARING REGARDING MOTIONS FOR SUMMARY JUDGMENT IN COURTROOM 1 ON THE 3RD FLOOR** | **JULY 12, 2006 AT 2:30** |

       All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown

supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

      Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

By the Court,

/s/ Michelle Rynne
DATED:    February 24, 2006    Deputy Clerk