UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

**PLAINTIFFS' MOTION TO ENFORCE
COMPLIANCE WITH THE COURT'S DECEMBER 22, 2005 ORDER**

Plaintiffs Amesbury Group, Inc. and Amesbury Springs, Ltd. (collectively, "Amesbury") move this Court to enforce defendant Caldwell Manufacturing Company ("Caldwell") to comply with its Discovery Order of December 22, 2005. As set forth more fully in the accompanying memorandum, Caldwell represented to this Court in December that it would produce financial documents sought in Amesbury's Motion to Compel Discovery (Docket No. 45), and the Court subsequently allowed Amesbury's motion. Caldwell, however, now refuses to produce certain documents plainly within the scope Amesbury's motion and the Court's Order. The documents are directly relevant to Amesbury's damages claims, and Amesbury's experts have already been required to complete their initial reports without this critical information. Having exhausted efforts to secure the documents without Court intervention, Amesbury now requests that this Court issue an Order requiring Caldwell to produce all documents falling within the scope of the Court's December 22, 2005 Order within seven (7) days.

## LOCAL RULE 7.1(A) AND 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(A) and 37.1, the undersigned certifies that counsel for Amesbury has conferred with counsel for Caldwell in an effort to narrow the issues raised in this Motion, but that no resolution was reached.

>Respectfully submitted,
>
>/s/ Safraz W. Ishmael
>Douglas J. Kline (BBO# 556680)
>Jordan M. Singer (BBO# 651068)
>Safraz W. Ishmael (BBO# 657881)
>GOODWIN PROCTER LLP
>Exchange Place
>Boston, MA  02109
>Phone:  (617) 570-1000
>Fax:  (617) 523-1231
>
>Attorneys for Plaintiffs
>
>**AMESBURY GROUP, INC.**
>**AMESBURY SPRINGS LTD.**

Dated: March 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 24, 2006.

>/s/ Safraz W. Ishmael

LIBA/1685495.1

2