UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

**NOTICE OF WITHDRAWAL OF APPEARANCE**
**OF JORDAN M. SINGER**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Jordan M. Singer as counsel for Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. in the above-captioned matter.

Douglas J. Kline and Safraz W. Ishmael of Goodwin Procter LLP shall continue their appearance as counsel of record for Amesbury Group, Inc. and Amesbury Springs Ltd..

Dated: May 11, 2006

Respectfully submitted,

AMESBURY GROUP, INC. and
AMESBURY SPRINGS LTD.

By their attorneys,

/s/ Jordan M. Singer
Douglas J. Kline (BBO# 556680)
Jordan M. Singer (BBO# 651068)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Phone:  (617) 570-1000
Fax:  (617) 523-1231

LIBA/1697032.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 11, 2006.

/s/ Jordan M. Singer