UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CALDWELL MANUFACTURING COMPANY,<br><br>    Defendant. | Civil Action No. 05-10020-DPW |

**ASSENTED TO MOTION FOR LEAVE TO FILE
A MEMORANDUM IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. ("Plaintiffs") respectfully request leave to file a Memorandum in excess of twenty pages in support of their Motion for Summary Judgment Of Infringement And That The Asserted Claims Are Not Invalid, which Plaintiffs will file on May 19, 2006. As set forth in the accompanying Certification pursuant to Local Rule 7.1, counsel for defendant has assented to this motion.

As grounds for this motion, Plaintiffs state that additional pages are needed to adequately address the complex infringement and validity contentions at issue in this litigation. The allegations in this case involve three different patents and six different products. In addition to proving their own case for infringement, Plaintiffs will refute defendant's non-infringement and invalidity theories. Furthermore, the three patents at issue involve intricate mechanical details which will require the inclusion of numerous figures within the text in order to adequately illustrate the different components of the products at issue.

For these reasons, additional pages in the Memorandum are necessary for Plaintiffs to adequately address the numerous factual and legal contentions at issue in this litigation.

Plaintiffs believe the Court will benefit from a careful discussion in the Memorandum of each of the allegations and the numerous legal authorities and facts supporting summary judgment of infringement and that the asserted claims are not invalid.

WHEREFORE, Plaintiffs request that they be granted leave to file their Memorandum in Support of Summary Judgment Of Infringement And That The Asserted Claims Are Not Invalid which will exceed twenty pages in length.

Dated: May 11, 2006

Respectfully submitted,

AMESBURY GROUP, INC. and
AMESBURY SPRINGS LTD.

By their attorneys,

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Phone:  (617) 570-1000
Fax:  (617) 523-1231

**LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that on May 10, 2006, counsel for Caldwell Manufacturing Co. was contacted and assented to this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2006.

s/ Douglas J. Kline