UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

## NOTICE OF APPEARANCE OF TERESE DILLINGHAM

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Terese Dillingham of Goodwin Procter LLP as counsel for plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd., in the above-captioned matter.

Dated: May 16, 2006

Respectfully submitted,

AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.

/s/ Terese Dillingham
Douglas J. Kline (BBO# 556680)
Safraz W. Ishmael (BBO# 657881)
Terese Dillingham (BBO# 644520)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1699255.1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 16, 2006.

/s/ Terese Dillingham