**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

       Plaintiffs,

   v.

THE CALDWELL MANUFACTURING
COMPANY,

       Defendant.

Civil Action No. 05-10020-DPW

**AMESBURY'S LOCAL RULE 56.1 STATEMENT OF MATERIAL
FACTS OF RECORD AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

      Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury")

submit this Statement, pursuant to this Court's Local Rule 56.1, in support of Amesbury's

Motion For Summary Judgment Of Infringement And That The Asserted Claims Are Not

Invalid. All record materials, not previously filed with the Court, and referenced herein with

exhibit numbers, accompany the Declaration of Safraz W. Ishmael, filed herewith.

**The Parties**

      1.     Amesbury Group, Inc. is a corporation organized and existing under the laws of

Delaware, and maintains a regular place of business at 57 Hunt Road, Amesbury, Massachusetts.

(Complaint, ¶ 1.)

      2.     Amesbury Group, Inc. is the owner of U.S. Patent No. 6,598,264 ("'264 patent").

(See Ex. 33, Assignment Documents AME 00004 through AME 00008.)

      3.     Amesbury Group, Inc. is the owner of U.S. Patent No. 6,820,368 ("'368 patent").

(See Ex. 34, Assignment Documents AME 00501 through AME 00506.)

4.      Amesbury Springs Ltd. is a corporation organized and existing under the laws of the United Kingdom, and maintains a regular place of business in Peterborough, United Kingdom.  (Complaint, ¶ 2.)

5.      Amesbury Springs Ltd. is the owner of U.S. Patent No. 5,365,638 ("'638 patent"). (See Ex. 35, Assignment Documents AME 01045 through AME 01057.)

6.      The Caldwell Manufacturing Company ("Caldwell") is a corporation organized and existing under the laws of the state of New York, and maintains a regular place of business in Rochester, New York.  (See Complaint, ¶ 3; Answer and Counterclaim, ¶ 3.)

**The Caldwell Series 86xt Balance**

7.      Caldwell made and sold in the United States the Caldwell Series 86xt window balance product. (Ex. 32, Lelio Dep. Tr. 74:6 – 21.)

8.      The Caldwell Series 86xt balance is a block and tackle window balance device. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 123:21 - 25.)

9.      The Caldwell Series 86xt balance includes a channel comprising a first end and a second end. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:1 – 6.)

10.     The Caldwell Series 86xt balance includes a top guide connected to the first end of the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina

March 23 Report at 22;  Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:8 – 11.)

11.     The Caldwell Series 86xt balance includes a bottom guide connected to the second end of the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:12 – 14.)

12.     The Caldwell Series 86xt balance includes a bottom guide roller rotatably mounted in the bottom guide, as the term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 3; Ex. 9, Shina March 23 Report at 22 - 23; Ex. 7, Still Dep. Tr. 110:11-17, 121:12 – 17.)  The Caldwell Series 86xt balance performs the same function as the '264 patent's bottom guide roller, in the same way, to achieve the same results.  (See Ex. 9, Shina March 23 Report, at 23.)

13.     The Caldwell Series 86xt balance includes a fixed pulley block unit connected to the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 3;  Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:8 – 11.)

14.     The Caldwell Series 86xt balance includes a translatable pulley block unit moveable within the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 4;  Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 1 - 2; Ex. 7, Still Dep. Tr. 125:17 - 19.)

15.    The Caldwell Series 86xt balance includes a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 4;  Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 2; Ex. 7, Still Dep. Tr. 125:20 – 126:6.)

16.    The Caldwell Series 86xt balance includes a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 5 - 6;  Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 2 -3; Ex. 7, Still Dep. Tr. 126:7 – 127:5.)

17.    The Caldwell Series 86xt balance includes a bottom guide roller located external to the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 6;  Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 3.)

18.    The Caldwell Series 86xt balance includes a bottom guide where a portion of the bottom guide is external to the channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 7;  Ex. 9, Shina March 23 Report at 24; Ex. 6, Still April 17 Report, Exhibit B, at 3; Ex. 7, Still Dep. Tr. 121:5 – 8.)

19.    The Caldwell Series 86xt balance includes a bottom guide where the bottom guide forms a channel to receive a portion of a window sash. (Ex. 4, Amesbury's Second Supp.

Response to Caldwell's Interrogs., Appendix B, at 6; Ex. 9, Shina March 23 Report at 24; Ex. 6, Still April 17 Report, Exhibit B, at 3.)

**The Caldwell Series 97ez Balance**

20.     Caldwell made and sold in the United States the Caldwell Series 97ez window balance product. (Ex. 32, Lelio Dep. Tr. 88:19 - 89:12.)

21.     The Caldwell Series 97ez balance is a window balance system. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D.)

22.     The Caldwell Series 97ez balance includes a U-shaped channel comprising a plurality of openings. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:8 - 10.)

23.     The Caldwell Series 97ez balance includes a spring connected to a system of pulleys located within the U-shaped channel.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A;  Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D.)

24.     The Caldwell Series 97ez balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First

Set of Interrogs., Exhibit A;  Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report,

Exhibit D.)

25.    The Caldwell Series 97ez balance includes a balance shoe. (Ex. 4, Amesbury's

Second Supp. Response to Caldwell's Interrogs., Appendix C, at 3; Ex. 5, Def.'s Supp. Answers

to Pls.' First Set of Interrogs., Exhibit A;  Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April

17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:11 – 12.)

26.    The balance shoe of the Caldwell Series 97ez balance includes a frame

comprising an enlarged first end and a second end, wherein the second end is adapted to be

received by the U-shaped channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's

Interrogs., Appendix C, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit

A;  Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D.)

27.    The second end of the frame of the balance shoe of the Caldwell Series 97ez

balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as

this term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's

Interrogs., Appendix C, at 3 - 4;  Ex. 9, Shina March 23 Report at 32 - 34; Robertson Dep. Tr.

49:9-19, 51:9-16; Ex. 7, Still Dep. Tr. 135:15-20, 142:24 -143:8.)  The Caldwell Series 97ez

balance performs the same function as the claimed "pocket" element, in the same way, to

achieve the same result.  (Ex. 9, Shina March 23 Report, at 33.)

28.    The balance shoe of the Caldwell Series 97ez balance includes a locking member

proximal to the enlarged first end.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's

Interrogs., Appendix C, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit

A;  Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D.)

29.     The balance shoe of the Caldwell Series 97ez balance includes a cam in communication with the locking member.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A;  Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D.)

30.     The Caldwell Series 97ez balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 6; Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:13 – 17; Batten Dep. Tr. 128:10-19.)

31.     The connecting device of the Caldwell Series 97ez balance is a rivet.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:13 – 7; Batten Dep. Tr. 128:10-19.)

32.     The cam of the Caldwell Series 97ez balance is at least partially housed within the enlarged first end of the frame.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D.)

33.     Rotating the cam of the Caldwell Series 97ez balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D.)

34.     The locking member of the Caldwell Series 97ez balance shoe comprises two opposing ends integrally connected by a spring member.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35 - 36; Ex. 6, Still April 17 Report, Exhibit D.)

**The Caldwell Series 97i Balance**

35.     Caldwell made and sold in the United States the Caldwell Series 97i window balance product. (Ex. 32, Lelio Dep. Tr. 101:25 – 102:16.)

36.     The Caldwell Series 97i balance is a window balance system. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:9 – 11.)

37.     The Caldwell Series 97i balance includes a U-shaped channel comprising a plurality of openings. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:12 - 15.)

38.     The Caldwell Series 97i balance includes a spring connected to a system of pulleys located within the U-shaped channel.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:16 - 19.)

39.     The Caldwell Series 97i balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second

cord end connected to a jamb mounting attachment. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:20 – 133:5.)

40.    The Caldwell Series 97i balance includes a balance shoe. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 133:6 – 10.)

41.    The balance shoe of the Caldwell Series 97i balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43 - 44; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 133:11 – 17.)

42.    The second end of the frame of the balance shoe of the Caldwell Series 97i balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 9, Shina March 23 Report at 43 - 45; Ex. 7, Still Dep. Tr. 135:9-24.)

43.    The balance shoe of the Caldwell Series 97i balance includes a locking member proximal to the enlarged first end. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit

A; Ex. 9, Shina March 23 Report at 44; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep.
Tr. 133:18 – 20.)

44.     The balance shoe of the Caldwell Series 97i balance includes a cam in
communication with the locking member.  (Ex. 4, Amesbury's Second Supp. Response to
Caldwell's Interrogs., Appendix D, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of
Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 44; Ex. 6, Still April 17 Report, Exhibit
C; Ex. 7, Still Dep. Tr. 132:21 – 23.)

45.     The Caldwell Series 97i balance includes a connecting device for attaching the
balance shoe within the U-shaped channel of the window balance, as this term was construed by
the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at
6; Ex. 9, Shina March 23 Report at 44; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-
19.)

46.     The connecting device of the Caldwell Series 97i balance is a rivet.  (Ex. 4,
Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina
March 23 Report at 45; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-19.)

47.     The cam of the Caldwell Series 97i balance is at least partially housed within the
enlarged first end of the frame.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's
Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 45 - 46; Ex. 6, Still April 17
Report, Exhibit C.)

48.     Rotating the cam of the Caldwell Series 97i balance forces the locking member to
engage a jamb track when the balance shoe is installed in a window jamb.  (Ex. 4, Amesbury's
Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23
Report at 46; Ex. 6, Still April 17 Report, Exhibit C.)

49.    The locking member of the Caldwell Series 97i balance shoe comprises two opposing ends integrally connected by a spring member.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 46; Ex. 6, Still April 17 Report, Exhibit C.)

**The Caldwell Series 97ih Balance**

50.    Caldwell made and sold in the United States the Caldwell Series 97ih window balance product. (Ex. 32, Lelio Dep. Tr. 82:13 – 83:6.)  The Series 97ih balance comprises the same shoe or carrier structure and design as the Series 97i balance.  (See Batten Dep. Tr. 74:22-24.)

51.    The Caldwell Series 97ih balance is a window balance system. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 38; Ex. 6, Still April 17 Report, Exhibit C.)

52.    The Caldwell Series 97ih balance includes a U-shaped channel comprising a plurality of openings. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

53.    The Caldwell Series 97ih balance includes a spring connected to a system of pulleys located within the U-shaped channel.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

54.     The Caldwell Series 97ih balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

55.     The Caldwell Series 97ih balance includes a balance shoe. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

56.     The balance shoe of the Caldwell Series 97ih balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

57.     The second end of the frame of the balance shoe of the Caldwell Series 97ih balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 9, Shina March 23 Report at 39; Ex. 7, Still Dep. Tr. 135:9-24.)

58.     The balance shoe of the Caldwell Series 97ih balance includes a locking member proximal to the enlarged first end.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

59.    The balance shoe of the Caldwell Series 97ih balance includes a cam in communication with the locking member.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

60.    The Caldwell Series 97ih balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 6; Ex. 9, Shina March 23 Report at 40; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-19.)

61.    The connecting device of the Caldwell Series 97ih balance is a rivet.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-19.)

62.    The cam of the Caldwell Series 97ih balance is at least partially housed within the enlarged first end of the frame.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C.)

63.    Rotating the cam of the Caldwell Series 97ih balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C.)

64.    The locking member of the Caldwell Series 97ih balance shoe comprises two opposing ends integrally connected by a spring member.  (Ex. 4, Amesbury's Second Supp.

Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C.)

**The Caldwell Quick-Tilt*nc**

65.     Caldwell made and sold in the United States the Caldwell Quick-Tilt*nc window balance product. (Ex. 32, Lelio Dep. Tr. 94:4 – 15.)

66.     The Caldwell Quick-Tilt*nc balance is a mounting assembly. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 57:22 – 58:2.)

67.     The Caldwell Quick-Tilt*nc balance includes a channel means having a rear wall, side walls and at extremities of said side walls, inwardly turned opposed flanges.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 1 - 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 58:3 – 13.)

68.     The Caldwell Quick-Tilt*nc balance includes a sash frame support means slidable in said channel means. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 58:14 – 16.)

69.     The Caldwell Quick-Tilt*nc balance includes a coiled ribbon spring having a first end engaged with said sash frame support means.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of

Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 58:17 – 21.)

70.     The Caldwell Quick-Tilt*nc balance includes a means for mounting said coiled ribbon spring, as this term was construed by the Court.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9 – 10; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 58:23 – 59:2.)

71.     The coiled body portion of the coiled ribbon spring of the Caldwell Quick-Tilt*nc balance has the other end of  the coiled ribbon spring within the coil positioned in the mounting means, while the other end of the coiled ribbon spring is free and unattached to the mounting means.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 10; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:3 - 18.)

72.     The mounting means of the Caldwell Quick-Tilt*nc balance is secured in the channel means.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 10; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:19 - 22.)

73.     The mounting means of the Caldwell Quick-Tilt*nc balance has a raised spine positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 3 - 4; Ex. 9, Shina

March 23 Report at 11 – 14; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:23 – 60:5, 72: 4-8.)

74.     The mounting means of the Caldwell Quick-Tilt*nc balance has a support surface disposed in contact with the outer surface of the coiled body portion of the coiled ribbon spring during movement of the coiled ribbon spring as the sash support means moves in the channel means.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 4; Ex. 9, Shina March 23 Report at 14 – 15; Ex. 6, Still April 17 Report, Exhibit A, at 2 – 3.)

75.     The mounting means of the Caldwell Quick-Tilt*nc balance has a body portion having an aperture, a fixing screw positioned in the aperture by which the mounting means is secured relative to the channel means, a surface of the body portion being concavely curved, the coiled body portion of the coiled ribbon spring being in contact with and supported by the curved surface of the body portion.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 4 – 5; Ex. 9, Shina March 23 Report at 15 – 16; Ex. 6, Still April 17 Report, Exhibit A, at 3.)

76.     The mounting means of the Caldwell Quick-Tilt*nc balance has a projection means, positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting means is inhibited.  (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 7 – 8;  Ex. 9, Shina March 23 Report at 17 – 21; Ex. 6, Still April 17 Report, Exhibit A, at 5; Ex. 7, Still Dep. Tr. 59:23 – 60:5, 72: 4-8.)

**Prosser '797 Patent**

77.    Prosser discloses a window balance designed to be mounted to a window jamb. (See Ex. 10, Prosser '797 patent, col. 1, ll. 8-28.)

78.    The Prosser window balance is stationary in the jamb and includes a bottom plate that is attached to the window sash. The bottom plate alone moves with the sash while the rest of the balance is stationary and is mounted to the jamb. (See Ex. 10, Prosser '797 patent, col. 3, ll. 18-26.)

79.    Prosser does not disclose any of a  top guide, a bottom guide, and a bottom guide roller rotatably mounted in a bottom guide. (Ex. 7, Still Dep. Tr. 100:15 – 101:2;  102:15 – 104:3; Ex. 11, Shina April 18 Report, at 21, 22.)

80.    Prosser does not disclose a first cord end being attached to the translatable pulley block unit.  (Ex. 7, Still Dep. Tr. 97:6-9; Ex. 10, Prosser '797 patent, col. 3, ll. 18 – 22 and Figure 5.)

81.    Prosser does not disclose a second cord end that is attachable to a jamb. (Ex. 10, Prosser '797 patent, col. 3, ll. 18 – 22 and Figure 5; Ex. 11, Shina April 18 Report, at 23)

82.    Prosser does not suggest combining the teachings of Prosser with the teachings of any other reference to achieve any of the inventions of the patents-in-suit.  (See generally Ex. 10, Prosser '797 patent.)

**Thompson '011 Patent**

83.    Thompson discloses a window balance for a tiltable window, where the top end of the balance is screwed into the window sash. (See Ex. 12, Thompson '011 patent Abstract, and Fig. 4.)

84.    Thompson does not disclose a top guide. (See Ex. 12, Thompson '011 patent; Ex. 13, Def.'s Second Supp. Ans. to Pls.' First Set of Interrogs.; Ex. 14, Still March 8 Report, Exhibit A, at 1.)

85.    Thompson does not disclose not disclose a bottom guide and does not disclose a bottom guide roller rotatably mounted in a bottom guide. (See Ex. 12, Thompson '011 patent; Ex. 11, Shina April 18 Report at 12.)

86.    Thompson does not suggest combining the teachings of Thompson with the teachings of any other reference to achieve any of the inventions of the patents-in-suit. (See Ex. 12, Thompson '011 patent, col. 5, ll. 8-9; Ex. 11, Shina April 18 Report, at 11.)

**Sterner '808 Patent**

87.    Sterner does not disclose a raised spine, as the term was construed by the Court. (See Ex. 18, Sterner '808 patent, Fig. 12; Ex. 11, Shina April 18 Report, at 2.)

88.    Sterner does not disclose a projection means on the mounting means, as the term was construed by the Court. (See Ex. 18, Sterner '808 patent, Fig. 12; Ex. 11, Shina April 18 Report, at 2.)

89.    Sterner does not disclose a raised spine or projection positioned between and in the same plane as inwardly opposed flanges of a channel means. (See Ex. 18, Sterner '808 patent, Figures 3 and 6; Ex. 7, Still Dep. Tr. 53:22 – 54:17; Ex. 11, Shina April 18 Report, at 3.)

90.    Sterner does not disclose inhibiting rotational movement of the mounting means. (Ex. 18, Sterner 808 patent; Ex. 7, Still Dep. Tr. 40:11-16.)

91.    Sterner does not suggest combining the teachings of Sterner with the teachings of any other reference to achieve any of the inventions of the patents-in-suit. (See generally, Ex. 18, Sterner '808 patent.)

**Other Prior Art References Cited in Caldwell's Interrogatory Responses**

92.    U.S. Patent No. 3,114,178 to Wood does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, or a translatable pulley block unit moveable within the channel. (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 6; Ex. 21, '178 patent, Figure 1.)

93.    U.S. Patent No. 3,449,862 to Biro does not disclose any of a translatable pulley block unit moveable within the channel or a bottom guide roller rotatably mounted in a bottom guide. (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 7; Ex. 22, '862 patent, Fig. 1.)

94.    U.S. Patent No. 4,704,821 to Berndt does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, a fixed pulley block unit, or a translatable pulley block unit.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 8; Ex. 23, '821 patent, Figure 6.)

95.    U.S. Patent No. 4,089,085 to Fitzgibbon does not disclose a bottom guide roller rotatably mounted in a bottom guide.  (See Ex. 24, '085 patent, Figure 1; Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 9.)

96.    Japanese Utility Model JITUSKAI S62-19485 does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, a fixed pulley block unit, a translatable pulley block unit, a spring, or a cord.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 11; Ex. 25, JP '485 patent.)

97.    U.S. Patent No. 6,041,476 to DeNormand does not disclose a balance shoe comprising a frame with an enlarged first end and wherein the shoe forms a pocket positioned in the second end of the frame adapted to mate with a rivet.  (See Ex. 13, Def.'s Second Supp.

Answers to Pls.' First Set of Interrogs., at 14; Ex. 26, '746 patent.)  The DeNormand '746 patent also does not disclose a balance shoe with any of a locking member or a cam.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 14; Ex. 26, '746 patent.)

98.    U.S. Patent No. 4,704,821 to Berndt does not disclose any of a system of pulleys, a locking member, or a cam.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 15; Ex. 23, '821 patent.)

99.    U.S. Patent No. 5,301,467 to Schmidt does not disclose any of a balance shoe with an enlarged first end, a cord, or a system of pulleys.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 16; Ex. 27, '467 patent.)

100.    U.S. Patent No. 5,069,001 to Makarowski does not disclose any of a sash frame support means, a coiled ribbon spring, or a means for mounting the coiled ribbon spring.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 19; Ex. 28, '001 patent.)

101.    Japanese Utility Model No. JIKKOHEI8-9334 does not disclose any of a sash frame support means, a coiled ribbon spring, or a means for mounting the coiled ribbon spring. (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 20; Ex. 31, JIKKOHEI-9334.)

102.    Japanese Utility Model No. JIKKAIHE14-119083 does not disclose any of a sash frame support means, a coiled ribbon spring, or a means for mounting the coiled ribbon spring, a raised spine, and a projection means.  (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 21; Ex. 29, JIKKAIHE14-119083.)

103.    Japanese Utility Model No. JIKKOHEI14-112279 does not disclose any of a sash frame support means, a coiled ribbon spring, a means for mounting the coiled ribbon spring, a

raised spine, or a projection means.  (<u>See</u> Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 22; Ex. 30, JIKKOHEI14-112279.)

**<u>Tri-State Windows</u>**

104.    Caldwell sold Quick-Tilt*nc balance products to Tri-State Wholesale Building Supplies, Inc. of Cincinnati, Ohio ("Tri-State") in 2005.  (<u>See</u> Ex. 37, Caldwell Sales and Invoice Spreadsheet Data.)

105.    Tri-State uses the Quick-Tilt*nc balance product in window jambs of the same relevant configuration as that of Still Deposition Exhibit 10.  (<u>See</u> Ex. 38, Printout of the Tri-State website.)

Respectfully submitted,

  /s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
Terese Dillingham (BBO# 644520)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
Phone:  (617) 570-1000
Fax:  (617) 523-1231

Attorneys for Plaintiffs

**AMESBURY GROUP, INC.
AMESBURY SPRINGS LTD.**

Dated: May 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 19, 2006.

/s/ Douglas J. Kline

1697804_3