UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

      Plaintiffs,

v.

THE CALDWELL MANUFACTURING CO.,

      Defendant.

_____

Civil Action
No. 05-CV-10020

**MOTION TO EXCLUDE EXPERT TESTIMONY AND STRIKE
EXPERT REPORTS AND HEARSAY STATEMENTS
FROM AMESBURY'S MOTION FOR SUMMARY JUDGMENT**

    Defendant, The Caldwell Manufacturing Co., moves to exclude the testimony and reports of Sammy G. Shina, Ph.D., P.E., who has been designated as an expert by the plaintiffs Amesbury Group, Inc. and Amesbury Springs, Ltd.  As set forth in the accompanying Memorandum of Law, any testimony or reports by this proposed expert witness should be excluded because Dr. Shina is not qualified to render expert opinions in this matter.  Moreover, Dr. Shina's proposed testimony and reports stating his conclusions lack the proper foundation and fail to meet the reliability requirement of Federal Rule of Evidence 702.  Wherefore, defendant respectfully requests that the testimony of Dr. Shina be excluded from the trial of this matter.

    Defendant further requests that Dr. Shina's March 23 and April 18, 2006, reports stating his conclusions be stricken from plaintiffs' motion for summary judgment

inasmuch as the statements and conclusions set forth therein are inadmissible hearsay, and because Dr. Shima is not qualified and his opinions are based on pure speculation. Accordingly, they, together with Amesbury's Statement of Material Facts, paragraphs 8-19; 21-34; 36-49; 51-64; 66-76; 79, 81 and 85-89, must be stricken from the record on Amesbury's motion for summary judgment.

Finally, Amesbury's Exhibit 38, a purported webpage from Tri-State Wholesale Building Supplies, Inc. of Cincinnati Ohio, containing hearsay statements with no authentication, along with paragraphs 104 and 105 of Amesbury's Statement of Material Facts, which rely on said webpage for evidentiary support, must also be stricken, along with such other and further relief as the court finds just and proper.

Dated: June 7, 2006                                  Respectfully submitted,

/s/ Thomas E. Lent_____
David E. Lurie (BBO #542030)
Thomas E. Lent (BBO #644970)
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA  02109
Telephone:  (617) 367-1970

and

Paul J. Yesawich, III
Neal L. Slifkin
David J. Edwards
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, New York  14534
Telephone:  (585) 419-8800

**Attorneys for Defendant**
**The Caldwell Manufacturing Co.**

CERTIFICATE OF CONSULTATION

Pursuant to Local District Court Rule 7.1(a)(2), counsel for The Caldwell Manufacturing Company conferred with counsel for Amesbury Group, Inc. and Amesbury Springs, Ltd. regarding Caldwell's Motion to Exclude Expert Testimony, Strike Its Expert's Reports and Hearsay Statements. Counsel for Amesbury refused to exclude from trial or its motion for summary judgment the testimony and reports of Sammy G. Shina, Ph.D, P.E., or the objectionable hearsay material necessitating the filing of this motion

/s/ Neal L. Slifkin\
Neal L. Slifkin

**CERTIFICATE OF SERVICE**

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

/s/ Thomas E. Lent\
Thomas E. Lent

210199 66983.2\
6/7/2006 2:34 PM