IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

    Plaintiffs,

vs.                                                    Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

    Defendant.

### ASSENTED TO MOTION FOR LEAVE
### TO FILE A BRIEF IN EXCESS OF TWENTY PAGES

Pursuant to District of Massachusetts Local Rule 7.1(B)(4), defendant The Caldwell Manufacturing Company ("Caldwell") respectfully requests leave to file its Memorandum in Opposition to Plaintiff's Motion for Summary Judgment Of Infringement And That The Asserted Claims Are Not Invalid ("Caldwell's Opposition"), which exceeds twenty pages in length. As grounds for this Motion, Caldwell states that to fully address and respond to the numerous factual and legal issues raised in Plaintiff's Memorandum in Support of Summary Judgment, which itself is 41 pages, requires Caldwell to submit a brief in excess of 20 pages in length.

Caldwell believes that a full and complete discussion of these issues will assist the Court in considering Caldwell's Opposition, which will address the complex infringement and validity contentions at issue in this litigation. The plaintiff's allegations in this case involve three different patents and six different products. Furthermore, the three patents at issue involve intricate mechanical details that require the inclusion of an extensive discussion in order to adequately describe the components of the separate products at issue. Accordingly, additional pages in Caldwell's Opposition are necessary for Caldwell to adequately address the allegations

and discuss the numerous legal authorities and facts supporting Caldwell's Opposition to summary judgment of infringement and its contention that the asserted claims are invalid. As set forth in the accompanying Certification pursuant to Local Rule 7.1, counsel for plaintiff has assented to this motion.

WHEREFORE, Caldwell requests that it be granted leave to file its Memorandum in Opposition to Summary Judgment of Infringement and That The Asserted Claims Are Not Invalid which will exceed twenty pages in length.

Dated: June 7, 2006               Respectfully submitted,

                                  THE CALDWELL MANUFACTURING COMPANY

                                  By its attorneys,

                                  /s/Neal L. Slifkin_____
                                  Paul J. Yesawich, III
                                  Neal L. Slifkin
                                  David J. Edwards
                                  Laura W. Smalley
                                  *Attorneys for Defendant*
                                  99 Garnsey Road
                                  Pittsford, New York 14534
                                  Telephone: 585-419-8800

                                        -and-

                                  David E. Lurie, BBO# 542030
                                  Thomas E. Lent, BBO# 644970
                                  Lurie & Krupp, LLP
                                  One McKinley Square
                                  Boston, MA 02109
                                  Telephone: 617-367-1970

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1

     Pursuant to Local Rule 7.1 (A)(2), the undersigned counsel hereby certifies that on June 7, 2006, counsel for Plaintiffs was contacted and assented to The Caldwell Manufacturing Company's submission of a brief in excess of 20 pages in length as requested in this Motion. Plaintiffs' counsel stated that Plaintiff would assent to a brief in excess of 20 pages, but less than 50 pages in length.

                              /s/ Neal L. Slifkin_____
                              Neal L. Slifkin

## CERTIFICATE OF SERVICE

     I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 7, 2006.

                              /s/ Thomas E. Lent_____
                              Thomas E. Lent