UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

              Plaintiffs.

    v.

THE CALDWELL MANUFACTURING
COMPANY,

              Defendant.
_____

              Civil Action No. 05-10020-DPW

**CALDWELL'S RESPONSE TO AMESBURY'S LOCAL RULE 56.1
STATEMENT OF MATERIAL FACTS OF RECORD AS TO
WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

Defendant, The Caldwell Manufacturing Company ("Caldwell"), submits this response to Plaintiffs' Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury"), Statement, pursuant to this Court's Local Rule 56. 1. All record materials, not previously filed with the Court, and referenced herein with exhibit numbers, accompany the Declaration of Neal L. Slifkin, filed herewith.

**The Parties**

1.      Amesbury Group, Inc. is a corporation organized and existing under the laws of Delaware, and maintains a regular place of business at 57 Hunt Road, Amesbury, Massachusetts (Complaint, ¶ 1).

Response:  Amesbury has not cited to any evidence of record to support this fact.

1

2.      Amesbury Group, Inc. is the owner of U.S. Patent No. 6,598,264 ("`264 patent") (See Ex. 33, Assignment Documents AME 00004 through AME 00008).

Response:  Undisputed.


3.      Amesbury Group, Inc. is the owner of U.S. Patent No. 6,820,368 ("`368 patent") (See Ex. 34, Assignment Documents AME 00501 through AME 00506).

Response:  Undisputed.


4.      Amesbury Springs Ltd. is a corporation organized and existing under the laws of the United Kingdom, and maintains a regular place of business in Peterborough, United Kingdom (Complaint, ¶ 2).

Response:  Amesbury has not cited to any evidence of record to support this fact.


5.      Amesbury Springs Ltd. is the owner of U.S. Patent No. 5,365,638 ("`638 patent") (See Ex. 35, Assignment Documents AME 01045 through AME 01057).

Response:  Undisputed.


6.      The Caldwell Manufacturing Company is a corporation organized and existing under the laws of the State of New York, and maintains a regular place of business in Rochester, New York (See Complaint, ¶ 3; Answer and Counterclaim, ¶ 3).

Response:  Undisputed.

**The Caldwell Series 86xt Balance**

7.      Caldwell made and sold in the United States the Caldwell Series 86xt window balance product  (Ex. 32, Lelio Dep. Tr. 74:6 - 21).

Response:  Undisputed.


8.      The Caldwell Series 86xt balance is a block and tackle window balance device (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 123:21 - 25).

Response:  Undisputed.


9.      The Caldwell Series 86xt balance includes a channel comprising a first end and a second end (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:1 - 6).

Response:  Undisputed.


10.      The Caldwell Series 86xt balance includes a top guide connected to the first end of the channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report,

Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:8 – 11).

     <u>Response</u>:  Undisputed.


11.     The Caldwell Series 86xt balance includes a bottom guide connected to the second end of the channel (Ex. 4,Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 22; Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:12 – 14).

     <u>Response</u>:  Undisputed.


12.     The Caldwell Series 86xt balance includes a bottom guide roller rotatably mounted in the bottom guide, as the term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 3; Ex. 9, Shina March 23 Report at 22 - 23; Ex. 7, Still Dep. Tr. 110:11-17, 121:12 - 17).  The Caldwell Series 86xt balance performs the same function as the `264 patent's bottom guide roller, in the same way, to achieve the same results (<u>See</u> Ex. 9, Shina March 23 Report, at 23).

     <u>Response</u>:  Disputed.  The Caldwell Series 86xt balance does not include a bottom guide roller, but includes a pulley in the bottom guide; a pulley is different from a roller.  (Ex. 11, Newman Dep. Tr. 23:12; Ex. 9, Still at 99:3-20).  The second sentence of this paragraph is also disputed.  The cited Shina March 23 Report contains conclusory statements which lack foundation in fact in the record.  A pulley does not perform the same function as a roller (Still Dec. ¶10-13).

13.      The Caldwell Series 86xt balance includes a fixed pulley block unit connected to the channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs, Exhibit A; Ex. 9, Shina March23 Report at 23, Ex. 6, Still April 17 Report, Exhibit B, at 1; Ex. 7, Still Dep. Tr. 124:8 -11).

Response:  Undisputed.

14.      The Caldwell Series 86xt balance includes a translatable pulley block unit moveable within the channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A;

Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 1 - 2; Ex. 7, Still Dep. Tr. 125:17 - 19).

Response:  Undisputed.

15.      The Caldwell Series 86xt balance includes a spring comprising a first end and a second end, wherein the first end is fixed relative to the channel and the second end is connected to the translatable pulley block unit (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 2; Ex. 7, Still Dep. Tr. 125:20 -126:6).

Response:  Undisputed.

16.    The Caldwell Series 86xt balance includes a cord comprising a first cord end and a second cord end, wherein the cord is threaded through the translatable pulley block unit and the fixed pulley block unit and extends around the bottom guide roller, the first cord end being attached to the translatable pulley block unit and the second cord end being attachable to a jamb (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 5 - 6; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 2 -3; Ex 7, Still Dep. Tr. 126:7 -127:5).

Response:  Disputed.  Caldwell's 86xt balance does not have a bottom guide roller, but includes a pulley in the bottom guide; a pulley is different from a roller (Ex. 11, Newman Dep. Tr. 23:12-13; Ex. 9, Still Dep. Tr. 99:3-20; Still Dec. ¶7, Ex. "C" at p. 7).


17.    The Caldwell Series 86xt balance includes a bottom guide roller located external to the channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 6; Ex. 9, Shina March 23 Report at 23; Ex. 6, Still April 17 Report, Exhibit B, at 3).

Response:  Disputed.  The Caldwell Series 86xt balance does not have a bottom guide roller, but includes a pulley in the bottom guide; a pulley is different from a roller (Ex. 11, Newman Dep. Tr. 23:12-13; Ex. 9, Still Dep. Tr. 99:3-20; Still Dec. ¶7, Ex. "C" at p. 7).

18.    The Caldwell Series 86xt balance includes a bottom guide where a portion of the bottom guide is external to the channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 7; Ex. 9, Shina March 23 Report at 24; Ex. 6, Still April 17 Report, Exhibit B, at 3; Ex. 7, Still Dep. Tr. 121:5 - 8).

Response:  Undisputed.

19.    The Caldwell Series 86xt balance includes a bottom guide where the bottom guide forms a channel to receive a portion of a window sash (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix B, at 6; Ex. 9, Shina March 23 Report at 24; Ex. 6, Still April 17 Report, Exhibit B, at 3).

Response:  Undisputed.

## The Caldwell Series 97ez Balance

20.    Caldwell made and sold in the United States the Caldwell Series 97ez window balance product (Ex. 32, Lelio Dep. Tr. 88:19 - 89:12).

Response:  Undisputed.

21.    The Caldwell Series 97ez balance is a window balance system (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.

7

22.    The Caldwell Series 97ez balance includes a U-shaped channel comprising a plurality of openings (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at l; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:8 10).

Response:  Undisputed.

23.    The Caldwell Series 97ez balance includes a spring connected to a system of pulleys located within the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs,, Appendix C, at l; Ex. 5, Def.'s Supp. Answers to Plf.'s First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.

24.    The Caldwell Series 97ez balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.

25.    The Caldwell Series 97ez balance includes a balance shoe (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:11- 12).

Response:  Undisputed.


26.    The balance shoe of the Caldwell Series 97ez balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 32; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.


27.    The second end of the frame of the balance shoe of the Caldwell Series 97ez balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court. (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 3 - 4; Ex. 9, Shina March 23 Report at 32 - 34; Robertson Dep. Tr. 49:9-19, 51:9-16; Ex. 7, Still Dep. Tr. 135:15-20, 142:24 -143:8).  The Caldwell Series 97ez balance performs the same function as the claimed "pocket" element, in the same way, to achieve the same result (Ex. 9, Shina March 23 Report, at 33).

Response:  Disputed.  The second end of the frame of the balance shoe of the

9

Caldwell Series 97ez balance does not form a pocket positioned in the second end of the frame adapted to mate with a rivet (Still Dec. ¶7, Ex. "C" at p. 8). There is no evidence in the record that the Caldwell Series 97ez balance has a part that performs the same function as a pocket element, in the same way, to achieve the same result. The balance shoe of the Caldwell Series 97ez balance does not touch the rivet near the end of the balance shoe (Ex. 14, Kellum Dep. Tr. 144:3-12; Ex. 13, Batten Dep. Tr. 131:2-7) and, therefore, cannot perform the same function in the same way to achieve the same result as the claimed pocket and rivet.

28.    The balance shoe of the Caldwell Series 97ez balance includes a locking member proximal to the enlarged first end (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.

29.    The balance shoe of the Caldwell Series 97ez balance includes a cam in communication with the locking member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.

30.    The Caldwell Series 97ez balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 6; Ex. 9, Shina March 23 Report at 34; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:13 -17; Batten Dep. Tr. 128:10-19).

Response:  Disputed.  The Caldwell Series 97ez balance has no connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court (Ex. 11, Newman Dep. Tr. 120:23 -122:17; Ex. 9, Still Dep. Tr. 141:8-142:6; Still Dec. at ¶7, Exhibit "C" at p. 8; Ex. 14, Kellum Dep. Tr. at 144:3-12).


31.    The connecting device of the Caldwell Series 97ez balance is a rivet (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D; Ex. 7, Still Dep. Tr. 140:13 - 7; Batten Dep. Tr. 128:10-19).

Response:  Disputed.  The Caldwell Series 97ez balance does not have both the connecting device for attaching the balance shoe within the U-shaped channel of the window balance and a rivet with which the pocket is adapted to mate (Ex. 11, Newman Dep. Tr. 120:23 - 122:17; Ex. 9, Still Dep. Tr. 141:6-142:19; Still Dec. at ¶7, Ex. "C" at p. 8; Ex. 14, Kellum Dep. Tr. at 144:3-12).

32.     The cam of the Caldwell Series 97ez balance is at least partially housed within the enlarged first end of the frame (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.


33.     Rotating the cam of the Caldwell Series 97ez balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.


34.     The locking member of the Caldwell Series 97ez balance shoe comprises two opposing ends integrally connected by a spring member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix C, at 7; Ex. 9, Shina March 23 Report at 35 - 36; Ex. 6, Still April 17 Report, Exhibit D).

Response:  Undisputed.


**The Caldwell Series 97i Balance**

35.     Caldwell made and sold in the United States the Caldwell Series 97i window balance product (Ex. 32, Lelio Dep. Tr. 101:25 -102:16).

Response:  Undisputed.

36.     The Caldwell Series 97i balance is a window balance system (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at l; Ex. 5, Def.'s Supp. Answers        to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:9 -11).

Response:  Undisputed.


37.     The Caldwell Series 97i balance includes a U-shaped channel comprising a plurality of openings (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:12 -15).

Response:  Undisputed.


38.     The Caldwell Series 97i balance includes a spring connected to a system of pulleys located within the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:16 - 19).

Response:  Undisputed.


39.     The Caldwell Series 97i balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of

pulleys, the second cord end connected to a jamb mounting attachment (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:20 - 133:5).

     <u>Response</u>:  Undisputed.


     40.    The Caldwell Series 97i balance includes a balance shoe (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 133:6 - 10).

     <u>Response</u>:  Undisputed.


     41.    The balance shoe of the Caldwell Series 97i balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 43 - 44; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 133:11 - 17).

     <u>Response:</u> Undisputed.


     42.    The second end of the frame of the balance shoe of the Caldwell Series 97i balance forms a pocket positioned in the second end of the frame adapted to mate

with a rivet, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 9, Shina March 23 Report at 43 - 45; Ex. 7, Still Dep. Tr. 135:9-24).

Response:  The Caldwell Series 97i balance has no pocket positioned in the second end of the frame adapted to mate with a rivet.  (Still Dec. ¶7, Ex. "C" at p. 7-8).


43.    The balance shoe of the Caldwell Series 97i balance includes a locking member proximal to the enlarged first end (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 44; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 133:18 - 20).

Response:  Undisputed.


44.    The balance shoe of the Caldwell Series 97i balance includes a cam in communication with the locking member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 44; Ex. 6, Still April 17 Report, Exhibit C; Ex. 7, Still Dep. Tr. 132:21 - 23).

Response:  Undisputed.


45.    The Caldwell Series 97i balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to

Caldwell's Interrogs., Appendix D, at 6; Ex. 9, Shina March 23 Report at 44; Ex. 7,
Still Dep. Tr. 134:11-15; Robertson Dep. 26:1519).

> Response:  Disputed.  The Caldwell Series 97i balance does not include both a
connecting device for attaching the balance shoe within the U-shaped channel of the
window balance and a rivet to which the pocket is adapted to mate (Still Dec. ¶7 Ex. "C"
at p. 7-8).  To the extent that Amesbury is asserting that the rivet element of the claim
and the connecting device element of the claim point to the same part on Caldwell's 97i
balance, such a position is contrary to well established law.

46.    The connecting device of the Caldwell Series 97i balance is a rivet (Ex.
4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex.
9, Shina March 23 Report at 45; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep.
26:15-19).

> Response:  Disputed.  The Caldwell Series 97i balance does not include both a
connecting device for attaching the balance shoe within the U-shaped channel of the
window balance and a rivet to which the pocket is adapted to mate (Still Dec. ¶7, Ex.
"C" at p. 7-8).  To the extent that Amesbury is asserting that the rivet element of the
claim and the connecting device element of the claim point to the same part on
Caldwell's 97i balance, such a position is contrary to well established law.

47.    The cam of the Caldwell Series 97i balance is at least partially housed
within the enlarged first end of the frame (Ex. 4, Amesbury's Second Supp. Response
to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 45 - 46;

Ex. 6, Still April 17 Report, Exhibit C).

    <u>Response</u>:  Undisputed.


48.    Rotating the cam of the Caldwell Series 97i balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 46; Ex. 6, Still April 17 Report, Exhibit C).

    <u>Response</u>:  Undisputed.


49.    The locking member of the Caldwell Series 97i balance shoe comprises two opposing ends integrally connected by a spring member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 46; Ex. 6, Still April 17 Report, Exhibit C).

    <u>Response</u>:  Undisputed.


## The Caldwell Series 97ih Balance

50.    Caldwell made and sold in the United States the Caldwell Series 97ih window balance product (Ex. 32, Lelio Dep. Tr. 82:13 – 83:6.) The Series 97ih balance comprises the same shoe or carrier structure and design as the Series 97i balance (<u>See</u> Batten Dep. Tr. 74:2224).

    <u>Response</u>:  Undisputed.

51.    The Caldwell Series 97ih balance is a window balance system (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 38; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.


52.    The Caldwell Series 97ih balance includes a U-shaped channel comprising a plurality of openings (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9,Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.


53.    The Caldwell Series 97ih balance includes a spring connected to a system of pulleys located within the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.


54.    The Caldwell Series 97ih balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment (Ex. 4,

18

Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.


55.    The Caldwell Series 97ih balance includes a balance shoe (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April17 Report, Exhibit C).

Response:  Undisputed.


56.    The balance shoe of the Caldwell Series 97ih balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C.)

Response:  Undisputed.


57.    The second end of the frame of the balance shoe of the Caldwell Series 97ih balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 9, Shina March 23 Report at

39; Ex. 7, Still Dep. Tr. 135:9-24).

Response:  Disputed.  Caldwell's 97ih does not have a pocket in the second end of its balance shoe (Still Dec.¶7, Ex. "C" at p. 7-8; Ex. 13, Dep. Tr. Batten at 74:22 [indicatiang that there is no difference in the balance shoes of the 97i and 97ih]).

58.     The balance shoe of the Caldwell Series 97ih balance includes a locking member proximal to the enlarged first end (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.

59.     The balance shoe of the Caldwell Series 97ih balance includes a cam in communication with the locking member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 5; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 39; Ex. 6, Still April 17 Report, Exhibit C).

Response:  Undisputed.

60.     The Caldwell Series 97ih balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 6; Ex. 9, Shina March 23 Report at 40; Ex. 7,

Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-19).

   Response:  Disputed.  The Caldwell Series 97ih balance does not include both a connecting device for attaching the balance shoe within the U-shaped channel of the window balance and a rivet with which the pocket is adapted to mate (Still Dec. ¶7, Ex. "C" at p. 7-8; Ex. 13, Dep. Tr. Batten at 74:22 [indicating there is no difference in the balance shoes of the 97i and 97ih]).  To the extent that Amesbury is asserting that the rivet element of the claim and the connecting device element of the claim point to the same part on Caldwell's 97i balance, such a position is contrary to well established law.


   61.    The connecting device of the Caldwell Series 97ih balance is a rivet (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 7, Still Dep. Tr. 134:11-15; Robertson Dep. 26:15-19).

   Response:  Disputed.   The Caldwell Series 97i balance does not include both a connecting device for attaching the balance shoe within the U-shaped channel of the window balance and a rivet with which the pocket is adapted to mate (Still Dec. ¶7, Ex. "C" at p. 7-8; Ex. 13, Dep. Tr. Batten 74:22 [indicating there is no difference in the balance shoes of the 97i and 97ih]).  To the extent that Amesbury is asserting that the rivet element of the claim and the connecting device element of the claim point to the same part on Caldwell's 97i balance, such a position is contrary to well established law.


   62.    The cam of the Caldwell Series 97ih balance is at least partially housed within the enlarged first end of the frame (Ex. 4, Amesbury's Second Supp. Response

to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C).

> Response:  Undisputed.


63.    Rotating the cam of the Caldwell Series 97ih balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C).

> Response:  Undisputed.


64.    The locking member of the Caldwell Series 97ih balance shoe comprises two opposing ends integrally connected by a spring member (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 9, Shina March 23 Report at 41; Ex. 6, Still April 17 Report, Exhibit C).

> Response:  Undisputed.


The Caldwell Quick-Tilt*nc

65.    Caldwell made and sold in the United States the Caldwell Quick-Tilt*nc window balance product (Ex. 32, Lelio Dep. Tr. 94:4 - 15).

> Response:  Undisputed.


66.    The Caldwell Quick-Tilt*nc balance is a mounting assembly (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 1; Ex. 5,

Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23
Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 57:22 -
58:2).

      <u>Response</u>:  Undisputed.


      67.    The Caldwell Quick-Tilt*nc balance includes a channel means having a
rear wall, side walls and at extremities of said side walls, inwardly turned opposed
flanges (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix
A, at 1 - 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9,
Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at 1; Ex. 7, Still
Dep. Tr. 58:3 - 13).

      <u>Response</u>:  Disputed.  Caldwell does not make, use, sell or offer to sell a
channel means, having a rear wall, side walls and at extremities of said side walls,
inwardly turned opposed flanges.  (Zinter Dec. ¶8-11). Caldwell's Quick Tilt*nc
balance does not include a channel means having a rear wall, side walls and at
extremities of said side walls, inwardly turned opposed flanges (Zinter Dec. ¶8-11).
Caldwell's customers supply their own channels with a rear wall, side walls and
inwardly turned opposed flanges (Zinter Dec. ¶8-11). In Mr. Still's April 17 report, he
states:  "The window design must have certain design features in order **to receive a
constant force balance.  It must have jamb tracks in the shape of a channel** with
one side of the channel open, creating flanges on each side" (Still Dec. ¶7, Exhibit "C"
at 5)(emphasis added).  Thus, Caldwell's Quick Tilt*nc constant force balance is
received in the jamb of the window.  Caldwell does not provide the window (Zinter

Dec. ¶8-11).  Caldwell's customers provide the windows which include the jamb having a channel (Zinter Dec. ¶8-11).  Therefore, Caldwell does not provide the jamb with the channel, rear wall, side walls and flanges (Zinter Dec. ¶8-11).

68.    The Caldwell Quick-Tilt*nc balance includes a sash frame support means slidable in said channel means (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex. 5, Def.'s Supp. Answers to Pls.'-First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at l; Ex. 7, Still Dep. Tr. 58:14 - 16).

Response: Disputed to the extent that it implies that Caldwell provides the channel (See Zinter Dec. ¶8-11).

69.    The Caldwell Quick-Tilt*nc balance includes a coiled ribbon spring having a first end engaged with said sash frame support means (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9; Ex. 6, Still April 17 Report, Exhibit A, at l; Ex. 7, Still Dep. Tr. 58:17 - 21).

Response:  Undisputed.

70.    The Caldwell Quick-Tilt*nc balance includes a means for mounting said coiled ribbon spring, as this term was construed by the Court (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 2; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 9 - 10; Ex. 6,

Still April 17 Report, Exhibit A, at 1; Ex. 7, Still Dep. Tr. 58:23 - 59:2).

    Response:  Undisputed.


71.    The coiled body portion of the coiled ribbon spring of the Caldwell Quick-Tilt*nc balance has the other end of the coiled ribbon spring within the coil positioned in the mounting means, while the other end of the coiled ribbon spring is free and unattached to the mounting means (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 9, Shina March 23 Report at 10; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:3 - 18).

    Response:  Undisputed.


72.    The mounting means of the Caldwell Quick-Tilt**nc** balance is secured in the channel means (Ex. 4, Amesbury's Second Supp. Response to Caldwell**'s** Interrogs., Appendix A, at 3; Ex. 5, Def.'s Supp. Answers to Pls.' First Set of Interrogs**.,** Exhibit A; Ex. 9, Shina March 23 Report at 10; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:19-22.)

    Response:  Disputed to the extent that it implies that Caldwell provides the channel.  (See Zinter Dec. ¶8-11).


73.    The mounting means of the Caldwell Quick-Tilt*nc balance has a raised spine positioned between and in the same plane as said inwardly turned opposed flanges of said channel means whereby rotational motion of said mounting means is inhibited

25

(Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 3 - 4; Ex. 9, Shina March 23 Report at 11 - 14; Ex. 6, Still April 17 Report, Exhibit A, at 2; Ex. 7, Still Dep. Tr. 59:23 - 60:5, 72: 4-8).

Response:  Disputed.  Amesbury has taken Mr. Still's testimony out of context. Mr. Still testified that the spine does not inhibit rotation.  The portion of Mr. Still's testimony that Amesbury relies upon is incomplete.  Mr. Still was shown a balance which was not screwed in and was pulled partially out of its channel.  When the balance is placed fully within the channel, Mr. Still again confirmed that the spine does not inhibit rotation (Ex. 9, Still Dep. Tr. 70:6-10 (emphasis added)).

Q:  Okay. I would like to show you, Mr. Still, I have taken Still Exhibit 10 and I have inserted the Quick-Tilt balance **partially into** the channel, correct?

A.  Yes.

. . .

(Continuing at Ex. 9, Still Dep. Tr. 71:13-16):

Q:  When I put it in there even further, I can wiggle it and still cause the spine to hit the wall of the flanges, correct?

A:  That is correct.

. . .

(Continuing at Ex. 9, Still Dep. Tr. 72:4-73:13):

Q: -Independent of whether additional features of the Caldwell balance inhibit rotation, in this assembly, this spine also inhibits rotation of the balance, correct?

A. It can.

Q:  Do you know whether Caldwell sold Quick-Tilt balances to any customer installing those balances in jambs configured like those we have marked as Still Exhibit 10?

26

A: I do not.

Q. So can we agree that in some applications it's your opinion that -- strike that. So it's your opinion that in certain installations, the spine on Caldwell's Quick-Tilt does not inhibit rotation because it's narrower than the gap defined by the flanges, correct?

MR. SLIFKIN: Objection.

Q: And in other installations having narrower gaps, the spine can inhibit rotation, correct?

MR. SLIF'KIN: Objection.

A. **It does not. Let me show you**. When you had this pulled out**,** you are disregarding the top cover which is a tighter tolerance than the body of  the element**.** If you put the unit all the way in, the top of the mounting element acts as an anti-rotation as well.

Q: In addition to the spine, correct?

A:  **In addition, no**. In addition to the body of the element itself. In other words, it has a tighter tolerance because it is designed to be tight, tighter than the actual mounting element. **So the spine does not have any relationship to the rotation at all.**  (emphasis added)).

On redirect, Mr. Still further clarified that Mr. Kline was asking questions about a balance which was partially out of the channel (Ex. 9, Still Dep. Tr. 148:12-25):

Q: And Mr. Kline asked you a number of questions about the function of the spine and its role if any in inhibiting rotation; do you recall that testimony?

A:  Yes, I do.

Q: When he did that, he held the shoe partially in and partially out of the channel; do you recall that?

A: Yes

Q:  When a window balance is installed in a window and the window it is fully assembled in a building, does the shoe ever hang partially out of the channel?

A: It does not.

74.     The mounting means of the Caldwell Quick-Tilt*nc balance has a support surface disposed in contact with the outer surface of the coiled body portion of the coiled ribbon spring during movement of the coiled ribbon spring as the sash support means moves in the channel means (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 4; Ex. 9, Shina March 23 Report at 14 - 15; Ex. 6, Still April 17 Report, Exhibit A, at 2 - 3).

Response:  Disputed to the extent that it implies that Caldwell makes, uses, sells or offers to sell channels (See response to ¶67 infra. citing Zinter Dec. at ¶8-11).

75.     The mounting means of the Caldwell Quick-Tilt*nc balance has a body portion having an aperture, a fixing screw positioned in the aperture by which the mounting means is secured relative to the channel means, a surface of the body portion being concavely curved, the coiled body portion of the coiled ribbon spring being in contact with and supported by the curved surface of the body portion (Ex. 4, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix A, at 4 - 5; Ex. 9, Shina March 23 Report at 15 - 16; Ex. 6, Still April 17 Report, Exhibit A, at 3).

Response:  Disputed to the extent that it implies that Caldwell makes, uses, sells or offers to sell channels (See response to ¶67 infra. citing Zinter Dec. at ¶8-11).

76.     The mounting means of the Caldwell Quick-Tilt*nc balance has a projection means, positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, whereby rotational movement of the mounting

means is inhibited (Ex. 4,Amesbury's Second Supp. Response to Caldwell's Interrogs.,

Appendix A, at 7 - 8; Ex. 9, Shina March 23 Report at 17 - 21; Ex. 6, Still April 17

Report, Exhibit A, at 5; Ex. 7, Still Dep. Tr. 59:23 - 60:5, 72: 4-8).

     Response:  Disputed.  See Response to S.O.F. ¶34-46.


**Prosser '797 Patent**

     77.     Prosser discloses a window balance designed to be mounted to a window

jamb (See Ex. 10, Prosser `797 patent, col. 1, 11. 8-28).

     Response:  Undisputed.


     78.     The Prosser window balance is stationary in the jamb and includes a

bottom plate that is attached to the window sash. The bottom plate alone moves with the

sash while the rest of the balance is stationary and is mounted to the jamb(See Ex. 10,

Prosser `797 patent, col. 3, 11. 18-26).

     Response:  Undisputed.


     79.     Prosser does not disclose any of a top guide, a bottom guide, and a bottom

guide roller rotatably mounted in a bottom guide (Ex. 7, Still Dep. Tr. 100:15 - 101:2;

102:15 104:3; Ex. 11, Shina April 18 Report, at 21, 22).

     Response:  Disputed.   Prosser includes a top guide, a bottom guide and a

bottom guide roller (Ex. 9, Still Dep. Tr. 99:21 - 100:4; Still Dec. ¶7 Exhibit "A" at 6-

7).

80.     Prosser does not disclose a first cord end being attached to the translatable pulley block unit (Ex. 7, Still Dep. Tr. 97:6-9; Ex. 10, Prosser `797 patent, col. 3, 11. 18 - 22 and Figure 5).

Response:  Undisputed, but objected to as irrelevant.


81.     Prosser does not disclose a second cord end that is attachable to a jamb (Ex. 10, Prosser `797 patent, col. 3, 11. 18 - 22 and Figure 5; Ex. 11, Shina April 18 Report, at 23).

Response: Undisputed, but objected to as irrelevant.


82.     Prosser does not suggest combining the teachings of Prosser with the teachings of any other reference to achieve any of the inventions of the patents-in-suit (See generally Ex. 10, Prosser `797 patent).

Response:  Undisputed but objected to as irrelevant.  The relevant combination is taking the admitted prior art in the '264 Patent and adding to it the bottom guide roller of Prosser (Still Dec. at ¶7, Exhibit "A" at 6-7).


## Thompson '011 Patent

83.     Thompson discloses a window balance for a tiltable window, where the top end of the balance is screwed into the window sash (See Ex. 12, Thompson `011 patent Abstract, and Fig. 4).

Response:  Undisputed, but objected to as irrelevant.

84.    Thompson does not disclose a top guide (See Ex. 12, Thompson `011 patent; Ex. 13, Def.'s Second Supp. Ans. to Pls.' First Set of Interrogs.; Ex. 14, Still March 8 Report, Exhibit A, at 1).

Response:  Undisputed, but objected to as irrelevant.

85.    Thompson does not disclose not disclose a bottom guide and does not disclose a bottom guide roller rotatably mounted in a bottom guide (See Ex. 12, Thompson `011 patent; Ex. 11, Shina April 18 Report at 12).

Response:  Disputed. Thompson includes a bottom guide with a bottom guide roller (Ex. 11, Newman Dep. Tr. 18:21-19:20; Still Dec. at ¶7, Exhibit "A" at 6-7).

86.    Thompson does not suggest combining the teachings of Thompson with the teachings of any other reference to achieve any of the inventions of the patents-in-suit (See Ex. 12, Thompson `011 patent, col. 5, 11. 8-9; Ex. 11, Shina April 18 Report, at 11).

Response:  Undisputed but objected to as irrelevant.  The relevant combination is taking the admitted prior art in the '264 Patent and adding to it the bottom guide roller of Thompson '011.   Amesbury has it backwards.

**Sterner '808 Patent**

87.    Sterner does not disclose a raised spine, as the term was construed by the Court (See Ex. 18, Sterner `808 patent, Fig. 12; Ex. 11, Shina April 18 Report, at 2).

Response:  Disputed.  Sterner contains all of the elements disclosed in claims 1,

31

2, 3 and 8 of the '638 Patent, thereby anticipating those claims (Still Dec. ¶7, Exhibit "B" at 6; Ex. 10, Shina Dep. Tr. at 179:20-185:24).

88.    Sterner does not disclose a projection means on the mounting means, as the term was construed by the Court (See Ex. 18, Sterner `808 patent, Fig. 12; Ex. 11, Shina April 18 Report at 2).

Response:  Disputed.   Sterner contains all of the elements disclosed in claims 1, 2, 3 and 8 of the '638 Patent, thereby anticipating those claims (Still Dec. ¶7, Ex. "B" at 6; Ex. 10, Shina Dep. Tr. at 179:20-185:24).

89.    Sterner does not disclose a raised spine or projection positioned between and in the same plane as inwardly opposed flanges of a channel means (See Ex. 18, Sterner `808 patent, Figures 3 and 6; Ex. 7; Ex. 9, Still Dep. Tr. 53:22 - 54:17; Ex. 11, Shina April 18 Report, at 3).

Response:  Disputed.  Sterner contains all of the elements disclosed in claims 1, 2, 3 and 8 of the '638 Patent, thereby anticipating those claims (Still Dec. ¶7, Exhibit "B" at 6; Shina Dep. Tr. at 179:20-185:24).

90.    Sterner does not disclose inhibiting rotational movement of the mounting means. (Ex. 18, Sterner 808 patent; Ex. 7, Still Dep. Tr. 40:11-16).

Response:  Disputed.  Sterner contains all of the elements disclosed in claims 1, 2, 3 and 8 of the '638 Patent, thereby anticipating those claims (Still Dec. ¶7, Exhibit "B" at 6; Shina Dep. Tr. at 179:20-185:24).

91.    Sterner does not suggest combining the teachings of Sterner with the teachings of any other reference to achieve any of the inventions of the patents-in-suit (See generally, Ex. 18, Sterner `808 patent).

Response:  Disputed and irrelevant.  No combination is necessary.  See generally, Amesbury Ex. 18, Sterner '808 Patent.


**Other Prior Art References Cited in Caldwell's Interrogatory Responses**

92.    U.S. Patent No. 3,114,178 to Wood does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, or a translatable pulley block unit moveable within the channel (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 6; Ex. 21, `178 patent, Figure 1).

Response:  Disputed.  (See Slifkin Dec. ¶8, Ex. 8, [Def.'s Second Supp. Answers to P.'s First Set of Interrogs., at 6]).


93.    U.S. Patent No. 3,449,862 to Biro does not disclose any of a translatable pulley block unit moveable within the channel or a bottom guide roller rotatably mounted in a bottom guide (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 7; Ex. 22, `862 patent, Fig. 1).

Response:  Disputed.  Mr. Newman, an admitted expert in window balances, testified (albeit reluctantly) that the bottom guide roller of Biro was in the bottom guide (Ex. 11, Newman Dep. Tr. 61:24-62:17):

Q.  Is the, does part of the turnaround roller project into the bottom guide?

A.  No, not very far.  I mean, it's, the center line of the axle coincides with the tip of the, of the cam.

 Q.   You said not very far, so it does to some extent?

A.  Well, slightly.

Q.  Is the -- in fact, everything below the axle projects into the bottom guide, isn't that correct?

A.  Yes.

Q.  So perhaps forty percent of that roller is in the bottom guide, is that accurate?

A.  Yes, I --

Q.  At least forty percent?

A.  I mean, it's not mounted to it, but it's somewhat projected down into the caming surface of the guide, yes.

(See also Def.'s Second Supp. Answers to P.'s First Set of Interrogs., at 7, Ex. 8)


94.     U.S. Patent No. 4,704,821 to Berndt does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, a fixed pulley block unit, or a translatable pulley block unit (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 8; Ex. 23, `821 patent, Figure 6.)

Response:  Disputed (See Def.'s Second Supp. Answers to P.'s First Set of Interrogs., at 8, Ex. 8).  Also, objected to as irrelevant.  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.


95.     U.S. Patent No. 4,089,085 to Fitzgibbon does not disclose a bottom guide roller rotatably mounted in a bottom guide (See Ex. 24, `085 patent, Figure 1; Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 9).

34

<u>Response</u>:  Disputed and objected to as irrelevant.  (<u>See</u> Def.'s Second Supp. Answers to Pl.'s First Set of Interrogs., at 8, Ex. 8).  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.

96.     Japanese Utility Model JITUSKAI S62-19485 does not disclose any of a top guide, a bottom guide, a bottom guide roller rotatably mounted in a bottom guide, a fixed pulley block unit, a translatable pulley block unit, a spring, or a cord (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 11; Ex. 25, JP `485 patent).

<u>Response</u>: Objected to as irrelevant.  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.

97.     U.S. Patent No. 6,041,476 to DeNormand does not disclose a balance shoe comprising a frame with an enlarged first end and wherein the shoe forms a pocket positioned in the second end of the frame adapted to mate with a rivet (<u>See</u> Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 14; Ex. 26, `746 patent.) The DeNormand `746 patent also does not disclose a balance shoe with any of a locking member or a cam (<u>See</u> Ex 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 14; Ex. 26, `746 patent).

 <u>Response</u>:  Objected to as irrelevant.  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.

98.     U.S. Patent No. 4,704,821 to Berndt does not disclose any of a system of

pulleys, a locking member, or a cam (See Ex. 13, Def.'s Second Supp. Answers to Pls.'
First Set of Interrogs., at 15; Ex. 23, `821 patent).

   Response:  Objected to as irrelevant.  This fact does not address the issue of a
combination of references under 35 U.S.C. § 103.


   99.    U.S. Patent No. 5,301,467 to Schmidt does not disclose any of a balance
shoe with an enlarged first end, a cord, or a system of pulleys (See Ex. 13, Def.'s
Second Supp. Answers to Pls.' First Set of Interrogs., at 16; Ex. 27, `467 patent).

   Response:  Disputed and objected to as irrelevant.  This fact does not address
the issue of a combination of references under 35 U.S.C. § 103.


   100.    U.S. Patent No. 5,069,001 to Makarowski does not disclose any of a
sash frame support means, a coiled ribbon spring, or a means for mounting the coiled
ribbon spring (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at
19; Ex. 28, `001 patent).

   Response:  Disputed and objected to as irrelevant.  This fact does not address
the issue of a combination of references under 35 U.S.C. § 103.


   101.    Japanese Utility Model No. JIKKOHEI8-9334 does not disclose any of
a sash frame support means, a coiled ribbon spring, or a means for mounting the coiled
ribbon spring (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs.,
at 20; Ex. 31, JIKKOHEI-9334.)

   Response:  Disputed and objected to as irrelevant.  This fact does not address

the issue of a combination of references under 35 U.S.C. § 103.

102.    Japanese Utility Model No. JIKKAIHE14-119083 does not disclose any of a sash frame support means, a coiled ribbon spring, or a means for mounting the coiled ribbon spring, a raised spine, and a projection means (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 21; Ex. 29, JIKKAIHEI4-119083).

Response:  Disputed and objected to as irrelevant.  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.

103.    Japanese Utility Model No. JIKKOHEI14-112279 does not disclose any of a sash frame support means, a coiled ribbon spring, a means for mounting the coiled ribbon spring, a raised spine, or a projection means (See Ex. 13, Def.'s Second Supp. Answers to Pls.' First Set of Interrogs., at 22; Ex. 30, JIKKOHEII4-112279).

Response:  Disputed and objected to as irrelevant.  This fact does not address the issue of a combination of references under 35 U.S.C. § 103.

**Tri-State Windows**

104.    Caldwell sold Quick-Tilt*nc balance products to Tri-State Wholesale Building Supplies, Inc. of Cincinnati, Ohio ("Tri-State") in 2005(See Ex. 37, Caldwell Sales and Invoice Spreadsheet Data).

Response:  Undisputed, and the second contains no admissible evidence substantiating this allegation.

105.    Tri-State uses the Quick-Tilt*nc balance product in window jambs of the same relevant configuration as that of Still Deposition Exhibit 10 (See Ex. 38, Printout of the Tri-State website).

Response:  Disputed.  As a preliminary matter, Ex. 38 is a document that was never produced by or to Caldwell during discovery.  It does not bear a document production number of either party and, in fact, appears to have been printed from the Internet on the day Amesbury filed its motion for summary judgment.  No witness has ever testified as to its contents, accuracy or the truth of any matter asserted on the page. In fact, no witness has ever identified the web page as that of Caldwell's customer.  No witness has testified that the photograph on the web page is that of an actual Tri-State window or simply a window image selected by the web site designer.  No witness has testified that the photograph is of a window which is sold with a Caldwell balance. There is no evidence of record linking the photograph from the website to Still Deposition Exhibit 10.

Furthermore, the web page is not evidence in admissible form as required by Local Rule 56.1 and Federal Rule 56(e).  When did it become acceptable to print off a page from the internet of a third party's website and call information on the page evidence? It is not evidence of anything.

Even if the web page were acceptable evidence of something, the configuration of the window jamb in the web page cannot be determined from the photograph on that page (Zinter ¶18-20).  The jamb configuration of the photograph on the web page is indistinguishable from the jamb configurations which Dr. Shina concluded, when combined with Caldwell balances do not infringe the '638 Patent (See Caldwell

S.O.F.¶48-59).


Dated:  June 9, 2006                              LURIE & KRUPP, LLP
                                                  By:

                                                  /s/ Thomas E. Lent_____
                                                  David E. Lurie, BBO#542030
                                                  Thomas E. Lent, BBO#644970
                                                  One McKinley Square
                                                  Boston, MA  02109
                                                  Telephone   617-367-1970

                                                  HARRIS BEACH PLLC
                                                  Paul J. Yesawich, III
                                                  Neal L. Slifkin
                                                  David J. Edwards
                                                  Laura W. Smalley
                                                  99 Garnsey Road
                                                  Pittsford, NY  14534
                                                  585 419 8800

                                                  *Attorneys for Defendant*
                                                  *Caldwell Manufacturing Company*