UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC. and
AMESBURY SPRINGS, LTD.,

                Plaintiffs,

                                                                         Civil Action No. 05-CV-10020

Vs-

THE CALDWELL MANUFACTURING CO.,

                Defendant.
_____

CALDWELL'S LOCAL RULE 56.1 STATEMENT OF
ADDITIONAL FACTS REQUIRING DENIAL OF
AMESBURY'S MOTION FOR SUMMARY JUDGMENT

## '264 Patent Non-infringement

1. The Caldwell Series 86xt balance includes a fixed pulley block connected to the channel having three pulleys therein (Still Dec. Ex. "C" at p. 7).

2. The Caldwell Series 86xt balance does not include a bottom guide roller (Still Dec. Ex. "C" at p. 7).

3. A pulley is not a roller (Ex. 11, Newman Dep. Tr. 23:12-13; Ex. 9, Still Dep. Tr. 99:4-20; Still Dec. ¶¶ 10-12; Still Dec. Ex. "C" at p. 7).

4. There is no evidence of record that a pulley performs substantially the same function in substantially the same way to achieve substantially the same result as a roller.

5. A pulley does not perform substantially the same function as a roller (Still Dec. ¶ 12).

## '264 Patent Invalidity

6. Fig. 2A in U.S. Patent No. 6,598,264 (the '264 Patent) discloses the admitted prior art ('264 Patent, Fig. 2A, '264 Patent, Col. 2:32-33).

7. The admitted prior art includes a spring, a translatable pulley a fixed pulley, a roller, and a cord housed within a channel ('264 Patent Col. 3:19-22).

8. The admitted prior art includes a top guide and a bottom guide. The top guide is angled. The bottom guide includes a channel sized to receive a portion of a window sash ('264 Patent Col. 3:31-35).

9. U.S. Patent No. 6,840,011 issued to Thompson (The "Thompson" Patent) discloses a bottom guide roller and a bottom guide (Ex. 11, Newman Dep. Tr. 18:17 - 20:4; Still Dec. at ¶7, Ex. "A" at p. 6-7).

10. The window balance disclosed in the Thompson Patent (the "Thompson device") was sold by Amesbury as its Series 728 balance more than a year prior to the filing date of the '264 Patent (Ex. 11, Newman Dep. Tr. 5:4 - 6:6).

11. At the time the invention of the '264 Patent was made, there was a well-known need in the window balance industry to extend the travel of window balances (Ex. 12, Zinter Dep. Tr. 37:5 - 38:25, 43:9-16).

12. One of ordinary skill in the art at the time the invention of the '264 Patent was made would have been motivated to take the admitted prior art and add to the bottom guide roller of the Thompson Device to satisfy the well-known need in the window balance industry to extend the travel of window balances (Ex. 10, Shina Dep. Tr. 195:19 - 198:14; Zinter Dep. Tr. 37:5 - 38:25, 43:9-16).

13. It would have been obvious to one of ordinary skill in the art at the time the invention was made to take the admitted prior art from the '264 Patent and add to it a bottom guide roller rotatably mounted in the bottom guide found in the Thompson Device (Still Dec. Ex. "A" at p. 7).

14. Taking the admitted prior art in Figure 2A of the '264 Patent and adding to it the bottom guide roller from the Thompson Device would extend the travel of the window. (Ex. 11, Newman Dep. Tr. 39:23 - 40:13).

## '368 Non-infringement

15. The Caldwell Series 97ez balance does not include a pocket positioned in the second end of the frame (Still Dec. Ex. "C" at p. 8).

16. The Caldwell Series 97ez balance does not include a pocket in the second end of the frame adapted to mate with a rivet (Still Dec. Ex. "C" at p. 8).

2

17.     The Caldwell Series 97ez balance does not include a pocket in the second end of the frame that secures the balance to the frame (Still Dec. Ex. "C" at p. 8).

18.     The Caldwell Series 97ez balance does not include a pocket that mates with a rivet (Ex. 14, Kellum Dep. Tr. 144:3-12).

19.     The Caldwell Series 97ez balance does not include a pocket that touches a rivet (Ex. 14, Kellum Dep. Tr. 144:3-12; Ex. 13, Batten Dep. Tr. 131:2-7).

20.     Mr. Gary Newman is the inventor of the '264 Patent, is an employee of Amesbury and claims to be an expert in the construction of window balances (Ex. 11, Newman Dep. Tr. 121:23-122:17; Ex. 16, Newman Rule 30(b)(6) Dep. Tr. 19:14-21:9).

21.     Mr. Newman is skilled in reviewing engineering drawings (Ex. 16, Newman Rule 30(b)(6) Dep. Tr. 19:14-21:9; Ex. 11, Newman Dep. Tr. 121:23 - 122:17).

22.     Mr. Newman was unable to find a connecting device in engineering drawings of Caldwell's 97ez balance (Ex. 11, Newman Dep. Tr. 120:23 - 122:7).

23.     There is no evidence of record that the Caldwell Series 97ez balance has a part which performs the same function in the same way to achieve the same result as the claimed pocket.

24.     There is no difference in the balance shoes of the 97i and 97ih products of Caldwell (Ex. 13, Batten Dep. Tr. 74:22-24).

25.      The Caldwell Series 97i balance does not have both a rivet that mates with a pocket and a connecting device (Still Dec. ¶7, Ex. "C" at p. 7-8; Ex. 13, Batten Dep. Tr. 143:6-12).

26.     The Caldwell Series 97ih balance does not have both a rivet that mates with a pocket and a connecting device (Still Dec. ¶7, Ex. "C" at p. 7-8; Ex. 13, Batten

3

Dep. Tr. 143:6-12; see also Ex. 13, Batten Dep. Tr. 74:22 (indicating that there is no difference in the balance shoes of the 97i and 97hi)).

'638 Non-infringement

27. Caldwell does not make, use, sell or offer to sell any products which include a channel for use in connection with its Quick-Tilt*nc balance (Zinter Dec. ¶ 8-10).

28. Caldwell does not make, use, sell or offer to sell any products which include a channel means for use in connection with its Quick-Tilt*nc balance (Zinter Dec. ¶¶ 8-10).

29. Caldwell does not make, use, sell, or offer to sell any products which include a channel having a rear wall, side walls and an extremities of said sidewalls, inwardly turned opposed flanges (Zinter Dec. ¶¶ 8-10).

30. Caldwell does not sell jambs, frame jambs, window jambs or jamb liners (Zinter Dec. ¶ 6-10).

31. Caldwell sells window balances which are mounted by Caldwell's customers in the channels of jambs manufactured and sold by companies other than Caldwell (Zinter Dec. ¶ 9).

32. The mounting means of the Caldwell Quick-Tilt*nc balance which was designated Still Exhibit 10 was not secured in the channel means (because it was not screwed into the channel) (Ex. 10, Shina Dep. Tr. 44:20 - 45:6; Ex. 9, Still Dep. Tr. 72:4-73:13, 148:12-25).

4

33. Mr. Still testified that the dust cover and the body of the housing, and not the spine, of Still Exhibit 10 would inhibit rotation, if the housing were properly installed in the channel (Ex. 9, Still Dep. 72:14 - 74:24).

34. The mounting means of the Caldwell Quick-Tilt*nc balance that was examined by Dr. Shina in conducting his infringement analysis was not properly installed because it was not secured in the channel (Ex. 10, Shina Dep. Tr. 44:20 - 45:6).

35. The mounting means of the Caldwell Quick-Tilt*nc balance that was examined by Dr. Shina in conducting his infringement analysis was not secured in the channel means by a screw (Ex. 10, Shina Dep. Tr. 44:20 - 45:6).

36. If the mounting means of the Caldwell Quick-Tilt*nc balance is not secured to the channel means, the balance will not function as a balance (Ex. 10, Shina Dep. Tr. 44:3-19).

37. Dr. Shina never examined any Caldwell Quick-Tilt*nc balance which was properly installed in a channel (Ex. 10, Shina Dep. Tr. 44:3 - 44:6).

38. When properly mounted by a screw, frictional forces between mounting means of the Caldwell Quick-Tilt*nc balance and the channel means resist rotation of the mounting means (Ex. 10, Shina Dep. Tr. 74:24 - 75:20).

39. There is no evidence of record that the rotational force caused by the coil spring is greater than the resisting forces between mounting means of the Caldwell Quick-Tilt*nc balance and the channel means (Ex. 10, Shina Dep. Tr. 78:2 - 79:24).

40. If the forces resisting rotation of the mounting means of the Caldwell Quick-Tilt*nc balance are greater than the forces causing the mounting means to rotate,

5

the mounting means will not rotate (Ex. 10, Shina Dep. Tr. 78:19 - 79:20; Ex. 10, Shina Dep. Tr. 117:5-10).

41. There is no evidence of record that a Caldwell Quick-Tilt*nc balance will ever rotate when properly installed in a channel.

42. Dr. Shina has never observed rotation of the mounting means in a jamb channel (Ex. 10, Shina Dep. Tr. 60:8-15).

43. Rotation of the mounting means must begin before the spine can touch the flange to prevent rotation (Ex. 10, Shina Dep. Tr. 92:20 - 93:1).

44. If the spacing between the spine and the flange is such that the spine cannot touch the flange, the spine cannot prevent rotation (Ex. 10, Shina Dep. Tr. 91:21-92-11).

45. For a Quick-Tilt*nc balance to infringe the '638 patent, the spine must contact the flange of the channel. (Ex. 10, Shina Dep. Tr. 93:2-8, 98:2-16).

46. The spine on the Caldwell Quick-Tilt*nc balance does not touch the flange (Ex. 13, Batten Dep. Tr. 164:4-6).

47. Dr. Shina did not measure the forces tending to cause the housing of the Caldwell Quick-Tilt*nc to rotate or the forces tending to resist rotation of the housing (Ex. 10, Shina Dep. Tr. 77:4-79:24).

48. There is no evidence of record that Still Exhibit 10 includes a window jamb manufactured by or for Tri-State Wholesale Building Supplies, Inc., of Cincinnati, Ohio ("Tri-State").

49. There is no evidence of record that Still Ex. 10 includes a jamb manufactured by or for any Caldwell customer.

50. There is no evidence of record that the window jamb in Ex. 38 to the Declaration of Safraz Ishmael ("Ex. 38") represents a window offered for sale.

51. There is no evidence of record that the channel geometry of Still Exhibit 10 is the same as is found in the Tri-State window product shown on Tri-State's website.

52. The flange separation, which varies on jambs from different manufacturers, cannot be determined from the window jamb photograph shown in Ex. 38 (Zinter Dec. ¶ 11-18).

53. There is no evidence of record that the window jamb shown in Ex. 38 is the same relevant configuration as that of Still deposition Exhibit 10.

54. The jamb of Ex. 38 is the same type as found in Shina Ex. 7 (Zinter Dec. ¶ 19).

55. Dr. Shina concluded that the Caldwell Quick-Tilt*nc balance, Shina Ex. 6, as installed in a window jamb in Shina Ex. 7 does not infringe claims 1 or 8 of the '638 Patent (Ex. 10, Shina Dep. Tr. 115:4-13).

56. The jamb of Ex. 38 is the same type as found in Shina Ex. 5 (Zinter Dec. ¶ 19).

57. Dr. Shina concluded that the Caldwell Quick-Tilt*nc balance, Shina Ex. 6, as installed in a window jamb in Shina Ex. 5 does not infringe claims 1 or 8 of the '638 Patent (Ex. 10, Shina Dep. Tr. 115:14 - 116:11).

58. The jamb of Ex. 38 is the same type as found in Braid Ex. 9 (Zinter Dec. ¶ 19).

59.     Dr. Shina concluded that the Caldwell Quick-Tilt*nc balance as installed in a window jamb in Braid Ex. 9 does not infringe claims 1 or 8 of the '638 Patent (Ex. 10, Shina Dep. Tr. 118:15 - 120:3).

60.     Shina Ex. 5 is a jamb used by Caldwell's second largest customer of Quick-Tilt*nc balances, Anlin Industries, Inc. (Zinter Dec. ¶12).

61.     Shina Ex. 7 is a jamb used by Caldwell's second largest customer of Quick-Tilt*nc balances, Accu-Weld Replacement Window & Door Co. (Zinter Dec. ¶13).

62.     Caldwell sells at least 70 percent of its Quick-Tilt*nc balances to customers who use window jambs identical to Shina Ex. 5 and Shina Ex. 7. (Zinter Dec. at ¶ 14).

## '638 Invalidity

63.     Still Ex. 5 is a window balance manufactured by the owner of the Sterner reference (Zinter Dec. ¶ 17).

64.     The Sterner product, Still Ex. 5, includes a raised spine (Ex. 10, Shina Dep. Tr. 182:19 - 183-22).

65.     The Sterner product, Still Ex. 5, includes a raised spine positioned between and in the same plane as inwardly opposed flanges of a channel means (Ex. 10, Shina Dep. Tr. 180:7 – 18).

66.     The raised spine of the Sterner product, Still Ex. 5, inhibits rotational movement of the mounting means (Ex. 10, Shina Dep. Tr. 185:13-24).

Dated: June 9, 2006

LURIE & KRUPP, LLP
By:

/s/ Thomas E. Lent_____
 David E. Lurie, BBO#542030
 Thomas E. Lent, BBO#644970
One McKinley Square
Boston, MA  02109
Telephone  617-367-1970

&

HARRIS BEACH PLLC
Paul J. Yesawich, III
Neal L. Slifkin
David J. Edwards
Laura W. Smalley
99 Garnsey Road
Pittsford, NY  14534
585 419 8800

*Attorneys for Defendant*
*Caldwell Manufacturing Company*

9