IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

          Plaintiffs,

vs.                                                                  No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

          Defendant.

## MOTION TO SEAL

Pursuant to Local Rule 7.2 of the Local Rules of the United States District Court for the District of Massachusetts, defendant the Caldwell Manufacturing Company ("Caldwell") hereby moves to impound Exhibits 11 and 16 to the Declaration of Neal L. Slifkin in Opposition to Amesbury's Motion for Summary Judgment of Infringement and That The Asserted Claims Are Invalid.  As grounds for this motion, Caldwell states as follows:

1.       The parties designated certain documents in this litigation as "confidential-attorneys' eyes only." Certain of these documents, as well as other confidential matters, were addressed at the deposition of Gary R. Newman.  Therefore, the parties agreed to designate the transcripts of the depositions as "confidential-attorneys' eyes only."

2.       Pursuant to the Stipulated Protective Order executed by the Court on August 24, 2005, all documents designated by a party as "confidential-attorneys' eyes

only" must be filed under seal with the Court.  Therefore, the party filing any such document must also file a motion to impound.

3.      In accordance with the Stipulated Protective Order, Caldwell requests that the Court maintain Exhibits "11" and "16" to the Slifkin Declaration, which consist of the deposition transcript of Mr. Newman, as confidential.  The papers will be filed electronically without the confidential information.

4.      Caldwell requests that the impounding order be lifted only upon further Order of the Court, and that the papers be kept in the Clerk's non-public information file during any post-impoundment period.

WHEREFORE, defendant Caldwell respectfully requests that the Court allow its Motion to Impound.

Dated: June 9, 2006                             The Caldwell Manufacturing Company

By its attorneys,

/s/ Thomas E. Lent_____
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Telephone: 617-367-1970
-and-

Paul J. Yesawich, III
Neal L. Slifkin
David J. Edwards
Laura W. Smalley
*Attorneys for Defendant*