# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

      Plaintiffs,

    v.

THE CALDWELL MANUFACTURING CO.,

      Defendant.

Civil Action
No. 05-CV-10020

## DECLARATION OF DOUGLAS ZINTER

I, DOUGLAS ZINTER, hereby declare as follows:

1.    I am Product Marketing Manager of Caldwell Manufacturing Company ("Caldwell").

2.    I am responsible for marketing Caldwell's products.

3.    I am also involved in the phase of new product development and the maintenance of existing product lines and serve as the principal person through whom communications between Caldwell's customers and engineering department flow.

4.    I have been employed by Caldwell for 22 years and am familiar with all products that Caldwell sells.

5.    Caldwell's Quick-Tilt *nc is a window balance designed to fit inside the channel of a jamb.

6.    Jambs are sometimes referred to as window jambs, or frame jambs. These terms all generally describe the part of a window which is opposite the sash when installed.

7.    Jambs have channels (sometimes referred to as pockets) designed to accommodate balances.

8.    Caldwell does not make, sell, or offer to sell jambs, either alone or in connection with our Quick-Tilt*nc.[1]

9.    We sell our Quick-Tilt *nc balances to customers who provide their own jambs. Either the customers make the jambs themselves or purchase the jambs from a supplier other than Caldwell.

10.   These jambs manufactured by companies other than Caldwell include a channel with a rear wall, side walls and at extremities of the side walls, inwardly turned opposed flanges.

11.   The spacing between the flanges is not standardized in the industry and varies from manufacturer to manufacturer.

12.   I have examined Exhibit 5 from the deposition of Sammy Shina. On the back of that Exhibit is the hand-written number 2. I wrote that number 2 on that jamb prior to the deposition of Mr. Shina. That jamb is used by Caldwell's second largest customer of Quick-Tilt *nc balances, Anlin Industries, Inc. ("Anlin"). Photographs containing fair and accurate representations of Anlin's window jamb with an uninstalled Quick-Tilt*nc (Shina Ex. 6) slid into the channel between the flanges (Shina Ex. 5) are attached as Exhibit A.

---

[1]  Although jambs are used in Caldwell's own windows, I am not aware of any instance in which we use our Quick-Tilt *nc balances in any of our buildings.

13. I have examined deposition Exhibit 7 from the deposition of Mr. Shina. Prior to his deposition, I wrote the number 1 on the back of that jamb. The jamb is used by Caldwell's largest customer for Quick-Tilt*nc, Accu-weld Replacement Window & Door Co. ("Accu-weld"). Photographs fairly and accurately depicting Accu-weld's jamb (Shina Exhibit 7) with an uninstalled Quick-Tilt*nc (Shina Exhibit 6) slid into the channel between the flanges are attached as Exhibit B.

14. Together, Caldwell currently sells over 70% of its Quick-Tilt*nc balances to Anlin and Accu-weld.

15. I have also examined the jamb which forms part of Exhibit 9 to the deposition of Simon Braid.

16. Braid Exhibit 9 is the only example of a Quick-Tilt*nc that has been marked as an exhibit in this case which is properly installed in a jamb with a screw so that the balance will operate. Photographs fairly and accurately depicting Braid Exhibit 9 are attached as Exhibit C.

17. Attached at Exhibit D are photographs fairly and accurately representing Still Exhibit 5, which is a balance Caldwell has had in its possession for many years. Caldwell obtained this balance from a customer of Product Design and Development, Inc., the assignee of Maurice Sterner's Patent No. 5,157,808. As noted in Charles Still's Report of March 13, 2006, and as clearly shown in the attached photographs, this balance is comprised of several elements, among them being a raised spine in the same plane and snugly fitting between the inwardly turned, opposed flanges of the window jamb.

18. I have examined Exhibit 38 of Amesbury's Statement of Material Facts which appears to be a page from the website of Tri-State Wholesale Building Products,

3

Inc. From Exhibit 38, it is not possible to determine the flange separation. In fact, there is no cross-sectional view of the jamb in that Exhibit from which you could determine the flange separation.

19.     The jamb shown in Exhibit 38 appears to be similar to the types of jambs found in Shina Exhibit 5, Shina Exhibit 7 and Braid Exhibit 9.

20.     I have no knowledge of the specific flange separation in the jambs of Tri-State.

I declare, under penalty of perjury, that the foregoing is true and correct and that I signed this declaration on June ⅋, 2006.

Douglas Zinter

210199 68618.1
6/8/2006

4

ZINTER EXHIBIT A



**EXHIBIT**

Shina 5

5cpo  5/3/0 6

SHINA EXHIBIT 5



#2

SHINA EXHIBIT 5



SHINA EXHIBIT 5



**SHINA EXHIBIT 6**





SHINA EXHIBIT 6 IN
SHINA EXHIBIT 5



ZINTER EXHIBIT B





SHINA EXHIBIT 6 IN
SHINA EXHIBIT 7









SHINA EXHIBIT 6 IN

SHINA EXHIBIT 7







SHINA EXHIBIT 6 IN
SHINA EXHIBIT 7

ZINTER EXHIBIT C



BRAID EXHIBIT 9



BRAID EXHIBIT 9



BRAID EXHIBIT 9





BRAID EXHIBIT 9



BRAID EXHIBIT 9

ZINTER EXHIBIT D

ZINTER EXHIBIT D



EXHIBIT

Still S
5-2-06
2nd Pub

STILL EXHIBIT 5



*STILL EXHIBIT 5*



STILL EXHIBIT 5



STILL EXHIBIT 5



STILL EXHIBIT 5



STILL EXHIBIT 5



STILL EXHIBIT 5