UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

        Plaintiffs,

     v.

THE CALDWELL MANUFACTURING CO.,

        Defendant.

Civil Action
No. 05-CV-10020

---

## DECLARATION OF CHARLES E. STILL

I, CHARLES E. STILL, hereby declare as follows:

1.     I received a Bachelor of Architecture degree in 1962 from Texas A&M University in College Station, Texas. From 1964 through 2001, I held various engineering positions in the fenestration industry.

2.     During my career, I have designed in excess of 200 fenestration products including single hung and double hung windows in aluminum, vinyl and composite materials.

3.     I am an expert in all phases of window design and in all of the components of a window.

4.     I am a member of the American Architectural Manufacturers Association, a professional trade organization, including window manufacturers and suppliers to the window and door industry.

5.    I am now the owner of Charles E. Still Consulting Services based in Bryan, Texas and specialize in consulting services in the field of fenestration. I continue to provide design services to the window and door industry.

6.    I have been retained by Harris Beach PLLC as an expert witness in connection with the above-referenced litigation.

7.    In this litigation, I have rendered three expert reports, one dated March 8, 2006, one dated March 13, 2006 and one dated April 17, 2006. Those expert reports are attached to this declaration as Exhibits A, B and C, respectively.

8.    The statements of fact in each of my expert reports are, to the best of my knowledge, true.

9.    The statements of opinion in each of my expert reports are true and correct to a reasonable degree of engineering certainty.

10.    In my deposition, I was asked what, if any, differences there are between a pulley wheel and a roller, as those terms are used in U.S. Patent 6,598,264 (the '264 Patent"). I responded "There is really not much difference."

11.    I was also asked if there is a difference between the term "roller" and "pulley." I answered that there was and explained that one of the differences is that "a roller is real wide, it's cylindrical and goes through a center point but it's normally wider than a wheel or a pulley."

12.    I was not asked to elaborate on the differences between a roller and a pulley, but if I was, I would have explained that a roller denotes a rolling cylinder, the surface of which is generally a bearing surface. For example, a steamroller and a paint roller are all types of rollers, designed to roll along a surface. A pulley, in contrast, is a

2

thin, grooved wheel which is not designed to roll along a surface. If asked I would have said that a roller and a pulley do not perform the same function.

13.    Additionally, during my deposition, Amesbury's lawyers asked me questions about the Caldwell Quick-Tilt*nc, including this exchange:

> Q.    Independent of whether additional features of the Caldwell balance inhibit rotation, in this assembly, this spine also inhibits rotation of the balance, correct?
>
> A.    It can. (Quoted in Amesbury's Brief at p.35.)

What is not apparent from this portion of the transcript is that Amesbury's lawyer was holding the balance so that it was sticking halfway out of the jamb channel and then bending the two. This is not a proper use or assembly of a window balance. Notably, Amesbury does not quote the rest of my testimony on this point, which continues:

> Q.    So it's your opinion that in certain installations, the spine on Caldwell's Quick-Tilt*nc does not inhibit rotation because it's narrower than the gap defined by the flanges, correct?
>
> Mr. Slifkin:  Objection.
>
> Q.    And in other installations having narrower gaps, the spine can inhibit rotation, correct?
>
> Mr. Slifkin:  Objection.
>
> A.    *It does not. Let me show you.*

At this point, I slid the Quick-Tilt*nc all the way into the jamb where it belongs. Although it was still not properly fastened by a fixing screw, it was now in the correct position for installation.    I then continued my answer to the question posed by Amesbury's attorney:

> . . . When you had this pulled out, you are disregarding the top cover which is a tighter tolerance than the body of the element. If you put the

3

unit all the way in, the top of the mounting element acts as an anti-rotation as well.

Q.    In addition to the spine, correct?

A.    *In addition, no. In addition to the body of the element itself.* In other words, it has a tighter tolerance because it is designed to be tight, tighter than the actual mounting element. *So the spine does not have any relationship to the rotation at all.*

14.    Attached at Exhibit D are photographs fairly and accurately representing Still Deposition Exhibit 4A which is a typical combination of a QuickTilt*nc and a window jamb. The balance is not installed inasmuch as it is not screwed into the jamb, but the spacing shown in the photographs between the spine on the balance and the inwardly turned, opposed flanges on the jamb is the same as what one would find on a properly installed balance.

15.    Attached at Exhibit E are photographs fairly and accurately representing Still Deposition Exhibit 4B which is a typical combination of triple coil a QuickTilt*nc and a window jamb. The balance is not installed inasmuch as it is not screwed into the jamb, but the spacing shown in the photographs between the spine on the balance and the inwardly turned, opposed flanges on the jamb is the same as what one would find on a properly installed balance.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 8, 2006.

_____
Charles E. Still

210199 68811.1
6/8/2006

4

STILL EXHIBIT A



CHARLES E. STILL, CONSULTING SERVICES

Charles E. Still
*Specialist in Fenestration*

2914 PARTRIDGE CIRCLE
BRYAN, TEXAS 77802
PHONE: 979-731-1130
FAX: 979-731-1070
EMAIL: cestill@cox-internet.com

March 8, 2006

## Expert Witness Report of Charles E. Still

I, Charles E. Still, have been retained by Harris Beach PLLC to render expert services in conjunction with the patent infringement lawsuit. I hereby provide the following report involving U.S Patent 6,598,264 pursuant to Rule 26 of the Federal Rules of Civil procedure.

I received a Bachelor of Architecture Degree in 1962 from Texas A&M University in College Station, Texas. I am a graduate of Overton High School, Overton, Texas

I am the owner of Charles E. Still, Consulting Services based in Bryan, Texas. I have held this position since the inception of the company in July 2001. CES, Consulting Services specializes in fenestration. Windows and Doors are included in the term "fenestration" as well as curtain walls, storefronts and skylights. During my career, I have designed in excess of 200 fenestration products including single hung and double hung windows in aluminum, vinyl and composite materials for Residential, Manufactured Housing and Commercial Window Companies in New Construction and Replacement Markets. I am an expert in all phases of window design. I am a member of AAMA, American Architectural Manufacturers Association. AAMA is a professional trade organization including window manufacturers and suppliers to the window and door industry.

**Prior work history:**

**July 2000-July 2001** *Product Engineering Manager*, Alenco Building Products, Inc. Responsibilities include all phases of Engineering, Design and Development, Tooling and Certification and Documentation for four Manufacturing Plants. Primary products developed including windows, for new construction residential and commercial industry as well as residential replacement/remodeling market and manufactured housing industry. Primary window materials consists of extruded aluminum, extruded PVC vinyl and wood. Served on



the AAMA Southeast Region and Western Boards of Directors. Active in Installation Task Group in AAMA Western Region. Active in AAMA "Installation Masters" certified installers program.

**March 1999-July 2000** *Director of Engineering Support*, Reliant Building Products, Inc. Responsibilities include all product liability case investigations and resolution, giving depositions and court testimony. Search for new product, including window technologies, in design, materials and equipment. Company voting representative to all member trade associations and building codes groups (AAMA, NFRC and IGMA). Responsible for Product Certification and Testing. Licensed Glazing Contractor in the State of California and Arizona.

**1982-1999** *Vice President of Engineering*, Reliant Building Products, Inc., formerly known as Redman Building Products, Inc. Responsibilities includes managing product design and development and installation, product liability and codes compliance to national and state building codes. Active member of AAMA (American architectural manufacturing Association) and served as chairman of numerous task groups and served three times on the National AAMA Board of Directors. Active member of NFRC (National Fenestration Rating Council) involving thermal performance of windows and doors and IGMA, Insulating Glass Manufacturers Association (formerly known as SIGMA, Sealed Insulating Glass Manufacturers Association).

**1979-1982** *Director of Product Design*, Redman Building Products, Inc.. Responsibilities include product design, including windows and development of new construction and replacement/remodeling windows, doors and skylights. Company owned and operated 5 manufacturing plants and 7 sales outlets.

**1974-1979** *Chief Engineer*, Alenco, A Division of Redman Building Products, Inc. Responsibilities include design and development, testing, quality control department, plant maintenance department, plant tooling department, shop drawings department and warranty service department.

**1968-1974** *Chief Design Engineer*, Alenco, a Division of Redman Building Products, Inc.. Responsibilities include all designs of aluminum windows and doors for Residential and Commercial construction as well as Manufactured Housing.

**1964-1968** *Design Engineer*, Alenco, Albritton Engineering Corporation. Responsibilities include design and development of new aluminum windows and doors. Responsible for Office and Plant Expansion Program in Bryan, Texas Facility. Prepared architectural working drawings for Office and Plant Facilities (3 expansions).

The following documents have been made available to me by the attorneys at Harris Beach.

- U.S. Patent 329,996. A Spring Sash Balance, February 25, 1929
- G.B. Patent 1,218,827. Sash Control Mechanism, July 17, 1967
- G.B. Patent 1,244,324. A Sliding Sash Window, August 11, 1968

2

1

- G.B. Patent 1,287,756. Improvements In Or Relating To Doors, August 25, 1969
- U.K. Patent 2,236,786. A. Guide Assembly, September 27, 1989
- U.S. Patent 2,262,990. Window Sash Counterbalance, September 2,1939
- U.S. Patent 2,279,600. Sash Balance, March 30, 1940
- U.K. Patent 2,280,697. Tiltable To Sash Windows, July 27, 1993
- U.K. Patent 2,292,168 A. Pivoting Sash Slide Locking Mechanism, July 31, 1995
- U.S. Patent 2,635,282. Spring Counterbalance, October 2, 1950
- U.S. Patent 2,826,090. Sash Balance Coupling Device, March 21, 1955
- U.S. Patent 3,055,044. Foot Attachment For Block And Tackle Type Spring Counterbalances, September 25, 1960
- U.S. Patent 3,449,862. Window Structure, August 21, 1967
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 3,091,797. Window Structure, April 26, 1961
- U.S. Patent 3,114,178. Sliding Window And Counterbalancer Combination, February 6, 1961
- U.S. Patent 3,358,403. Heavy Window Balance Assembly, January 28, 1966
- U.S. Patent 3,358,404. Readily Removable Double Hung Window, January 28, 1966
- U.S. Patent 3,440,683. Sash Control Mechanism, July 17, 1967
- U.S. Patent 3,449,862. Window Structures, August 11, 1967
- U.S. Patent 3,452,480. Spring Sash Counterbalance, September 14, 1967
- U.S. Patent 3,711,995. Building Structure, June 22, 1070
- U.S. Patent 3,869,754. Bracket For A Spring Sash Counterbalance, September 10, 1973
- U.S. Patent 4,079,549. Balance Spring Lock For Tilt Out Sash, August 26, 1976
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 4,227,345. Tilt-Lock Slide For Window Sash, January 26, 1979
- U.S. Patent 4,300,316. Sash Balance Foot Seal Mechanism, October 17, 1979
- U.S. Patent 4,610,108. Balance Spring Locking Slide Block For Tilt-Out Windows, December 20, 1984
- U.S. Patent 4,654,928. Adjustable Friction Block And Tackle Window Balance System,
- April 11, 1986
- U.S. Patent 4,704,821. Compression Seals In A Double Hung Style Window, July 3, 1986
- U.S. Patent 4,949,425. Spring Loaded Block And Tackle Window Sash Balance Assembly, October 19, 1988
- U.S. Patent 5,069,001. Pivotable Window Sash Assembly, November 21, 1990
  U.S. Patent 5,157,808. Coil Spring Counterbalance Hardware Assembly And Connection Method Therefore, February 18, 1992
- U.S. Patent 5,210,976. Window Balance Assembly, June 26, 1992
- U.S. Patent 5,243,783. Locking Slide Block, June 24, 1992
- U.S. Patent 5,301,467. Locking Slide Block, September 2, 1993
- U.S. Patent 5,353,548. Curl Spring Shoe Based Window Balance System, April 1, 1993

- U.S. Patent 5,365,638. Spring Mounting For Sash Frame Tensioning Arrangements, January 21, 1993
- U.S. Patent 5,371,971. Sash Balance Brake And Pivot Pin Assembly, May 4, 1993
- U.S. Patent 5,530,991. Block And Tackle Window Balance, January 21, 1994
- U.S. Patent 5,632,117. Sash Balance Brake Assembly, January 13, 1995
- U.S. Patent 5,661,927. Sliding Counterbalance Assembly For A Sash Window, March 6, 1996
- U.S. Patent 5,669,180. Window Balance Brake Shoe And Pivot Assembly, May 29, 1996
- U.S. Patent 5,737,877. Block And Tackle Balance With Integral, Non-Rotating Pulley System, July 26, 1996
- U.S. Patent 5,806,243. Sash Balance Brake Assembly, May 21, 1997
- U.S. Patent 5,829,196. Window Balance Brake Shoe And Pivot Assembly, May 30, 1997
- U.S. Patent 6,041,476. Inverted Block And Tackle Window Balance, November 21, 1997
- U.S. Patent 6,088,880. Adjustable Shoe For Awning Window Hinge, July 7, 1997
- U.S. Patent 6,151,832. Window Balance Cam Housing, February 19, 1999
- U.S. Patent 6,230,443 B1. Hardware Mounting, May 5, 1999
- U.S. Patent 6,467,128 B1. Block And Tackle Sash Counter Balance, September 11, 2000
- U.S. Patent 6,550,184 B1. Brake Shoe For Sash Window Or Door Assembly, February 9, 2001
- U.S. Patent 6,598,264 B2. Block And Tackle Window Balance With Bottom Guide Roller, March 16, 2001
- U.S. Patent 6,606,761 B2. Spring Mounting Arrangement For A Sash Window Counterbalance Arrangement, October 8, 2001
- U.S. Patent 6,622,342 B1. Block And Tackle Balance Assembly With Brake Shoe, June 6, 2001
- U.S. Patent 6,820,368 B2. Snap Lock Balance Shoe And System For A Pivotable Window, May 23, 2003
- U.S. Patent 6,840,011 B2. Window Panel Balance Apparatus And Method, December 13, 2000
- U.S. Patent 6,990,710 B2. Counterbalance System For A Tilt-In Window Having An Improved Shoe Assembly And Anchor Mount, November 5, 2003
- Japanese Patent 62-194,895. Title and filing date unknown.
- Caldwell Fenestration Hardware Product Information, Bates C00477 thru C00542.
- Defendant's Second Supplemented Answers To Plaintiffs' First Set Of Interrogatories.
- Memorandum And Order, January 20, 2006.
- Amesbury's First Supplemental Response To Caldwell's Interrogatories (Nos.1-2)
- Amesbury's Second Supplemental Response To Caldwell's Interrogatories (Nos. 1-2,13-16).
- Defendant's Supplemented Answers To Plaintiffs' First Set Of Interrogatories
- Joint Motion to Set Schedule.

4
1

- Patent '264 File History, Bates C000543 thru C000690.
- Patent '638 File History, Bates C000921 thru C001116.
- Case documents Bates AME 01931 through 01948
- CD files: Documents Produced in Response to Plaintiffs' First Request for documents and Things, dated September 28, 2005

Other documents include:

- Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors, AAMA/NWWDA 101/I.S.2-97.
- International Residential Code for One and Two Family Dwellings-2000.
- U.S Patent 4,961,247. Balancing Arrangements For Double Hung Windows. December 7, 1989

This case involves windows and window balance hardware. Single, double and triple hung windows are best described as vertically operating windows in which the sash weight is offset by a counter-balancing mechanism mounted in the window. One or more locking devices are furnished to secure the sash in the closed position. Single and double hung windows are the most common types in the United States and Canada. They allow light and ventilation into a dwelling. A window balance is a mechanical device (normally spring loaded) used in hung type windows as a means of counter-balancing the weight of the sash during opening and closing. Balances are most often furnished in pairs. The role of balances in today's windows are critically important due to the increased demand for insulating glass which increases the sash weight by twice the amount of a traditional single glazed window. In coastal areas, laminated glass in impact-tested windows also increases the sash weight of hung windows. Balances are required to maintain the sash in any open position without drifting or falling down.

There are different types of window balances. Spiral, block and tackle and constant force. **Newman, U.S. Patent 6,598,264** involves a block and tackle balance. Block and tackle balances have been used in windows for the past 67 years. They are simple to install and are reliable. Traditional block and tackle balances are mounted inside the frame jamb pockets of the window and the operating sash is loaded, laterally, into one vertical main frame of the window and then the other side of the window. The vertical sash jambs "straddle" the balance channel during this maneuver and engage the sash to the main frame of the window via the balance. This type of window is termed "side load". Another popular type of block and tackle is the "tilt–in" whereby the operating sash is rotated inward by pivoting at the bottom corners of the sash. The **'264 Patent** is designed for a "side load" window. One of the **'264 Patent** features claims to increase the vertical sash travel by placing a roller near the bottom of the balance. When installed in a single or double hung window, the additional sash travel could conceivably allow a smaller window in frame height to qualify for emergency egress by allowing a greater opening height when the sash is fully open in a given window height.

According to the International Residential Code for One and Two –Family Dwellings, 2000 Edition, Section R310, Emergency Escape And Rescue Openings, "Basements with habitable space and every sleeping room shall have at least one openable emergency escape and rescue window or exterior door opening for emergency escape and rescue". All emergency escape and rescue openings shall have a minimum net clear opening of 5.7 square feet, Exception; grade floor openings shall have a minimum net clear opening of 5 square feet. The minimum net clear opening height shall be 24 inches.

Other types of window balances, including traditional block and tackle balances, offer the same increased vertical sash travel and meet Local, State, National and International emergency egress codes. I have designed numerous hung type windows that meet egress without the use of a roller near the bottom end of the balance. Extended sash travel can be achieved with a traditional block and tackle balance by moving the balance cord hook upwards along the frame jamb pocket, thereby allowing the sash to travel upward until the sash head bottoms out under the frame head, giving maximum height for a given sash. Selection of locking hardware mounted on top of the sash head plays an important role in the vertical distance achieved. Sash locks located on the top surface of the sash head often reduce the vertical sash travel. Spiral and constant force balances can achieve the same maximum sash clear opening for a given window height.

**Thompson, U.S. Patent 6,840,011**- Filed December 13, 2000 (see Exhibits A & B) clearly shows a block and tackle balance with a bottom guide roller within the bottom guide. During the '264 Patent search, the Primary Examiner, Anthony Knight, and Assistant Examiner, William D. Hutton, Jr. was not made aware of the existence of '011 Patent being filed prior to '264 Patent filing. The remaining major components in '011 Patent are commonplace and can be found in Prior Art illustrated in '264 Patent, Fig. 2A & Fig. 2B. These components perform the same function as in the '264 Patent.

I have studied and examined a sample balance taken from an Series 200 Andersen wood window. It is a block & tackle balance identified with the markings BSI 430/ 022305. The sample is almost identical to the '011 Pat. drawings and drawings shown in case documents AME 01932, 01933, 01941, 01942, 01943, 01944 & 01945. I have also studied and examined a sample block & tackle balance as manufactured by BSI, identified with the markings BSI 2630/OM. The sample is identical to the drawings shown in the '264 Patent. I have also studied and examined a block & tackle balance as manufactured by Caldwell, identified with markings 11 1 CX CMC 11.

**Prosser, U.S. Patent 3,091,797**- Filed April 26, 1961 (see Exhibits C & D) clearly shows a block and tackle balance with a bottom roller within the bottom guide. The remaining major components in '797 Patent perform the same function as in the '264 Patent.

Other Prior Art can be found in (1) Wood, U.S. Patent No. 3,114,178, (2) Biro, U.S. Patent No. 3,449,862, (3) DeNormand, U.S. Patent No. 6,041,476, (4) Bernt, U.S. Patent No. 4,704,821 and ((5) Fitzgibbon, U.S. Patent No. 4,089, 085.

**Opinions**

**Newman, U.S. Patent 6,598,264**, based upon my findings, is not novel and/or is obvious and therefore, not valid.

Prior Art proves that all components of **'264 Patent** existed before **'264 Patent** was filed. U.S. Patent 3,091,797 contains all of the elements disclosed in claims 1,4,6,7,9,11,12,13,14, 15,18, & 20 of the '264 Patent, thereby anticipating those claims. All of the claims would have been obvious to one of ordinary skill in the art to which this invention pertains based on a combination of: (1) the admitted prior art and Thompson U.S. Patent 6,840,011; and/or (2) the admitted prior art and Prosser U.S. 3,091,797. Therefore the claims are invalid. Detailed comparisons of the claims of the patent to the prior art are attached as Exhibits A,B,C& D.

I reserve the right to add additional opinions in my investigations and/or upon review of additional discovery materials. Opinions herein are within a reasonable degree of professional certainty.

Charles E. Still

Attachments:
CES Deposition Records
Comparison Chart-'264 Patent- Exhibit A
Comparison Drawing-'264-Exhibit B
Comparison Chart-'264 Patent-Exhibit C
Comparison Drawing-'264 Exhibit D

7
1

**Charles E. Still**    **Testimony Given in Depositions and Trials**

| Type | Parties | Type of Claim | Location | Date |
|------|---------|---------------|----------|------|
| Deposition | VBP v. Royal Plastic | Patent Infringement | Oakland, New Jersey | |
| Trial | VBP v. Royal Pastics | Patent Infringement | Newark, New Jersey | |
| Deposition | Redman v. ? | Forced Entry/Injury | Albuquerque, New Mexico | |
| Deposition | Redman v. ? | Forced Entry/Injury | Houston, Texas | |
| Deposition | Thiokol v. ? | Glass Breakage | Denver, Colorado | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Trial | Redman v. ? | Personal Injury | Savannah, Georgia | |
| Trial | Redman v. ? | Water Infiltration | Little Rock, Arkansas | |
| Trial | Redman v. ? | Scratched Glass | Waco, Texas | |
| Arbitration | Redman v.? | Glass Breakage | Alexandria, Louisiana | |
| Trial | Redman v. ? | Water Infiltration | Baton Rouge, Louisiana | |
| Deposition | Inmont v. ? | Glass Breakage | Rockwall, Texas | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Deposition | Lamkin v. Gapco | Personal. Injury | Madison County, Illinois | |
| Deposition | Pace v. Gapco | Personal Injury | Madison County, Illinois | |
| Trial | Redman v. ? | Glass Breakage | Salt Lake City, Utah | |
| Deposition | Redman v. ? | Condensation | Baytown, Texas | |
| Deposition | Redman v. ? | Personal Injury | Detroit, Michigan | |
| Deposition | Redman v. ? | Personal Injury | South Padre Island, Texas | |
| Deposition | Gapco v. ? | Personal Injury | St. Louis, Missouri | |
| Trial | Unique v. Beard | Business Ethics | Roanoke, Virginia | |
| Deposition | Redman v. Somerset | Water Infiltration | Silver Springs, Maryland | |
| Deposition | Reman v. ? | Water Infiltration | San Francisco, California | |
| Deposition | Redman v. ? | Water Infiltration | Fresno, California | |

| Deposition | Bolander v. Champior | Water Infiltration | Houston, Texas | 8/29/2003 |
|---|---|---|---|---|
| Trial | Jason Lamkin v. Gapco | Personal Injury | Belleville, Illinois | 3/15/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, Texas | 4/2/2004 |
| Deposition | All Seasons v. Tradewinds Condo | Code Compliance | Orange Beach, AL | 5/19/2004 |
| Deposition | All Seasons v. Royal Palms Condo | Code Compliance | Gulf Shores, AL | 6/24/2004 |
| Deposition | W.S. Phillips v. Hope Lumber | Water Infiltration | College Station, TX | 10/27/2004 |
| Deposition | W.S. Phillips v. Alenco | Water Infiltration | College Station, TX | 11/30/2004 |
| Deposition | Sungate Development v. All Seasons | Water Infiltration | McAllen, TX | 12/7/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, TX | 2/23/2005 |
| Deposition | Cavalier Homes v. Larson Doors | Product Quality | Haleyville, AL | 5/26/2005 |
| Deposition | Grand Pointe HOA V. All Seasons | Product Liability | Orange Beach, AL | 6/29/2005 |
| Deposition | Donn v. Turner v. General Aluminum | Water Infiltration | Aubrey, TX | 9/9/2005 |
| Arbitration | Hilcom v. Moore | Water Infiltration | Houston, TX | 10/19/2005 |
| Trial | Sandhu v. Wellington | Personal Injury | Toronto, Canada | 11/18/2005 |
| Deposition | Planter's Place HOA v.All Seasons | Water Infiltration | Mt. Pleasant, S.C. | 12/20/2005 |

EXHIBIT A

## EXHIBIT A

### INVALIDATION OF
### AMESBURY'S U.S. PATENT NO. 6,598,264

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/1 | A block and tackle window balance device comprising; | See Exhibit B, item A, '011 Pat. is a block and tackle window balance device comprising; |
| 264/1 | a channel comprising | See Exhibit B, item B, a channel comprising |
| 264/1 | a first end | See Exhibit B, item C, a first end |
| 264/1 | and a second end; | See Exhibit B, item D, and a second end; |
| 264/1 | a top guide connected to the first end of the channel; | '011 Pat. has no top guide connected to the first end of the channel; Prior art is established in '264 Pat, Fig. 2A, 2B & Fig.3, which shows the top guide. |
| 264/1 | a bottom guide connected to the second end of the channel; | See Exhibit B, item G, a bottom guide connected to the second end of the channel; |
| 264/1 | a bottom guide roller rotatably mounted in the bottom guide; | See Exhibit B, item R, a bottom guide roller rotatably mounted in the bottom guide; |
| 264/1 | a fixed pulley block unit connected to the channel; | See Exhibit B, item H, a fixed pulley block unit connected to the channel; |
| 264/1 | a translatable pulley block unit moveable within the channel; | See Exhibit B, item K, a translatable pulley block unit moveable within the channel; |

1

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/1 | a spring comprising | See Exhibit B, item J, a spring comprising |
| 264/1 | a first end | a first end |
| 264/1 | and a second end, | and a second end, |
| 264/1 | wherein the first end is fixed relative to the channel | wherein the first end is fixed relative to the channel |
| 264/1 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit |
| 264/1 | and a cord comprising | See Exhibit B, item N, and a cord comprising |
| 264/1 | a first cord end | a first cord end |
| 264/1 | and a second cord end, | and a second cord end |
| 264/1 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit |
| 264/1 | and the fixed pulley block unit | and the fixed pulley block unit |
| 264/1 | and extends around the bottom guide roller, | and extends around the bottom guide roller, |
| 264/1 | the first cord end being attached to the translatable pulley block unit | the first cord end being attached to the translatable pulley block unit |

2

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/1 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb. |
| 264/2 | The device of claim 1 wherein the bottom guide roller is located external to the channel. | The device of the '011 Patent has a bottom guide roller located external to the channel. |
| 264/3 | The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash. | '011 Pat. has no top angled portion. Prior art is established in '264 Pat, Fig. 2A, 2B & Fig.3, which has the top angled portion. |
| 264/4 | The device according to claim 1 wherein a portion of the bottom guide is external to the channel. | The device of the '011 Patent has a portion of the bottom guide  external to the channel. |
| 264/5 | The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash. | The device of the '011 Patent has a bottom guide which forms a channel to receive a portion of a window sash. |
| 264/6 | The device of claim 1 wherein the fixed pulley block unit comprises | The device, of the '011 Patent has a  fixed pulley block unit comprising |

3

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/6 | a frame, | a frame, |
| 264/6 | an axle, | an axle, |
| 264/6 | and at least one pulley rotatable around the axle. | and at least one pulley rotatable around the axle. |
| 264/7 | The device according to claim 6 wherein the axle is located within the frame. | The device of the '011 Patent has an axle located within the frame. |
| 264/9 | The device according to claim 1 wherein the translatable pulley block unit comprises | The device of the '011 Patent has a translatable pulley block unit comprising |
| 264/9 | a frame, | a frame, |
| 264/9 | an axle within the frame, | an axle within the frame, |
| 264/9 | and at least one pulley rotatable around the axle. | and at least one pulley rotatable around the axle. |
| 264/10 | The device according to claim 1 wherein the top guide includes a top angled portion | '011 Pat. has no top guide. Prior art is established in '264 Pat., Fig.2A,2B &Fig.3, which has a top guide. |

4

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/10 | and a bottom portion, the bottom portion being connected to the first end of the channel. | '011 Patent has a bottom portion, the bottom portion being connected to the first end of the channel. |
| 264/11 | The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide. | The device of the '011 Patent has a fixed pulley block unit integral with the bottom guide. |
| 264/12 | A window assembly comprising: | A window assembly comprising: |
| 264/12 | a window frame with two jambs with jamb pockets; | The device of the '011 Patent is used in connection with a window frame with two jambs and two jamb pockets; |
| 264/12 | At least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and | The device of the '011 Patent is used in conjunction with an upper window sash and a lower window sash slidably receivable in the jamb pockets; and |
| 264/12 | At least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising; | In use, the device of the '011 Patent has at least one block and tackle window balance device attached to at least one of the upper window sash and the lower window sash, the device comprising; |
| 264/12 | channel comprising a first end and a second end; | channel comprising a first end and a second end; |

5

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/12 | a top guide connected to the first end of the channel; | '011 Pat. has no top guide. Prior art established in '264 Pat. Fig. 2A, 2B & Fig. 3 |
| 264/12 | a bottom guide connected to the second end of the channel; | a bottom guide connected to the second end of the channel; |
| 264/12 | a bottom guide roller rotatably mounted in the bottom guide; | a bottom guide roller rotatably mounted in the bottom guide; |
| 264/12 | a fixed pulley block unit connected to the channel; | a fixed pulley block unit connected to the channel; |
| 264/12 | a translatable pulley block unit moveable within the channel; | a translatable pulley block unit movable within the channel; |
| 264/12 | a spring comprising | a spring comprising |
| 264/12 | a first end | a first end |
| 264/12 | and a second end | and a second end |
| 264/12 | wherein the first end is fixed relative to the channel | wherein the first end is fixed relative to the channel |
| 264/12 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit; |
| 264/12 | and a cord comprising | and a cord comprising |
| 264/12 | a first cord end | a first cord end |
| 264/12 | and a second cord end, | and a second cord end, |

6

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| 264/12 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit |
| 264/12 | and the fixed pulley block unit | and the fixed pulley block unit |
| 264/12 | and extends around the bottom guide roller, | and extends around the bottom guide roller, |
| 264/12 | the first cord end being attached to the translatable pulley block unit | the first cord end being attached to the translatable pulley block unit |
| 264/12 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb. |
| 264/13 | A window balance device comprising: | The device of the '011 Patent is a window balance device comprising: |
| 264/13 | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and |
| 264/13 | a bottom guide roller rotatably mounted in the bottom guide. | a bottom guide roller rotatably mounted in the bottom guide. |
| 264/14 | The device of claim 13 wherein the bottom guide roller is located | The device of the '011 Patent has a bottom guide located external to the channel when the bottom guide is attached. |

7

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| | external to the channel when the bottom guide is attached thereto. | |
| 264/15 | The device according to claim 13 wherein at least a portion of the bottom guide is external to the channel when attached thereto. | The device of the '011 Patent has a bottom guide at least a portion of which is external to the channel when attached thereto. |
| 264/16 | The device according to claim 13 wherein the bottom guide forms a channel to receive a portion of window sash when installed. | The device of the '011 Patent has a bottom guide that forms a channel to receive a portion of window sash when installed. |
| 264/18 | A window balance device comprising: | The device of the '011 Patent is a window balance device comprising: |
| 264/18 | a channel comprising a first end and a second end; | a channel comprising a first end and a second end; |
| 264/18 | a top guide connected to the first end of the channel; | '011 Patent has no top guide connected to the first end of the channel; Prior art is established in '264 Pat., Fig. 2A, 2B and Fig. 3, which shows the top guide. |
| 264/18 | a bottom guide connected to the second end of the channel and adapted to slide in a jamb pocket when installed in a window frame; | a bottom guide connected to the second end of the channel and adapted to slide in a jamb pocket when installed in a window frame; |

8

| Claim | Amesbury's U.S. Patent No. 6,598,264 | Thompson's U.S. Patent No. 6,840,011 |
|---|---|---|
| | and | |
| 264/18 | a bottom guide roller rotatably mounted in the bottom guide. | a bottom guide roller rotatably mounted in the bottom guide. |
| 264/19 | The device of claim 18 wherein the bottom guide roller is located external to the channel. | The device of the '011 Patent has a bottom guide roller located external to the channel. |
| 264/20 | The device according to claim 18 wherein at least a portion of the bottom guide is external to the channel. | The device of the '011 patent has a bottom guide, at least a portion of which is external to the channel. |
| 264/21 | The device according to claim 18 wherein the bottom guide forms a channel to receive a portion of a window sash when installed. | The device of the '011 Patent has a bottom guide that forms a channel to receive a portion of a window sash when installed. |

9

EXHIBIT B

# U.S. 6,598,264

Newman: Filed March16,2001

# U.S. 6,840,011

Thompson: Filed Dec.13,2000



EXHIBIT B

EXHIBIT C

EXHIBIT C

INVALIDATION OF
AMESBURY'S U.S. PATENT NO. 6,598,264

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| 264/1 | A block and tackle window balance device comprising; | See Exhibit D, item A, '797 Patent is a block and tackle window balance device comprising; |
| 264/1 | a channel comprising | See Exhibit D, item B, a channel comprising |
| 264/1 | a first end | See Exhibit D, item C, a first end |
| 264/1 | and a second end; | See Exhibit D, item D, and a second end; |
| 264/1 | a top guide connected to the first end of the channel; | See Exhibit D, item E, a top guide connected to the first end of the channel; |
| 264/1 | a bottom guide connected to the second end of the channel; | See Exhibit D, item G, a bottom guide connected to the second end of the channel; |
| 264/1 | a bottom guide roller rotatably mounted in the bottom guide; | See Exhibit D, item R, a bottom guide roller rotatably mounted in the bottom guide; |
| 264/1 | a fixed pulley block unit connected to the channel; | See Exhibit D, item H, a fixed pulley block unit connected to the channel; |
| 264/1 | a translatable pulley block unit moveable within the channel; | See Exhibit D, item K, a translatable pulley block unit moveable within the channel; |

1

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| 264/1 | a spring comprising | See Exhibit D, item J, a spring comprising |
| 264/1 | a first end | a first end |
| 264/1 | and a second end, | and a second end, |
| 264/1 | wherein the first end is fixed relative to the channel | Wherein the first end is fixed relative to the channel |
| 264/1 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit |
| 264/1 | and a cord comprising | See Exhibit D, item N, and a cord comprising |
| 264/1 | a first cord end | a first cord end |
| 264/1 | and a second cord end, | and a second cord end |
| 264/1 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit |
| 264/1 | and the fixed pulley block unit | and the fixed pulley block unit |
| 264/1 | and extends around the bottom guide roller, | and extends around the bottom guide roller, |
| 264/1 | the first cord end being attached to | the first cord end being attached to the |

2

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| | the translatable pulley block unit | translatable pulley block unit |
| 264/1 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb. |
| 264/2 | The device of claim 1 wherein the bottom guide roller is located external to the channel. | The device of the '797 Patent has a bottom guide roller located internal to the channel. |
| 264/3 | The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash. | '797 Patent has no top angled portion. Prior art is established in Pat. '264, Fig. 2A, 2B & Fig.3, which has a top angled portion. |
| 264/4 | The device according to claim 1 wherein a portion of the bottom guide is external to the channel. | The device of the '797 Patent has a portion of the bottom guide external to the channel. |
| 264/5 | The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash. | The device of the '797 Patent has no channel to receive a portion of a window sash in the bottom guide. Prior art is established in Pat. '264, Fig. 2A, 2B & Fig. 3, which shows the bottom guide to receive a portion of a window sash when installed. |
| 264/6 | The device of claim 1 wherein the | The device of the '797 Patent has a fixed pulley |

3

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| | fixed pulley block unit comprises | block unit which comprises |
| 264/6 | a frame, | a frame, |
| 264/6 | an axle, | an axle, |
| 264/6 | and at least one pulley rotatable around the axle. | And at least one pulley rotatable around the axle. |
| 264/7 | The device according to claim 6 wherein the axle is located within the frame. | The device of the '797 Patent has an axle located within the frame. |
| 264/9 | The device according to claim 1 wherein the translatable pulley block unit comprises | The device of the '797 Patent has a translatable pulley block unit which comprises |
| 264/9 | a frame, | A frame, |
| 264/9 | an axle within the frame, | an axle within the frame, |
| 264/9 | and at least one pulley rotatable around the axle. | and at least one pulley rotatable around the axle. |
| 264/10 | The device according to claim 1 wherein the top guide includes a top | '797 Patent has no angled portion on the top guide. Prior art is established in Pat'264, Fig.2A,2B &Fig.3 |

4

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| | angled portion | |
| 264/10 | and a bottom portion, the bottom portion being connected to the first end of the channel. | The device of '797 Patent has a bottom portion, the bottom portion being connected to the first end of the channel |
| 264/11 | The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide. | The device of the '797 Patent has a fixed pulley block unit integral with the bottom guide. |
| 264/12 | A window assembly comprising: | The device of the '797 Patent is used in conjunction with a window assembly comprising: |
| 264/12 | a window frame with two jambs with jamb pockets; | a window frame with two jambs and two jamb pockets; |
| 264/12 | At least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and | an upper window sash and a lower window sash slidably receivable in the jamb pockets; and |
| 264/12 | At least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising: | In use, the device of the '797 Patent is a block and tackle window balance attached to at least one of the upper window sash and the lower window sash, the device comprising: |
| 264/12 | channel comprising a first end and a | channel comprising a first end |

5

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| | second end; | and a second end; |
| 264/12 | a top guide connected to the first end of the channel; | a top guide connected to the first end of the channel; |
| 264/12 | a bottom guide connected to the second end of the channel; | a bottom guide connected to the second end of the channel; |
| 264/12 | a bottom guide roller rotatably mounted in the bottom guide; | a bottom guide roller rotatably mounted in the bottom guide; |
| 264/12 | a fixed pulley block unit connected to the channel; | a fixed pulley block unit connected to the channel; |
| 264/12 | a translatable pulley block unit moveable within the channel; | a translatable pulley block unit moveable within the channel; |
| 264/12 | a spring comprising | a spring comprising |
| 264/12 | a first end | a first end |
| 264/12 | and a second end | and a second end |
| 264/12 | wherein the first end is fixed relative to the channel | wherein the first end is fixed relative to the channel |
| 264/12 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit; |
| 264/12 | and a cord comprising | and a cord comprising |
| 264/12 | a first cord end | a first cord end |

6

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| 264/12 | and a second cord end, | and a second cord end, |
| 264/12 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit |
| 264/12 | and the fixed pulley block unit | and the fixed pulley block unit |
| 264/12 | and extends around the bottom guide roller, | and extends around the bottom guide roller, |
| 264/12 | the first cord end being attached to the translatable pulley block unit | the first cord end being attached to the fixed pulley block unit |
| 264/12 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb |
| 264/13 | A window balance device comprising: | The window balance device of '797 Patent comprises: |
| 264/13 | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and |
| 264/13 | a bottom guide roller rotatably mounted in the bottom guide. | a bottom guide roller rotatably mounted in the bottom guide. |

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| 264/14 | The device of claim 13 wherein the bottom guide roller is located external to the channel when the bottom guide is attached thereto. | The device of the '797 Patent has a bottom guide located external to the channel . |
| 264/15 | The device according to claim 13 wherein at least a portion of the bottom guide is external to the channel when attached thereto. | The device of the '797 Patent has a bottom guide external and internal to the channel. |
| 264/16 | The device according to claim 13 wherein the bottom guide forms a channel to receive a portion of window sash when installed. | The device of the '797 Patent has no channel to receive a portion of a window sash in the bottom guide. Prior art is established in'264 Pat, Fig. 2A, 2B & Fig. 3, which shows the bottom guide channel to receive a portion of a window sash when installed. |
| 264/18 | A window balance device comprising; | The window balance device of the '797 Patent comprises; |
| 264/18 | a channel comprising a first end and a second end; | a channel comprising a first end and a second end; |
| 264/18 | a top guide connected to the first end of the channel; | a top guide connected to the first end of the channel; |
| 264/18 | a bottom guide connected to the second end of the channel and | a bottom guide connected to the second end of the channel and |

8

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Prosser's U.S. Patent No. 3,091,797 |
|---|---|---|
| | adapted to slide in a jamb pocket when installed in a window frame; and | adapted to the slide in a jamb pocket |
| 264/18 | a bottom guide roller rotatably mounted in the bottom guide. | a bottom guide roller rotatably mounted in the bottom guide |
| 264/19 | The device of claim 18 wherein the bottom guide roller is located external to the channel. | The device of the '797 Patent has a bottom guide roller located internal to the channel. |
| 264/20 | The device according to claim 18 wherein at least a portion of the bottom guide is external to the channel. | The device of the '797 Patent has a bottom guide, at least a portion of which is external to the channel. |
| 264/21 | The device according to claim 18 wherein the bottom guide forms a channel to receive a portion of a window sash when installed. | The device of the '797 Patent has no channel to receive a portion of a window sash in the bottom guide. Prior art is established in '264 Pat. Fig. 2A,2B & Fig.3, which shows the bottom guide channel to receive a portion of a window sash. |

9

n

EXHIBIT D

Newman: Filed March 16, 2001

Prosser: Filed April 26, 1961



EXHIBIT D

STILL EXHIBIT B



CHARLES E. STILL, CONSULTING SERVICES

Charles E. Still
*Specialist in Fenestration*

2914 PARTRIDGE CIRCLE
BRYAN, TEXAS 77802
PHONE: 979-731-1130
FAX: 979-731-1070
EMAIL: cestill@cox-internet.com

March 13, 2006

## Expert Witness Report of Charles E. Still

I, Charles E. Still, have been retained by Harris Beach PLLC to render expert services in conjunction with a patent infringement lawsuit. I hereby provide the following report involving U.S Patent 5,365,638 pursuant to Rule 26 of the Federal Rules of Civil procedure.

I received a Bachelor of Architecture Degree in 1962 from Texas A&M University in College Station, Texas. I am a Graduate of Overton High School, Overton, Texas

I am the owner of Charles E. Still, Consulting Services based in Bryan, Texas. I have held this position since the inception of the company in July 2001. CES, Consulting Services specializes in fenestration. Windows and Doors are included in the term "fenestration" as well as curtain walls, storefronts and skylights. During my career, I have designed in excess of 200 fenestration products including single hung and double hung windows in aluminum, vinyl and composite materials for Residential, Manufactured Housing and Commercial Window Companies in New Construction and Replacement Markets. I am an expert in all phases of window design. I am a member of AAMA, American Architectural Manufacturing Association. AAMA is a professional trade organization including window manufacturers and suppliers to the window and door industry.

**Prior work history:**

**July 2000-July 2001** *Product Engineering Manager*, Alenco Building Products, Inc. Responsibilities include all phases of Engineering, Design and Development, Tooling and Certification and Documentation for four Manufacturing Plants. Primary products developed including windows, for new construction residential and commercial industry as well as residential replacement/remodeling market and manufactured housing industry. Primary window materials consist of extruded aluminum, extruded PVC vinyl and wood. Served on

*Member of American Architectural Manufacturers Association*



the AAMA Southeast Region and Western Boards of Directors. Active in Installation Task Group in AAMA Western Region. Active in AAMA "Installation Masters" certified installers program.

**March 1999-July 2000** *Director of Engineering Support*, Reliant Building Products, Inc. Responsibilities include all product liability case investigations and resolution, giving depositions and court testimony. Search for new product, including window technologies, in design, materials and equipment. Company voting representative to all member trade associations and building codes groups (AAMA, NFRC and IGMA). Responsible for Product Certification and Testing. Licensed Glazing Contractor in the State of California and Arizona.

**1982-1999** *Vice President of Engineering*, Reliant Building Products, Inc., formerly known as Redman Building Products, Inc., Responsibilities include managing product design and development and installation, product liability and codes compliance to national and state building codes. Active member of AAMA (American Architectural Manufacturers Association) and served as chairman of numerous task groups and served three times on the National AAMA Board of Directors. Active member of NFRC (National Fenestration Rating Council) involving thermal performance of windows and doors and IGMA, Insulating Glass Manufacturers Association (formerly known as SIGMA, Sealed Insulating Glass Manufacturers Association).

**1979-1982** *Director of Product Design*, Redman Building Products, Inc.. Responsibilities include product design, including windows and development of new construction and replacement/remodeling windows, doors and skylights. Company owned and operated 5 manufacturing plants and 7 sales outlets.

**1974-1979** *Chief Engineer*, Alenco, A Division of Redman Building Products, Inc. Responsibilities include design and development, testing, quality control department, plant maintenance department, plant tooling department, shop drawings department and warranty service department.

**1968-1974** *Chief Design Engineer*, Alenco, a Division of Redman Building Products, Inc.. Responsibilities include all designs of aluminum windows and doors for Residential and Commercial construction as well as Manufactured Housing.

**1964-1968** *Design Engineer*, Alenco, Albritton Engineering Corporation. Responsibilities include design and development of new aluminum windows and doors. Responsible for Office and Plant Expansion Program in Bryan, Texas Facility. Prepared architectural working drawings for Office and Plant Facilities (3 expansions).

The following documents have been made available to me by the attorneys at Harris Beach.

- U.S. Patent 329,996. A Spring Sash Balance, February 25, 1929
- G.B. Patent 1,218,827. Sash Control Mechanism, July 17, 1967
- G.B. Patent 1,244,324. A Sliding Sash Window, August 11, 1968

2
1

- G.B. Patent 1,287,756. Improvements In Or Relating To Doors, August 25, 1969
- U.K. Patent 2,236,786. A Guide Assembly, September 27, 1989
- U.S. Patent 2,262,990. Window Sash Counterbalance, September 2,1939
- U.S. Patent 2,279,600. Sash Balance, March 30, 1940
- U.K. Patent 2,280,697. Tiltable To Sash Windows, July 27, 1993
- U.K. Patent 2,292,168 A. Pivoting Sash Slide Locking Mechanism, July 31, 1995
- U.S. Patent 2,635,282. Spring Counterbalance, October 2, 1950
- U.S. Patent 2,826,090. Sash Balance Coupling Device, March 21, 1955
- U.S. Patent 3,055,044. Foot Attachment For Block And Tackle Type Spring Counterbalances, September 25, 1960
- U.S. Patent 3,449,862. Window Structure, August 21, 1967
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 3,091,797. Window Structure, April 26, 1961
- U.S. Patent 3,114,178. Sliding Window And Counterbalancer Combination, February 6, 1961
- U.S. Patent 3,358,403. Heavy Window Balance Assembly, January 28, 1966
- U.S. Patent 3,358,404. Readily Removable Double Hung Window, January 28, 1966
- U.S. Patent 3,440,683. Sash Control Mechanism, July 17, 1967
- U.S. Patent 3,449,862. Window Structures, August 11, 1967
- U.S. Patent 3,452,480. Spring Sash Counterbalance, September 14, 1967
- U.S. Patent 3,711,995. Building Structure, June 22, 1070
- U.S. Patent 3,869,754. Bracket For A Spring Sash Counterbalance, September 10, 1973
- U.S. Patent 4,079,549. Balance Spring Lock For Tilt Out Sash, August 26, 1976
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 4,227,345. Tilt-Lock Slide For Window Sash, January 26, 1979
- U.S. Patent 4,300,316. Sash Balance Foot Seal Mechanism, October 17, 1979
- U.S. Patent 4,610,108. Balance Spring Locking Slide Block For Tilt-Out Windows, December 20, 1984
- U.S. Patent 4,654,928. Adjustable Friction Block And Tackle Window Balance System, April 11, 1986
- U.S. Patent 4,704,821. Compression Seals In A Double Hung Style Window, July 3, 1986
- U.S. Patent 4,949,425. Spring Loaded Block And Tackle Window Sash Balance Assembly, October 19, 1988
- U.S. Patent 5,069,001. Pivotable Window Sash Assembly, November 21, 1990
  U.S. Patent 5,157,808. Coil Spring Counterbalance Hardware Assembly And Connection Method Therefore, February 18, 1992
- U.S. Patent 5,210,976. Window Balance Assembly, June 26, 1992
- U.S. Patent 5,243,783. Locking Slide Block, June 24, 1992
- U.S. Patent 5,301,467. Locking Slide Block, September 2, 1993
- U.S. Patent 5,353,548. Curl Spring Shoe Based Window Balance System, April 1, 1993

- U.S. Patent 5,365,638. Spring Mounting For Sash Frame Tensioning Arrangements, January 21, 1993
- U.S. Patent 5,371,971. Sash Balance Brake And Pivot Pin Assembly, May 4, 1993
- U.S. Patent 5,530,991. Block And Tackle Window Balance, January 21, 1994
- U.S. Patent 5,632,117. Sash Balance Brake Assembly, January 13, 1995
- U.S. Patent 5,661,927. Sliding Counterbalance Assembly For A Sash Window, March 6, 1996
- U.S. Patent 5,669,180. Window Balance Brake Shoe And Pivot Assembly, May 29, 1996
- U.S. Patent 5,737,877. Block And Tackle Balance With Integral, Non-Rotating Pulley System, July 26, 1996
- U.S. Patent 5,806,243. Sash Balance Brake Assembly, May 21, 1997
- U.S. Patent 5,829,196. Window Balance Brake Shoe And Pivot Assembly, May 30, 1997
- U.S. Patent 6,041,476. Inverted Block And Tackle Window Balance, November 21, 1997
- U.S. Patent 6,088,880. Adjustable Shoe For Awning Window Hinge, July 7, 1997
- U.S. Patent 6,151,832. Window Balance Cam Housing, February 19, 1999
- U.S. Patent 6,230,443 B1. Hardware Mounting, May 5, 1999
- U.S. Patent 6,467,128 B1. Block And Tackle Sash Counter Balance, September 11, 2000
- U.S. Patent 6,550,184 B1. Brake Shoe For Sash Window Or Door Assembly, February 9, 2001
- U.S. Patent 6,598,264 B2. Block And Tackle Window Balance With Bottom Guide Roller, March 16, 2001
- U.S. Patent 6,606,761 B2. Spring Mounting Arrangement For A Sash Window Counterbalance Arrangement, October 8, 2001
- U.S. Patent 6,622,342 B1. Block And Tackle Balance Assembly With Brake Shoe, June 6, 2001
- U.S. Patent 6,820,368 B2. Snap Lock Balance Shoe And System For A Pivotable Window, May 23, 2003
- U.S. Patent 6,840,011 B2. Window Panel Balance Apparatus And Method, December 13, 2000
- U.S. Patent 6,990,710 B2. Counterbalance System For A Tilt-In Window Having An Improved Shoe Assembly And Anchor Mount, November 5, 2003
- Japanese Patent 62-194,895. Title and filing date unknown.
- Caldwell Fenestration Hardware Product Information, Bates C00477 thru C00542.
- Defendant's Second Supplemented Answers To Plaintiffs' First Set Of Interrogatories.
- Memorandum And Order, January 20, 2006.
- Amesbury's First Supplemental Response To Caldwell's Interrogatories (Nos.1-2)
- Amesbury's Second Supplemental Response To Caldwell's Interrogatories (Nos. 1-2,13-16).
- Defendant's Supplemented Answers To Plaintiffs' First Set Of Interrogatories
- Joint Motion to Set Schedule.

4
1

- Patent '264 File History, Bates C000543 thru C000690.
- Patent '638 File History, Bates C000921 thru C001116.
- Case documents Bates AME 01931 through 01948
- CD files: Documents Produced in Response to Plaintiffs' First Request for Documents and Things

Other documents include:

- Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors, AAMA/NWWDA 101/I.S.2-97.
- International Residential Code for One for Two Family Dwellings – 2000
- U. S. Patent 4,961,247. Balancing Arrangements For Double Hung Windows. December 7, 1989

This case involves windows and window balance hardware. Single, double and triple hung windows are best described as vertically operating windows in which the sash weight is offset by a counter-balancing mechanism mounted in the window. One or more locking devices are furnished to secure the sash in the closed position. Single and double hung windows are the most common types in the United States and Canada. They allow light and ventilation into a dwelling. A window balance is a mechanical device (normally spring loaded) used in hung type windows as a means of counter-balancing the weight of the sash during opening and closing. Balances are most often furnished in pairs. The role of balances in today's windows are critically important due to the increased demand for insulating glass which increases the sash weight by twice the amount of a traditional single glazed window. In coastal areas, laminated glass in impact-tested windows also increases the sash weight of hung windows. Balances are required to maintain the sash in any open position without drifting or falling down.

There are different types of window balances: Spiral, Block & Tackle and Constant Force.
**Braid, U.S. Patent 5,365,638** involves a constant force coil balance. Constant force coil balances have been used in windows for the past 76 years in the United States. They are simple to install and are reliable. Constant force coil balances are popular in today's single and double hung windows with a "tilt-in" sash, making it easy to clean the exterior side of the sash glass from the interior side of the window whereby the operating sash is rotated inward by pivoting at the bottom corners of the sash. The **'638 Patent** is designed for a "tilt-in" window. It features a coil spring mounted in a housing that supports the bottom curvature of the coil spring and is fastened to the frame jambs of the window inside a channel that is partially open on the exposed side. The other end of the coil spring is attached to a sash frame support, generally termed as a balance pivot shoe. The pivot shoe travels inside the frame jamb channel allowing the coil spring to retract towards its original position and thus assisting the vertical sash lift. Multiple coils can be added to the window for heavier sash loads. The pivot shoe includes a keyway or socket for the pivot bar connected to the sash, which can be rotated inward when the sash is ready to be removed from the window frame. When the pivot shoe is rotated, it

automatically locks the pivot shoe inside the jamb channel to prevent sash travel while removing the sash.

The previously described sash frame support (pivot shoe) is not described in the '638 Patent. It is typically found in all tilt-in windows.

**Sterner, U.S. Patent 5,157,808**- Filed February 18, 1992 (see Exhibits A & B) clearly shows a constant force coil spring balance with a spring mounting that incorporates a raised spine positioned between and in the same plane as the inwardly opposed flanges of the frame jamb channel. It also clearly shows a concave support surface in the spring mounting to support the coil spring. It also clearly shows an aperture with a screw to attach the spring mounting to the frame jamb of the window. These components perform the same function as in the '638 Patent.

I have studied and examined a coil spring balance mounting sample as manufactured by Product Design and Development and is identical to the drawings noted in Sterner, '808 Patent. I have also studied and examined samples of Caldwell's "Quick-Tilt" coiled balances.

**Leitzel, U.S. Patent 4,961,247**- Filed December 7, 1989 (see Exhibits C & D) clearly shows a constant force coil spring balance with a spring mounting that incorporates a raised spine positioned between and in the same plane as the inwardly opposed flanges of the frame jamb channel. It is also clearly shows an aperture with a screw to attach the spring mounting to the frame jamb of the window. The remaining major components in '247 Patent perform the same function as in the '638 Patent.

Other Prior Art can be found in Cripps, U.S. Patent 5,219,976, filed June 26, 1992.

**Opinions**

**Braid, U.S. Patent 5,365,638**, based upon my findings, is not novel and/or is obvious and therefore, not valid.

Prior Art proves that all components of **'638 Patent** existed before **'638 Patent** was filed. U.S. Patent 5,157,808 contains all of the elements disclosed in claims 1,2,3, & 8 of the **'638 Patent**, thereby anticipating those claims. All of the claims would have been obvious to one of ordinary skill in the art to which this invention pertains based on: (1) Sterner U.S. Patent 5,157,808; and/or (2) Leitzel U.S. Patent 4,961,247. Therefore, the claims are invalid. Detailed comparisons of the claims of the patent to the prior art are attached as Exhibits A, B,C, & D.

I reserve the right to add additional opinions in my investigations and/or upon review of additional discovery materials. Opinions herein are within a reasonable degree of professional certainty.

Charles E. Still

Attachments:
CES Deposition Records
Comparison Chart-'638 Patent- Exhibit A
Comparison Drawing-'638-Exhibit B
Comparison Chart-'638 Patent-Exhibit C
Comparison Drawing-'638 Exhibit D

7
1

**Charles E. Still**        **Testimony Given in Depositions and Trials**

| Type | Parties | Type of Claim | Location | Date |
|------|---------|---------------|----------|------|
| Deposition | VBP v. Royal Plastic | Patent Infringement | Oakland, New Jersey | |
| Trial | VBP v. Royal Pastics | Patent Infringement | Newark, New Jersey | |
| Deposition | Redman v. ? | Forced Entry/Injury | Albuquerque, New Mexico | |
| Deposition | Redman v. ? | Forced Entry/Injury | Houston, Texas | |
| Deposition | Thiokol v. ? | Glass Breakage | Denver, Colorado | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Trial | Redman v. ? | Personal Injury | Savannah, Georgia | |
| Trial | Redman v. ? | Water Infiltration | Little Rock, Arkansas | |
| Trial | Redman v. ? | Scratched Glass | Waco, Texas | |
| Arbitration | Redman v.? | Glass Breakage | Alexandria, Louisiana | |
| Trial | Redman v. ? | Water Infiltration | Baton Rouge, Louisiana | |
| Deposition | Inmont v. ? | Glass Breakage | Rockwall, Texas | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Deposition | Lamkin v. Gapco | Personal. Injury | Madison County, Illinois | |
| Deposition | Pace v. Gapco | Personal Injury | Madison County, Illinois | |
| Trial | Redman v. ? | Glass Breakage | Salt Lake City, Utah | |
| Deposition | Redman v. ? | Condensation | Baytown, Texas | |
| Deposition | Redman v. ? | Personal Injury | Detroit, Michigan | |
| Deposition | Redman v. ? | Personal Injury | South Padre Island, Texas | |
| Deposition | Gapco v. ? | Personal Injury | St. Louis, Missouri | |
| Trial | Unique v. Beard | Business Ethics | Roanoke, Virginia | |
| Deposition | Redman v. Somerset | Water Infiltration | Silver Springs, Maryland | |
| Deposition | Reman v. ? | Water Infiltration | San Francisco, California | |
| Deposition | Redman v. ? | Water Infiltration | Fresno, California | |

| | | | |
|---|---|---|---|
| Deposition | Bolander v. Champion | Water Infiltration | Houston, Texas | 8/29/2003 |
| Trial | Jason Lamkin v. Gapco | Personal Injury | Belleville, Illinois | 3/15/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, Texas | 4/2/2004 |
| Deposition | All Seasons v. Tradewinds Condo | Code Compliance | Orange Beach, AL | 5/19/2004 |
| Deposition | All Seasons v. Royal Palms Condo | Code Compliance | Gulf Shores, AL | 6/24/2004 |
| Deposition | W.S. Phillips v. Hope Lumber | Water Infiltration | College Station, TX | 10/27/2004 |
| Deposition | W.S. Phillips v. Alenco | Water Infiltration | College Station, TX | 11/30/2004 |
| Deposition | Sungate Development v. All Seasons | Water Infiltration | McAllen, TX | 12/7/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, TX | 2/23/2005 |
| Deposition | Cavalier Homes v. Larson Doors | Product Quality | Haleyville, AL | 5/26/2005 |
| Deposition | Grand Pointe HOA V. All Seasons | Product Liability | Orange Beach, AL | 6/29/2005 |
| Deposition | Donn v. Turner v. General Aluminum | Water Infiltration | Aubrey, TX | 9/9/2005 |
| Arbitration | Hilcom v. Moore | Water Infiltration | Houston, TX | 10/19/2005 |
| Trial | Sandhu v. Wellington | Personal Injury | Toronto, Canada | 11/18/2005 |
| Deposition | Planter's Place HOA v.All Seasons | Water Infiltration | Mt. Pleasant, S.C. | 12/20/2005 |

EXHIBIT A

**EXHIBIT A**

**INVALIDATION OF**
**AMESBURY'S U.S. PATENT NO. 5,365,638**

| Claim Element | U.S. Patent No. 5,365,638 | Sterner's U.S. Patent No. 5,157,808 |
|---|---|---|
| 638/1 | A mounting assembly comprising | See Exhibit B, item A, '808 Patent is a mounting assembly comprising |
| 638/1 | a channel means | See Exhibit B, item B, a channel means |
| 638/1 | having a rear wall, | Having a rear wall, |
| 638/1 | side walls | side walls |
| 638/1 | and at extremities of said side walls, inwardly turned opposed flanges, | See Exhibit B, item C, and at extremities of said side walls, inwardly turned opposed flanges, |
| 638/1 | a sash frame support means slidable in said channel means, | See Exhibit B, item D, a sash frame support means slidable in said channel means, |
| 638/1 | a coiled ribbon spring | See Exhibit B, item E, a coiled ribbon spring |
| 638/1 | having a first end engaged with said sash frame support means, | having a first end engaged with said sash frame support means, |
| 638/1 | and a means for mounting said coiled ribbon spring, | and a means for mounting said coiled ribbon spring, |

1

| Claim Element | U.S. Patent No. 5,365,638 | Sterner's U.S. Patent No. 5,157,808 |
|---|---|---|
| 638/1 | the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means | the coiled body portion, coiled ribbon spring has another end positioned in said mounting means, |
| 638/1 | and said mounting means being secured in said channel means, | and said mounting means being secured in said channel means, |
| 638/1 | said mounting means having a raised spine | See Exhibit B, item F, said mounting means having a raised spine |
| 638/1 | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means |
| 638/1 | whereby rotational motion of said mounting means is inhibited. | whereby rotational motion of said mounting means is inhibited, because the spine shown in the '808 Patent is sized such that it would have a close tolerance with the flanges. |
| 638/2 | The mounting assembly of claim 1 wherein the mounting means has a | See Exhibit A, item G, the device of the '808 Patent has a mounting means that |

2

| Claim Element | U.S. Patent No. 5,365,638 | Sterner's U.S. Patent No. 5,157,808 |
|---|---|---|
| | support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. | has a support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. |
| 638/3 | The mounting assembly of claim 2 | The device of '808 Patent has a mounting assembly |
| 638/3 | wherein said mounting means has a body portion | wherein said mounting means has a body portion |
| 638/3 | Having an aperture therein, | See Exhibit B, item H, having an aperture therein, |
| 638/3 | a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, | The device of '808 Patent has a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, |
| 638/3 | a surface of said body portion being concavely curved, | The device has a surface of said body portion that is concavely curved, |
| 638/3 | said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion. | The device has a coiled body portion of said coiled ribbon in contact with and supported by said curved surface of said body portion. |

3

| Claim Element | U.S. Patent No. 5,365,638 | Sterner's U.S. Patent No. 5,157,808 | |
|---|---|---|---|
| | | | |
| 638/8 | a mounting assembly comprising | The device has a mounting assembly comprising | |
| 638/8 | a channel means having | a channel means having | |
| 638/8 | a rear wall, | a rear wall, | |
| 638/8 | side walls | side walls | |
| 638/8 | and at extremities of said side walls, inwardly turned opposed flanges, | and at extremities of said side walls, inwardly turned opposed flanges, | |
| 638/8 | a sash frame support means slidable in said channel means, | a sash frame support means slidable in said channel means, | |
| 638/8 | a coiled ribbon spring | the device includes a coiled ribbon spring | |
| 638/8 | having an outer end engaged with said sash frame support means, | having an outer end engaged with said sash frame support means, | |
| 638/8 | and a means for mounting said coiled ribbon spring, | the device includes a means for mounting said coiled ribbon spring, | |
| 638/8 | the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, | the coiled body portion, coiled ribbon spring has another end positioned in said mounting means, | |

4

| Claim Element | U.S. Patent No. 5,365,638 | Sterner's U.S. Patent No. 5,157,808 |
|---|---|---|
| 638/8 | Said mounting means being secured in said channel means | Said mounting means being secured in said channel means |
| 638/8 | and the mounting means having projection means | and the mounting means having projection means |
| 638/8 | positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, | positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, |
| 638/8 | whereby rotational movement of the mounting means is inhibited. | whereby rotational movement of the mounting means is inhibited. |

5

EXHIBIT B

# U.S.5,365,638

Braid: Filed January 21, 1993

# U.S.5,157,808

Sterner: Filed February 18, 1992



Added to drawing by CES 3/15/06

# EXHIBIT B

EXHIBIT C

EXHIBIT C

INVALIDATION OF
AMESBURY'S U.S. PATENT NO. 5,365,638

| Claim Element | U.S. Patent No. 5,365,638 | Leitzel's U.S. Patent No. 4,961,247 |
|---|---|---|
| 638/1 | A mounting assembly comprising | See Exhibit D, item A, '247 Patent is a mounting assembly comprising |
| 638/1 | a channel means | See Exhibit D, item B, a channel means |
| 638/1 | having a rear wall, | Having a rear wall, |
| 638/1 | side walls | side walls |
| 638/1 | and at extremities of said side walls, inwardly turned opposed flanges, | See Exhibit D, item C, and at extremities of said side walls, inwardly turned opposed flanges, |
| 638/1 | a sash frame support means slidable in said channel means, | See Exhibit D, item D, a sash frame support means slidable in a said channel means, |
| 638/1 | a coiled ribbon spring | See Exhibit D, item E, a coiled ribbon spring |
| 638/1 | having a first end engaged with said sash frame support means, | having a first end engaged with said sash frame support means, |
| 638/1 | and a means for mounting said coiled ribbon spring, | and a means for mounting said coiled ribbon spring, |

1

| Claim Element | U.S. Patent No. 5,365,638 | Leitzel's U.S. Patent No. 4,961,247 |
|---|---|---|
| 638/1 | the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means | the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means |
| 638/1 | and said mounting means being secured in said channel means, | and said mounting means being secured in said channel means, |
| 638/1 | said mounting means having a raised spine | See Exhibit D, item F, said mounting means having a raised spine |
| 638/1 | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means |
| 638/1 | whereby rotational motion of said mounting means is inhibited. | whereby rotational motion of said mounting means is inhibited. |
| 638/2 | The mounting assembly of claim 1 wherein the mounting means has a | See prior art in Sterner, U.S. Patent 5,157,808 |

2

| Claim Element | U.S. Patent No. 5,365,638 | Leitzel's U.S. Patent No. 4,961,247 |
|---|---|---|
| | support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. | |
| 638/3 | The mounting assembly of claim 2 | The device of '247 Patent has a mounting assembly |
| 638/3 | wherein said mounting means has a body portion | wherein said mounting means has a body portion |
| 638.3 | Having an aperture therein, | See Exhibit D, item H, having an aperture therein, |
| 638/3 | a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, | a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, |
| 638/3 | a surface of said body portion being concavely curved, | a surface of said body portion being concavely curved, |
| 638/3 | said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion. | See prior art in Sterner, U.S Patent 5,157,808 |

3

| Claim Element | U.S. Patent No. 5,365,638 | Leitzel's U.S. Patent No. 4,961,247 |
|---|---|---|
| | | |
| 638/8 | A mounting assembly comprising | The device of the '247 Patent has a mounting assembly comprising |
| 638/8 | a channel means having | a channel means having |
| 638/8 | a rear wall, | a rear wall, |
| 638/8 | side walls | side walls |
| 638/8 | and at extremities of said side walls, inwardly turned opposed flanges, | and at extremities of said side walls, inwardly turned opposed flanges, |
| 638/8 | a sash frame support means slidable in said channel means, | a sash frame support means slidable in said channel means, |
| 638/8 | a coiled ribbon spring | a coiled ribbon spring |
| 638/8 | having an outer end engaged with said sash frame support means, | having an outer end engaged with said sash frame support means, |
| 638/8 | and a means for mounting said coiled ribbon spring, | and a means for mounting said coiled ribbon spring, |
| 638/8 | the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, | the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, |

4

| Claim Element | U.S. Patent No. 5,365,638 | Leitzel's U.S. Patent No. 4,961,247 |
|---|---|---|
| 638/8 | Said mounting means being secured in said channel means | Said mounting means being secured in said channel means |
| 638/8 | and the mounting means having projection means | and the mounting means having projection means |
| 638/8 | positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, | positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, |
| 638/8 | whereby rotational movement of the mounting means is inhibited. | whereby rotational movement of the mounting means is inhibited. |

5

EXHIBIT D

U.S.5,365,638                    U.S. 4,961,247

Braid: Filed January 21, 1993        Leitzel: Filed December 7, 1989



FIG. I

FIG. 3

FIG. 2

⬚ Added to Drawing by CES 3/15/06

EXHIBIT D

STILL EXHIBIT C



CHARLES E. STILL, CONSULTING SERVICES .

Charles E. Still
*Specialist in Fenestration*

2914 PARTRIDGE CIRCLE
BRYAN, TEXAS 77802
PHONE: 979-731-1130
FAX: 979-731-1070
EMAIL: cestill@cox-internet.com

April 17, 2006

### Expert Witness Report of Charles E. Still

I, Charles E. Still, have been retained by Harris Beach PLLC to render expert services in conjunction with a patent infringement lawsuit. I hereby provide the following report involving Amesbury's U.S Patent 5,365,638 "Spring Mounting For Sash Frame Tensioning Arrangements", U.S. Patent 6,598,264 B2 "Block And Tackle Window Balance With Bottom Guide Roller" and U.S. Patent 6,820,368 "Snap Lock Balance Shoe And System For A Pivotable Window" pursuant to Rule 26 of the Federal Rules of Civil procedure.

I received a Bachelor of Architecture Degree in 1962 from Texas A&M University in College Station, Texas. I am a graduate of Overton High School, Overton, Texas.

I am the owner of Charles E. Still, Consulting Services based in Bryan, Texas. I have held this position since the inception of the company in July 2001. CES, Consulting Services specializes in fenestration. Windows and Doors are included in the term "fenestration" as well as curtain walls, storefronts and skylights. During my career, I have designed in excess of 200 fenestration products including single hung and double hung windows in aluminum, vinyl and composite materials for Residential, Manufactured Housing and Commercial Window Companies in New Construction and Replacement Markets. I am an expert in all phases of window design. I am a member of AAMA, American Architectural Manufacturers Association. AAMA is a professional trade organization including window manufacturers and suppliers to the window and door industry.

**Prior work history:**

**July 2000-July 2001** *Product Engineering Manager*, Alenco Building Products, Inc. Responsibilities include all phases of Engineering, Design and Development, Tooling and Certification and Documentation for four Manufacturing Plants. Primary products developed



including windows, for new construction residential and commercial industry as well as residential replacement/remodeling market and manufactured housing industry. Primary window materials consists of extruded aluminum, extruded PVC vinyl and wood. Served on the AAMA Southeast Region and Western Boards of Directors. Active in Installation Task Group in AAMA Western Region. Active in AAMA "Installation Masters" certified installers program.

**March 1999-July 2000** *Director of Engineering Support*, Reliant Building Products, Inc. Responsibilities include all product liability case investigations and resolution, giving depositions and court testimony. Search for new product, including window technologies, in design, materials and equipment. Company voting representative to all member trade associations and building codes groups (AAMA, NFRC and IGMA). Responsible for Product Certification and Testing. Licensed Glazing Contractor in the State of California and Arizona.

**1982-1999** *Vice President of Engineering*, Reliant Building Products, Inc., formerly known as Redman Building Products, Inc. Responsibilities includes managing product design and development and installation, product liability and codes compliance to national and state building codes. Active member of AAMA (American architectural manufacturing Association) and served as chairman of numerous task groups and served three times on the National AAMA Board of Directors. Active member of NFRC (National Fenestration Rating Council) involving thermal performance of windows and doors and IGMA, Insulating Glass Manufacturers Association (formerly known as SIGMA, Sealed Insulating Glass Manufacturers Association).

**1979-1982** *Director of Product Design*, Redman Building Products, Inc.. Responsibilities include product design, including windows and development of new construction and replacement/remodeling windows, doors and skylights. Company owned and operated 5 manufacturing plants and 7 sales outlets.

**1974-1979** *Chief Engineer*, Alenco, A Division of Redman Building Products, Inc. Responsibilities include design and development, testing, quality control department, plant maintenance department, plant tooling department, shop drawings department and warranty service department.

**1968-1974** *Chief Design Engineer*, Alenco, a Division of Redman Building Products, Inc.. Responsibilities include all designs of aluminum windows and doors for Residential and Commercial construction as well as Manufactured Housing.

**1964-1968** *Design Engineer*, Alenco, Albritton Engineering Corporation. Responsibilities include design and development of new aluminum windows and doors. Responsible for Office and Plant Expansion Program in Bryan, Texas Facility. Prepared architectural working drawings for Office and Plant Facilities (3 expansions).

2
1

The following documents and Samples have been made available to me by the attorneys at Harris Beach.

- U.S. Patent  329,996. A Spring Sash Balance, February 25, 1929
- G.B. Patent 1,218,827. Sash Control Mechanism, July 17, 1967
- G.B. Patent 1,244,324. A Sliding Sash Window, August 11, 1968
- G.B. Patent 1,287,756. Improvements In Or Relating To Doors, August 25, 1969
- U.K. Patent 2,236,786. A. Guide Assembly, September 27, 1989
- U.S. Patent 2,262,990. Window Sash Counterbalance, September 2,1939
- U.S. Patent 2,279,600. Sash Balance, March 30, 1940
- U.K. Patent 2,280,697. Tiltable To Sash Windows, July 27, 1993
- U.K. Patent 2,292,168 A. Pivoting Sash Slide Locking Mechanism, July 31, 1995
- U.S. Patent 2,635,282. Spring Counterbalance, October 2, 1950
- U.S. Patent 2,826,090. Sash Balance Coupling Device, March 21, 1955
- U.S. Patent 3,055,044. Foot Attachment For Block And Tackle Type Spring Counterbalances, September 25, 1960
- U.S. Patent 3,449,862. Window Structure, August 21, 1967
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 3,091,797. Window Structure, April 26, 1961
- U.S. Patent 3,114,178. Sliding Window And Counterbalancer Combination, February 6, 1961
- U.S. Patent 3,358,403. Heavy Window Balance Assembly, January 28, 1966
- U.S. Patent 3,358,404. Readily Removable Double Hung Window, January 28, 1966
- U.S. Patent 3,440,683. Sash Control Mechanism, July 17, 1967
- U.S. Patent 3,449,862. Window Structures, August 11, 1967
- U.S. Patent 3,452,480. Spring Sash Counterbalance, September 14, 1967
- U.S. Patent 3,711,995. Building Structure, June 22, 1070
- U.S. Patent 3,869,754. Bracket For A Spring Sash Counterbalance, September 10, 1973
- U.S. Patent 4,079,549. Balance Spring Lock For Tilt Out Sash, August 26, 1976
- U.S. Patent 4,089,085. Sash Balances And Components Thereof, March 28, 1977
- U.S. Patent 4,227,345. Tilt-Lock Slide For Window Sash, January 26, 1979
- U.S. Patent 4,300,316. Sash Balance Foot Seal Mechanism, October 17, 1979
- U.S. Patent 4,610,108. Balance Spring Locking Slide Block For Tilt-Out Windows, December 20, 1984
- U.S. Patent 4,654,928. Adjustable Friction Block And Tackle Window Balance System, April 11, 1986
- U.S. Patent 4,704,821. Compression Seals In A Double Hung Style Window, July 3, 1986
- U.S. Patent 4,949,425. Spring Loaded Block And Tackle Window Sash Balance Assembly, October 19, 1988
- U.S. Patent 5,069,001. Pivotable Window Sash Assembly, November 21, 1990
  U.S. Patent 5,157,808. Coil Spring Counterbalance Hardware Assembly And Connection Method Therefore, February 18, 1992

3
1

- U.S. Patent 5,210,976. Window Balance Assembly, June 26, 1992
- U.S. Patent 5,243,783. Locking Slide Block, June 24, 1992
- U.S. Patent 5,301,467. Locking Slide Block, September 2, 1993
- U.S. Patent 5,353,548. Curl Spring Shoe Based Window Balance System, April 1, 1993
- U.S. Patent 5,365,638. Spring Mounting For Sash Frame Tensioning Arrangements, January 21, 1993
- U.S. Patent 5,371,971. Sash Balance Brake And Pivot Pin Assembly, May 4, 1993
- U.S. Patent 5,530,991. Block And Tackle Window Balance, January 21, 1994
- U.S. Patent 5,632,117. Sash Balance Brake Assembly, January 13, 1995
- U.S. Patent 5,661,927. Sliding Counterbalance Assembly For A Sash Window, March 6, 1996
- U.S. Patent 5,669,180. Window Balance Brake Shoe And Pivot Assembly, May 29, 1996
- U.S. Patent 5,737,877. Block And Tackle Balance With Integral, Non-Rotating Pulley System, July 26, 1996
- U.S. Patent 5,806,243. Sash Balance Brake Assembly, May 21, 1997
- U.S. Patent 5,829,196. Window Balance Brake Shoe And Pivot Assembly, May 30, 1997
- U.S. Patent 6,041,476. Inverted Block And Tackle Window Balance, November 21, 1997
- U.S. Patent 6,088,880. Adjustable Shoe For Awning Window Hinge, July 7, 1997
- U.S. Patent 6,151,832. Window Balance Cam Housing, February 19, 1999
- U.S. Patent 6,230,443 B1. Hardware Mounting, May 5, 1999
- U.S. Patent 6,467,128 B1. Block And Tackle Sash Counter Balance, September 11, 2000
- U.S. Patent 6,550,184 B1. Brake Shoe For Sash Window Or Door Assembly, February 9, 2001
- U.S. Patent 6,598,264 B2. Block And Tackle Window Balance With Bottom Guide Roller, March 16, 2001
- U.S. Patent 6,606,761 B2. Spring Mounting Arrangement For A Sash Window Counterbalance Arrangement, October 8, 2001
- U.S. Patent 6,622,342 B1. Block And Tackle Balance Assembly With Brake Shoe, June 6, 2001
- U.S. Patent 66,679,000 B2.
- U.S. Patent 6,820,368 B2. Snap Lock Balance Shoe And System For A Pivotable Window, May 23, 2003
- U.S. Patent 6,840,011 B2. Window Panel Balance Apparatus And Method, December 13, 2000
- U.S. Patent 6,990,710 B2. Counterbalance System For A Tilt-In Window Having An Improved Shoe Assembly And Anchor Mount, November 5, 2003
- Japanese Patent 62-194,895. Title and filing date unknown.
- Caldwell Fenestration Hardware Product Information, Bates C00477 thru C00542.
- Defendant's Second Supplemented Answers To Plaintiffs' First Set Of Interrogatories.

4
1

- Memorandum And Order, January 20, 2006.
- Amesbury's First Supplemental Response To Caldwell's Interrogatories (Nos.1-2)
- Amesbury's Second Supplemental Response To Caldwell's Interrogatories (Nos. 1-2,13-16).
- Defendant's Supplemented Answers To Plaintiffs' First Set Of Interrogatories
- Joint Motion to Set Schedule.
- Patent '264 File History, Bates C000543 thru C000690.
- Patent '638 File History, Bates C000921 thru C001116.
- Case Documents Bates AME 01931 through 01948
- CD files: Documents Produced in Response to Plaintiffs' First Request for documents and Things, dated September 28, 2005
- Expert Report of Dr. Sammy Shina Submitted on Behalf of Plaintiffs in Civil Action No. 05-10020-DPW
- Declaration of Prior Invention in the United States by Jason Annes To Overcome cited Publication Pursuant to 37 C.F.R.1.131
- Caldwell Sales Brochure
- Caldwell Physical Samples of Balance Hardware.

Other documents include:

- Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors, AAMA/NWWDA 101/I.S.2-97.
- International Residential Code for One and Two Family Dwellings-2000.
- U.S Patent 4,961,247. Balancing Arrangements For Double Hung Windows. December 7, 1989

**U.S. Patent 5,365,638**

**Amesbury's Patent 5,365,638 – Spring Mounting For Sash Frame Tensioning Arrangements** involves a Constant Force Balance that is used in Single Hung and Double Hung Windows with a Tilting Sash. Constant force balances have been available for years and offer an economical solution to counter-balancing sash weight. Constant force balances include a stainless steel coiled spring, a coiled spring mounting in the frame jamb of the window with an attaching screw and a sash carrier (shoe). The window design must have certain design features in order to receive a constant force balance. It must have jamb tracks in the shape of a channel with one side of the channel open, creating flanges on each side. It must have at least one removable operating sash to be pivoted at the lower corner of the sash for tilting the sash inwards for sash removal or for cleaning the exterior sash glass surface from the interior. The mounting that cradles the coiled spring is fastened to the frame jamb inside the open channel. One outer end of the coiled spring is attached to a sliding sash carrier that connects to the bottom corners of the operating sash. The inner end of the coiled spring is left free and unattached inside the coil. When the sash is lifted upwards towards an open position, the coiled spring retracts inside the mounting and counter-balances the weight of the sash and allows the sash to

5
1

remain open for ventilation. Coil springs can be added in dual or triple configuration to increase the lifting force for a heavier sash.

Prior art demonstrates that there is nothing unique or novel about the **'638 Patent**. Amesbury contends that Caldwell infringed on their **'638 Patent** in claim elements 1,2,3 & 8.

The **'638 Patent** Claims describe the window frame jamb channel, sash frame support (shoe), a coiled ribbon spring, a mounting for the coil and a raised spine as part of the spring mounting.

Claims 1 & 8 of the **'638 Patent** describe .. *"whereby rotational motion of said mounting means is inhibited"*, which Caldwell denies is contained in its products. Amesbury's **'638 Patent** design calls for a raised spine as part of the mounting means to inhibit rotational motion of the mounting inside the window frame jamb according to the claims. The mounting depends on the inwardly turned flanges of the open jamb channel to help support the mounting. Caldwell's Quick Tilt design does not depend on the inwardly turned flanges of the open jamb channel for the mounting support and does not infringe the **'638 Patent**. The molded nylon body of the Caldwell Quick-Tilt spring mounting fits snug <u>inside</u> the open jamb channel to prevent rotation of the mounting. Caldwell's Quick Tilt raised outer spine portion of the mounting is designed to help support the screw fastener, coil nest and aperture through the mounting and does nothing to inhibit rotation of the mounting under load. Standard window designs allow a gap between either side of the raised spine and the ends of the inwardly turned flanges from .050" to .109" (See Exhibits A, G & H).

Therefore, in Caldwell's Quick Tilt product, the spine cannot contact the flanges and cannot prevent rotation of the mounting element.

---

**U.S. Patent 6,598,264 B2**

**Amesbury's Patent 6,598,264 B2- Block And Tackle Window Balance With Bottom Guide Roller** involves a Block and Tackle Balance that is used in Single Hung and Double Hung Windows with a removable sash. Block and Tackle Balances have been used in windows for the past 67 years and have a good track record. The window industry calls this traditional type of balance a "side load" because the sash must be installed and removed by moving the sash to one side of the window to clear the jamb from the opposite side of the window. Block and Tackle balances are popular and are known for their sash weight carrying capacity, long reliable service and are user friendly.

The Block and Tackle Balance described in the **'264 Patent** has a "C" channel as the main body member, an angled top guide, a bottom guide with a roller, a spring, a fixed pulley block, a translatable pulley block and a cord. One end of the cord is attached to the translatable pulley block and the other end attaches to the frame jamb of the window

giving the operating sash a mechanical advantage of lifting the sash weight when the sash is being opened or closed.

Prior art demonstrates that there is nothing unique or novel about the '264 **Patent**. Amesbury contends that Caldwell infringed the '264 **Patent,** specifically patent claims 1,2,3,4,5,6,7,9,10,11,12,13,14,15,16,18,19,20 & 21.

Claims 1,2,12,13,18 & 19 of the '264 **Patent** describe... *"a bottom guide roller rotatably mounted in the bottom guide" and..." the bottom guide roller is located external to the channel"* which Caldwell denies is contained in its products. Caldwell's 86XT balance does not have a roller mounted in the bottom guide, and therefore, does not infringe the '264 **Patent**. Caldwell's 86XT balance has a bottom fixed pulley block with 3 pulleys, the third larger pulley being located immediately below the smaller pulleys and has a portion internal and external to the channel. (See Exhibit B,  J & K). Therefore, Caldwell's 86XT balance does not have a roller in the bottom guide and does not infringe the '264 **Patent** claims.


## U.S. Patent 6,820,368 B2

Amesbury's Patent 6,820,368 B2 –**Snap Lock Balance Shoe And System For A Pivotable Window** involves a Block and Tackle Balance that is used in Single Hung and Double Hung Windows with a removable tilt-in sash. Tilt-in sash windows are popular because they allow the sash to be rotated inward to enable the exterior glass face of the sash to be cleaned from the interior. This type of balance is especially convenient on above grade floors, eliminating the use of ladders when double hung windows are installed.

The '368 **Patent** is designed with an "inverted" balance concept (see Exhibit E on Prior Art in U.S. Patent 6,041,476 and in '368 **Patent** Fig. 2A, 7A & 7B) wherein the fixed pulley block is located at the top end of the channel and the spring is located at the bottom end of the channel. The balance shoe is inverted ("T" shaped) and joined to the bottom end of the channel by way of two molded plastic tabs that snap into punched holes in the walls of the channel. The pivoting axis of the shoe is located 13/16" from the end of the channel where a rivet acts as an axle allowing the shoe to rotate. This allows the shoe to be removed for replacement after the window is constructed without modification to the window. The lower portion of the shoe has a cam with a recess for a pivot bar and brake pads.

Caldwell's Series 971 w/ Short Carrier (Shoe) is "T" shaped and is directly connected to the end of the balance channel with one rivet. It does not have snap tabs and does not rotate around a rivet. During factory assembly, a connecting rivet is threaded through a clearance through both outer walls of the carrier. It is designed to be non-removable and does not have a snap-in capability (See Exhibit C, E, F,L & N).
Amesbury contends that Caldwell infringed the '368 **Patent,** specifically Claims 2, 3,6,7,8, & 11.Claim 2 of the '368 **Patent** describes ... *"and wherein the second end of the*

7
1

frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate the balance with a rivet;" which Caldwell denies is contained in its products. Caldwell's Series 97I w/Short Carrier does not infringe the '368 Patent because Caldwell's 97I w/ Short Carrier does not have a pocket in its balance carrier (shoe) frame. It has a clearance on both walls of the carrier (shoe) for a connecting rivet.

Caldwell's Series 97EZ w/ Long Carrier (Shoe) is "T" shaped. During factory assembly, a connecting rivet is threaded through an aperture molded into the frame of the carrier. A second rivet through the end of the channel holds the end of the spring as well as supports two legs of the carrier to prevent outward rotation. The carrier is designed to be non-removable and does not have a snap-in capability (See Exhibits D, E, F,M & N). Claims 2 of the '368 Patent describes ... "and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet;" which Caldwell denies is contained in its products. Caldwell's Series 97EZ w/Long Carrier does not infringe the '368 Patent because Caldwell's 97EZ w/ Long Carrier does not have a pocket in its balance carrier (shoe) frame. It has an aperture for a rivet and, at the extreme end of the carrier, it has two legs supported by a second rivet (that holds the end of the spring) to prevent outward rotation. Further, the second rivet does not connect the carrier to the channel and does not mate with the carrier legs.

## Opinions

Based upon my research, past experience and knowledge, it is my opinion that Caldwell's Quick Tilt Products do not infringe Amesbury's Patent 5,365,638.

Based upon my research, past experience and knowledge, it is my opinion that Caldwell's 86XT Balance does not infringe Amesbury's Patent 6,598,264 B2.

Base upon my research, past experience and knowledge, it is my opinion that Caldwell's Series 97EZ Products do not infringe Amesbury's Patent 6,820,368.

I reserve the right to add additional opinions in my investigations and /or upon review of additional discovery materials. Opinions herein are within a reasonable degree of professional certainty.

Signed this17th day of April, 2006

Charles E. Still, Consulting Services
2914 Partridge Circle
Bryan, Texas 77802

8
1

Attachments:
Exhibit A-Comparison Chart
Exhibit B-Comparison Chart
Exhibit C-Comparison Chart
Exhibit D-Comparison Chart
Exhibit E- Caldwell Patent 6,041,476
              Amesbury Patent 6,820,368 B2
Exhibit F- Caldwell Pulley Drawing
Exhibit G-  Photo
Exhibit H-  Photo
Exhibit  J-  Photo
Exhibit K- Photo
Exhibit L- Photo
Exhibit M- Photo
Exhibit N- Photo

**Charles E. Still**            **Testimony Given in Depositions and Trials**

| Type | Parties | Type of Claim | Location | Date |
|---|---|---|---|---|
| Deposition | VBP v. Royal Plastic | Patent Infringement | Oakland, New Jersey | |
| Trial | VBP v. Royal Pastics | Patent Infringement | Newark, New Jersey | |
| Deposition | Redman v. ? | Forced Entry/Injury | Albuquerque, New Mexico | |
| Deposition | Redman v. ? | Forced Entry/Injury | Houston, Texas | |
| Deposition | Thiokol v. ? | Glass Breakage | Denver, Colorado | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Trial | Redman v. ? | Personal Injury | Savannah, Georgia | |
| Trial | Redman v. ? | Water Infiltration | Little Rock, Arkansas | |
| Trial | Redman v. ? | Scratched Glass | Waco, Texas | |
| Arbitration | Redman v.? | Glass Breakage | Alexandria, Louisiana | |
| Trial | Redman v. ? | Water Infiltration | Baton Rouge, Louisiana | |
| Deposition | Inmont v. ? | Glass Breakage | Rockwall, Texas | |
| Deposition | Redman v. ? | Water Infiltration | San Diego, California | |
| Deposition | Lamkin v. Gapco | Personal Injury | Madison County, Illinois | |
| Deposition | Pace v. Gapco | Personal Injury | Madison County, Illinois | |
| Trial | Redman v. ? | Glass Breakage | Salt Lake City, Utah | |
| Deposition | Redman v. ? | Condensation | Baytown, Texas | |

| | | | |
|---|---|---|---|
| Deposition | Redman v. ? | Personal Injury | Detroit, Michigan | |
| Deposition | Redman v. ? | Personal Injury | South Padre Island, Texas | |
| Deposition | Gapco v. ? | Personal Injury | St. Louis, Missouri | |
| Trial | Unique v. Beard | Business Ethics | Roanoke, Virginia | |
| Deposition | Redman v. Somerset | Water Infiltration | Silver Springs, Maryland | |
| Deposition | Reman v. ? | Water Infiltration | San Francisco, California | |
| Deposition | Redman v. ? | Water Infiltration | Fresno, California | |
| Deposition | Bolander v. Champion | Water Infiltration | Houston, Texas | 8/29/2003 |
| Trial | Jason Lamkin v. Gapco | Personal Injury | Belleville, Illinois | 3/15/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, Texas | 4/2/2004 |
| Deposition | All Seasons v. Tradewinds Condo | Code Compliance | Orange Beach, AL | 5/19/2004 |
| Deposition | All Seasons v. Royal Palms Condo | Code Compliance | Gulf Shores, AL | 6/24/2004 |
| Deposition | W.S. Phillips v. Hope Lumber | Water Infiltration | College Station, TX | 10/27/2004 |
| Deposition | W.S. Phillips v. Alenco | Water Infiltration | College Station, TX | 11/30/2004 |
| Deposition | Sungate Development v. All Seasons | Water Infiltration | McAllen, TX | 12/7/2004 |
| Deposition | Hilcom v. Moore | Water Infiltration | Houston, TX | 2/23/2005 |

| Deposition | Cavalier Homes v. Larson Doors | Product Quality | Haleyville, AL | 5/26/2005 |
| Deposition | Grand Pointe HOA V. All Seasons | Product Liability | Orange Beach, AL | 6/29/2005 |
| Deposition | Donn v. Turner v. General Aluminum | Water Infiltration | Aubrey, TX | 9/9/2005 |
| Arbitration | Hilcom v. Moore | Water Infiltration | Houston, TX | 10/19/2005 |
| Trial | Sandhu v. Wellington | Personal Injury | Toronto, Canada | 11/18/2005 |
| Deposition | Planter's Place HOA v.All Seasons | Water Infiltration | Mt. Pleasant, S.C. | 12/20/2005 |

# EXHIBIT A

## NON-INFRINGEMENT OF
## AMESBURY'S U.S. PATENT NO. 5,365,638
## BY CALDWELL'S QUICK-TILT PRODUCTS

| Claim Element | U.S. Patent No. 5,365,638 | Caldwell's Quick-Tilt Products |
|---|---|---|
| 638/1 | A mounting assembly comprising | A mounting assembly comprising |
| 638/1 | a channel means | a channel means |
| 638/1 | having a rear wall, | having a rear wall, |
| 638/1 | side walls | side walls |
| 638/1 | and at extremities of said side walls, inwardly turned opposed flanges, | and at extremities of said side walls, inwardly turned opposed flanges, |
| 638/1 | a sash frame support means slidable in said channel means, | a sash frame support means slidable in said channel means, |
| 638/1 | a coiled ribbon spring | a coiled ribbon spring |
| 638/1 | having a first end engaged with said sash frame support means, | having a first end engaged with said sash frame support means, |
| 638/1 | and a means for mounting said coiled ribbon spring, | and a means for mounting said coiled ribbon spring, |

1

| Claim Element | U.S. Patent No. 5,365,638 | Caldwell's Quick-Tilt Products |
|---|---|---|
| 638/1 | the coiled body portion of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means | the coiled body of said coiled ribbon spring having the other end of said coiled ribbon spring within the coil being positioned in said mounting means, said other end of said coiled ribbon spring being free and unattached to said mounting means (See Prior Art in '638 Pat. Fig.1 & Fig.3) |
| 638/1 | and said mounting means being secured in said channel means, | And said mounting means being secured in said channel means, (See Prior Art in '638 Pat. Fig.1,Fig.3, Fig.4 and Fig.5) |
| 638/1 | said mounting means having a raised spine | Said mounting means having a raised spine |
| 638/1 | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means | positioned between and in the same plane as said inwardly turned opposed flanges of said channel means |
| 638/1 | whereby rotational motion of said mounting means is inhibited. | The raised spine of Caldwell's Quick Tilt does not inhibit rotation . |
| 638/2 | The mounting assembly of claim 1 wherein the mounting means has a | Caldwell's Quick Tilt has a mounting means that has a |

2

| Claim Element | U.S. Patent No. 5,365,638 | Caldwell's Quick-Tilt Products |
|---|---|---|
| | support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. | support surface disposed in contact with the outer surface of said coiled body portion of said coiled ribbon spring during movement of said coiled ribbon spring as said sash support means moves in said channel means. (See Prior Art in '638 Pat. Fig. 1, Fig. 2, Fig. 3, Fig.4, Fig.5 & Fig. 6) |
| | | |
| 638/3 | The mounting assembly of claim 2 | Caldwell's Quick Tilt has a mounting assembly (See Prior Art in '368 Pat. Fig.1, Fig.2, Fig.3, Fig.4 & Fig.5) |
| 638/3 | wherein said mounting means has a body portion | wherein said mounting means has a body portion |
| 638.3 | Having an aperture therein, | having an aperture therein, |
| 638/3 | a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, | a fixing screw positioned in said aperture by which the mounting means is secured relative to said channel means, |
| 638/3 | a surface of said body portion being concavely curved, | a surface of said body portion being concavely curved, |
| 638/3 | said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion. | said coiled body portion of said coiled ribbon spring being in contact with and supported by said curved surface of said body portion |

3

| Claim Element | U.S. Patent No. 5,365,638 | Caldwell's Quick-Tilt Products |
|---|---|---|
| 638/8 | a mounting assembly comprising | a mounting assembly comprising |
| 638/8 | a channel means having | a channel means having |
| 638/8 | a rear wall, | a rear wall, |
| 638/8 | side walls | side walls |
| 638/8 | and at extremities of said side walls, inwardly turned opposed flanges, | and at extremities of said side walls, inwardly turned opposed flanges, |
| 638/8 | a sash frame support means slidable in said channel means, | a sash frame support means slidable in said channel means, |
| 638/8 | a coiled ribbon spring | a coiled ribbon spring |
| 638/8 | having an outer end engaged with said sash frame support means, | having an outer end engaged with said sash frame support means, |
| 638/8 | and a means for mounting said coiled ribbon spring, | and a means for mounting said coiled ribbon spring, |
| 638/8 | the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, | the coiled body portion of said coiled ribbon spring with the other end of said coiled ribbon spring positioned in said mounting means, |

4

| Claim Element | U.S. Patent No. 5,365,638 | Caldwell's Quick-Tilt Products |
|---|---|---|
| 638/8 | Said mounting means being secured in said channel means | Said mounting means being secured in said channel means |
| 638/8 | and the mounting means having projection means | and the mounting means having projection means |
| 638/8 | positioned between said inwardly turned opposite flanges of the channel means which cooperate with said flanges of the channel means within which the mounting means is positioned, | positioned between said inwardly turned opposite flanges of the channel means. The projection means in Caldwell's Quick Tilt products is independent of said flanges of the channel means within which the mounting means is positioned, |
| 638/8 | whereby rotational movement of the mounting means is inhibited. | The raised spine of Caldwell's Quick Tilt does not inhibit rotation. |

5

**EXHIBIT B**

**NON-INFRINGEMENT OF**
**AMESBURY'S U.S. PATENT NO. 6,598,264**
**BY CALDWELL'S SERIES 86XT PRODUCT**

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| 264/1 | A block and tackle window balance device comprising; | A block and tackle window balance device comprising; |
| 264/1 | a channel comprising | a channel comprising (See Prior Art in '264 Pat. Fig.2A,2B & Fig.3) |
| 264/1 | a first end | a first end  (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | and a second end; | and a second end; (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | a top guide connected to the first end of the channel; | a top guide connected to the first end of the channel (See Prior Art in '264 Pat. Fig.2A, 2B & Fig.3 & 3); |
| 264/1 | a bottom guide connected to the second end of the channel; | a bottom guide connected to the second end of the channel (See Prior Art in '264 Pat. Fig. 2A, 2B & Fig.3); |
| 264/1 | a bottom guide roller rotatably mounted in the bottom guide; | Caldwell's Series 86XT bottom pulley is not a roller and is not mounted in the bottom guide; the bottom pulley is joined with 2 other pulleys in the fixed pulley block. |
| 264/1 | a fixed pulley block unit connected to the channel; | a fixed pulley block unit connected to the channel (See Prior Art in '264 Pat. Fig. 2A & 2B); |
| 264/1 | a translatable pulley block unit | a translatable pulley block unit moveable within the channel |

1

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
|  | moveable within the channel; | ( See Prior Art in '264 Pat. Fig.2A & 2B); |
| 264/1 | a spring comprising | a spring comprising (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/1 | a first end | a first end ( See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/1 | and a second end, | and a second end, ( See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/1 | wherein the first end is fixed relative to the channel | wherein the first end is fixed relative to the channel (See Prior Art in '264 Pat. Fig. 2A & 2B) |
| 264/1 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit (See Prior Art in '264 Pat. Fig. 2A & 2B); |
| 264/1 | and a cord comprising | and a cord comprising (See Prior Art in '264 Pat. Fig.2A & 2B); |
| 264/1 | a first cord end | a first cord end (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | and a second cord end, | and a second cord end, (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | and the fixed pulley block unit | and the fixed pulley block unit (See Prior Art in '264 Pat. Fig.2B) |
| 264/1 | and extends around the bottom guide roller, | and extends around the pulley block bottom pulley, not a roller, |
| 264/1 | the first cord end being attached to | the first cord end being attached to |

2

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| | the translatable pulley block unit | the translatable pulley block unit ( See Prior Art in '264 Fig.2B) |
| 264/1 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb. (See Prior Art in '264 Pat. Fig. 7A) |
| 264/2 | The device of claim 1 wherein the bottom guide roller is located external to the channel. | Caldwell's Series 86XT fixed pulley block bottom pulley is not a roller and is partially located internal and external to the channel. |
| 264/3 | The device according to claim 2 wherein the top angled portion is sized to receive a member of a window sash. | Caldwell's Series 86XT top guide is angled to received a member of a window sash (See Prior Art in '264 Pat. Fig 2A, 2B, Fig. 3 & Fig.7A). |
| 264/4 | The device according to claim 1 wherein a portion of the bottom guide is external to the channel. | Caldwell's Series 86XT bottom guide has a portion internal and external to the channel (See Prior Art in '264 Pat. Fig. 2A & 2B). |
| 264/5 | The device according to claim 1 wherein the bottom guide forms a channel to receive a portion of a window sash. | Caldwell's Series 86XT bottom guide forms a channel to receive a portion of a window sash (See Prior Art in '264 Pat. Fig. 3). |
| 264/6 | The device of claim 1 wherein the | Caldwell's Series 86XT fixed pulley block unit comprises (See Prior Art in |

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| | fixed pulley block unit comprises | '264 Pat. Fig.2A & 2B) |
| 264/6 | a frame, | a frame, (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/6 | an axle, | an axle, (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/6 | and at least one pulley rotatable around the axle. | and at least one pulley rotatable around the axle. |
| 264/7 | The device according to claim 6 wherein the axle is located within the frame. | Caldwell's Series 86XT has an axle located within the fixed pulley block unit frame. (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/9 | The device according to claim 1 wherein the translatable pulley block unit comprises | Caldwell's Series 86XT has a translatable pulley block unit that comprises (See Prior Art in'264 Pat. Fig. 2A & 2B) |
| 264/9 | a frame, | a frame ( See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/9 | an axle within the frame, | an axle within the frame (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/9 | and at least one pulley rotatable around the axle. | and at least one pulley rotatable around the axle. (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/10 | The device according to claim 1 wherein the top guide includes a top | Caldwell's 86XT has a top guide including a top angled portion (See Prior Art in '264 Pat. Fig. 2A & 2B) |

4

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| | angled portion | |
| 264/10 | and a bottom portion, the bottom portion being connected to the first end of the channel. | And a bottom portion, the bottom portion being connected to the first end of the channel. (See Prior Art in '264 Pat. Fig.2A, 2B, 3 & 7A) |
| 264/11 | The device according to claim 1 wherein the fixed pulley block unit is integral with the bottom guide. | Caldwell's 86XT has a fixed pulley block unit that is independent of the bottom guide. |
| 264/12 | A window assembly comprising: | A window assembly comprising: |
| 264/12 | a window frame with two jambs with jamb pockets; | a window frame with two jambs with jamb pockets; (See Prior Art in '264 Pat. Fig.1) |
| 264/12 | At least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and | At least one of an upper window sash and a lower window sash slidably receivable in the jamb pockets; and (See Prior Art in '264 Pat. Fig.1 & 7A) |
| 264/12 | At least one block and tackle window balance device attached to the at least one of the upper window sash and the lower window sash, the device comprising: | at least one block and tackle window balance device attached to at least one of the upper window sash and the lower window sash, the device comprising: (See Prior Art in '264 Pat. Fig.7A) |
| 264/12 | channel comprising a first end and a second end; | a channel comprising a first end and a second end; (See Prior Art in '264 Pat. Fig.2A, 2B, 3 & 7A) |

5

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| 264/12 | a top guide connected to the first end of the channel; | a top guide connected to the first end of the channel; ( See Prior Art in '264 Pat. Fig.2A,2B & 3) |
| 264/12 | a bottom guide connected to the second end of the channel; | a bottom guide connected to the second end of the channel; (See Prior Art in '264 Pat. Fig.2A, 2B & 3) |
| 264/12 | a bottom guide roller rotatably mounted in the bottom guide; | Caldwell's 86XT has a bottom pulley that is not a roller and is mounted in the fixed pulley block unit. |
| 264/12 | a fixed pulley block unit connected to the channel; | a fixed pulley block unit connected to the channel; ( See Prior Art in Fig.2A, & 2B) |
| 264/12 | a translatable pulley block unit moveable within the channel; | a translatable pulley block unit moveable within the channel; (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | a spring comprising | a spring comprising (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | a first end | a first end ( See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | and a second end | and a second end (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | wherein the first end is fixed relative to the channel | wherein the first end is fixed relative to the channel (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | and the second end is connected to the translatable pulley block unit; | and the second end is connected to the translatable pulley block unit; (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | and a cord comprising | and a cord comprising (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | a first cord end | a first cord end, (See Prior Art in '264 Pat. Fig.2A & 2B) |

9

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| 264/12 | and a second cord end, | and a second cord end, (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | wherein the cord is threaded through the translatable pulley block unit | wherein the cord is threaded through the translatable pulley block unit (See Prior Art in '264 Pat. Fig. 2A & 2B) |
| 264/12 | and the fixed pulley block unit | and the fixed pulley block unit (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | and extends around the bottom guide roller, | and extends around the bottom fixed pulley block bottom pulley which is not a roller, |
| 264/12 | the first cord end being attached to the translatable pulley block unit | the first cord end being attached to the translatable pulley block unit (See Prior Art in '264 Pat. Fig.2A & 2B) |
| 264/12 | and the second cord end being attachable to a jamb. | and the second cord end being attachable to a jamb. (See Prior Art in '264 Pat. Fig. 7A) |
| 264/13 | A window balance device comprising; | A window balance device comprising: (See Prior Art in '264 Pat. Fig.2A, 2B & 3) |
| 264/13 | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and | a bottom guide adapted to be connected to an end of a window balance channel and adapted to slide in a jamb pocket when installed in a window frame; and (See Prior Art in '264 Pat. Fig.2A, 2B & 3) |
| 264/13 | a bottom guide roller rotatably mounted in the bottom guide. | Caldwell's 86XT has a bottom pulley that is not a roller mounted in the fixed pulley block and that is independent of the bottom guide. |

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| 264/14 | The device of claim 13 wherein the bottom guide roller is located external to the channel when the bottom guide is attached thereto. | Caldwell's 86XT has a bottom pulley that is not a roller located internal and external to the channel. |
| 264/15 | The device according to claim 13 wherein at least a portion of the bottom guide is external to the channel when attached thereto. | Caldwell's 86XT has a portion of the bottom guide internal and external to the channel. |
| 264/16 | The device according to claim 13 wherein the bottom guide forms a channel to receive a portion of window sash when installed. | Caldwell's 86XT has a bottom guide that forms a channel to receive a portion of a window sash when installed (See Prior Art in '264 Pat. Fig. 3). |
| 264/18 | A window balance device comprising: | A window balance device comprising: |
| 264/18 | a channel comprising a first end and a second end; | a channel comprising a first end and a second end; (See Prior Art in '264 Pat. Fig.2A,2B & 3) |
| 264/18 | a top guide connected to the first end of the channel; | a top guide connected to the first end of the channel; (See Prior Art in '264 Pat. Fig.2A,2B & 3) |
| 264/18 | a bottom guide connected to the second end of the channel and | a bottom guide connected to the second end of the channel and (See Prior Art in '264 Pat. Fig. 2A, 2B & 3) |

8

| Claim Element | Amesbury's U.S. Patent No. 6,598,264 | Caldwell's Series 86XT Balance System |
|---|---|---|
| | adapted to slide in a jamb pocket when installed in a window frame; and | adapted to slide in a jamb pocket when installed in a window frame; and (See Prior Art in '264 Pat. Fig.1) |
| 264/18 | a bottom guide roller rotatably mounted in the bottom guide. | Caldwell's 86XT has a bottom pulley that is not a roller in the fixed pulley block and is independent of the bottom guide. |
| 264/19 | The device of claim 18 wherein the bottom guide roller is located external to the channel. | Caldwell's 86XT has a bottom pulley located internal and external to the channel. |
| 264/20 | The device according to claim 18 wherein at least a portion of the bottom guide is external to the channel. | Caldwell's 86XT has a bottom guide that is internal and external to the channel. (See Prior Art in '264 Pat. Fig.2A,2B & 3) |
| 264/21 | The device according to claim 18 wherein the bottom guide forms a channel to receive a portion of a window sash when installed. | Caldwell's 86XT has a bottom guide that forms a channel to receive a portion of a window sash when installed (See Prior Art in '264 Pat. Fig.3). |

9

**EXHIBIT C**

**NON-INFRINGEMENT OF**
**AMESBURY'S U.S. PATENT NO. 6,820,368**
**BY CALDWELL'S SERIES 971 PRODUCT**

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 971 Product w/ Short Carrier |
|---|---|---|
| 368/2 | A window balance system comprising: | A window balance system comprising: |
| 368/2 | a U-shaped channel comprising a plurality of openings; | a U-shaped channel comprising a plurality of openings (See Prior Art in '368 Pat. Fig. 2A, 7A & 7B); |
| 368/2 | a spring connected to a system of pulleys located within the U-shaped channel; | a spring connected to a system of pulleys located within the U-shaped channel (See Prior Art in '368 Pat. Fig. 2A); |
| 368/2 | a cord with | a cord with (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | a first cord end | a first cord end (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | and a second cord end, | and a second cord end, (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | the first cord end connected and threaded through the system of pulleys, | the first cord end connected and threaded through the system of pulleys, (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | the second cord end connected to a jamb mounting attachment; and | the second cord end connected to jamb mounting attachment; and (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | a balance shoe, wherein the balance shoe comprises: | a balance carrier (shoe), wherein the balance carrier comprises (See Prior Art in '368 Pat. Fig. 2A, 7A & 7B): |

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 97T Product w/ Short Carrier |
|---|---|---|
| 368/2 | a frame comprising an enlarged first end | a frame comprising an enlarged first end |
| 368/2 | and a second end, wherein the second end is adapted to be received by the U-shaped channel, | and a second end, wherein the second end is adapted to be received by the U-shaped channel, |
| 368/2 | and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet; | Caldwell's Series 97T second end of the balance carrier further forms a clearance for a rivet that attaches the balance carrier to the U-shaped channel. A center support leg of the carrier rest against the rivet. The carrier is non-removable from the U-shaped channel; |
| 368/2 | a locking member proximal to the enlarged first end; | a locking member proximal to the enlarged first end; |
| 368/2 | a cam in communication with the locking member, and | a cam in communication with the locking member, and |
| 368/2 | a connecting device for attaching the balance shoe within the U-shaped channel of the window balance. | Caldwell's Series 97T has no connecting device between the U-shaped channel and the balance carrier |
| 368/3 | The window balance system of claim 2 wherein the connecting device comprises a rivet. | Caldwell's Series 97T balance carrier has no connecting device. |
| 368/6 | The window balance system of claim 2 wherein the cam is at least partially housed within the enlarged first end of the frame; wherein rotating the cam forces the locking member to | Caldwell's Series 97T window balance system has a cam housed within the enlarged first end of the carrier; wherein rotating the cam forces the locking member to engage a jamb track when the balance carrier is |

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 97I Product w/ Short Carrier |
|---|---|---|
| | engage a jamb track when the balance shoe is installed in a window jamb. | installed. (See Prior Art in '368 Pat. Fig. 2A. & 7B) |
| 368/7 | The window balance system of claim 2 wherein the locking member comprises | Caldwell's Series 97I balance system has a locking member comprising (See Prior Art '368 Pat. Fig. 2A, 7A & 7B) |
| 368/7 | two opposing ends | two opposing ends (See Prior Art '368 Pat. Fig. 2A, 7A & 7B) |
| 368/7 | integrally connected by a spring member | integrally connected by a spring member (See Prior Art in '368 Pat. Fig.2A, 7A & 7B) |
| 368/8 | The window balance system of claim 7 wherein the cam at least partially housed within the enlarged first end of the frame, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | Caldwell's Series 97I balance system has a cam that is partially housed within the enlarged first end of the carrier frame, wherein the cam forces the opposing ends of the locking member to engage a jamb track when the balance carrier is installed in a window jamb (See Prior Art in '368 Pat. Fig.2A, 7A & 7B). |
| 368/11 | The window balance system of claim 2 | Caldwell's Series 97I balance system |
| 368/11 | wherein the cam comprises at least one camming surface | has a cam comprising at least one camming surface (See Prior Art in '368 Pat. Fig.2A, 7A & 7B) |
| 368/11 | and a keyhole opening sized to receive a pivot bar. | and a keyway opening sized to receive a pivot bar. (See Prior Art in '368 Pat. Fig.2A, 7A & 7B) |

EXHIBIT D

NON-INFRINGEMENT OF
AMESBURY'S U.S. PATENT NO. 6,820,368
BY CALDWELL'S SERIES 97EZ PRODUCT

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 97EZ Product w/ Long Carrier |
|---|---|---|
| 368/2 | A window balance system comprising: | A window balance system comprising: |
| 368/2 | a U-shaped channel comprising a plurality of openings; | a U-shaped channel comprising a plurality of openings (See Prior Art in '368 Pat. Fig. 2A); |
| 368/2 | a spring connected to a system of pulleys located within the U-shaped channel; | a spring connected to a system of pulleys located within the U-shaped channel (See Prior Art in '368 Pat. Fig. 2A); |
| 368/2 | a cord with | a cord with (See Prior Art in '368 Fig.2A) |
| 368/2 | a first cord end | a first cord end (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | and a second cord end, | and a second cord end, (See Prior Art in '368 Fig.2A) |
| 368/2 | the first cord end connected and threaded through the system of pulleys, | the first cord end connected and threaded through the system of pulleys, (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | the second cord end connected to a jamb mounting attachment; and | the second cord end connected to jamb mounting attachment; and (See Prior Art in '368 Pat. Fig.2A) |
| 368/2 | a balance shoe, wherein the balance shoe comprises: | a balance carrier (shoe), wherein the balance carrier comprises (See Prior Art in '368 Pat. Fig. 2A, 7A & 7B); |

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 97EZ Product w/ Long Carrier |
|---|---|---|
| 368/2 | a frame comprising an enlarged first end | a frame comprising an enlarged first end |
| 368/2 | and a second end, wherein the second end is adapted to be received by the U-shaped channel, | and a second end, wherein the second end is adapted to be received by the U-shaped channel, |
| 368/2 | and wherein the second end of the frame of the balance shoe further forms a pocket positioned in the second end of the frame adapted to mate with a rivet; | Caldwell's Series 97EZ second end of the frame of the balance carrier further forms two legs which are not a pocket for a supporting rivet, which does not mate with the legs. This product has an aperture for a second rivet that attaches the balance carrier to the U-shaped channel. The balance carrier is non-removable from the U-shaped channel. |
| 368/2 | a locking member proximal to the enlarged first end; | A locking member proximal to the enlarged first end; |
| 368/2 | a cam in communication with the locking member, and | a cam in communication with the locking member, and |
| 368/2 | a connecting device for attaching the balance shoe within the U-shaped channel of the window balance. | Caldwell's Series 97EZ has a rivet between the U-shaped channel and the balance carrier. |
| 368/3 | The window balance system of claim 2 wherein the connecting device comprises a rivet. | Caldwell's Series 97EZ balance is connected to the U-shaped channel with a rivet. |
| 368/6 | The window balance system of claim 2 wherein the cam is at least partially housed within the enlarged first end of the frame; wherein | Caldwell's Series 97EZ window balance system has a cam housed within the enlarged first end of the carrier; wherein rotating the cam forces the locking member to |

| Claim Element | Amesbury's U.S. Patent No. 6,820,368 | Caldwell's Series 97EZ Product w/ Long Carrier |
|---|---|---|
| | rotating the cam forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | engage a jamb track when the balance carrier is installed in a window jamb. (See Prior Art in '368 Pat. Fig.2A, 7A & 7B) |
| 368/7 | The window balance system of claim 2 wherein the locking member comprises | Caldwell's Series 97EZ balance system has a locking member comprising (See Prior Art in '368 Pat. Fig. 2A 7A & 7B) |
| 368/7 | two opposing ends | two opposing ends (See Prior Art in '368 Pat. Fig.2A, 7A & 7B) |
| 368/7 | integrally connected by a spring member | integrally connected by a spring member (See Prior Art in '368 Pat. 2A, 7A & 7B) |
| 368/8 | The window balance system of claim 7 wherein the cam is at least partially housed within the enlarged first end of the frame, wherein rotating the cam forces the opposing ends of the locking member to engage a jamb track when the balance shoe is installed in a window jamb. | Caldwell's Series 97EZ balance system has a cam that is partially housed within the enlarged first end of the carrier frame, wherein the cam forces the opposing ends of the locking member to engage a jamb track when the balance carrier is installed in a window jamb (See Prior Art in '368 Pat. Fig.2A, 7A & 7B). |
| 368/11 | The window balance system of claim 2 | Caldwell's Series 97EZ balance system |
| 368/11 | wherein the cam comprises at least one camming surface | has a cam comprising at least one camming surface (See Prior Art in '368 Pat. Fig. 2A, 7A & 7B) |
| 368/11 | and a keyhole opening sized to receive a pivot bar. | and a keyway opening sized to receive a pivot bar. (See Prior Art in '368 Fig.2A, 7A & 7B) |



US006041476A

# United States Patent [19]

deNormand

[11]  **Patent Number:**    **6,041,476**

[45]  **Date of Patent:**    **Mar. 28, 2000**

[54]  **INVERTED BLOCK AND TACKLE WINDOW BALANCE**

[75]  Inventor:  **Richard S. deNormand**, Rochester, N.Y.

[73]  Assignee:  **Caldwell Manufacturing Company**, Rochester, N.Y.

[21]  Appl. No.: **08/975,728**

[22]  Filed:  **Nov. 21, 1997**

[51]  Int. Cl.⁷ ........................................ B66D 3/08

[52]  U.S. Cl. .................... 16/197; 16/196; 49/445; 254/393

[58]  Field of Search ........................... 16/193, 196, 197, 16/198, 401, 402; 49/445, 446; 492/30, 47; 254/393, 404, 416

[56]  **References Cited**

**U.S. PATENT DOCUMENTS**

| | | |
|---|---|---|
| 6,584 | 7/1849 | Hoffman . |
| 138,944 | 5/1873 | Shaw ........................ 16/213 |
| 329,005 | 10/1885 | Blodgett ................... 16/213 |
| 464,795 | 12/1891 | Dodge . |
| 527,306 | 10/1894 | Wern ........................ 254/393 |
| 1,523,733 | 1/1925 | Trout ....................... 254/404 |
| 1,668,497 | 5/1928 | Fishback . |
| 1,713,586 | 5/1929 | Wright ..................... 254/404 |
| 1,800,700 | 4/1931 | Patton . |
| 2,196,948 | 4/1940 | Tremblay .................. 16/215 |
| 2,262,990 | 11/1941 | Cross et al. . |
| 2,336,406 | 12/1943 | Kreuscher . |
| 2,459,290 | 1/1949 | Rozner . |
| 2,625,447 | 1/1953 | Derenter, III ............ 254/393 |
| 2,663,896 | 12/1953 | Trammell, Sr. et al. ...... 49/445 |
| 3,055,044 | 9/1962 | Dinsmore . |
| 3,150,420 | 9/1964 | Brenner . |
| 4,078,336 | 3/1978 | Prosser . |
| 4,190,930 | 3/1980 | Prosser . |
| 4,240,614 | 12/1980 | Comer, Jr. ............... 254/393 |
| 4,332,054 | 6/1982 | Paist et al. .............. 16/197 |
| 4,503,641 | 3/1985 | Swan . |
| 4,586,291 | 5/1986 | Swan . |
| 4,654,928 | 4/1987 | Flight . |
| 4,689,850 | 9/1987 | Flight .................... 16/197 |
| 4,914,862 | 4/1990 | Gregory ................... 49/445 |
| 4,949,425 | 8/1990 | Dodson et al. ............ 16/DIG. 20 |
| 5,530,991 | 7/1996 | deNormand et al. . |

*Primary Examiner*—Chuck Y. Mah
*Assistant Examiner*—Donald M. Gurley
*Attorney, Agent, or Firm*—Eugene Stephens & Associates

[57]  **ABSTRACT**

Pulleys of a block and tackle window balance include hub steps that interact with other components to reduce the introduction of dirt and dust particles into areas vulnerable to wear. The hub steps of some of the pulleys are recesses formed about the axial bores of the pulleys that mate with protrusions on an axle and a washer. The hub steps of other pulleys are protrusions that abut a support plate and heads of rivets that act as axles. The hub steps allow inverse mounting of the window balance so that the balance can be mounted in a shoe channel for movement with a sash of the window, attached to the sash shoe, and the cord can be attached to the jamb or frame, thus increasing sash travel.

**23 Claims, 2 Drawing Sheets**



**EXHIBIT E**

**U.S. Patent**          Mar. 28, 2000          Sheet 1 of 2          **6,041,476**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

C000459

6,041,476

1

## INVERTED BLOCK AND TACKLE WINDOW BALANCE

### TECHNICAL FIELD

The invention relates to the field of block and tackle window balances for offsetting the weight of a window sash throughout a range of travel within a window frame.

### BACKGROUND OF THE INVENTION

Block and tackle window balances have become popular because of their compact size and ease of installation. They combine a system of pulleys with an extension spring to convert high spring tension applied over a short working distance to a lower spring tension applied over a longer working distance. The extension spring and pulley system are arranged within a rigid balance channel, with the extension spring anchored at one end at the other end. In most block and tackle balances, the balance channel is mounted in the jamb of the window frame; and a cord, which is reeved through the pulley system, is attached to a sash shoe that slides in the jamb with the sash. The extension spring and pulley system are sized so that a desired lifting force is applied to the window sash throughout the entire range of sash travel within the window frame. A disadvantage of this type of balance is that the movement of the sash is limited by the presence of the balance in the jamb. In some cases, the travel is limited so much that the lower sash of the open window blocks egress through the window in escaping a fire.

To solve the problem of limited sash movement, the balance can be mounted upside down in the window sash with the balance channel attached to the sash shoe and the cord attached to the window jamb or frame. However, prior art window balances of this kind tend to be susceptible to contamination from dirt and dust, especially when mounted upside down. Particles work their way between the pulley bores and the pulley axles, increasing friction and wear. Thus, prior art block and tackle window balances are not as durable or reliable as is desired.

Some prior art block and tackle window balances that are less susceptible to contamination require the use of bushings and other parts. This is disadvantageous in that the use of additional parts increases the complexity of the machines and the likelihood of their failure. Also, the additional parts increase the cost of manufacture and assembly of the window balances.

### SUMMARY OF THE INVENTION

My inventive block and tackle window balance greatly reduces the invasion of the hub/axle interface by particulate contaminants. I form the pulleys with steps in their hubs so that they can engage mating steps on the rivets that serve as their axles. In addition, I mount the two pulleys at the open end of the balance so that they run against each other, effectively sealing the space between the pulley hubs. The steps in the pulley hubs can be recesses or protrusions, depending on their location and particular duty. My window balance provides better protection from dirt and dust contamination without the extra parts required by prior art window balances, keeping the balance relatively simple and less costly to manufacture and assemble. Additionally, because my window balance is less susceptible to contamination, it can be mounted to move with the sash of a window or to remain fixed relative to the frame of a window, depending on the requirements of a particular

2

installation, and can be mounted invertedly without significantly reducing its useful life.

### DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top schematic view of the invention.

FIG. 2 is a cross section taken along line II—II in FIG. 1 showing the first pair of pulleys.

FIG. 3 is a cross section taken along line III—III in FIG. 1 showing the second pair of pulleys.

FIG. 4 is a view taken along line IV—IV in FIG. 2 to illustrate the flats of a preferred pulley axle and the groove in which the axle is mounted.

FIG. 5 is a side view of a portion of the invention as shown in FIG. 1.

FIG. 6 is a schematic representation of the placement of my invention in a window.

### DESCRIPTION OF THE INVENTION

As seen in the accompanying Figures, my block and tackle window balance 1 includes a balance channel 2 preferably mounted in the shoe channel 55 of a window 51 and attached at one end to a sash shoe 50 that moves with the sash 53 in the shoe channel 55. I mount the shoe channel 55 on the jamb 54 of the window between the jamb 54 and the sash 53. The balance channel 2 supports a series of pulleys 11, 12, 31, 32 over which I reeve a cord 6. I attach an attachment end 8 of the cord 6 to the window jamb 54 or to the window frame 52. I attach a support plate end 7 of the cord 6 to a sliding support plate 35. The support plate 35 is biased against movement from a rest position by a spring 4 attached to the balance channel 2. Alternatively, a more conventional mounting arrangement can be used with the balance channel 2 fixed relative to the window jamb 54 and the attachment end 8 of the cord attached to the sash shoe 50.

As seen particularly in FIG. 2, an axle 15 mounted in grooves 24 in one end of the balance channel 2 supports a first pair 10 of pulleys 11, 12. The pulleys 11, 12 in the first pair 10 sit adjacent one another and include hub steps 13 in the form of recesses about the axial bores 14 of the pulleys 11, 12. The sides or rims 23 of the pulleys 11, 12 adjacent one another can slide or rub against each other and effectively seal the cavity 22 formed by their hub steps 13 against contamination from dirt and dust.

The axle 15 is preferably a rivet including flats 16 formed over portions of the circumferential surface of the axle 15 such that the flats 16 engage the grooves 24 in the balance channel 2, holding the axle 15 against rotation. The preferred rivet 15 also includes heads 17 that prevent axial movement of the axle 15. As shown in FIG. 4, I prefer to use a hexagonal arrangement of the flats 16 similar to that used in common nuts and bolt heads. The axle 15 can also include a flange 18 with a protruding flange step 19 that mates with a hub step 13 of one the pulleys of the first pair, such as the first pulley 11. I prefer to mount a washer 20 on the axle 15 between the pulleys of the first pair 10 (the second pulley 12) and the wall 3 of the balance channel. The washer 20 can include a protruding washer step 21 that mates with a hub step 13 of the second pulley 12. The mating steps 13, 19, 21 effectively seal the washer/pulley, flange/pulley, and pulley/axle bearing surfaces from contamination by dirt and dust particles, reducing wear of these parts and increasing the effective life of the window balance.

A second pair 30 of pulleys 31, 32 is mounted on the support plate 35. The pulleys 31, 32 of the second pair 30 also include hub steps 33, but I prefer to form these hub steps

C000460

6,041,476

3

33 as protrusions about the axial bores 34 of the pulleys 31, 32. Axles 37, 38, preferably in the form of rivets, rotatably mount the pulleys 31, 32 on the support plate 35, the heads 39 of the rivets engaging or abutting respective hub steps 33 of the pulleys 31, 32. I prefer to form the hub steps 33 so that they have substantially the same diameter as the heads 39 of the rivets 37, 38. The hub steps 33 of the pulleys 31, 32 farthest from the rivet heads 39 abut the support plate 35. As with the first pair of pulleys 10, the mating steps 33 and rivet heads 39 effectively seal the pulley/axle bearing surfaces from contamination by dirt and dust particles, reducing wear of these parts and increasing the effective life of the window balance.

When installed, one end 8 of the cord 6 is preferably attached to the window frame 52 or the window jamb 54, the other being attached to the support plate 35. In this arrangement, I slidingly mount the balance channel 2 in the shoe channel 55 with one end connected to the sash shoe 50 so that the balance channel 2 can move with the sash 53 in the shoe channel 55. Alternatively, the end 8 of the cord 6 can be attached to the sash shoe 50 mounted in the conventional manner, the other end 7 of the cord being attached to the support plate 35. In the conventional arrangement, the balance channel 2 is fixed with respect to the frame 52. In either arrangement, the support plate 35 slides in the balance channel 2. I prefer to run the cord 6 from the support plate 35 to the first pulley 11, then to the fourth pulley 32, then to the second pulley 12, then to the third pulley 31, and then out the end of the balance channel 2 in which the first pair of pulleys 10 is mounted. The end 8 of the cord 6 not attached to the support plate 35 includes a limit stop 9 to prevent the cord 6 from being pulled into the balance channel 2 when it is free.

The support plate 35 carries a guide 36 that keeps the support plate 35 properly aligned and oriented in the balance channel 2 while sliding and while resting. The support plate 35 also includes a spring attachment point 40, such as a hole, to which an end of a biasing spring 4 is attached. The other end of the biasing spring 4 is attached to the balance channel 2 via, for example, a support rivet 5. The spring 4 provides the force that balances the weight of the window sash 53. As the window sash 53 is moved, the cord 6 moves and rolls over the pulleys 11, 12, 31, 32, which rotate accordingly, and the support plate 35 slides. Travel of the support plate 35 is limited between its resting position and its extended position by the limit stop 9 on the cord 6 and the first pair of pulleys 10, respectively.

Parts List

1 Window balance
2 Balance channel
3 Walls of balance channel
4 Spring
5 Spring support/rivet
6 Cord
7 Support plate end of cord
8 Free end/attachment end of cord
9 Limit stop of cord
10 First pulley pair
11 First pulley
12 Second pulley
13 Hub steps/recesses of pulleys of first pair of pulleys
14 Axial bores of pulleys of first pair
15 Axle/rivet supporting first pair
16 Flats of axle
17 Heads of axle
18 Flange of axle

4

19 Flange step/protrusion
20 Washer
21 Washer step/protrusion
22 Cavity/space formed by hub steps of first pair
23 Rims of pulleys of first pair
24 Mounting groove of axle of first pair
30 Second pulley pair
31 Third pulley
32 Fourth pulley
33 Hub steps/protrusions of pulleys of second pair of pulleys
34 Axial bores of pulleys of second pair
35 Support plate
36 Guide for support plate
37 Support/rivet for third pulley
38 Support/rivet for fourth pulley
39 Heads of rivets for third and fourth pulleys
40 Attachment point for spring; hole in support plate
50 Pivot block or sash shoe
51 Window
52 Window frame
53 Window sash
54 Window jamb

I claim:

1. A block and tackle window balance comprising:
   hub steps on each side of a pulley, the hub steps being formed coaxially with an axial bore of the pulley;
   an axle on which the pulley is rotatably mounted so that the hub steps act to inhibit introduction of contaminants into the axial bore of the pulley;
   a balance channel in which the axle is mounted, the balance channel being configured for mounting in one of a shoe channel, a sash, and a jamb of a window;
   an end of the balance channel being attached to one of a sash shoe and a frame of a window;
   a cord reeved over the pulley, a first end of the cord being attached to the other of the sash shoe and the frame of the window;
   a spring having a first end attached to the balance channel and a second end connected to a second end of the cord; and
   wherein the hub steps are recesses and the axle includes an axle step that protrudes toward and mates with a hub step of the pulley.

2. The window balance of claim 1 wherein the axle step is a protrusion extending from a flange formed in the axle.

3. The window balance of claim 1 wherein flats formed on a circumferential surface of the axle engage grooves formed in the balance channel to hold the axle against rotation.

4. The window balance of claim 1 wherein the mating axle step and hub step form two substantially right angles in a path to the axial bore of the pulley, substantially reducing introduction of dust into the axial bore of the pulley.

5. The window balance of claim 1 wherein the axle step is a protrusion formed on a washer mounted on the axle.

6. The window balance of claim 1 wherein the pulley is one of a substantially identical pair of pulleys mounted adjacent each other on the axle so that they can rotate relative to one another, a rim of one pulley substantially engaging a rim of the other pulley such that facing recesses form a cavity between the pulleys.

7. A block and tackle window balance comprising:
   hub steps on each side of a pulley, the hub steps being formed coaxially with an axial bore of the pulley;
   an axle on which the pulley is rotatably mounted so that the hub steps act to inhibit introduction of contaminants into the axial bore of the pulley;

C000461

6,041,476

<div style="column">

5

a balance channel in which the axle is mounted, the balance channel being configured for mounting in one of a shoe channel, a sash, and a jamb of a window;

an end of the balance channel being attached to one of a sash shoe and a frame of a window;

a cord reeved over the pulley, a first end of the cord being attached to the other of the sash shoe and the frame of the window;

a spring having a first end attached to the balance channel and a second end connected to a second end of the cord; and

wherein the hub steps are protrusions and one of the hub steps engages a rivet head of an axle on which the pulley is rotatably supported, the axle being carried by a support plate that slides within the balance channel as the cord is played out or drawn into the balance, the support plate being interposed between and attached to the second ends of the spring and the cord, the cord being biased by the spring against being played out of the balance.

8. The window balance of claim 7 wherein a pair of substantially identical axles carrying substantially identical pulleys is mounted on the support plate such that longitudinal axes of the axles are offset from one another.

9. The window balance of claim 7 wherein the support plate carries a guide that engages the balance channel to maintain the plate in proper alignment within the balance channel.

10. A block and tackle window balance comprising:

flats on a circumferential surface of an axle on which a pulley is rotatably mounted;

a balance channel in which the axle is mounted, the flats engaging a groove formed in the balance channel so that the axle is held against rotation, the balance channel being mounted for one of movement with a window sash and remaining fixed with respect to a window frame;

a cord reeved over the pulley, a first end of the cord being connected to the window frame when the balance channel is mounted for movement with the window sash, the first end of the cord being connected to the window sash when the balance channel is mounted for remaining fixed with respect to the window jamb;

a spring configured to provide a bias against withdrawal of the cord from the block and tackle window balance, a first end of the spring being connected to a second end of the cord, a second end of the spring being connected to the balance channel; and

one of an end of the balance channel and the first end of the cord being configured for attachment to a sash shoe mounted in a shoe channel on the window jamb, the sash shoe being configured to slide in the shoe channel with the window sash as the window sash is moved, the end of the balance channel being configured for attachment to the sash shoe when the balance channel is mounted for movement with the window sash, and the first end of the cord being configured for attachment to the sash shoe when the balance channel is mounted for remaining fixed with respect to the window frame.

11. The window balance of claim 10 wherein the axle is a rivet and further comprises a flange arranged between the flats and the pulley.

12. The window balance of claim 11 wherein the flange includes a flange step on a pulley side of the flange, the flange step engaging a mating hub step of the pulley.

13. The window balance of claim 10 wherein a washer is mounted between a side of the pulley and a wall of the balance channel, the washer including a washer stop that engages a mating hub step of the pulley.

</div>

<div style="column">

6

14. The window balance of claim 10 wherein first and second pulleys are mounted adjacent one another on the axle in the balance channel, each pulley including hub steps such that a hub step of the first pulley faces a hub step of the second pulley and a hub step of each pulley faces a respective wall of the balance channel.

15. The window balance of claim 14 wherein the axle includes a step mating with a hub step of one of the pulleys.

16. The window balance of claim 14 further comprising a washer with a washer step thereon mating with a hub step of one of the pulleys.

17. The window balance of claim 14 further comprising third and fourth pulleys rotatably mounted on respective rivets on a support plate slidably mounted in the balance channel, the support plate being interposed between the spring and the cord such that the first ends of the spring and the cord are attached thereto, the pulleys including hub steps each engaging one of a respective rivet head and the support plate.

18. The window balance of claim 17 wherein the balance channel is mounted for movement with the window sash, an end of the balance channel being attached to the sash shoe, the cord running over each of the first, second, third, and fourth pulleys so that the first end of the cord can be attached to the window frame.

19. A block and tackle window balance comprising:

first hub steps on each side of a first pulley;

second hub steps on each side of a second pulley;

a first axle on which the first and second pulleys are rotatably mounted, the first and second pulleys lying adjacent one another on the axle so that they rub together;

third hub steps on each side of a third pulley;

fourth hub steps on each side of a fourth pulley;

second and third axles carrying the third and fourth pulleys, respectively, and being mounted on a support plate;

a balance channel non-rotatably supporting the first axle and slidingly supporting the support plate, the balance channel including first and second side walls and a bottom wall;

a cord reeved over the pulleys and having a first end attached to the support plate and a second end extending from a first end of the balance channel; and

a spring having a fixed end attached to the balance channel and a movable end attached to the support plate.

20. The window balance of claim 19 wherein the first axle is mounted in grooves in the side walls of the balance channel and includes flats formed on a circumferential surface of the first axle corresponding to a region in which the first axle engages one of the grooves, the flats engaging the one of the grooves so that the axle is held against rotation.

21. The window balance of claim 19 wherein the first hub steps are recesses and the first axle includes a flange with a flange step formed thereon, the flange step engaging and mating with one of the first hub steps of the first pulley.

22. The window balance of claim 19 wherein the second hub steps are recesses and the first axle carries a washer adjacent the second pulley, the washer including a washer step facing the second pulley and mating with an adjacent second hub step of the second pulley.

23. The window balance of claim 19 wherein the hub steps of one of the third and fourth pulleys are protrusions, the axle of the one of the third and fourth pulleys comprising a rivet with a head engaging one of the protrusions, the other protrusion running against the support plate.

</div>

*    *    *    *    *

C000462

**U.S. Patent**    Nov. 23, 2004    Sheet 2 of 13    US 6,820,368 B2



PRIOR ART

FIG. 2A



FIG. 7A

FIG. 7B

FIG. 8A

FIG. 8B



EXHIBIT F

SECTION A-A

CAVITY IDENTIFICATION
RAISED .007" MAX

SUB-GATE LOCATION
(SEE NOTE 2)

CHAMFER .015 x 45°
TYP(2)

Ø.52

R.012

R.010
TYP(2)

Ø.33

Ø.420

Ø.126±.002

R.040

10° REF.
TYP

.150

.130

- A -

NOTES:

1. MATERIAL: KOCETAL ACETAL NATURAL OR CALDWELL ENGINEERING
   APPROVED EQUIVALENT. 25% MAXIMUM REGRIND ALLOWED.

2. MAXIMUM ALLOWABLE GATE VESTIGE TO BE .005" ABOVE ADJACENT PULLEY FACE.

3. MAXIMUM ALLOWABLE PROTRUSION OF FLASH TO BE .010".

4. DIMENSIONS SHOWN SYMMETRICAL ABOUT ℄ ARE TO BE CENTERED WITHIN .005"
   UNLESS OTHERWISE SPECIFIED.

INSPECTION-PRINT

◇ = INSPECTION NUMBER

▢CTF = CRITICAL TO FUNCTION

△CTP = CRITICAL TO PROCESS

LAST NUMBER USED – 18

Mass Properties - REFERENCE ONLY
PART # 15R503 REV 0

DENSITY      0.0507  LBS./CU.IN.
MASS         0.0011  LBS.
VOLUME       0.0221  CU.IN.

CALDWELL   MANUFACTURING
           COMPANY
2605 MANITOU ROAD   ROCHESTER, NEW YORK
                    SERIES 88 XT

TITLE
END PULLEY-LARGE

THIRD ANGLE PROJECTION    DRAWN K.A.C.   DATE 2/11/03
                          CHECKED        DATE

EX NO 5998    DWG NO 15R503    REV 0

SIZE A    SCALE 4:1    SHEET 1 OF 1

⊕ = DATUM IDENTIFICATION
○ = ROUNDNESS
⫽ = PARALLELISM
⊥ = PERPENDICULARITY
∠ = ANGULARITY
⊕ = TRUE POSITION
◎ = CONCENTRICITY
⬭ = FLATNESS

THIS IS THE PROPERTY OF
CALDWELL MANUFACTURING CO.
ANY USE OR REPRODUCTION
WITHOUT AUTHORIZATION BY
THIS COMANY IS PROHIBITED.

NEXT ASSY
15R504

MATERIAL
SEE NOTE 1

TREATMENT/FINISH

NOTE: DO NOT SCALE DRAWING/
ALL TOLERANCES UNLESS
OTHERWISE SPECIFIED ARE
TWO DECIMAL PLACES    ±.010
THREE DECIMAL PLACES  ±.005
FOUR DECIMAL PLACES   ±.002
ANGULAR              ± 1°
FRACTIONS            ± 1/64

REVISIONS
NUMBER DATE REV.   DESCRIPTION   DATE   BY