UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>            Plaintiffs,<br><br>      v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>            Defendant. | Civil Action No. 05-10020-DPW |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed under seal with the Court:

1. Exhibit 36 to Affidavit of Safraz W. Ishmael in Support of Amesbury's Motion for Summary Judgment Of Infringement And That The Asserted Claims Are Not Invalid; and

2. Exhibit 37 to Affidavit of Safraz W. Ishmael in Support of Amesbury's Motion for Summary Judgment Of Infringement And That The Asserted Claims Are Not Invalid.

LIBA/1708981.1

Dated: June 19, 2006                                    Respectfully submitted,

/s/ Terese Dillingham
Douglas J. Kline (BBO# 556680)
Terese Dillingham (BBO #644520)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
Phone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs

**AMESBURY GROUP, INC.**
**AMESBURY SPRINGS LTD.**

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2006.

/s/ Terese Dillingham