IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

    Plaintiffs,

v.

THE CALDWELL MANUFACTURING
COMPANY,

    Defendant.

Civil Action No. 05-10020-DPW

## DECLARATION OF CHRISTOPHER ROGERS

I, Christopher Rogers, hereby declare as follows:

1. I am an employee of Elite Detective Services, Inc, a company that maintains its regular place of business at 495 Cabot Street, Suite 6, Beverly, Massachusetts. Goodwin Procter LLP hired Elite Detective Services, Inc. to conduct certain investigative assignments.

2. On June 16, 2006, on behalf of Elite Detective Services, Inc., I ordered an Earthwise Window from Tri-State Whole Building Supplies, Inc. by telephone. The purchase price for this window, including shipping, was $216.94. The purchase order number was 40184. This product was shipped via UPS on June 16, 2006.

3. Attached as Exhibit 1 is a true and correct copy of an invoice for this Earthwise Window that was purchased from Tri-State Whole Building Supplies, Inc.

4. Attached as Exhibit 2 is a true and correct copy of a shipping receipt from UPS indicating that the product was shipped from Tri-State Wholesale to me at my office address.

5. I received the window on June 21, 2006 and sent it that same day via courier to Terese Dillingham, an attorney at Goodwin Procter LLP. The window was sent to Ms. Dillingham in its original packing and was not opened.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 23, 2006.

Christopher Rogers

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>      Defendant. | Civil Action No. 05-10020-DPW |

## DECLARATION OF CHRISTOPHER ROGERS

# EXHIBIT 1



1550 Central Avenue
Fax:(513)381-8706
Cincinnati, OH 45214-2955
USA Phone: (513)-381-1231

**BILL TO:**

CASH ACCOUNT

**ORDER ACKNOWLEDGMENT**

00040184

Account#: 99 0001
Branch: TRISTATE
Phone#: ( )- -
Fax#: ( )- -

**SHIP TO:**

VIGLIOTTA, DOUGLAS
978-927-4449 CHRIS
978-927-4119 FAX

| PO#: | REF#:1 DH NC WINDOW | | JOB#: VIGLIOTTA | Page 1 of 1 |
|---|---|---|---|---|
| ORDER DATE: 06/16/00 | SALES AGENTS | Inside Sales Kathy Caldon | TYPE: DELIVERY | SHIP VIA: UPS | FRT TERM: |
| EXP DELV DATE: 06/16/00 | | | ORDERED BY: CHRIS | | |

| QUANTITY | UOM | ITEM/DESCRIPTION | PRICE/UOM | EXTENDED AMOUNT |
|---|---|---|---|---|
| 1 | EACH | EW Earthwise Window w.PrimeLok, d.Double Hung, W, 32, H, 46 t.Install Screens, u.RUSH | 155.00 /EACH | 155.00 |
| | | SUB-TOTAL | | 155.00 |
| | | Delivery Surcharge Sales of Material in Ohio | | 44.00 5.00 12.94 |
| | | TOTAL | | 216.94 |
| | | Payment Tendered AMEX | | 216.94 |

2% Serv Chrg/Month on Invs over 30 days(24% Annually)
15% Charged on all returned material before 30 days
50% Charged on all returned material after 30 days
NO RETURNS ON SPECIAL ORDERED MATERIAL

**TERMS:**
CASH

Balance    $0.00

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br>  Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

## DECLARATION OF CHRISTOPHER ROGERS

# EXHIBIT 2

```
TRISTATE WHOLESALE                          39 LBS    1 OF 1
(513) 381-1231                              OS3
THE UPS STORE #2734                         AH
2335 BUTTERMILK CROSSING
THE UPS STORE #2734
CRESCENT SPRING  KY 41017

SHIP  (978) 927-4449
TO:   CHRIS ROGERS
      495 CABOT ST

      BEVERLY  MA 01915-2515

                          MA 019 9-01

UPS GROUND
TRACKING #: 1Z E09 25Y 03 2692 8898

BILLING: P/P

REF #1: 06131984
REF #2: KMS 61906          ISH 3.30 E2844 54.0A 04/2006
```