IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and AMESBURY SPRINGS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE CALDWELL MANUFACTURING COMPANY, <br><br> Defendant. | Civil Action No. 05-10020-DPW |

### DECLARATION OF TERESE DILLINGHAM

I, Terese Dillingham, hereby declare as follows:

1. I am an associate in the law firm of Goodwin Procter LLP and counsel of record for plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively "Amesbury").

2. On June 21, 2006, Chris Rogers, an employee of Elite Detective Services, Inc., sent me an Earthwise Window via courier. I received this window at the offices of Goodwin Procter, located at 53 State Street, Boston, Massachusetts. The window's packaging was unopened.

3. At all times since receipt, this window has been kept at the offices of Goodwin Procter LLP. During this time, I made this window available to Dr. Sammy Shina, an expert witness hired by Amesbury in the present case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 23, 2006.

/s/ Terese Dillingham<br>
Terese Dillingham