IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD,

    Plaintiffs,

vs.                                                  Civil Action No. 05-10020-DPW

THE CALDWELL MANUFACTURING
COMPANY,

    Defendant.

### DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY AND STRIKE EXPERT REPORTS AND HEARSAY STATEMENTS FROM AMESBURY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to District of Massachusetts Local Rule 7.1(B)(3), defendant The Caldwell Manufacturing Company ("Caldwell") requests leave to file a Reply Memorandum of Law filed herewith to respond to Amesbury's Opposition to Caldwell's Motion to Exclude Expert Testimony and Strike Expert Reports and Hearsay Statements from Amesbury's Motion for Summary Judgment. In support of this Motion, Caldwell states that consideration of this reply memorandum will assist the Court in deciding the Motion to Exclude Expert Testimony and Strike Expert Reports and Hearsay Statements from Amesbury's Motion for Summary Judgment. Caldwell further states that consideration of the reply memorandum will assist the Court with its review of the numerous factual and legal issues raised in Caldwell's Motion and Amesbury's Opposition. In addition, the legal arguments concerning the appropriate role of an expert raised by Amesbury in its Opposition require Caldwell to submit a reply memorandum.

Dated:  June 29, 2006             Respectfully submitted,

                                  THE CALDWELL MANUFACTURING COMPANY

                                  By its attorneys,

                                  /s/Neal L. Slifkin_____
                                  Paul J. Yesawich, III
                                  Neal L. Slifkin
                                  David J. Edwards
                                  Laura W. Smalley
                                  *Attorneys for Defendant*
                                  99 Garnsey Road
                                  Pittsford, New York 14534
                                  Telephone: 585-419-8800

                                          -and-

                                  David E. Lurie, BBO# 542030
                                  Thomas E. Lent, BBO# 644970
                                  Lurie & Krupp, LLP
                                  One McKinley Square
                                  Boston, MA 02109
                                  Telephone: 617-367-1970

## CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1 (A)(2), the undersigned counsel hereby certifies that Plaintiffs' counsel was contacted and was requested to consent to the filing of a reply memorandum, which is the relief sought in this Motion, filed today.  Plaintiffs' counsel, however, would not consent to the filing by Caldwell of a reply memorandum to respond to Amesbury's Opposition to Caldwell's Motion to Exclude Expert Testimony and Strike Expert Reports and Hearsay Statements from Amesbury's Motion for Summary Judgment.

                                  /s/ Neal L. Slifkin_____
                                  Neal L. Slifkin

## CERTIFICATE OF SERVICE

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

                                  /s/ Thomas E. Lent_____
                                  Thomas E. Lent