IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC., and
AMESBURY SPRINGS, LTD.,

          Plaintiffs,

    v.                                  Civil Action No. 05-CV-10020

THE CALDWELL MANUFACTURING
COMPANY,

          Defendant.

_____

**MOTION TO STRIKE PORTIONS OF PLAINTIFF'S**
**REPLY PAPERS ON ITS MOTION FOR SUMMARY JUDGMENT**

Defendant, The Caldwell Manufacturing Company, moves to strike the Declarations of Christopher Rogers, Terese Dillingham and Sammy Shina, Ph.D., from the reply papers submitted by Amesbury Group, Inc. and Amesbury Springs, Ltd. in further support of its motion for summary judgment, as well as any reliance Amesbury may place on the late disclosure of the product described in these documents, including the implicit expansion of its expert's opinion. As set forth in the accompanying Memorandum of Law, these portions of Amesbury's reply papers should be stricken since they raise new factual issues and arguments for the first time and because the expansion of Amesbury's expert's opinion after the discovery cut-off violates F.R.C.P. Rule 26(c).

Dated: July 11, 2006					Respectfully submitted,


							THE CALDWELL MANUFACTURING COMPANY

							By its attorneys,

							/s/Neal L. Slifkin	
							Paul J. Yesawich, III
							Neal L. Slifkin
							David J. Edwards
							Laura W. Smalley
							*Attorneys for Defendant*
							99 Garnsey Road
							Pittsford, New York 14534
							Telephone: 585-419-8800

									-and-

							David E. Lurie, BBO# 542030
							Thomas E. Lent, BBO# 644970
							Lurie & Krupp, LLP
							One McKinley Square
							Boston, MA 02109
							Telephone: 617-367-1970


CERTIFICATE OF CONSULTATION

	Pursuant to Local District Court Rule 7.1(a)(2), counsel for The Caldwell Manufacturing Company conferred with counsel for Amesbury Group, Inc. and Amesbury Springs, Ltd. regarding Caldwell's Motion to Strike Portions of Plaintiff's Reply Papers on its motion for Summary Judgment.  Counsel for Amesbury refused to exclude from the reply to its motion for summary judgment the Declarations of Christopher Rogers, Terese Dillingham and Sammy Shina, Ph.D., as well as any reliance Amesbury may place on the late disclosure of the product described in these documents, including the implicit expansion of its expert's opinion, necessitating the filing of this motion.

							/s/Neal L. Slifkin

**CERTIFICATE OF SERVICE**

   I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2006.

          /s/ Thomas E. Lent_____
          Thomas E. Lent