IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY GROUP, INC., and<br>AMESBURY SPRINGS LTD.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>THE CALDWELL MANUFACTURING<br>COMPANY,<br><br>　　　　Defendant. | Civil Action No.  05-10020-DPW |

**JOINT STATUS REPORT FOR**
**THE DECEMBER 5, 2006 SCHEDULING CONFERENCE**

The Parties jointly submit this Status Report in advance of the Scheduling Conference to be conducted on December 5, 2006 at 10:00 am.

### I.　Settlement Discussions

The Parties have been discussing, through counsel, settlement of the issues remaining following the Court's recent ruling on Amesbury's Motion For Summary Judgment. The Parties have not reached any settlement but are continuing to discuss the matter.

### II.　Additional Discovery Concerning Indirect Infringement of the '638 Patent

**Amesbury's Position**

For the reasons discussed at the August 31, 2006 summary judgment hearing, Amesbury requests leave to conduct the following limited discovery:

1. One deposition of Caldwell under Fed.R.Civ.P. 30(b)(6) on topics concerning indirect infringement of the '638 patent;

2. Discovery of three (3) third parties pursuant to Fed.R.Civ.P. 30(b)(6) and Fed.R.Civ.P. 45 concerning Caldwell's customers' use of Caldwell's Quick-

Tilt*nc balance and communications between Caldwell and its customers concerning such use; and

3. Production by Caldwell of updated Quick-Tilt*nc sales data for sales, by customer, from November 2005 to the present.

**Caldwell's Position**

Caldwell opposes Amesbury's request for additional discovery. If the Court permits Amesbury to take third party depositions, Caldwell may require a limited number of additional third party depositions.

### III. Issues for Trial

The Parties seek clarification of a portion of the Court's Memorandum and Order of November 2, 2006. Specifically, the Parties disagree about the import of the following sentence on page 44 of the Memorandum and Order: "Based on this construction, I find that Caldwell's 97i and 97ih balances do not have a 'pocket' or the equivalent of a 'pocket'; they simply have apertures through which a rivet is threaded to secure the carrier to the channel."

### IV. Trial Date

Should the case not settle, and pending the Court's resolution of the discovery issue outlined above, the Parties anticipate that they would be ready for trial, at the Court's convenience, as of March 12, 2007.

Respectfully submitted,

/s/ Douglas J. Kline
Douglas J. Kline (BBO# 556680)
Terese Dillingham (BBO# 644520)
Safraz W. Ishmael (BBO# 657881)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109

Phone: (617) 570-1000
Fax: (617) 523-1231

Attorneys for Plaintiffs
**AMESBURY GROUP, INC.**
**AMESBURY SPRINGS LTD.**

/s/ Neal L. Slifkin
Neal L. Slifkin
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY 14534
Phone: (585) 419-8800
Fax: (585) 419-8801

Attorney for Defendant
**THE CALDWELL MANUFACTURING**
**COMPANY**

Dated: November 28, 2006

LIBA/1747569.1