UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

                            Plaintiffs,

      v.

THE CALDWELL MANUFACTURING
COMPANY,

                            Defendant.
_____

NOTICE OF MOTION
ORAL ARGUMENT REQUESTED

Civil Action No. 05-10020-DPW

**CALDWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE BASIS THAT THE CALDWELL SERIES 97i AND 97ih WINDOW BALANCES DO NOT INFRINGE AMESBURY'S 6,828,368 PATENT AS A MATTER OF LAW**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, Defendant, The Caldwell Manufacturing Company ("Caldwell"), hereby moves for partial summary judgment on the basis that the Caldwell Series 97i and 97ih window balances do not infringe Amesbury's 6,828,368 Patent as a matter of law.

As grounds for and in support of this motion, Caldwell relies on and incorporates fully herein: (1) Caldwell's Local Rule 56.1 Statement of Material Facts of Record as to Which There is no Genuine Issue to be Tried; (2) Caldwell's Memorandum of Law in support of partial summary judgment; (3) the Declaration of Neal L. Slifkin, Esq. in support of Caldwell's motion for partial summary judgment; and (4) the Declaration of Fletcher Smith in support of Caldwell's motion for partial summary judgment and attached exhibits, filed herewith.

Based on the foregoing, Caldwell requests that this Court grant its motion for partial summary judgment on the basis that the Caldwell Series 97i and 97ih window balances do not infringe Amesbury's 6,828,368,368 Patent as a matter of law.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), counsel for Caldwell hereby requests oral argument on the issues raised in this Motion.

DATED: December 29, 2006              Respectfully submitted,

THE CALDWELL MANUFACTURING COMPANY

By its attorneys,

/s/ David E. Lurie
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Telephone: 617-367-1970

-and-

Paul J. Yesawich, III
Neal L. Slifkin
Harris Beach, PLLC
99 Garnsey Road
Pittsford, New York   14534
Telephone:  585-419-8800

### CERTIFICATE OF SERVICE

I hereby certify this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 29, 2006.

/s/ David E. Lurie_____

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Caldwell conferred with counsel for Amesbury Group, Inc. and Amesbury Springs LTD. in good faith effort to determine whether Amesbury would assent to this motion. The issues could not be resolved or narrowed and counsel for Amesbury declined to assent to this Motion.

/s/ Neil L. Slifkin_____
Paul J. Yesawich, III
Neal L. Slifkin

000506 135006.1
12/29/2006 12:54 PM