UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC. and
AMESBURY SPRINGS, LTD.,

        Plaintiffs,

vs-

Civil Action No. 05-CV-10020

THE CALDWELL MANUFACTURING CO.,

        Defendant.

---

**CALDWELL'S LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS OF RECORD AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED**

Caldwell Manufacturing Company ("Caldwell") submits this Statement, pursuant to Local Rule 56.1, in support of its motion for partial summary judgment that the Caldwell Series 97i and 97ih window balances do not infringe U.S. Patent 6,820,368 ("'368 Patent") as matter of law. All record materials, not previously filed with the Court, and referenced in this Statement with Exhibit numbers, accompany the Declarations of Neal L. Slifkin, Esq. and Fletcher Smith.

*The Parties.*

1. The Caldwell Manufacturing Company is a corporation organized and existing under the laws of the State of New York, and maintains a regular place of business in Rochester, New York (See Answer and Counterclaim at ¶ 3).

2. Amesbury Group, Inc. is a corporation organized and existing under the laws of Delaware, and maintains a regular place of business in Amesbury, Massachusetts (See Complaint at ¶ 1).

3. Amesbury Group, Inc. is the owner of the '368 Patent (See "Amesbury's Local Rule 56.1 Statement of Material Facts of Record as to Which There is No Genuine Issue to be Tried dated May 19, 2006 at ¶ 3).

4. Amesbury Springs Ltd. is a corporation organized and existing under the laws of the United Kingdom, and maintains a regular place of business in Peterborough, United Kingdom (See Complaint at ¶ 2).

*__The Caldwell Series 97ih window balance.__*

5. The Caldwell Series 97ih window balance was developed for tiltable or "pivotable" hung windows (See Smith Declaration at ¶ 4).

6. The Caldwell Series 97ih window balance consists of, among other things: a rigid U-shaped Channel ("Channel"); an extension spring; a "T" shaped Carrier ("Carrier"); and two rivets – a "Spring Rivet" and "Carrier Rivet" (See Smith Declaration at ¶¶ 6 and 16, Exhibits "A" and "I").

7. Caldwell's Williamsport, Maryland plant has four identical assembly lines which have been used to manufacture and/or assemble the 97ih (See Smith Declaration at ¶ 7).

8. Regarding the 97ih Carrier, the assembly steps included: i) a "Block and Tackle Wrap and Stretch Operation" station (the "Wrap and Stretch Station"); ii) transport on a conveyor belt; and iii) a "Rivet Assembly Station" (See Smith Declaration at ¶¶ 7 and 16, Exhibit "I").

9. The Wrap and Stretch Station is the first step in the manufacture/assembly process of the 97ih. It is used to stretch the spring and install it into the Channel (See Smith Declaration at ¶¶ 9 and 16, Exhibits "B" and "I").

10. Once the spring is installed in the 97ih Channel, the Channel is placed on a conveyor belt (See Smith Declaration at ¶¶ 10 and 16, Exhibits "C", "D" and "I").

11. The conveyor belt takes the 97ih Channel directly to the Rivet Assembly Station (See Smith Declaration at ¶¶ 10 and 16, Exhibits "C", "D" and "I").

12. At the Rivet Assembly Station, the assembler reaches for the Channel with his/her right hand while obtaining a 97ih Carrier from a container with their left hand (See Smith Declaration at ¶¶ 11 and 16, Exhibits "E" and "I").

13. The assembler then inserts the 97ih Carrier into the Channel and holds them in place (See Smith Declaration at ¶¶ 12 and 16, Exhibits "F" and "I").

14. There are two pairs of pre-drilled holes in the 97ih Channel (See Smith Declaration at ¶¶ 12 and 16, Exhibits "F" and "I").

15. The pair of pre-drilled holes at the top of the 97ih Channel (i.e., the holes closest to the Carrier) must be aligned with a pre-existing opening in the 97ih Carrier (See Smith Declaration at ¶¶ 12 and 16, Exhibits "F" and "I").

16. The pair of pre-drilled holes directly below the top Channel holes (i.e., the holes furthest from the Carrier) are for the Spring Rivet – not the Carrier Rivet (See Smith Declaration at ¶¶ 12 and 16, Exhibits "F" and "I").

17. Holding the Carrier and Channel in place, a Carrier Rivet is then threaded through the pair of top pre-drilled holes in the 97ih Channel and the corresponding pre-existing opening in the 97ih Carrier (See Smith Declaration at ¶¶ 13 and 16, Exhibits "G" and "I").

18. Once the Carrier Rivet is fastened, the 97ih assembly process is complete (See Smith Declaration at ¶¶ 14 and 16, Exhibits "H" and "I").

19. Caldwell has ceased manufacturing the 97ih (See Smith Declaration at ¶ 15).

20. On Wednesday, December 13, 2006, Fletcher Smith (Plant Manager of Caldwell's Williamsport, Maryland Plant) demonstrated the process for attaching the 97ih Carrier to the Channel at Caldwell's Williamsport, Maryland plant (See Smith Declaration at ¶ 16 Exhibit "I").

21. Fletcher Smith's December 13, 2006 demonstration is a true and accurate representation of the manufacturing and assembly process for attaching the 97ih Carrier to the Channel (See Smith Declaration at ¶ 16 Exhibit "I").

22. As Mr. Smith demonstrated, the 97ih Carrier is inserted into the Channel and, then, a rivet is threaded through the pre-drilled Channel holes and the corresponding pre-existing Carrier opening (See Smith Declaration at ¶¶16-17, Exhibit "I").

23. The rivet of the 97ih is not slid into an opening of a pocket (See Smith Declaration at ¶¶16-17, Exhibit "I").

24. The 97ih Carrier is designed to be non-removable and does not have snap-in capability (See Smith Declaration at ¶ 18 Exhibit "I").

### *The Caldwell Series 97i window balance.*

25. Caldwell manufactured/assembled its Series 97i window balance at its Jackson, Mississippi plant on or about 2002. That plant is now closed (See Smith Declaration at ¶ 19).

26. The 97i was assembled using equipment and processes that were, in all material respects, identical to those used with the 97ih (See Smith Declaration at ¶ 20).

27. The Caldwell Series 97i Carrier is identical to the Series 97ih Carrier (See Smith Declaration at ¶ 20).

4

*Amesbury's U.S. Patent 6,820,368.*

28.     The first step in installing Amesbury's Snap Lock Balance Shoe, as shown in Figure 6A of '368, is to "place a fastener, such as a rivet, in one of the pairs of openings in the rigid U-Shaped Channel" (See Slifkin Declaration at ¶ 2, Exhibit "A").

29.     The reason the '368 Patent installs the rivet *before* the Snap Lock Balance Shoe is to allow the Snap Lock Balance Shoe to slide into the rigid U-shaped channel such that the fastener (i.e., rivet) is received in the connection pocket of the Snap Lock Balance Shoe (See Slifkin Declaration at ¶ 2, Exhibit "A").

30.     The second step in installing Snap Lock Balance Shoe, as depicted in Figure 6B of '368, is to slide "the Snap Lock Balance Shoe into the rigid U-shaped Channel such that the fastener is received in the connection pocket of the Snap Lock Balance Shoe" (See Slifkin Declaration at ¶ 2, Exhibit "A").

31.     The final two steps, as depicted in Figures 6C and 6D involve the rotating and snapping of the Snap Lock Balance Shoe "into one of the pair of openings located on the rigid U-shaped channel"  (See Slifkin Declaration at ¶ 2, Exhibit "A").

5

DATED: December 29, 2006                    Respectfully submitted,

                                                       THE CALDWELL MANUFACTURING COMPANY

                                                       By its attorneys,

/s/ David E. Lurie
David E. Lurie, BBO# 542030
Thomas E. Lent, BBO# 644970
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109
Telephone: 617-367-1970

      -and-

Paul J. Yesawich, III
Neal L. Slifkin
Harris Beach, PLLC
99 Garnsey Road
Pittsford, New York   14534
Telephone:  585-419-8800