UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

AMESBURY GROUP, INC. and
AMESBURY SPRINGS, LTD.,

        Plaintiffs,

  vs-

THE CALDWELL MANUFACTURING CO.,

        Defendant.

Civil Action No. 05-CV-10020

---

### DECLARATION OF FLETCHER SMITH IN SUPPORT OF CALDWELL MANUFACTURING COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, FLETCHER SMITH, hereby declare as follows:

1. I have been employed as the Plant Manager at Caldwell Manufacturing Company's ("Caldwell's") Williamsport, Maryland plant for the last nineteen (19) years.

2. I have a Bachelor of Science in biology and chemistry from Lynchburg College and have worked in the manufacturing field for a total of thirty (30) years.

3. As Plant Manager, I am, and have been for nineteen (19) years, responsible for the day-to-day operations of Caldwell's Williamsport plant. As such, I am fully familiar with the manufacture and/or assembly process for each product manufactured at that plant, including the Caldwell Series 97ih window balance.

4. The Caldwell Series 97ih (and 97i) window balances were developed for hung windows which tilt or pivot. Tilting windows use a combination of balances and pivot bars that permit window sashes to slide up or down in the window jamb and to rotate or tilt inwardly. This latter feature facilitates the cleaning of the outside surface of the sash glass.

### *The Caldwell Series 97ih window balance.*

5.  The Caldwell Series 97ih balances were manufactured at the Williamsport plant between approximately 2002 and 2003, and I supervised the manufacturing/assembly process during that entire time period.

6.  The 97ih consists of, among other things: a rigid U-shaped Channel ("Channel"); an extension spring; a "T" shaped Carrier ("Carrier"); and two rivets – a "Spring Rivet" and "Carrier Rivet." A true and accurate photograph depicting a fully assembled 97ih is annexed hereto as Exhibit "A."

7.  The Williamsport plant has four identical assembly lines which had been used to manufacture/assemble the 97ih. In terms of the 97ih Carrier, the most relevant steps included: i) a "Block and Tackle Wrap and Stretch Operation" station (the "Wrap and Stretch Station"); ii) a conveyor belt; and iii) a "Rivet Assembly Station."

8.  In early December 2006, I demonstrated the standard (and only) process for attaching the 97ih Carrier to the Channel. Annexed hereto as Exhibits "B" through "H" are photographs of my demonstration. They are a true and accurate representation of my demonstration of the standard Caldwell manufacturing steps necessary to attach the 97ih Carrier to the Channel and the only manufacturing process used by Caldwell for attaching the 97ih Carrier to the Channel.

9.  The Wrap and Stretch Station is the first step in the process. It is used to install the spring into the Channel. It stretches the spring and wraps it around a pre-installed Spring Rivet. Exhibit "B" is a photograph of me using the Wrap and Stretch Station to install a spring into a Channel.

10. Once the spring is installed, the Channel is placed on a conveyor belt. Exhibit "C" is a photograph of me placing a Channel (with the spring installed) on a conveyor belt. The conveyor belt takes the Channel directly to the Rivet Assembly Station. Exhibit "D" is a photograph showing the delivery of a Channel to the Rivet Assembly Station.

11. At the Rivet Assembly Station, the assembler reaches for the Channel with his/her right hand while obtaining a Carrier from a container with their left hand. Exhibit "E" is a photograph showing this process.

12. The assembler then inserts the Carrier into the Channel and holds it in place. Exhibit "F" is a photograph of me inserting a Carrier into a Channel and is a fair and accurate depiction of the Caldwell manufacturing process for this product. Notably, there are two pairs of pre-drilled holes in the Channel. The pair of pre-drilled holes at the top of the Channel (i.e., the holes closest to my left hand as depicted in Exhibit "F") must be aligned with a pre-existing opening in the Carrier. The pair of pre-drilled holes directly below the top holes (i.e., the holes closest to my right hand as depicted in Exhibit "F") is for the Spring Rivet – not the Carrier Rivet. The Spring Rivet is installed prior to the Wrap and Stretch Station so that the spring can be wrapped around it.

13. Holding the Carrier and Channel in place, a Carrier Rivet is then threaded through the top pair of pre-drilled holes in the Channel and the pre-existing opening in the Carrier. Exhibit "G" shows me holding the Carrier in place with my left hand, and the Channel in place with my right hand, while the Carrier Rivet is threaded and fastened.

14. Once the Carrier Rivet is fastened, the assembly process is complete. Exhibit "H" is a photograph depicting a fully assembled 97ih balance.

### *Compact Disc of the 97ih manufacture/assembly process.*

15.     Caldwell no longer manufactures the 97ih. However, I was recently asked to demonstrate, for a second time, the standard (and only) manufacturing process (as explained in ¶¶ 7-14 above) for attaching the 97ih Carrier to the Channel.

16.     On Wednesday, December 13, 2006, I demonstrated the process for attaching the 97ih Carrier to the Channel at Caldwell's Williamsport, Maryland plant. My demonstration was recorded on a compact disc, a copy of which is annexed hereto as Exhibit "I." I have reviewed Exhibit "I" and it is a true and accurate representation of my December 13, 2006 demonstration *and* the 97ih assembly process described in ¶¶ 7-14 above.

17.     As I illustrate on the compact disc, the 97ih Carrier is inserted into the Channel and, then, a rivet is threaded through the top pair of pre-drilled Channel holes and the pre-existing Carrier opening. The rivet is not slid into the opening of a pocket.

18.     The 97ih Carrier does not have "an opening into which a rivet can slide" and does not snap into place. Moreover, the 97ih Carrier is designed to be non-removable and does not have snap-in capability, meaning it cannot snap into place on a previously installed rivet.

### *The Caldwell Series 97i window balance.*

19.     Caldwell manufactured/assembled its Series 97i window balance at its Jackson, Mississippi plant on or about 2002.[1] That plant closed in 2005.

20.     Nevertheless, the 97i Carrier was attached to the Channel using exactly the same type of equipment and following the exact same manufacturing process (as described in ¶¶ 7-18 above) as the 97ih. I know this because all of the equipment used to manufacture/assemble the 97i in

---

[1] A new, unrelated Caldwell product now uses the name "97i." The 97i, which is no longer manufactured, has thus been re-named the "Classic 97i." For purposes of this motion, Caldwell will continue to refer to the "Classic 97i" as simply, "97i."

inspected that equipment and it is identical in all material respects to the equipment used by the Williamsport plant to manufacture/assemble the 97ih. Moreover, I have inspected the Caldwell Series 97i Carrier and Channel and they are identical to the Series 97ih Carrier and Channel.

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 28 2006.

_____
FLETCHER SMITH