UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC. and
AMESBURY SPRINGS, LTD.,

        Plaintiffs,

vs.

        Civil Action No. 05-CV-10020

THE CALDWELL MANUFACTURING CO.,

        Defendant.

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the exhibits or attachments listed below have been manually filed with the Court:

1. Exhibits A-H to the Declaration of Fletcher Smith in Support of Caldwell Manufacturing Company's Motion for Summary Judgment (eight (8) color photographs); and

2. Exhibit I to the Declaration of Fletcher Smith in Support of Caldwell Manufacturing Company's Motion for Summary Judgment (three (3) discs containing a video, in three different formats, of Fletcher Smith's December 13, 2006 97ih Demonstration).

DATED: December 29, 2006        Respectfully submitted,

        THE CALDWELL MANUFACTURING COMPANY

        By its attorneys,

        /s/ David E. Lurie
        David E. Lurie, BBO# 542030
        Thomas E. Lent, BBO# 644970
        Lurie & Krupp, LLP
        One McKinley Square
        Boston, MA 02109
        Telephone: 617-367-1970

-and-

Paul J. Yesawich, III
Neal L. Slifkin
Harris Beach, PLLC
99 Garnsey Road
Pittsford, New York   14534
Telephone:  585-419-8800