# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

KAREN E. FRIEDMAN
SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: tlent@luriekrupp.com

January 3, 2007

**BY HAND**

Richard Nici
Docket Clerk to
 The Honorable Douglas P. Woodlock
United States District Court
 for the District of Massachusetts
J. Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

      Re:  Amesbury Group, Inc. et al v. The Caldwell Manufacturing Company ("Caldwell")
           Civil Action No. 05-10020-DPW

Dear Mr. Nici:

    As we discussed, I filed electronically the corrected Declaration of Fletcher Smith.  For the Court's convenience, I also enclose the corrected Declaration of Fletcher Smith with another set of Exhibits A-H.  Exhibits A-H previously were filed manually on December 29, 2006 in Support of Caldwell Manufacturing Company's Motion for Summary Judgment.

    Please note that with respect to **Exhibit I** to the Declaration of Fletcher Smith, Caldwell filed on December 29, 2006 three (3) different versions of the December 13, 2006 97ih Demonstration (one in DVD format, another in Mpeg format, and the third is raw footage).  Each version is contained on a separate disc.

    Thank you for your attention to this matter.  Please let me know if you should need anything further.

                                 Very truly yours,

                                 Thomas E. Lent

Enclosures

cc:    Neal L. Slifkin, Esq. (w/out encl.)
       Douglas J. Kline, Esq. (w/ only corrected Declaration of Fletcher Smith)