UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

        Plaintiffs,

    v.

THE CALDWELL MANUFACTURING
COMPANY,

        Defendant.

Civil Action No. 05-10020-DPW

**AMESBURY'S LOCAL RULE 56.1 STATEMENT
OF MATERIAL FACTS OF RECORD AS TO WHICH
THERE IS AT LEAST A GENUINE ISSUE TO BE TRIED**

Plaintiffs Amesbury Group, Inc. and Amesbury Springs Ltd. (collectively, "Amesbury") submit this Statement of Material Facts of Record As to Which There is At Least a Genuine Issue to be Tried, pursuant to this Court's Local Rule 56.1, in opposition to Caldwell's Motion for Partial Summary Judgment. All record materials, not previously filed with the Court, and referenced herein with exhibit numbers, accompany the Declaration of Safraz W. Ishmael in Opposition to Caldwell's Motion for Partial Summary Judgment, filed herewith.

**The Caldwell Series 97i Balance**

    1.    Caldwell made and sold in the United States the Caldwell Series 97i balance. (Ex. 2, Lelio Dep. Tr. 101:25 – 102:16.)

    2.    The Caldwell Series 97i balance is a window balance system. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s

Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 132:9 – 11.)

   3. The Caldwell Series 97i balance includes a U-shaped channel comprising a plurality of openings. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 132:12 - 15.)

   4. The Caldwell Series 97i balance includes a spring connected to a system of pulleys located within the U-shaped channel.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 132:16 - 19.)

   5. The Caldwell Series 97i balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 132:20 – 133:5.)

   6. The Caldwell Series 97i balance includes a balance shoe. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 133:6 – 10.)

7. The balance shoe of the Caldwell Series 97i balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 43 - 44; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 133:11 – 17.)

8. The second end of the frame of the balance shoe of the Caldwell Series 97i balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 7, Shina March 23 Report at 43 - 45; Ex. 5, Still Dep. Tr. 135:9-24; Shina Third Decl. at ¶ 8; Still Dep. Ex. 20.) The pocket in the Series 97i balance shoe is not a fully enclosed channel. (Shina Third Decl. at ¶ 9.) The Caldwell Series 97i balance shoe pocket performs substantially the same function as the "pocket" element claimed in the '368 patent, in substantially the same way, to achieve substantially the same result. (Shina Third Decl. at ¶ 12.)

9. The balance shoe of the Caldwell Series 97i balance includes a locking member proximal to the enlarged first end. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 44; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 133:18 – 20.)

10. The balance shoe of the Caldwell Series 97i balance includes a cam in communication with the locking member. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 5; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of

Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 44; Ex. 4, Still April 17 Report, Exhibit C; Ex. 5, Still Dep. Tr. 132:21 – 23.)

11. The Caldwell Series 97i balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 6; Ex. 7, Shina March 23 Report at 44; Ex. 5, Still Dep. Tr. 134:11-15; Ex. 6, Robertson Dep. Tr. 26:15-19.)

12. The connecting device of the Caldwell Series 97i balance is a rivet. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 45; Ex. 5, Still Dep. Tr. 134:11-15; Ex. 6, Robertson Dep. Tr. 26:15-19.)

13. The cam of the Caldwell Series 97i balance is at least partially housed within the enlarged first end of the frame. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 45 - 46; Ex. 4, Still April 17 Report, Exhibit C.)

14. Rotating the cam of the Caldwell Series 97i balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 46; Ex. 4, Still April 17 Report, Exhibit C.)

15. The locking member of the Caldwell Series 97i balance shoe comprises two opposing ends integrally connected by a spring member. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 46; Ex. 4, Still April 17 Report, Exhibit C.)

**The Caldwell Series 97ih Balance**

16.     Caldwell made and sold in the United States the Caldwell Series 97ih balance. (Ex. 2, Lelio Dep. Tr. 82:13 – 83:6.)  The Series 97ih balance comprises the same shoe or carrier structure and design as the Series 97i balance.  (Ex.11, Batten Dep. Tr. 74:22-24.)

17.     The Caldwell Series 97ih balance is a window balance system. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 38; Ex. 4, Still April 17 Report, Exhibit C.)

18.     The Caldwell Series 97ih balance includes a U-shaped channel comprising a plurality of openings. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

19.     The Caldwell Series 97ih balance includes a spring connected to a system of pulleys located within the U-shaped channel.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 1; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

20.     The Caldwell Series 97ih balance includes a cord with a first cord end and a second cord end, the first cord end connected and threaded through the system of pulleys, the second cord end connected to a jamb mounting attachment.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 2; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

21.     The Caldwell Series 97ih balance includes a balance shoe. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

22.     The balance shoe of the Caldwell Series 97ih balance includes a frame comprising an enlarged first end and a second end, wherein the second end is adapted to be received by the U-shaped channel. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 3 - 4; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

23.     The second end of the frame of the balance shoe of the Caldwell Series 97ih balance forms a pocket positioned in the second end of the frame adapted to mate with a rivet, as this term was construed by the Court. (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 7, Shina March 23 Report at 39; Ex. 5, Still Dep. Tr. 135:9-24; Shina Third Decl. at ¶ 8; Still Dep. Ex. 20.)  The pocket in the Series 97ih balance shoe is not a fully enclosed channel.  (Shina Third Decl. at ¶ 9.)  The Caldwell Series 97ih balance shoe pocket performs substantially the same function as the "pocket" element claimed in the '368 patent, in substantially the same way, to achieve substantially the same result.  (Shina Third Decl. at ¶ 12.)

24.     The balance shoe of the Caldwell Series 97ih balance includes a locking member proximal to the enlarged first end.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 4; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

25.     The balance shoe of the Caldwell Series 97ih balance includes a cam in communication with the locking member.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 5; Ex. 3, Def.'s Supp. Answers to Pls.' First Set of Interrogs., Exhibit A; Ex. 7, Shina March 23 Report at 39; Ex. 4, Still April 17 Report, Exhibit C.)

26.     The Caldwell Series 97ih balance includes a connecting device for attaching the balance shoe within the U-shaped channel of the window balance, as this term was construed by the Court.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 6; Ex. 7, Shina March 23 Report at 40; Ex. 5, Still Dep. Tr. 134:11-15; Ex. 6, Robertson Dep. Tr. 26:15-19.)

27.     The connecting device of the Caldwell Series 97ih balance is a rivet.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 41; Ex. 5, Still Dep. Tr. 134:11-15; Ex. 6, Robertson Dep. Tr. 26:15-19.)

28.     The cam of the Caldwell Series 97ih balance is at least partially housed within the enlarged first end of the frame.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 41; Ex. 4, Still April 17 Report, Exhibit C.)

29.     Rotating the cam of the Caldwell Series 97ih balance forces the locking member to engage a jamb track when the balance shoe is installed in a window jamb.  (Ex. 10, Amesbury's Second Supp. Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 41; Ex. 4, Still April 17 Report, Exhibit C.)

30.     The locking member of the Caldwell Series 97ih balance shoe comprises two opposing ends integrally connected by a spring member.  (Ex. 10, Amesbury's Second Supp.

Response to Caldwell's Interrogs., Appendix D, at 7; Ex. 7, Shina March 23 Report at 41; Ex. 4, Still April 17 Report, Exhibit C.)

**Amesbury's U.S. Patent No. 6,820,368**

31.     The balance shoe embodiments described in the '368 patent may be installed in the U-shaped balance channel by first inserting the shoe into the channel, and then threading a connecting rivet through one side of the U-shaped channel, through the pocket, and through the opposite end of the U-shaped channel.  Nothing in the patent specification prohibits such an installation method and nothing in the specification requires that the rivet be already installed before the shoe is inserted.  (Ex. 1, '368 patent; Shina Third Decl. at ¶ 11.)

32.     FIG. 6A through FIG. 6D of the '368 patent describe one alternative way of installing one embodiment of the balance shoe (i.e., a balance shoe having resilient tabs) in the U-shaped balance channel.  (Ex. 1, '368 patent; Shina Third Decl. at ¶ 11.)

                                                   Respectfully submitted,

                                                     /s/ Douglas J. Kline
                                                   Douglas J. Kline (BBO# 556680)
                                                   Terese Dillingham (BBO# 644520)
                                                   Safraz W. Ishmael (BBO# 657881)
                                                   GOODWIN PROCTER LLP
                                                   Exchange Place
                                                   Boston, MA  02109
                                                   Phone:  (617) 570-1000
                                                   Fax:  (617) 523-1231

                                                 Attorneys for Plaintiffs

                                                 **AMESBURY GROUP, INC.**
                                                 **AMESBURY SPRINGS LTD.**

Dated: January 12, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 12, 2007.

                                                   /s/ Douglas J. Kline