IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMESBURY GROUP, INC., and
AMESBURY SPRINGS LTD.,

Plaintiffs,

v.

THE CALDWELL MANUFACTURING
COMPANY,

Defendant.

Civil Action No. 05-10020-DPW

## THIRD DECLARATION OF SAMMY SHINA, Ph.D.

I, SAMMY SHINA, hereby declare as follows:

1. I have personal knowledge of the facts and opinions stated herein, unless otherwise noted, and I am competent to testify to the same.

2. I submitted previously two expert reports, dated March 23, 2006, and April 18, 2006, respectively, and have been deposed in this case. I also submitted previously two declarations in this case, dated June 20, 2006, and June 22, 2006, respectively.

3. I understand that Caldwell has moved for partial summary judgment, contending that its Series 97i and Series 97ih balances do not contain the "pocket" limitation of Amesbury's '368 patent claims.

4. I therefore submit this declaration in support of Amesbury's opposition to Caldwell's motion for partial summary judgment.

5. On January 8, 2007, I received, from Amesbury's counsel, photographs of what I understand to be a Caldwell Series 97i or Series 97ih balance. The photographs depict the balance shoe disassembled from, and assembled in, the U-shaped balance channel.

6. Attached as Exhibit A is one of these photographs, depicting a Series 97i or Series 97ih balance shoe that has been disassembled from the balance channel.

7. Attached as Exhibit B is another one of these photographs, depicting a Series 97i or Series 97ih balance shoe that is assembled in the balance channel using a connecting rivet.

8. I have inspected Exhibits A and B, and note that there is a notch in the balance shoe with an opening shaped to receive and to mate with the connecting rivet. The notch is formed by an end wall and two sidewalls, and aids to secure the balance shoe in the U-shaped balance channel. The end wall contains a feature that I would describe as a "crown" that aids to secure the balance shoe by further contacting the rivet. The rivet would not be able to pass through the opening if the opening were too small, and the balance shoe would not be secured to the U-shaped balance channel if the opening were too large. As such, the notch and opening are shaped to mate with the rivet. Therefore, Exhibits A and B support my conclusion, outlined in my March 23, 2006 expert report, that the balance shoe of each of the Series 97i and Series 97ih balances contains a notch that meets the court's claim construction of "pocket."

9. The notch formed by the end wall and two sidewalls in Exhibits A and B, shaped to mate with the rivet, is not a fully enclosed channel.

10. I observe from Exhibits A and B that a central elongated "finger" extends into the opening of the notch, and also assists in securing the balance shoe in the U-shaped balance channel.

11. It is clear to me from reading the '368 patent specification, that the balance shoe embodiments described in the '368 patent may be installed in the U-shaped balance channel by first inserting the shoe into the channel, and then threading a connecting rivet through one side of the U-shaped channel, through the pocket, and through the opposite end of the U-shaped channel. Based on my knowledge and experience, this would also be clear to one of ordinary skill in the art. Nothing in the '368 patent specification prohibits such an installation method and nothing in the specification requires that the rivet be already installed before the shoe is inserted. The '368 patent's FIG. 6A through FIG. 6D simply describe one alternative way of installing one embodiment of the balance shoe (i.e., a balance shoe having resilient tabs). Based on my knowledge and experience, these facts would be clear to one of ordinary skill in the art.

12. The notch or "pocket" of the Series 97i and Series 97ih balance, as illustrated in Exhibits A and B, also performs the function of preventing displacement of the balance shoe by mating with the rivet that it receives. The result is that the balance shoe is secured in the U-shaped balance channel. This notch or "pocket" performs substantially the same function, in substantially the same way, to achieve the same result that I attributed to the "pocket" of the '368 patent in my March 23, 2006 expert report. I therefore conclude that the notch, that receives the rivet in the shoe of the Series 97i and Series 97ih balances, is alternatively an equivalent to the "pocket" element of the '368 patent claims.

13. My inspection of Exhibits A and B confirms my findings, as outlined in my March 23, 2006, expert report, that the Series 97i and Series 97ih balances include a "pocket" as claimed in the '368 patent. As such, I hereby confirm my March 23, 2006, opinion that the Caldwell Series 97i and Series 97ih balances infringe claims 2, 3, 6, 7, 8 and 11 of Amesbury's '368 patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is signed in a manner that, if falsely made, would subject me to criminal penalty under the laws of the United States.

Executed on January 11, 2007.

Sammy Shina, Ph.D.

4

# EXHIBIT A





# EXHIBIT B



